```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs. § | Docket No. C-02-216 |
| § | |
| ALFRED BOURGEOIS, § | |
|     Defendant. § | |

### ORDER

On the 17th day of October, 2005, the Court considered the foregoing Motion to Withdraw as Attorney of Record and is of the opinion that all relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that John Gilmore and Joel Douglas Tinker be discharged as attorneys of record in this cause of action for Alfred Bourgeois, Defendant herein.

IT IS FURTHER ORDERED that Keith S. Hampton and Adrienne Urrutia be appointed as attorneys of record for Alfred Bourgeois, Defendant herein.

SIGNED and ENTERED this 17th day of October, 2005.

_____
Janis Graham Jack
United States District Judge