IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CR. NO. C-02-216(1) |
| | § | |
| ALFRED BOURGEOIS | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your <u>Ex Parte Motion to Substitute Counsel</u>                    ,
however, the pleadings are deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A.

3. ___ Caption of the pleading is incomplete. (LR 10.1)

4. ___ No certificate of service or explanation why service is not required. (CrLR12.4)

5. ___ No statement regarding conference with opposing counsel. (CrLR12.2)

6. ___ Separate proposed order not attached. (CrLR12.2)

7. ___ Motion to consolidate is not in compliance with LR 7.6.

8. _X_ Other: <u>Submit order with correct spelling of Judge's name</u>            

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and
notify counsel of such action.

Dated: ___6-15-06___            _____
UNITED STATES DISTRICT JUDGE