# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

June 12, 2006

**United States Courts**
**Southern District of Texas**
**FILED**

Mr Michael N Milby, Clerk
Southern District of Texas, Corpus Christi
United States District Court
1133 N Shoreline Boulevard
Corpus Christi, TX 78401

JUN 1 6 2006

Michael N. Milby, Clerk of Court

No. 04-40410 USA v. Bourgeois
USDC No. 2:02-CR-216-1

The following is (are) returned:

Original Record on Appeal, ( 1 ) Vols. (Volume 23 only)

*1 Transcript (Dkt 353)*

Clerk

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Timothy E. Phares, Jr., Deputy

504-310-7665

REC-3