**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

|                              |   |                              |
|------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA,    | § |                              |
| vs.                          | § | Criminal Docket No. C-02-216 |
| ALFRED BOURGEOIS,            | § |                              |
| Defendant.                   | § |                              |

**ORDER**

On this day the Court held a telephone conference in the above-styled action. At the conference, the Court made the following orders:

1.  The Court hereby APPOINTS Michael Wiseman and Victor J. Abreu, of the Capital Habeas Corpus Unit of the Federal Defender's Office in Philadelphia, Pennsylvania, as attorneys of record for Defendant Alfred Bourgeois ("Defendant") in this cause.

2.  The Court conditionally discharges Keith Hampton and Michael C. Gross as attorneys of record for the Defendant. If in the course of representing the Defendant, Mr. Wiseman and Mr. Abreu determine that they are in need of Mr. Hampton's and Mr. Grossman's expertise, the Defendant may file a motion seeking their reappointment to the case.

SIGNED and ENTERED this 16th day of October, 2006.

_____
Janis Graham Jack
United States District Judge