**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

OCT 1 9 2006

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Michael N. Milby, Clerk of Court

| Corpus Cristi | | CR-C-02-216 |
|---|---|---|
| United States of America | | |
| | | |
| Alfred Bourgeois, Defendant. | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**



Michael Wiseman
Federal Community Defender for the
  Eastern District of Pennsylvania
Suite 545-West, The Curtis Center
Philadelphia, PA 19106
215-928-0520
Pennsylvania Bar #75342, Admitted
~~to United States District Court,~~
Eastern District of Pennsylvania

**Seeks to appear as the attorney for this party:**

| Alfred Bourgeois |
|---|
| Dated: October 18, 2006   Signed: |

| **ORDER** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed on _____, _____.   _____
                                          **United States District Judge**

SDTX (d_prohac.ord)
02/03/98