**UNITED STATES DISTRICT COURT**   **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
FILED

OCT 1 9 2006

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Michael N. Milby, Clerk of Court

| | Corpus Cristi | | CR–C–02–216 |
|---|---|---|---|
| | United States of America | | |
| | | | |
| | Alfred Bourgeois, Defendant. | | |

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**

| | Michael Wiseman |
|---|---|
| | Federal Community Defender for the Eastern District of Pennsylvania |
| | Suite 545–West, The Curtis Center |
| | Philadelphia, PA 19106 |
| | 215–928–0520 |
| | Pennsylvania Bar #75342, Admitted to United States District Court, |

Eastern District of Pennsylvania

**Seeks to appear as the attorney for this party:**

| Alfred Bourgeois | |
|---|---|
| Dated: October 18, 2006 | Signed: |

### ORDER

**This lawyer is admitted *pro hac vice*.**

Signed on ____10-24____, 06.   _____
                                   United States District Judge

SDTX (d_prohac.ord)
02/03/98