# CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| TXS | Bourgeois, Alfred | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:02-000216-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| U.S. v. Bourgeois | Adult Defendant | Appeal of Other Matters |

**10. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1111.F -- MURDER, FIRST DEGREE

| 11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 12. COURT ORDER |
|---|---|
| GROSS, MICHAEL C.<br>106 S. St. Mary's Street<br>Suite 260<br>SAN ANTONIO TX 78205<br><br>Telephone Number: (210) 354-1919 | ☒ O  Appointing Counsel    ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney<br>☐ P  Subs For Panel Attorney    ☐ Y  Standby Counsel<br>Prior Attorney's Name: _____<br>Appointment Date: _____<br>(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.<br>(B) The attorney named in Item 11 is appointed to serve as: ☒LEAD COUNSEL  ☐CO-COUNSEL<br>Name of Co-Counsel or Lead Counsel: _____<br>Appointment Date: _____<br>(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).<br>☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.<br>*Linda D. Rivera*<br>Signature of Presiding Judicial Officer or By Order of the Court<br>07/03/2006<br>Date of Order              Nunc Pro Tunc Date<br>(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO |

| 13. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | |
|---|---|

**14. STAGE OF PROCEEDING**
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding CHECK NO MORE THAN ONE BOX  Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a ☐ Pre-Trial | e ☐ Appeal | g ☐ Habeas Petition | k ☐ Petition for the U S Supreme Court | l ☐ Stay of Execution | |
| b ☐ Trial | f ☐ Petition for the U S Supreme Court | h ☐ Evidentiary Hearing | | m ☐ Appeal of Denial of Stay | |
| c ☐ Sentencing | | i ☐ Dispositive Motions | Writ of Certiorari | n ☐ Petition for Writ of Certiorari to the U S Supreme Court Regarding Denial of Stay | |
| d ☐ Other Post Trial | Writ of Certiorari | j ☐ Appeal | | o ☐ Other | |

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (Rate per Hour = $____) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators and Experts | | | | | |
| e. Obtaining and Reviewing the Court Record | | | | | |
| f. Obtaining and Reviewing Documents and Evidence | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | |
| j. Other (Specify on additional sheets) | | | | | |
| Totals: Categories b thru j (Rate per hour = $____) | | | | | |
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20. CASE DISPOSITION |
|---|---|---|

**21. CLAIM STATUS**  ☐ Final Payment  ☐ Interim Payment Number ____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or remimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT.APPROVED |
|---|---|---|---|---|
| | | | | |

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 27a. JUDGE CODE |
|---|---|---|
| | | |

## Notice to CJA Panel Attorneys

Please submit vouchers for payment no later than 45 days after the final disposition of the case, unless good cause is shown. *Guide to Judiciary Policies and Procedures*, Vol. VII, Chap. II, Pt. C, Sec. 2.21. Vouchers submitted after the expiration of the 45-day period must include a statement explaining the reason(s) for the delay.

Delayed vouchers adversely affect the CJA budgeting process. Failure to timely submit vouchers for payment may result in delay or denial of payment.

You <u>MUST</u> submit vouchers with expense worksheets. You can download the worksheets from <u>www.txs.uscourts.gov</u> - go to District Court, then under the Miscellaneous Links/Documents section, click on CJA Appointment Information. The Expense Worksheet is located in the Forms section.

Effective 7/24/06, the **original** CJA voucher will <u>NOT</u> be mailed to the appointed attorney. The copy of the voucher, which you received by either email or fax, is sufficient for processing.

# CJA Quick Reference

- CJA San Antonio phone number- (210) 301-6325
- USDC website for CJA information http://www.txs.uscourts.gov/attorneys/cja
- CJA 20 current In/Out of Court rate is $92.00 per hour
- CJA 20 maximum voucher prior to Circuit approval is $7,000 and requires letter from Attorney
- Current mileage rate is $.445 per mile
- For Representation other than a Criminal Case, such as Supervised Release, Probation Revocation and Material Witness, the local maximum before Circuit approval is $1,500
- If an Attorney represents more than one Material Witness on the same case they are allowed $1,500 per representation
- CJA 21 maximum before Circuit approval for Expert Services is $1,600
- CJA 31 maximum before Circuit approval for Expert Services in a Death Penalty case is $7,500
- A copy of the Order and Invoice are required for Expert Services
- CJA 30 current In/Out of Court rate is $163.00 per hour
- CJA 30 vouchers are allowed Interim Payments without a Judges' Order
- CJA 30 maximum before Circuit approval is $50,000
- If Interim Payments are allowed, 33% of In and Out of Court fees are withheld. All expenses are paid in full. The withheld funds are released only when the Final payment is submitted.
- Receipts are required for any one expense that exceeds $50
- Time is claimed in hours and minutes to the **tenth** of an hour. Round down if hours are given in the hundredth of an hour
- Any work submitted prior to the Appointment date can not be allowed unless a Nunc Pro Tunc date is established