UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

FEB 1 3 2007

Michael N. Milby, Clerk of Court

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-C-02-216 |
| Respondent, | Honorable Janis Graham Jack, U.S.D.J. |
| -against- |  |
|  | **This is a Capital Case** |
| ALFRED BOURGEOIS, |  |
| Petitioner. |  |

### PETITIONER'S MOTION TO UNSEAL TRANSCRIPTS

Petitioner, ALFRED BOURGEOIS, through undersigned counsel, hereby moves to unseal three previously sealed transcripts and in support, states as follows.

1.     Petitioner was convicted before this Court for a violation of 18 U.S.C. § 1111 and was sentenced to death.  Petitioner's conviction and death sentence were affirmed on direct appeal. United States v. Bourgeois, 423 F.3d 501 (5th Cir. 2005), cert denied, Bourgeois v. United States, 126 S.Ct. 2020 (May 15, 2006).  Petitioner was represented by Joel Douglas Tinker, Esq. and John S. Gilmore Jr., Esq. at trial and on direct appeal.

2.     On October 16, 2006, this Court granted Mr. Bourgeois' Motion and appointed undersigned counsel (document # 380).  On October 19, 2006 the Court granted counsel Wiseman's motion for admission *pro hac vice* in these section 2255 proceedings (document # 382).

3.     In order to fulfill his duty to his client and the Court to prepare a professional and proper section 2255 motion, counsel must review transcripts of all prior proceedings in this matter. Counsel has obtained the files of all prior counsel in this case, however, the transcripts of a number

1

of record proceedings are not included in the files he has obtained. Counsel has made arrangement with Court Reporter Velma Gano to obtain most of the missing transcripts. However, Ms. Gano has advised counsel that a number of these proceedings were sealed pursuant to this Court's order. In particular, counsel learned that pre-trial proceedings conducted on October 20, 2003, December 16, 2003 and February 25, 2004 were and remain sealed. Accordingly, Petitioner respectfully requests that this Court unseal those previously sealed transcripts.

4.    Ms. Gano further advised counsel that her records reflect that Petitioner and his trial defense counsel were present at each of these proceedings. Accordingly, counsel does not foresee any prejudice to the Government in having them unsealed for current counsels' review. However, as undersigned counsel was not present at the time the transcripts were sealed, if cause exists for them to remain sealed, counsel would wish to be heard on that question. Counsel would be amenable to the entry of a protective order, if necessary, prohibiting counsel from disclosing the content of the proceedings to any person outside of the litigation.

5.    Counsel Abreu attempted to contact Assistant United States Attorney Patricia Hubert Booth, Esq., to obtain the Government's position on Petitioner's motion, but has not been able reach Ms. Booth.

WHEREFORE, Petitioner respectfully requests that this Court grant his *Motion to Unseal Transcripts*. A proposed Order is attached.

Respectfully Submitted,

Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Signing for Wiseman and Abreu
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org
Victor_Abreu@fd.org

Dated:      February 12, 2007
            Philadelphia, Pennsylvania

## CERTIFICATE OF SERVICE

I, Michael Wiseman, Esq., hereby certify that on this 12th day of February, 2007, I caused the foregoing *Petitioner's Motion to Unseal Transcripts* to be served upon the following person in the manner indicated below:

### BY OVERNIGHT MAIL

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401

Dated: February 12, 2007
       Philadelphia, PA

3