UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-00216 |
| | § | |
| ALFRED NMI BOURGEOIS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered Petitioner's Motion to Unseal Transcripts.

Petitioner's Motion to Unseal Transcripts is GRANTED.  Accordingly, transcripts of the

proceedings on October 20, 2003, December 16, 2003, and February 25, 2004, are hereby

unsealed and shall be made available to counsel for Petitioner Alfred Bourgeois.

ORDERED this 14th day of February, 2007.

Janis Graham Jack
United States District Judge