UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | **This is a Capital Case** |
| ALFRED BOURGEOIS, | : | |
| | : | Electronically Filed |
| Petitioner. | : | |

_____   :

**PETITIONER'S MOTION TO UNSEAL AND INSPECT RECORDS**

Petitioner, ALFRED BOURGEOIS, through undersigned counsel, hereby moves to unseal

and inspect the Child Protective Service (hereinafter "CPS") records, which were made available to

counsel at the time of trial, and are currently in the Court's custody, and in support, states as follows.

1.      Petitioner was convicted before this Court for a violation of 18 U.S.C. § 1111 and was

sentenced to death.  Petitioner's conviction and death sentence were affirmed on direct appeal.

United States v. Bourgeois, 423 F.3d 501 (5th Cir. 2005), cert denied, Bourgeois v. United States,

126 S.Ct. 2020 (May 15, 2006).  Petitioner was represented by Joel Douglas Tinker, Esq. and John

S. Gilmore Jr., Esq. at trial and on direct appeal.  On October 16, 2006, this Court granted Mr.

Bourgeois' Motion and appointed undersigned counsel (document # 380).  On October 19, 2006 the

Court granted counsel Wiseman's motion for admission *pro hac vice* in these section 2255

proceedings (document # 382).  Mr. Bourgeois' petition for a writ of habeas corpus is currently due

on or before May 14, 2007.

2.      Since their appointment, counsel have been gathering and reviewing the record and conducting investigation based upon that review.  In reviewing the record, counsel learned that CPS records relating to Petitioner's wife, Robin Bourgeois, were made available by the Court, at the time of trial, for inspection by counsel for the defense and the government.  NT 3/1/04 at 113-15.  At that time, the Court reasoned that the CPS records were reviewable because they might contain impeachment evidence which could be used against Ms. Bourgeois or other information relevant to the offense.  Id.  As the Court stated: "It occurs to me that you all both ought to be able to look through those to see if there are any prior inconsistent statements or any other mention of the incident."  Id.  All counsel agreed and the records were reviewed in the Court's chambers.  Id.; NT 3/1/04 at 131.

3.      On April 4, 2007, counsel spoke with Case Manager, Sondra Scotch, and learned that Ms. Bourgeois' CPS records were still in the Court's custody and under seal.  These records are contained in five separate envelops in the Court's "vault".  Counsel respectfully requests that the Court unseal the CPS records and make them available for inspection.  As are counsel's efforts to complete the record, see documents #384 and #390 (motions to unseal transcripts and complete the record), counsel's review of the CPS records is essential to a full and fair evaluation of the prior proceedings in this Court and, in particular, an evaluation of trial counsels' performance.

4.      Moreover, as the record reflects that defense counsel and counsel for the government were given access to the CPS records at the time of trial, counsel does not foresee any prejudice to the government in having the CPS records unsealed for current counsels' review.  Counsel would also be amenable to the entry of a protective order, if necessary, prohibiting counsel from disclosing, without the Court's consent, the content of the CPS records to any person outside of the litigation.

WHEREFORE, Petitioner respectfully requests that this Court grant his *Motion to Unseal an Inspect Records*.  A proposed Order is attached.

Respectfully Submitted,

\s\ Michael Wiseman

_____
Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Signing for Wiseman and Abreu
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org
Victor_Abreu@fd.org

Dated:  April 5, 2007
Philadelphia, Pennsylvania

## CERTIFICATE OF SERVICE

I, Michael Wiseman, Esq., hereby certify that on this 5th day of April, 2007, I caused the foregoing *Petitioner's Motion to Unseal and Inspect Records* to be served upon the following person in the manner indicated below:

BY OVERNIGHT MAIL

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401

_____

_____
\s\ Michael Wiseman

3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____     :
                                    :
UNITED STATES OF AMERICA,           :          No. Cr-C-02-216
                                    :
            Respondent,             :     Honorable Janis Graham Jack,
                                    :              U.S.D.J.
       -against-                    :
                                    :        **This is a Capital Case**
ALFRED BOURGEOIS,                   :
                                    :
            Petitioner.             :
_____     :

**ORDER**

And now, this _____ day of _____, 2007 upon consideration of *Petitioner's Motion to Unseal and Inspect Records*, it is hereby ORDERED that Petitioner's Motion is GRANTED. Accordingly, the Child Protective Service ("CPS") records, currently in the Court's custody are hereby unsealed and shall be made available for inspection by counsel for Petitioner, Alfred Bourgeois.

_____
Janis Graham Jack, USDJ