IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Criminal Action |
| v. | § | No. C-02-216 |
| ALFRED NMI BOURGEOIS | § § | |

### ORDER

On this day came on to be considered Petitioner's Motion to Unseal and Inspect Records (D.E. 391). Accordingly, the Child Protective Service ("CPS") records currently in the Court's custody are hereby unsealed for the sole purpose of inspection by counsel for Petitioner Alfred Bourgeois. It is ORDERED that counsel for Petitioner shall not disclose any information contained in the above-referenced records without permission of the Court, except to prosecute any post-conviction remedies in this case.

SIGNED and ENTERED this 6th day of April, 2007.

_____
Janis Graham Jack
United States District Judge