UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

———————————————————

UNITED STATES OF AMERICA,                :         No. Cr-C-02-216

               Respondent,           :         Honorable Janis Graham Jack,
                           :         U.S.D.J.

        -against-              :         **This is a Capital Case**

ALFRED BOURGEOIS,                        :         Electronically Filed

             Petitioner.            :

———————————————————  :

**PETITIONER'S UNOPPOSED MOTION FOR PRODUCTION OF
UNITED STATES MARSHAL SERVICE RECORDS**

Petitioner, ALFRED BOURGEOIS, through undersigned counsel, hereby moves for production of Mr. Bourgeois' United States Marshal Service records, and in support, states as follows.

1.      Petitioner was convicted before this Court for a violation of 18 U.S.C. § 1111 and was sentenced to death. Petitioner's conviction and death sentence were affirmed on direct appeal. United States v. Bourgeois, 423 F.3d 501 (5th Cir. 2005), cert denied, Bourgeois v. United States, 126 S.Ct. 2020 (May 15, 2006). Petitioner was represented by Joel Douglas Tinker, Esq. and John S. Gilmore Jr., Esq. at trial and on direct appeal. On October 16, 2006, this Court granted Mr. Bourgeois' Motion and appointed undersigned counsel (document # 380). On October 19, 2006 the Court granted counsel Wiseman's motion for admission *pro hac vice* in these section 2255 proceedings (document # 382). Mr. Bourgeois' petition for a writ of habeas corpus is currently due on or before May 14, 2007.

1

2.      Since their appointment, counsel have been gathering and reviewing the record and conducting investigation based upon that review.  On April 4, 2007, counsel's office was informed by Public Affairs Officer, Supervisory Deputy United States Marshal Carlos Trevizo, that a Court order would be required to obtain Mr. Bourgeois' U.S. Marshal Service records.  Counsel's review of these records is essential to a full and fair evaluation of the prior proceedings in this Court and, in particular, an evaluation of trial counsels' performance.  Accordingly, Counsel respectfully requests that the Court issue an order directing the U.S. Marshal to provide counsel with all records including, transportation, housing, medical and psychological records,  pertaining to Mr. Bourgeois.

3.      On April 9, 2007, counsel for the Government, Patricia Hubert Booth, Esq., indicated that she was not opposed to this motion.

WHEREFORE, Petitioner respectfully requests that this Court grant his *Unopposed Motion for Production of United States Marshal Service Records*.  A proposed Order is attached.

Respectfully Submitted,

\s\ Michael Wiseman

_____

Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Signing for Wiseman and Abreu
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org
Victor_Abreu@fd.org

Dated:  April 9, 2007

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, Esq., hereby certify that on this 9th day of April, 2007, I caused the

foregoing *Petitioner's Unopposed Motion to for Production of United States Marshal Service*

*Records* to be served upon the following person in the manner indicated below:

<u>BY REGULAR MAIL</u>

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401

\s\ Michael Wiseman

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| _____ | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | **This is a Capital Case** |
| ALFRED BOURGEOIS, | : | |
| | : | |
| Petitioner. | : | |
| _____ | : | |

**ORDER**

And now, this _____day of _____, 2007 upon consideration of *Petitioner's*

*Unopposed Motion for Production of United States Marshal Service Records*, it is hereby

ORDERED that Petitioner's Motion is GRANTED.  Accordingly, the United States Marshal Service

shall provide counsel for Petitioner, all records including but not limited to, transportation, housing,

medical and psychological records, pertaining to Mr. Bourgeois.


_____
Janis Graham Jack, USDJ