UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| Respondent, | : | Honorable Janis Graham Jack, |
| -against- | : | U.S.D.J. |
| ALFRED BOURGEOIS, | : | **This is a Capital Case** |
| Petitioner. | : | |

**ORDER**

And now, this _20th_ day of _April_, 2007 upon consideration of *Petitioner's Unopposed Motion for Production of United States Marshal Service Records*, it is hereby ORDERED that Petitioner's Motion is GRANTED. Accordingly, the United States Marshal Service shall provide counsel for Petitioner, all records including but not limited to, transportation, housing, medical and psychological records, pertaining to Mr. Bourgeois.

Janis Graham Jack, USDJ