UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____      :
                                     :
UNITED STATES OF AMERICA,            :        No. Cr-C-02-216
                                     :
                    Respondent,      :    Honorable Janis Graham Jack,
                                     :            U.S.D.J.
         -against-                   :
                                     :      **This is a Capital Case**
ALFRED BOURGEOIS,                    :
                                     :
                    Petitioner.      :
_____      :

**PETITIONER'S NOTICE OF FILING OF
APPENDIX IN SUPPORT OF SECTION 2255 MOTION**

     **Please Take Notice** that Petitioner, Alfred Bourgeois, hereby files the attached three

volume *Appendix in Support of his Motion for Relief Pursuant to 28 U.S.C. Section 2255 or in*

*the Alternative Pursuant to 28 U.S.C. 2241*.

/s/ Michael Wiseman


_____
 Michael Wiseman, Esq.*
Supervisory Assistant Federal Defender
Victor Abreu, Esq.*
James McHugh, Esq.
Assistant Federal Defenders
Elizabeth Larin, Esq.
Research and Writing Specialist
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
*Co-Counsel of Record for Petitioner
Alfred Bourgeois

Dated: Philadelphia, PA
       May 15, 2007

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, Esq., hereby certify that on this 15th day of May, 2007, I caused the foregoing to be served upon the following person by United States Mail, First Class Postage prepaid, and by e-filing:

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401

/s/    Michael Wiseman

Dated: May 15, 2007
Philadelphia, PA