UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

———————————————————————

UNITED STATES OF AMERICA,           :        No. Cr-C-02-216
                                     :        No. Cv-07-223
                    Respondent,      :     Honorable Janis Graham Jack,
                                     :              U.S.D.J.
          -against-                  :
                                     :      **This is a Capital Case**
ALFRED BOURGEOIS,                    :
                                     :        Electronically Filed
                    Petitioner.      :
———————————————————————              :

**PETITIONER'S MOTION FOR EXTENSION OF TIME OF
ONE BUSINESS DAY TO FILE MEMORANDUM IN
SUPPORT OF SECTION 2255 MOTION**

Petitioner, Alfred Bourgeois, through undersigned counsel hereby moves for an extension

of time of one business day to submit his Memorandum of Law in Support of his Section 2255

Motion.  In support, he states the following.

1.      On May 14, 2007 Petitioner filed a *Motion for Relief Pursuant to 28 U.S.C.*

*Section 2255 or in the Alternative Pursuant to 28 U.S.C. 2241* challenging his convictions and

sentence of death related to the 2002 beating death of his daughter, JG-1999.

2.      On July 19, 2007 the Court granted Petitioner's motion requesting an opportunity

to file a memorandum of law in support of the *Motion*, and ordered Petitioner to file on or before

September 28, 2007 (document # 399).

3.      Counsel have been diligently completing their Memorandum, however, they are

unable to complete it by the end of today.  The Memorandum addresses a large number of

complex and lengthy issues.  Counsel wish to provide the Court with as helpful a memo as

possible and it has taken somewhat longer than anticipated.  Counsel are confident that they will

be able to file the Memo on Monday, October 1, and can guarantee the Court that no further requests will be made for this purpose.

4.    This Motion is made in good faith and is based on the specific needs of this complex capital case.  It is not made for the purpose of delay.

WHEREFORE, counsel for Petitioner request that the Court extend his time to file the Memorandum of Law for one business day, until October 1, 2007.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated:  Philadelphia, PA
        September 28, 2007

## CERTIFICATE OF SERVICE

I, Michael Wiseman, Esq., hereby certify that on this 28th day of September, 2007, I caused the foregoing upon the following person in the manner indicated below:

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401

/s/ Michael Wiseman

Michael Wiseman

Dated:  Philadelphia, Pennsylvania
        September 28, 2007

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____        :

UNITED STATES OF AMERICA,                       :          No. Cr-C-02-216
                                                 :          No. Cv-07-223
                          Respondent,            :      Honorable Janis Graham Jack,
                                                 :                U.S.D.J.
              -against-                           :
                                                 :        **This is a Capital Case**
ALFRED BOURGEOIS,                               :
                                                 :
                          Petitioner.            :
_____          :

**ORDER**

      AND NOW this ___ day of _____, 2007 upon the Motion of Petitioner for an
extension of time of one business day to file his Memorandum of Law in Support of his Section
2255 Motion, it is hereby Ordered:

      Petitioner's motion is granted.  He may file his Memorandum of Law on or before
October 1, 2007.


                                          _____
                                          Honorable Janis Graham Jack
                                          USDJ