UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON PETITIONER'S MOTION FOR EXTENSION
OF TIME OF ONE BUSINESS DAY TO FILE
MEMORANDUM IN SUPPORT OF SECTION 2255 MOTION**

On this day came on to be considered Petitioner's Motion for Extension of Time of One

Business Day to File Memorandum in Support of  Section 2255 Motion.   Petitioner's motion is

GRANTED and Petitioner is granted an extension to Friday, October  5, 2007, to file his

Memorandum of Law in support of his Section 2255 Motion.

SIGNED and ORDERED this  28th day of September, 2007.

Janis Graham Jack
United States District Judge

1 / 1