UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | C.R. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

UNITED STATES MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER TO PETITIONER'S SECTION 2255 MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government," by and through

the United States Attorney for the Southern District of Texas, files this Motion for

Extension of Time to File an Answer to Petitioner's Section 2255 Motion in the above

referenced case. On July 19, 2007, this Court permitted Petitioner's counsel to file a

legal memorandum supporting his May 2007 Section 2255 Motion and Ordered the

document filed by September 28, 2007. In that same Order, this Court Ordered the

United States to file a response in this case by January 28, 2008, and set March 28,

2008 as the due date for Petitioner's reply to the Government's response.

As this Court is aware, this is a capital case which resulted in the jury

sentencing Petitioner to death. As one would expect, the record in this case is

voluminous, and the trial involved complex legal and factual issues. Petitioner is

presently represented in his instant motion by four attorneys from the Federal Public Defender's Capital Habeas Corpus Unit. A cursory review of the 130 page motion and the subsequent 142 page legal memorandum reveal a detailed and comprehensive attack on almost every aspect of Petitioner's trial and sentence. The legal pleadings are supported by 71 evidentiary documents, including statements and reports from 15 separate witnesses who are proffered as experts in medical or scientific fields of training. The legal pleading raises approximately nine distinct substantive claims and an additional 10 issues alleging ineffective assistance of counsel. Many of the issues revolve around the opinions of the proffered experts, and several of the very complex issues raise new claims.

Upon receiving Petitioner's pleadings and supporting documentation, undersigned counsel began the arduous task of re-assembling the record and evidence in this case and reviewing all of Petitioner's submissions. Presently, undersigned counsel has drafted a 100-plus page response addressing approximately half of Petitioner's issues. Due to the breadth of Petitioner's issues and the nature of some of his allegations, it has become apparent that the government will have to conduct some investigation of certain claims and seek expert advice on various aspects of Petitioner's medical and scientific assertions. This will require additional time beyond the government's current due date.

In addition to working on the instant case from October 2007 to the present, undersigned counsel was responsible for filing 10 lengthy pleadings with the Fifth Circuit Court of Appeals and preparing for and presenting oral argument in direct criminal appeals. During that time period, undersigned counsel also had additional management and supervisory duties as Deputy Chief of the Criminal Appellate Division in Houston, Texas. Moreover, as of January 20, 2008, undersigned counsel will begin a temporary one-year assignment with the General Counsel's office assisting the Executive Office for United States Attorneys in Washington, D.C. Due to this temporary assignment, undersigned counsel will only be able to work on the instant case during evenings and weekends for the remainder of the year. Although the Corpus Christi Division of the United States Attorney's office is rendering assistance in this proceeding, undersigned counsel remains the primary person responsible for responding to Petitioner's pleadings.

In light of the forgoing circumstances, the government requests this Court grant a 90-day extension, to and including April 28, 2008, and assign a new due date for any reply by Petitioner. This extension is necessary to enable undersigned counsel to fully review the pleadings and record and adequately respond to this very extensive and thorough motion. If at all possible, the government will file its answer sooner.

Undersigned counsel conferred with Assistant Federal Public Defender James McHugh, one of Petitioner's co-counsel, and he indicated that Petitioner's defense team is not opposed to this 90-day extension request.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney


   */S/ Tony R. Roberts*
TONY R. ROBERTS
Assistant United States Attorney
TX Bar No. 17022000
S.Dist.Tx.  26173
P.O. Box 61129
Houston, Texas 77208

<u>CERTIFICATE OF SERVICE</u>

I, Tony R. Roberts, Assistant United States Attorney, do hereby certify that a copy of the above Motion for Extension of Time was placed in the mail on January 15, 2008, via certified mail, return receipt requested to:

Maureen Kearney Rowley
Michael Wisemen
Victor Abreu
James McHugh
Elizabeth Larin
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106

/S/ *Tony R. Roberts*
TONY R. ROBERTS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent, | § | |
| | § | |
| vs. | § | C.R. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
|     Petitioner. | § | |

ORDER

It is hereby ORDERED that the United States' Motion for Extension of Time to File an Answer to Defendant's Section 2255 Motion is GRANTED. The United States is ordered to file an answer in the instant cause by _____, 2008.

It is FURTHER ORDERED THAT Petitioner may reply to the government's response on or before _____, 2008.

The clerk of this Court shall send a copy of this Order to the parties by any receipted means.

Signed at Corpus Christi, Texas, this _____ day of _____ 2008.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE