UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent, | §<br>§<br>§ | |
| vs. | §<br>§ | C.R. No. C-02-216<br>C.A. No. C-07-223 |
| ALFRED BOURGEOIS,<br>Petitioner. | §<br>§<br>§ | |

ORDER

It is hereby ORDERED that the United States' Motion for Extension of Time to File an Answer to Defendant's Section 2255 Motion is GRANTED. The United States is ordered to file an answer in the instant cause by _April 28_, 2008.

It is FURTHER ORDERED THAT Petitioner may reply to the government's response on or before _July 30_, 2008.

The clerk of this Court shall send a copy of this Order to the parties by any receipted means.

Signed at Corpus Christi, Texas, this _15th_ day of _January_ 2008.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

6