CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS



CERTIFIED MAIL™

7003 3110 0002 0869 5940

**Michael Wiseman**
Office of the Federal Public Defender
601 Walnut Street  - The Curtis Center, Suite 545
Philadelphia, PA 19106