Case 2:02-cr-00216    Document 406    Filed 01/16/08 in TXSD    Page 1 of 1

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS

**CERTIFIED MAIL**™

7003 3110 0002 0869 5957

**Victor Julio Abreu**
Office of Federal Public Defender
1701 W Hwy 83, Ste 405
McAllen, TX 78501