Case 2:02-cr-00216    Document 407    Filed 01/16/08 in TXSD    Page 1 of 1

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS



**CERTIFIED MAIL**™

7003 3110 0002 0869 5964

**James L Turner**
US Attorneys Office
PO Box 61129
Houston, TX 77208-1129