CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS



CERTIFIED MAIL™

7003 3110 0002 0869 5988

Tony R Roberts
Office of the US Attorney
PO Box 61129
Houston, TX 77208