**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
United States Courts
Southern District of Texas

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

**FILED**
JAN 2 2 2008

Michael N. Milby, Clerk of Court

1. Article Addressed to:

Victor Juli Abrue
Office of the FPD
1701 W. Hwy 83, Ste 405
McAllen. Texas 78501

2:02cr216    #404

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7003 3110 0002 0869 5957

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540