**SENDER:** *COMPLETE THIS SEC* · · ·    · · · *SECTION ON DELIVERY*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

**Tony R Roberts**
Office of the US Atty
PO Box 61129
Houston, Texas 77208

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAN 2 2 2008

Michael N. Milby, Clerk of Court

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

2:02cr216    #404

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0002 0869 5988

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540