**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James L Turner
US Attys Office
PO Box 61129
Houston, Texas 77208

2:02cr216    #404

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

M. Marcus Venson Pool   01/17/08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

United States Court
Southern District of Texas
FILED

JAN 2 2 2008

Michael N. Milby, Clerk of Court

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0002 0869 5964

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540