| SENDER: *COMPLETE THIS SECTION* | SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X  K. Prescott   ☑ Agent  ☐ Addressee <br> B. Received by (*Printed Name*)  K. Prescott   C. Date of Delivery  1/23/08 |
| 1. Article Addressed to: <br><br> Michael Wiseman <br> Office of the FPD <br> 601 Walnut Street <br> The Curtis Center, Suite 545 <br> Philadelphia, PA 19106 <br><br> 2:02cr216  #404 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> United States Courts <br> Southern District of Texas <br> FILED <br><br> JAN 28 2008 <br><br> Michael N. Milby, Clerk of Court <br><br> 3. Service Type <br> ☑ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☑ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7003 3110 0002 0869 5940 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540