IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 24 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Crim. No. C-02-216(1) |
| | § | |
| ALFRED BOURGEOIS | § | |

## ORDER OF CONFINEMENT

On this day was held a status conference in the above-styled action. It has come to the Court's attention that despite this Court's prior orders that Defendant is not to have any correspondence with anyone except for his attorneys (See Order Clarifying Prior Order attached hereto), Defendant has mailed at least two letters to individuals other than his lawyers and possibly made phone calls to persons other than his attorneys. It is believed that Defendant has been aided in making such communication through trustees among other individuals being held in the jail.

For these reasons, the Court reiterates its prior order that Defendant is not to have any correspondence or communication with anyone except for his attorneys, whether by telephone, letter, or otherwise. Defendant is ORDERED not to make any telephone calls to anyone other than his attorneys.

Furthermore, it is ORDERED that Defendant be placed in maximum security where he is to have no contact with any other inmate. It is ORDERED that Defendant have one hour of supervised recreational activity a day -- alone except for jail guards as may be required.

It is ORDERED that Defendant's food slot remain locked except as needed for supplying food.

SIGNED and ENTERED this the 24th day of October, 2003.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2

TOTAL P.04

United States Courts
Southern District of Texas
ENTERED

JAN 0 8 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA,            §
                                     §
vs.                                  §    Criminal Action. No. C-02-216
                                     §
ALFRED BOURGEOIS,                    §

## ORDER CLARIFYING PRIOR ORDER

On December 20, 2002, this Court held a hearing in the above-referenced case regarding, in part, defendant's communication. The United States had concerns that defendant had been making threats to others in his written and verbal communications. This Court held that defendant could only communicate with others through his attorney, John Gilmore.

On January 8, 2003, this Court held a hearing regarding the scope and effect of this prior order. The Court now clarifies its December 20, 2002 Order in that defendant is not to have any correspondence with anyone except for his attorney, whether by telephone, letter, or otherwise. If defendant's attorney believes that this restriction creates an impact upon defendant's legal defense, an application may be made ex parte for relief.

SIGNED and ENTERED' on this the 8th day of January, 2003.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

---

' Facsimile signed order has the same full effect as an original signed order.

1

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By