UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## Order

In 2004, petitioner Alfred Bourgeois was convicted of first degree premeditated murder under 18 U.S.C. § 1111(a) and sentenced to death.  On May 14, 2007, he filed a motion for relief under 28 U.S.C. § 2255.

Before Bourgeois's trial, the government advised this Court that Bourgeois was making verbal and written threats to other people.  Accordingly, Bourgeois was ordered not to communicate with anybody except his trial counsel.  Trial counsel no longer represents Bourgeois.

Bourgeois has now filed a motion stating that the United States Bureau of Prisons regards the earlier orders as still operative.  As a result, Bourgeois claims that he is unable to communicate with anybody outside the facility in which he is confined.  He requests an order permitting him to communicate with, and through, his postconviction counsel.  The government does not oppose this motion, but this Court is concerned that the reasons the limitations were originally placed on Bourgeois's ability to communicate with individuals other than his attorneys are still applicable.  Accordingly,

IT IS ORDERED THAT Petitioner's Unopposed Motion To Amend Court's Order Limiting Mr. Bourgeois' Correspondence (Docket Entry 413) is **Granted In Part**;

IT IS FURTHER ORDERED THAT Petitioner may freely communicate, in accordance with the standard procedures of the United States Bureau of Prisons, with his counsel; and

IT IS FURTHER ORDERED THAT the government's trial counsel, Assistant United States Attorney Patti Booth, shall file a response to Bourgeois's motion on or before March 6, 2008, stating the government's position on whether the restrictions placed on Bourgeois's ability to communicate with people other than his attorney should remain in place.

SIGNED and ORDERED this 6th day of February, 2008.

_____
Janis Graham Jack
United States District Judge