UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

UNITED STATES' UNOPPOSED MOTION FOR SECOND EXTENSION
OF TIME TO FILE AN ANSWER TO PETITIONER'S SECTION 2255 MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government," by and through

the United States Attorney for the Southern District of Texas, files this unopposed

Motion for a Second Extension of Time to File an Answer to Petitioner's Section

2255 Motion in the above referenced case.  In support thereof, the government states

the following.

On July 19, 2007, this Court permitted Petitioner's counsel to file a legal

memorandum supporting his May 2007 Section 2255 Motion and Ordered the

document filed by September 28, 2007.  In that same Order, this Court Ordered the

government to file a response in this case by January 28, 2008, and set March 28,

2008, as the due date for Petitioner's reply to the government's response.  Since that

time, this Court has granted the government an extension of time due to the reasons

contained in the government's January 15, 2008 motion for such. *See* District Court Docket Entries # 403, 404. This Court generously granted the Government's request establishing the government's current due date as April 28, 2008, and resetting Petitioner's due date for a reply to July 28, 2008.

As noted in the government's January 2008 motion, undersigned counsel has been detailed to Washington D.C. for a one-year assignment with the Executive Office of the United States Attorneys' office. Notwithstanding that detail, undersigned counsel remains the primary person responsible for responding to Petitioner's claims in the instant action. The government has made some progress in obtaining investigative assistance but is currently still searching for expert assistance in responding to various complex scientific, medical, and other technical claims made by Petitioner.

On February 11, 2008, the Fifth Circuit Court of Appeals granted *en banc* rehearing in *United States v. Gomez-Gomez*, No. 05-41461, __ F.3d __, (5th Cir., Feb. 11, 2008). *Gomez-Gomez* will revisit the very complex and broad-ranging issue of sentence enhancements for "crimes of violence" in illegal reentry cases under 8 U.S.C. § 1326. Undersigned counsel has been lead counsel on that case since March 2006: government brief filed in May 2006; oral argument presented to the Fifth Circuit in February 2007; obtained Solicitor General approval to seek rehearing *en*

*banc*; and filed the government's petition for rehearing *en banc* in August 2007. Thus, undersigned counsel is now responsible for complying with the Fifth Circuit's scheduling Order regarding this *en banc* case.[1]

The February 11, 2008 Order directs undersigned counsel to submit the government's *en banc* brief on April 11, 2008. Oral argument before the *en banc* Court is set for the week of May 19, 2008. Undersigned counsel will work on the *Gomez-Gomez* case in addition to his primary duties as a detailed attorney with the General Counsel's Office in Washington D.C.

As this Court is obviously aware, the issues involved in the *Gomez-Gomez en banc* case have caused great consternation amongst the district courts within the Fifth Circuit as well as resulting in conflicting and confusing decisions from various appellate courts. Undersigned counsel hopes that the results of *Gomez-Gomez* will bring clarity and unity regarding the much-litigated question of what qualifies as a "crime of violence" for sentence enhancement purposes under USSG § 2L1.2. To

---

[1] The Fifth Circuit Court of Appeals' letter to counsel notifying the parties of the Court's decision to hear this case *en banc* instructs the parties to address whether *United States v. Calderon-Pena*, 383 F.3d 254 (5th Cir. 2004) (en banc) "should be overruled or modified." Undersigned counsel also represented the government throughout the entirety of the *Calderon-Pena* proceedings. As such, there is no one within the Southern District of Texas who is better situated to address the broad-ranging concerns at issue in the *Gomez-Gomez en banc* proceedings than undersigned counsel.

achieve such a result will require undersigned counsel to devote most of his time over the next few months to drafting the government brief and preparing for oral argument.

At the same time, undersigned counsel will continue to draft the government's response to Petitioner's pleading. The government is hopeful of quickly locating and interviewing witnesses and obtaining expert advice and guidance on various issues raised by Petitioner's pleadings. Moreover, the government has no interest in unnecessarily extending the instant proceedings. The government anticipates that an evidentiary hearing will be necessary once all the pleadings are filed and this Court has had an opportunity to review those pleadings. It is certainly not in the government's interest to delay any such hearing.

Nevertheless, due to the recent developments identified in this motion, the government requests this Court grant an additional extension of 89-days, to and including July 25, 2008, and assign a new due date for any reply by Petitioner. Undersigned counsel will continue to draft the government's response in the instant case and will devote every extra minute to the instant case upon completing the work in the *Gomez-Gomez* case. This extension is necessary to enable undersigned counsel to fully and adequately address Petition's complex claims. If at all possible, the government will file its answer before the established new due date.

Undersigned counsel conferred with Assistant Federal Public Defender James McHugh, one of Petitioner's co-counsel, and he indicated that Petitioner's defense team is not opposed to this additional 89-day extension request.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney


　　/S/ *Tony R. Roberts*　　　
TONY R. ROBERTS
Assistant United States Attorney
TX Bar No. 17022000
S.Dist.Tx.  26173
P.O. Box 61129
Houston, Texas  77208-1129

## CERTIFICATE OF SERVICE

I, Tony R. Roberts, Assistant United States Attorney, do hereby certify that a copy of the above Motion for Extension of Time was placed in the mail on February 19, 2008, via certified mail, return receipt requested to:

Maureen Kearney Rowley
Michael Wisemen
Victor Abreu
James McHugh
Elizabeth Larin
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106


/S/ *Tony R. Roberts*
TONY R. ROBERTS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

ORDER

It is hereby ORDERED that the United States' Second Motion for Extension of Time to File an Answer to Defendant's Section 2255 Motion is GRANTED. The United States is ordered to file an answer in the instant cause by _____, 2008.

It is FURTHER ORDERED THAT Petitioner may reply to the government's response on or before _____, 2008.

The clerk of this Court shall send a copy of this Order to the parties by any receipted means.

Signed at Corpus Christi, Texas, this _____ day of _____, 2008.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE