UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

It is hereby ORDERED that the United States' Second Motion for Extension of Time to File an Answer to Defendant's Section 2255 Motion is GRANTED. The United States is ordered to file an answer in the instant cause by July 21, 2008.

It is FURTHER ORDERED THAT Petitioner may reply to the government's response on or before October 20, 2008.

The clerk of this Court shall send a copy of this Order to the parties by any receipted means.

SIGNED and ORDERED this 19th day of February, 2008.

_____
Janis Graham Jack
United States District Judge

1 / 1