2:02 CR 216

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

D.E.416
Postmark
Here

Sent To — Tony Roberts
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800 June 2002                    See Reverse for Instructions

7003 3110 0002 0672 8358