2:02 CR216



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | DE.416 |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  James L. Turner

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800  June 2002                    See Reverse for Instructions