**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James L. Turner
USATTY OFF.
PO Box 61129
Houston, TX 77208

2:02CR216, DE 416

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Cal_ ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery
_Kevin Cal_                            2/26/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

United States District
Southern District of Texas
FILED

**FEB 2 8 2008**

Michael N. Milby, Clerk of Court

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)      7003 3110 0002 0872 8341

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540