**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Wiseman
FPD
601 Walnut St.
Ste 545
Philadelphia, PA

2:02cR216, DE 416

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Ismael Ortiz

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

Ismael Ortiz   2-25-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

United States
Southern District of Texas

FEB 28 2008

Michael N. Milby, Clerk of Court

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)

7003 3110 0002 0872 8327

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540