**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tony Roberts
US Atty Off.
PO Box 61129
Houston, TX 77208

2:02CR216, DE 416

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _(signature)_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery

_Kevand Cole-rts_ 2/26/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED

FEB 28 2008

Michael N. Milby, Clerk of Court

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

7003 3110 0002 0872 8358

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540