Anthony Dumas,

Tell your niece exactly what I say, She got a $4000 dollar check, cashed it and didn't tell me nothing about this check, She drew up a Power-of-Attorney without me giving her no permission, she took item out my house and didn't but not 1 thing in my home, I put you out for a reason I came home June 2b and my weed-eater was stolen, Alfredesha had some Pennies you had under the dresser me and Robin & Alfredesha found that's why I put you out and Robin & I both changed the locks with your nephew Jason's right there. I've always been straight up I don't play games, I'm straight up, Your neice let you back In my house for 1 reason, She want you come too count lie for he saying you seen me beat that child, Anthony God knows you wouldn't home enough too See my beat noo one, how can you even fik your mouth too say you seen me beat some one, not 1 time you ever seen me beat Alfredesha, noor Jakaren. You Are lying and I got a video tapes that we had in my truck when we had the party for Alfreda birthday my lawyer got FBI got out my truck. Anthony I got pictures was In my Expendition my lawyer has with all of us fishing and this child had no abuse on these pictures. I also got Jakaren mother too mail my lawyer those different picture we took the 3 weeks before we left too go on my new job, there was not no sign of abuse, Anthony I got my daughter Beth took some pictures with me, Alfredesha & Jakaren at Beth Graduation, I

Exhibit "A"

have some more pictures that my friend Alton Long and his wife took at his daughter graduation party by her grandmother In Baytree that Alton Long and his wife bringing too count for me. I got some friend Ben and Liz whom seen Aphrodesha & Ja'Karen the day before we left too go on this trip & Ja'Karen had no bruises, or child abuse on her. My friend Anthony mamma down the street give my Defense Investigater A report that she got A chance too see this child early that morning we left, and she stated this child had no signs of Child Abuse. Stacy also has been questioned and Stacy also said the day we left this child, nor Aphrodesha had no abuse. Lloyd has the reports if you want see them of all the people seen this child before we left. My daddy and his girlfriend seen Ja'Karen the day we left from the house and they all made a report this child had no abuse. Robin is using you, I don't know why my wife does the shit she do, I always told Robin she'll fuck me again. My Dad I called him he & his girl friend informed me that his daughter which is my sister whom live In Belle Point In the front of my Subdivision Informed my Dad that Robin is Running & messing with a guy In my Subdivision. Also I I have 4 people seen Robin took some Vacuum Cleaner & Pictures out my house. My next door neighbor In the house next too me seen Robin taking items out my house and those Antique Cars Audnell children has my Antiques. Your niece is one Cold No-Good Woman, But God has her day numbered. Robin

is hunting too many people and getting away. How can a person get off with so much. Anthony its nothing Robin do I don't know. Im very well known and believe me I am getting more news being locked up. I will get the news. That's your niece and I understand that. But Robin getting you too come too count too lie for her because she know you need a place too live that's using you. She ain't thought about you when she help me change those locks that Wednesday the day B-4 JR Karen died. Robin told FBI that when they flew her home she didn't want no one know she was home, Anthony my wife wrote me a letter stating, Stacy Williams, Sexy Slim, Anthony, and Ali broke in my house, well I made three copies, Lloyd have one, I have one, my lawyer has the original and State-Farm Mike Williams in Laplace has one so Robin done falsely forge a $4600 check, on my Home Owner Policy and wouldn't even have the heart too tell me, and Ms. Donna Leonard notarized a Power-of-Attorney for Robin, Anthony Ms Donna + Robin both one headed for trouble, I got my Attorney typed up A Power-of-Attorney with my brother Lloyd Ferinand JR. being over all my Assets. On July 15, 2000 Robin came too count she tried too fool me in giving her too get me too give her Power of Attorney, I knew then Robin was up too no-good but the paper I gaved her was not A Power-of-Attorney, so Ms. Donna being a Notary know dam well I gotta be in presence for her too notarized something for me. I got my attorney Kerry Brown in Laplace too notarize

. Any paper work I need. When it come down too business I wouldn't never used Ms. Donna cause Robin know MRS. Donna will beg the shit out of you for money. But what hurts Anthony my wife know I need money In here I seen Robin a list of Items I need, My house was 3 notes behind you think Robin would have the common sense too save my Expedition or the house, my credit cards I Ran up buying her clothes when she left me for Al. No dude Robin only thought about Robin, but In the name of God, Robin days will be short. This piece of yours will have a short-life. Robin is messing over too many people, then talking about Stacy Williams, Sexy Stim Anthony, Al broke In my house. But you see she fucking with them white folks now, she barking up the wrong tree, and Ms Donna with her so-call Religious Ass behind all this. That Jost why she having so much bad luck right now. Anthony all I can tell you, Robin is heading for trouble. My house did not get broken into. I got Eye Witnesses Seen Robin took my stuff out the house. This so-call Police Report Robin claim she was gonna send me In her letter she wrote State-Farm got copies of this letter. I aint trying too hurt your neice but for a Husband she love so much, She fucked m every-way she could. But God sees it all, Robin day is coming brother, I'm getting mine right now but Lou I hate too see when hers come. Then Robin goes too my cousin Lisa Daigne tell her Alfred Bourglais & her still commute.

Page 5

I called my cousin Lisa after I called you Anthony Monday night and Lisa informed me that Robin told her she has been writing me and we're writing each other back and forth. Well I told Lisa that Robin wrote me 1 time since I got locked up June 27, 2002 at 8:30pm. I told Lisa how the FBI agents tried too trick me saying I seen my wife kill my child. Anthony that's your niece, God Knows I loved Robin but the last thing in the world I wanted see Is my wife In No-body Jail. Man that's something I don't care what Robin have done me I wouldn't In for nothing in the world turn my back on my wife. Now Robin has done me some cold shit, but seeing my wife In Jail, I couldn't live with that. Anthony I don't care what Robin do too me I would never go too the extent of fucking her the way she let these people bullshit her. All this shit about extortion (and) beating-biting this child, brutalizing this child, your niece told those people all this. Robin let these white folks scared the fuck out of her, I know what happened. I don't beat my children. I got 6 other children I don't beat them. Robin don't know these people don't give A fuck about her neither me and she'll see. They used the fuck out of her. They played that dam game with me telling me my wife said this & that, as I told Michael Harris the FBI agent my wife ain't told you a dam thing, come too find out, my lawyer showed me the Report Robin fucked me all up the Ass, spit on me, then kick me too the Dump. Man how cold can your niece be. Robin got arrested for those Limos Anthony I was there for my wife. Robin fucked over me for All costing me

Page 6

money out my ass with phone bill on my cell phone, LDS # on my phone calling another nigger on my phone I still took that niece of your back. I had too do A second mortgage on my house I got in so much debt by her new clothes, Afredesta new clothes, Afreda new clothes and the girl got $4600 dollars of my Home Owner's Insurance and wouldn't send me A quarter. Man I am taking this shit so hard. My house could have been saved with $4600 dollars. Robin only thought about Robin, then I know her she's hanging around Lisa too get that $800 that I give Lisa too get her ass out of Jail. You neice Anthony has Fuck me every-way she could. But brother believe me Robin days Are Short, she think she fooling me, and mis-using me, Anthony I may see Life In Prison if I'm convicted, but brother Robin got hers coming. I'm locked up the girl got a man up the street from me, my sister Elizabeth ain't lying, my sister up the street ain't gonna play with my Dad about this, but My Dad, my brother Lloyd, my brother Keith told me when Robin done that shit with Al and I let her back so easy she'll do it again. God knows my Dad done throwed that in my face, Keith definitely throwed it back, and now Robin put A Restraining order on Lloyd after Lloyd the one give me the money too get her Ass out of Jail for another man. That $800 I got that from Lloyd. Robin I always told her she just like her mom. She dirty and Anthony Robin ain't gotta be like this. But I always told Robin need help. Something is Really wrong with my wife. All this is affecting those children and she don't realize.

My friend, you asked me too write you and I'm writing. Anthony I have tried too help you entire family when they needed, Yet I'm sending you another List something like I sent Robin before I got moved I need money too buy certain things out the commissary here, All I've done I'm allowed too get $100 a week for things I need. I written Jason, your Aunt, I sent letter for them too read stating I need money and not one ever responded too say hello. Man I am so hurt I need money. All those guy In her got people In their family sending them money every week, yet I got all these people I've helped In my wife family and you mean now I'm locked up I ain't shit. Anthony Dumas all this is killing me by the day. Lloyd have sent me some money, Keith sent $60 dollars, Alton sent $50 dollars, Bryan & Michelle sent $50 dollars, Bena & Liz sent me $75 dollars My cousin Jersey & Pinky sent $50 dollars, My cousin Alota Bourgeois wrote me several times on situations. But as for my wife, yous your side all y'all after my shit In my house and not 1 of you ever sent me a quarter. What kind of heart y'all have. I ain't gotta write and ask y'all for money y'all should be willing too send me something. Not one even sent me a letter of Alfred I'm sorry too hear your situation. Its like I don't exist. But God sees all this. I wrote Robin 5 too 7 different times and I get one page letter stating my house got broken In by Stacy, Ali, Anthony and Sexy Slim, signed by your wife and I'll send you Alfred a copy of the

Police Report, Well I'm still waiting on this Police Report. At the time Robin sent me this letter I also mailed a copy of this letter too Kenny Brown, my attorney on BellePointe and Lloyd and Kenny mel and Kenny Brown Informed Lloyd that he got his brother-in-law who is a Police and his sister who work at the front desk and they both informed at that time Robin never placed a Police Report at that time stating the house was broken into. I had Lloyd go too State-Farm bring them a copy of the letter Robin sent me saying who broke In my house. Anthony at this time State-Farm Mike Williams are Investigating this situation, and I told Lloyd I did not give Robin permission too file no claim on my Home Owners Insurance Neither did I give Ms. Donna Leonard any permission too Notarized any paper for me. Ms. Donna being a Notary knows better, she can not notarized nothing for no-body without that person being notified. Lloyd has hired Kenny Brown as his Attorney too see Ms. Donna Leonard get her license Revoked for the crime she has helped Robin committed. Ms. Donna according too another lawyer talked too Phyliss advised Lloyd Donna Leonard got into some trouble awhile back with some money stealing that went down, and Anthony do too the way Ms. Donna begs she'll do anything for a dollar. Robin also have told me somethings Ms. Donna has done, but I know half or my stolen items, especially my antiques car is at my Donna Leonard on her Daughter Audrell house. Robin will do anything too buy friendship at this time and Audrell loved my cars she once told me her children wanted some like that.

Page 1

Anthony I wrote you like you asked me too but this is my last, the last time I wrote you, you said you never got the mail, that's cause your niece beat you at it. Robin told Lloyd she got things I wrote that she gonna use on me In court, well Lloyd asked me too stop writing Robin cause she don't mean me or nobody no good. Well Anthony like I told Robin in those letters and I'll say it again I did not kill this daughter of mine, she fell out the truck, Anthony I say it again I don't give a dam what FBI say these people have bullshit Robin too turns against me, this I know, they may give Alfred life or Death what-ever, but all this Robin has told these people you watch what happened, If she seen me did all this and didn't report me, they ain't gonna give Robin those children back. You watch what I tell you. Robin call herself done fuck me, but Anthony I been a Detective for 1½ I know they system, those people will slap something on Robin, you just watch what I tell you, Robin In my brief case had statements that me & her got back together, I had restraining order she put on me for being abusive too her and the child and on top of that she got Judge Becnel & Judge Sterling Snowdy too Resolve this Restraining order, that's Purjery the Feds will slap something on Robin mark my word, she's being used, Anthony Im a ex Dectective, I know the system. They are right now using my wife and she too Stupid & Kinniving too see this. My wife got caught with Food Stamp Card and you Anthony living with us, Robin and I together you think Robin passed a Polygraph and they kept her children, Child Protection told Robin In 45 days she'll get Alfre & Freda, too this day Robin ain't got those children and she ain't gonna get

PAGE 10

then, Anthony when Robin told FBI agents I was whipping JaKarenn with Leather belts, Extension conds, I bite this child trying too fuck Alfred, that's where your niece fucked up. These FBI agents Robin told them she scared of me that's why she didn't say nothing but they got Restraining orders, she put on me and then got them Resolve by 2 different Judges, plus later she go get Food Stamps with you there too, Anthony you watch my wife fucked her-self. Those FBI agents watching your niece like a hawk. Then Lloyd informed me that FBI contacted Al Teabott about those limo being painted, Al called Lloyd told Lloyd, Al told FBI she stole a check and cash at First American Bank, and her husband give the money back too keep Robin out Jail, Also Al gAve FBI Cheryl Morial home # because Robin had borrowed some money and refuse too pay this girl, then on top of that Anthony, Lloyd told me Robin mother was contacted by FBI agents and Veronica give Robin a real bad report. Now according too Lloyd, Veronica, Sheryl Morial, and Albert Teabott, the FBI met all Al place in Laplace. Talk too Lloyd, Anthony Dumas Lloyd has all the details. From her Lloyd informed me that FBI went too First American Bank, and St. John Sheriff office and got every reports Robin Bourgeois even filed within the last 10 years on any-body. Now Anthony, Lloyd told me that Robin told FBI that I used too beat my wife Gaynell Collins, and Kerry Brown's sister Informed Kerry Brown that FBI went talk too Gaynell Collins on me beating on her and Gaynell Collins told FBI that we never had no fights and she never filed no changed when Alfred Bourgeois and her was married. Now Kerry told Lloyd FBI asked Gaynell Collins how I was with my other children

Page 11

when they were around me. According too Kerry Brown, Gaynell Collins told FBI she just couldn't believe what she heard because Alfred Bourgeois went out his way for his children, and that she had a nephew name Rashad Collins was strung out of Alfred and Alfred gave Rashad the world. So from her Gaynell Collins told FBI agents too go talk too her moms Dad cause they were also crazy about Alfred. So Anthony if this happen like Kerry Brown told Lloyd, Robin hunted herself. Now FBI agent went into other detail that Gaynell Collins said about some situation she had with Robin Batiste at that time but I rather not go into what my ex-wife confronted about your niece. It just aint good. Now Robin got FBI agents too talk too my next door neighbor who got rid of Alfredesha cats he couldn't say too much but I got on his ASS about taking Alfredesha cat away and I had a real ugly attitude. Well 2 more thing, when Alfredesha was questioned along with A. Attorney has 2 be present every time Alfie is being questioned. I my attorney informed me that Alfredesha did said the next door neighbor took her cat away and her Daddy told him off. The last thing Anthony Alfredesha was question why I put you out the house the day we left home. According too my attorney Alfredesha told FBI agents that her mom & Dad changed the locks because you had stolen my weed-eater, and some pennies out her bank too buy liquor. FBI asked Alfredesha who else was at the house when your daddy and momma change the lock. Alfie responded A cousin JASON. FBI ask Alfredesha if her Uncle ever had the Police pick him up for coming in the house drunk. According too my lawyer Alfie replied 1 time but my Daddy always put him out for being drunk.

Page 12

Now FBI a lady asked Alfredesha how many Dogs she had. Alfredesha responded 3 dogs. FBI lady asked Alfredesha do you daddy have locks on his gates. Alfredesha told them my daddy has locks on each gate and chains so no one get In the yard too get In her Swimming Pool & Jacuzzi. One last thing my attorney Informed me Alfredesha do you think somebody can break In yall house and steal all your toys out the house. My attorney say Alfredesha Replied my daddy got bars and dogs all around and my dogs just let Uncle Anthony, My Daddy, my Momma & Me Alfie In the yard. Right here Anthony told me something when my attorney told me what Alfredesha said, these people watching every move your niece is making and with my Attorney telling FBI agent Robin Bourgeois and Donna Leonard drew up A Power of Attorney and he had typed a Legal one up and Fed-Ek too Lloyd Ferdinand JR, I feel these people gonna hang Robin Bourgeois for this Claim she filed with State Farm, the last time my Attorney talked too FBI agents In New Orleans, La. they tracking down what signatores & what bank cash this check that Robin Bourgeois cashed. Dude talk too your niece she trying too Fuck Alfred, but this kind of shit I cant get her out of. Im In Prison already. These people trying to hang me but Anthony they gonna get your niece of something I see it coming. I know State Farm, First American Bank are talking too me, Jose, my lawyer. Robin done got herself Into something not thinking the Feds already watching her. That girl got a head like A Rock, Mand. Plus she still messing around and got A Husband In Prison & 2 children In Foster-Care. Robin gotta be a fool if she think she aint being watch at child protection just gotta hear she messing around. Man oh man. That girl aint using her Fucking head. Im gone.

Anthony I got several people Lloyd has went too that's coming too court. I o Lloyd Winnabago O on my behalf when I left home this child was not physically beat up with a Extension cond OR all those belt Robin gave FBI. On this so call blood Robin claim was on my comforder and pillows In the living room, My attorney has advised me Tuesday 24, this week of September the testes has come back on all these Items that Robin gave FBI out my house like the belts, the extension conds, the pillow cases, comforters, plastic of my bed, covers off my sofa there was not 1 signed of my DNA blood on those Items, also on those bite marks your niece claim when I bit my child we guess what my Forensic Dentures did not match on not one of those bites. Robin told FBI that I did. On the extension conds, and the belts not none of Jackaren DNA or flesh was on any of these belts o Extension conds like your niece claim, Robin said I beat this child with my sandal, well I got good news, Pathology Lab found nothing. So maybe now your niece might come up with some more lies on me. My Attorney Jose had me smiling when he told me the Results on the lab turned back over too FBI agents. See God dont like Ugly ness. Your neice my friend has got some explaining too do. She made me look stupid, now I wanta see her come IN court, I Really want Robin too take the stand now In court knowing what I Know now. I wanta see her Re-actions when she here what I already know. You know I got a free-ticket for my Divorce. Althodesha nor Alfreda will save her ass this time, I don't need that Trouble. I hate too tell you but I will Divorce this non-good

LAST PAGE 14

stinking dirty low down broke ass bitch with A smile on my face. You tell her exactly what I said, buy the way. Show her this letter that Diry no good walking Demon Just like her no-good mother. That niece of yours want ever get the opportunity too fuck me no more. I got Kerry Brown, my attorney and his sister Nicole coming too court, I got Alton & Gail Preston coming too court, I got my daddy and his friend coming too court, I got my next door neighbor Anthony and his momma coming too count, I got Ben & Liz coming too count, I got Brian Albert & Catina coming too count, I got Stacy Williams coming too court, your neice will face up some people that saw this child before she died. My son Anthony & Beth and Dee Dee all my children will be there, I got JaKanown momma Katrina Harrison too be there too testify how Robin calud playing like my sister Judge Stacy Williams. I got Lloyd too contact Katrina for me. I got that letter Robin hand wrote Child Protection In Livingston, Tx so Anthony do me a favor, tell that big fat stink smelling noo-good hoe bring it on. Lil Billy-BJ and my cousin Linda will also be there too testify on shit Robin has done. That gun she plant on my son saying he broke In my house and the other Anthony In my sub when she found my gun had me thinking that boy stole my gun. well Lloyd got his momma Involve, all Stacy Williams & Anthony, Secy Slim, Anthony momma then need is a ride. Lloyd has Promised me if he got to too rent another Winna bago he'll see all those people are In court. Tell Robin she dig a hole for me, but watch who fall In the pit.

stealing your shit. I've been suffering A long time. 8 long fucking years. A change Is gotta come. You wanta play a Player. You better bring your Dum Ass back too school cause you done fuck with the wrong one. I Always told you your screw was loose. So Uncle since you wanta lie for Robin you too bring it on, When you got arrested the night for the Alcohol coming IN my house your niece made a 911 call and Lloyd got Kerry Brown too get the Records of this conversation. On A murder case like I got your Reputation will bill up my case. My Dad always talk about how drunt you always are, also Robin that video tape for Alfreda birthday with Ja'Kanen IN it, my lawyer smiled ne say looking at that tape Lord help me, that tape 90° won my case, The R 10° is when those bite marts didn't match me teeth and all t e blankets, sheds, belts had no DNA blood for Alfred Bourgeois nor Ja'Kanen Gunter. Lord thank you Farther I always wanted too get out this family. Lord again Thanks Farther you Answered my Prayer and I Love You God and Lord I know you got something much better for me.

Again Thanks Robin Batiste I will never ever call you by my last name hoe. You thief. wanta steal out my house and aint put A quarter IN the house That's A Bitch for You and

Alfred Bourgeois

Robin because You have no heart you wouldn't know what trouble a have cost Alfred Bourgeois. You better find God IN Your life c you got some serious Praying too do. Another man ain't gonna help you. Somebody will Put your Big $350 lbs ass IN the grave you keep fucking over people like you do.

tell Robin she has made my dream come true. I been wanna Divorce that Big Fat Slutt, that fucking wet back. That hoe ain't worth A penny. You take A hoe out the street put them In something nice, tried too give A bitch a good life, and she fuck the man made her what she should have been. The hoe ain't worth A Fuck and from this day 9-27-02 That bitch ain't got A Fucking thing oo tell me. That bitch everything come out that hoe mouth is A ie that NO-fuck-stinking hoe. Make sure you let her see his. As long ass Robin Batiste is loving that hoe better ever oo come In my face, I always told Alfredesha she had A Pitiful oo good so called mother. That bitch can't buy those children a can of talking about being A momma. Anthony you niece is A grace too my childron. What she's done Alfredesha Bourgeois ill Never-ever forget this shit. That no good cold blooded big fat bad breath fucking slutt. Bring it on Robin, Im ready or your no-good Ass. Anthony be sure tell her I'm waiting for er cause I got more surprises for her, she better get her shit together cause In that court-Room the game will be over she's played for the last 8 years of my life. Tell Big Momma bring t on, Katrina has given my lawyer a copy of her letter she hand note, you stupid ass- hand write something Evil. Robin bring it on your favorite words Oh Im scared of Alfred, Alfred made me do it. had shit ain't gonna work. I work for Alfred sister as A Paralegal. by Im smiling In this jail-house bring it on Judge Stacy Williams got the telephone bills, I got Katrina Harrison friend Lisa turned on you stupid Ass. Just bring it on. FBI got with all my childron on how bad you mistreated them. Bitch Bring Your Big-Ass on. I had enough