

# JIM WELLS COUNTY SHERIFF'S DEPT.

OSCAR LOPEZ
P.O. BOX 1286
ALICE, TEXAS 78333

CHIEF DEPUTY
MELVIN ARNOLD

MAJOR CARLOS R. GARZA

CHIEF CLERK
GRACE ZERTUCHE

JAIL ADMINISTRATOR
MAJOR RICHARD L. MILL

MAJOR JUAN G. BARREF

Dear James Sykes / United States Marshall

Marshall Sykes, on January 6, 2003, I Captain Sandra L. Salas, Jail Administrator for the Jim Wells County Sherif's Department, processed a letter from Federal Inmate Alfred Bougouis, addressed to "Mr. John Gilmore." I noticed that the envelope appeared to be somewhat bulky, and practically unsealed.

I called it to another Supervosor's attention and had him witness my inspection of the letters contents. Inside the envelope, there was a letter to Mr. Gilmore, however, inside the same envelope was a well sealed envelope addressed to "Mr. and Mrs. Loyd Ferinand Jr of 3446 Wendy Drive in Paulina Louisiana.

At this point, I contacted the U.S. Marshall's office in Corpus Christi, Texas and spoke to Marshall Eleazar Jaime. Mr. Jaime directed me to Marshall Sykes. Marshall Sykes informed me that I was to proceed to mail the letter addressed to "Mr. Gilmore,"however I was instructed to hold on to the letter addressed to Mr. and Mrs. Loyd Ferinand Jr., until further notice. I advised Marshall Sykes that the letter would be in my possession at the Office for their inspection.

If you have any questions, please feel free to contact me at my office at 361-668-0341 Ext #24.

Thank You

Captain Sandra Salas

Witness

Exhibit "B"

Page 1 of 2

Lloyd & Anita,

I need you get your list of witness together for count. On Jan 2, 2003 my attorney informed me that FBI agents are trying too come up with 3 more changes on me. They are trying too say that Ja'Kanen Vagina had my sperm and Alfnedesha has been raped In her Anal area by me, Lloyd — I aint worried because I know better. Those FBI agents are fishing For bait and I know for a fact this is all We say. I say, Alfnedesha do not drink water All all, Robin lets this girl eat nothing but Junk food and there is a Clinic In Liding, LA where Alfnedesha has been going get treatment for her stomach being constipated and have been having Stool problems awhile. Get with binnie Boungles Alfedesha's Nanny, She knows the Clinic, I need too get these records or some records too my Attorney. Get with binnie, she works In that area and know the Doctor In which Robin & binnie has bought Alfnedisha for check-ups on this issue. Also Lloyd FBI are also trying too tie me into some murder In Livingston, Tx. On Dec 20, 2002 I went too court the Prosecutor got up lied too the Judge say I wrote some letter to have a witness Killed In Livingston, Tx that died around Dec 19, 2002. Lloyd I only been too Livingston, Tx twice In my life-time. Thats April 27, 2002 from 5AM too 5pm too meet Ja'Kanen and May 15, 2002 too pick up Ja'Kanen after court. Now I only know Kathina Harrison only In Livingston, Tx. I met a girlfriend and spoke on the phone with her but I don't know this girl and nobody else. But FBI agents do not want me too write or call none of you but do what we spoke about. Don't forget all my witness, pictures and the video tapes we talk about. Also Attorney Kerny Browns has some records thats

Very helpful and let him know when I go too court. Kerry Brown says not to Trust those folks as we spoke he finds It strange that FBI agents nevever put in the Discovery Package that Kerry Brown spoke with Agent Michael Harris and another Agent. Also Lloyd I know Kerry Brown spoke with you on some Issues dealing with Robin mother and Albert Teabolt. FBI agent spoke too Robin mother and Attorney Kerry Brown finds it strange that none of this is In my Discovery In Wich I sent Kerry Brown a Copy of. Also Kerry Brown spoke with some of my Employment Informants at R.E. Garenisons And also none of this was mentioned In my Discovery. You Know Why Lloyd. Because anything Good came out FBI agent Michael Harris don't want the Judge Jarvis Graham Jack too Know but Kerry Brown got a Plan I can't write on paper but its a good plan go by and speak to Kerry Brown if you haven't already. I know you Lloyd you are on top of things for me. FBI agent Michael Harris has tried too Downsgrade my character. Also have those Pastor's we spoke about send my Character directly too the Judge Address I sent you Already and I Know I told you this already but I gotta tell you again. Lloyd those Are some of the most Crooked FBI agents I ever seen but you & Kerry Brown (Attorney) start getting those Petitions together In my neiborhood.

Lloyd this is sad I don't want to screw a woman In her butt what the Hek I wanta screw my favorite child Alfrodesha for. Those people Are sad too even come up with a idea like this. They wonted Convict me so bad they are fishing bait and Hard.

Thanks

Alfred Bourgeois

1-7-03

Good with Kerry Brown he got some plans? ? ? ?

Lloyd, Reverenend Albert sent me mail when I was In Bee County Jail, Paster Bernard sent me a good Recommedation from Ben & Liz of Laplace, LA. I also seen another recommendation that Pastor Neal Bernard sent on my behalf when I was In Bee County Jail in Beeville, Tx. One of the Jailers showed me these 3 letters of my Character but he could give them too me because FBI agents want too scan all my mail but this been since Dec 20, 2002 and I still havent got my mail. Stacy Williams wrote me a few letters but I wrote her and told her dont write me because they're scanning my mail. I wrote Alton & Nicole a letter that FBI got too but I say a week and a half before I found out Stacy sent me mail. She is very upset Lloyd how FBI used her name and lied In her report. I knew Lloyd when I read that report that FBI agents was lying on Stacy Williams. Stacy and I Lloyd go way back yonder before Robin even came in the picture. We are tight. Stacy knows Robin and she said Robin Uncle she talk too personally and he also said he did not tell FBI agent Michael Harris half of that crap his saying plus Lloyd you even showed Anthony Dumas the reports you have. Stacy show Anthony the reports I sent her of Anthony. Stacy and my next door neighbor. Lloyd, Stacy even say she showed the neighbor a copy of his report and he also stated he did not told FBI agent this crap he wrote up. Lloyd this is SAD I done lost a love one and gotta go thru all this bullshit to get a conviction. Also Michelle spoke too Katrina from Livingston and get with Michelle she has good news from Katrina on my behalf. Thanks.

All my letter I'm getting In Jail over the past 6 months has remailed too my pal Alton long JR. I don't trust these folks so I read them quick and Remail them too Alton. That's my upkeeper on mail & other Issues I will not discuss until later. But I don't trust these folks for nothing as per conversations we've had.

See ya later

I have written Katrina through a friend and I written a few of my witnesses already and told them do not write me at All. You get with my witness on your end do not write me at All. Stop my flow of mail Immediately. Shut it down Lloyd. Kerry Brown, Attorney says the least they know of our plans the better.

Lloyd don't forget with got a Judge in the family Judge Marilyn Jasmin Bourgeois that's Eric Bourgeois wife. Me and Marilyn are real tight. Our Cousin Linnie say she's already got some tips for Judge Marilyn about my case only thing she a State Judge In Edgard but Linda told me and sent me some info but I think these people here got too them cause I can't find the papers at all. But Linda has been getting with Judge Marilyn Jasmin Bourgeois and you know Eric Bourgeois and I are real tight. Michelle our sister spoke with Eric about some info Kerry Brown got on those false Restraining orders Robin put on me. This stuff is not even or record In Edgard, La no more according too Judge Marilyn Jasmin Bourgeois Eric's wife.

Alfred Bourgeois
1-7-2003