# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE OF SETTING** |
| **V.** | |
| **ALFRED BOURGEOIS** | **CR.C   02-216   (1)** |

## YOU ARE HEREBY DIRECTED TO APPEAR
## VIA TELEPHONE CONFERENCE BEFORE:

### JUDGE  JANIS GRAHAM JACK

United States Courthouse
Corpus Christi, Texas  78401

## On       Wednesday, March 19, 2008          at          1:10 pm

## PURPOSE OF PROCEEDING:

| | | |
|---|---|---|
| **Final Pretrial Conference** *Note: Client(s) are required to appear* | | **Motion Hearing** |
| **Jury Selection and Trial** | | **Show Cause Hearing** |
| **Rearraignment** | | **Sentencing** |
| **X** **Other:   Motion to Amend Limiting Correspondence** | | **Motion Hearing re SRT** |

MICHAEL N. MILBY, Clerk
By Deputy:   **Sondra Scotch**

cc:                                                                    **March 17, 2008**
   **Victor Abreu, Michael Wiseman,
   Tony Roberts, Patti Hubert Booth**