UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO.  C-02-216 |
| | § | |
| ALFRED BOURGEOIS | § | |

### MOTION TO UNSEAL FORENSIC PSYCHIATRIC EVALUATION

COMES NOW the United States of America by and through Donald J. DeGabrielle, Jr.,

United States Attorney in and for the Southern District of Texas, and Elsa Salinas-Patterson,

Assistant United States Attorney and moves the Honorable Court to order the United States

Clerk's Office to unseal the above-styled Forensic Psychiatric Evaluation filed with the Court on

January 20, 2004, for the purpose of preparing a 2255 response to Petitioner's Motion for relief

pursuant to 28 U.S.C. Section 2255 or in the alternative pursuant to 28 U.S.C. 2241.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

By:    /s/ Elsa Salinas-Patterson
ELSA SALINAS-PATTERSON
Assistant United States Attorney
Texas Bar No. 00791593
Southern District No. 22489
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas  78401
(361) 888-3111 Fax (361) 888-3200

<u>CERTIFICATE OF SERVICE AND CONSULTATION</u>

I, Elsa Salinas-Patterson, Assistant United States Attorney, hereby certify that I have

contacted Michael Wiseman, Attorney for the defendant, and Mr. Wiseman is NOT

OPPOSED to the government's motion to unseal the Forensic Psychiatric Evaluation.

Additionally, I hereby certify that a true and correct copy of the foregoing Unopposed Motion to

Unseal Forensic Psychiatric Evaluation and Order was faxed to Mr. Wiseman on this 25th day of

June, 2008.

 /s/ Elsa Salinas-Patterson
ELSA SALINAS-PATTERSON
Assistant United States Attorney
800 N. Shoreline Blvd., Ste. 500
Corpus Christi, Texas 78401
PH:(361) 888-3111; FX:(361)888-3200
Texas Bar No.  00791593
Southern District No.  22489