UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| 5. | § | CRIMINAL NO.  C-02-216 |
| | § | |
| ALFRED BOURGEOIS | § | |

## ORDER

On Motion of the United States, the Forensic Psychiatric Evaluation in the above matter

is hereby ordered unsealed.

SIGNED on  _____ day of June, 2008.

_____

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE