UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA            §
                                    §
VS.                                 §    CRIMINAL ACTION NO. C-02-216
                                    §
ALFRED NMI BOURGEOIS               §

## ORDER

On this day came on to be considered the United States of America's Motion to Unseal

Forensic Psychiatric Evaluation (D.E. 427) for the purpose of preparing a 2255 response to

Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 or in the alternative pursuant to 28

U.S.C. § 2241.  The United States of America's motion is granted and the Forensic Psychiatric

Evaluation in the above matter is hereby ordered unsealed for the limited purpose of preparing a

response to Petitioner's motion for relief  pursuant to 28 U.S.C. § 2255 or in the alternative

pursuant to 28 U.S.C. § 2241.  The Forensic Psychiatric Evaluation shall then be re-sealed.

SIGNED and ORDERED this 26th day of June, 2008.

_____
Janis Graham Jack
United States District Judge

1 / 1