UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
|     Petitioner. | § | |

UNITED STATES' UNOPPOSED MOTION FOR THIRD EXTENSION
OF TIME TO FILE AN ANSWER TO PETITIONER'S SECTION 2255 MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government," by and through

the United States Attorney for the Southern District of Texas, files this unopposed

Motion for a Third Extension of Time to File an Answer to Petitioner's Section 2255

Motion in the above referenced case.  In support thereof, the government states the

following.

This Court initially Ordered the government to file a response to Petitioner's

lengthy motion and legal memorandum by January 28, 2008, and set March 28, 2008,

as the due date for Petitioner's reply to the government's response.  Since that time,

this Court has granted two extensions of time to the government due to the reasons

contained in the government's prior motions. *See* District Court Docket Entries # 403,

404, 415, 416. As such, the government's current due date is July 21, 2008, and Petitioner's due date for a reply is October 20, 2008.

As noted in the government's prior motions, undersigned counsel has been detailed to Washington D.C. until the end of January 2009 to work with the Executive Office for United States Attorneys. Notwithstanding this assignment, undersigned counsel remains the primary responsible counsel for drafting the written response to Petitioner's claims in the instant case. Undersigned counsel's ability to work on the instant case was severely limited during the months of March, April, and May, due to a combination of responsibilities in Washington D.C. and responsibilities in drafting the brief and presenting the oral argument at the Fifth Circuit Court of Appeals in the *en banc* rehearing in *United States v. Gomez-Gomez*, 517 F.3d 730 (5th Cir., Feb. 11, 2008). As this Court might recall, *Gomez-Gomez* revisited the very complex and broad-ranging issue of sentence enhancements for "crimes of violence" in illegal reentry cases under 8 U.S.C. § 1326.

Notwithstanding those duties, the government has made great progress toward finalizing its lengthy response to Petitioner's claims and obtaining opinions from certain experts that are necessary to adequately respond to Petitioner's comprehensive allegations. However, some of those experts have requested additional time to complete adequate and accurate statements in response to Petitioner's claims. For

2

instance, Dr. William Oliver is preparing a response regarding the use of his photographic imaging of the bite mark evidence but has indicated that he cannot complete his response until the end of August 2008 because he is moving to a new location. Similarly, Dr. Joel Kutnick is preparing a response to the mental retardation claims but has been called out of state and is unable to complete his response until sometime in August 2008. Undersigned counsel cannot adequately respond to Petitioner's claims without the responses from these two experts. Moreover, the government is seeking a response from Petitioner's trial defense counsel regarding their trial and appellate tactical decisions. The allegations of ineffective assistance are wide ranging and necessitate extensive review to address all of the challenges to trial counsel's decisions throughout the litigation process.

As noted in our prior motions for extensions, the government has no interest in unnecessarily extending the instant proceedings. The government continues to anticipate that an evidentiary hearing will be necessary notwithstanding the lengthy pleadings, but the government remains hopeful that some of the issues can be resolved via sufficiently thorough pleadings.

Based upon the government's reliance on the aforementioned evidence and opinions, the government respectfully requests this Court grant one more extension of 60 days, to and including September 19, 2008, and assign a new due date for a

reply by Petitioner.  Undersigned counsel will continue to devote every extra minute to the instant case to ensure that the government's response is filed without delay. The government assures this Court that this extension is necessary to enable undersigned counsel to fully and adequately address Petitioner's complex claims.  If at all possible, the government will file its answer before the new due date.

Undersigned counsel conferred with Assistant Federal Public Defender Michael Wiseman, one of Petitioner's co-counsel, and he indicated that Petitioner's defense team is not opposed to this additional 60-day extension request.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney


   */S/ Tony R. Roberts*
TONY R. ROBERTS
Assistant United States Attorney
TX Bar No. 17022000
S.Dist.Tx.  26173
P.O. Box 61129
Houston, Texas  77208-1129

4

CERTIFICATE OF SERVICE

I, Tony R. Roberts, Assistant United States Attorney, do hereby certify that a copy of the above Motion for Extension of Time was placed in the mail on July 11, 2008, via certified mail, return receipt requested to:

Maureen Kearney Rowley
Michael Wisemen
Victor Abreu
James McHugh
Elizabeth Larin
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106

/S/ *Tony R. Roberts*
TONY R. ROBERTS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

ORDER

It is hereby ORDERED that the United States' Third Motion for Extension of Time to File an Answer to Defendant's Section 2255 Motion is GRANTED.  The United States is ordered to file an answer in the instant cause by _____, 2008.

It is FURTHER ORDERED THAT Petitioner may reply to the government's response on or before _____, 2008.

The clerk of this Court shall send a copy of this Order to the parties by any receipted means.

Signed at Corpus Christi, Texas, this _____ day of _____, 2008.


_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE