UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

ORDER

It is hereby ORDERED that the United States' Third Motion for Extension

of Time to File an Answer to Defendant's Section 2255 Motion is GRANTED.

The United States is ordered to file an answer in the instant cause by _____

, 2008.

It is FURTHER ORDERED THAT Petitioner may reply to the government's

response on or before _____, 2008.

The clerk of this Court shall send a copy of this Order to the parties by any

receipted means.

Signed at Corpus Christi, Texas, this _____ day of _____, 2008.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE