Case 2:02-cr-00816 Document 430 Filed 07/21/08 in TXSD Page 1 of 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

United States Courts
Southern District of Texas
FILED
JUL 21 2008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Michael N. Milby, Clerk of Court

**Michael Wiseman**
Office of the Federal Public Defender
601 Walnut Street
The Curtis Center, Suite 545
Philadelphia, PA 19106

02 CR 816 #430

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   7003 3110 0002 0872 9669

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540