**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: **02 CR 216 430**

**Victor Julio Abreu**
Office of Federal Public Defender
1701 W Hwy 83
Ste 405
McAllen, TX 78501

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
x Marie Jan    ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
Marie Jasso    21 July 08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

United States Court
Southern District of Texas
FI

CORPUS CHRISTI TX 78401
USPS
JUL 21 200

Michael N. Milby, Clerk of Court

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article N
(Transfer    7003 3110 0002 0872 9652

eipt    102595-02-M-1540