# FEDERAL COMMUNITY DEFENDER OFFICE FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CAPITAL HABEAS UNIT

### FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

### SUITE 545 WEST -- THE CURTIS CENTER
### 601 WALNUT STREET
### PHILADELPHIA, PA 19106

**ELLEN T. GREENLEE**
DEFENDER

**PHONE NUMBER (215) 928-0520**
**FAX NUMBER (215) 928-0826**
**FAX NUMBER (215) 861-3508**

**MAUREEN KEARNEY ROWLEY**
CHIEF FEDERAL DEFENDER

July 17, 2008

Douglas Tinker, Esq.
John Gilmore, Esq.
622 South Tancahua
Corpus Christi, Texas
By Regular and E-mail (Libbyeven@hotmail.com)

Re:     Section 2255 Proceedings in <u>United States v. Alfred Bourgeois</u>, No. Cr-C-02-216 (S.D. Texas)

Gentlemen:

On July 11, 2008 the government filed a motion seeking an extension of time to file a response to our 2255 petition. In that motion the government's counsel indicated that they "are seeking a response from Petitioner's trial defense counsel regarding their trial and appellate tactical decisions."

We are writing at this time to remind you that until such time as Mr. Bourgeois waives the attorney-client privilege, all privileges relevant to your representation remain in effect. The allegations in the Petition do not constitute a waiver of the privilege, and although Mr. Bourgeois may ultimately have to waive some aspects of the privilege in order to have certain of his claims heard, he has yet to do so. Moreover, the waiver – when it is made – will be claim-specific, meaning that it will not be a waiver of the privilege related to all topics, but only as to specific ineffectiveness claims raised in the petition.

We believe that any such waiver will occur when the parties are before Judge Jack at which time she can rule on the scope of the waiver. Until such time as Judge Jack rules on any such waiver

(including its scope), on behalf of Mr. Bourgeois we are writing to notify you that the privilege is not waived and we request that you not speak with the Government or its agents with respect to your prior representation.  Moreover, we request that you not provide any documents to the government which are covered by the attorney-client or work-product privileges, such time as a specific waiver of these privileges is proffered by Mr. Bourgeois.

In the event that you have already spoken with the Government and/or provided documents to them, please advise us of that fact immediately.  Should you have any questions regarding this, feel free to contact us.

As you can see, we have copied Mr. Roberts and Ms. Booth, and thus notifying them as well that Mr. Bourgeois invokes his privileges.

Yours,

Michael Wiseman
Chief, Capital Habeas Unit
Victor J. Abreu
Assistant Federal Defender

cc:     Patricia Hubert Booth
        Patti.Booth@usdoj.gov
        Tony R. Roberts
        Tony.Roberts@usdoj.gov