UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA,    §
    Respondent,             §
                          §
vs.                      §   CR. No. C-02-216
                          §   C.A. No. C-07-223
ALFRED BOURGEOIS,       §
    Petitioner.             §

ORDER

It is hereby ORDERED that Mr. Douglas Tinker, and Mr. John Gilmore, 622 South Tancahua, Corpus Christi, Texas, shall submit sworn and signed affidavits addressing the issues of ineffective assistance of counsel raised in Petitioner's Section 2255 Motion.  Said affidavit shall be filed in this Court and served upon the United States Attorney's office in Corpus Christi, Texas by _____, 2008.

The clerk of this Court shall send a copy of this Order to the parties, and to Mr. Tinker and Mr. Gilmore, by any receipted means.

Signed at Corpus Christi, Texas, this _____ day of _____ 2008.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE