UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____          :

UNITED STATES OF AMERICA,          :          No. 2:07-cv-00223

                        Respondent,          :          Honorable Janis Graham Jack,
                                 :          U.S.D.J.

         -against-          :

                                 :          **This is a Capital Case**

ALFRED BOURGEOIS,          :

                                 :          Electronically Filed

            Petitioner.          :

_____          :

**PETITIONER'S MOTION FOR ADDITIONAL TIME TO
RESPOND TO GOVERNMENT'S MOTION SEEKING
ORDER FOR AFFIDAVIT FROM DEFENSE COUNSEL**

Petitioner, Alfred Bourgeois, hereby moves for additional time to respond to the Government's motion seeking an Order from this Court to compel trial counsel to file an affidavit.   In support of this *Motion*, he states the following.

1.      On May 14, 2007, Petitioner, through undersigned counsel, filed his *Motion for Relief Pursuant to 28 U.S.C. Section 2255 or in the Alternative Pursuant to 28 U.S.C. 2241* (hereinafter " 2255 Motion") (document #).  On October 5, 2007, Petitioner filed his memorandum of law in support of that motion (document #).

2.      After several extensions, the Government's answer to Petitioner's 2255 Motion is currently due on September 19, 2008.

3.      On July 31, 2008, the Government filed a motion seeking an Order compelling trial counsel, Douglas Tinker, Esq., and John Gilmore, Esq., to file affidavits in response to the allegations of ineffective assistance of counsel contained in Petitioner's 2255 Motion.

4.    Petitioner opposes the Government's motion and requests sufficient time to respond to the averments contained therein.  Unfortunately, Petitioner's lead counsel, Michael Wiseman, Esq., has been on vacation since July 28, 2008 and will not return until August 11th. Additionally, undersigned counsel, Victor J. Abreu, Esq. will be on parental leave from August 11, 2008 until August 18th .

5.    Accordingly, Petitioner respectfully requests until August 15, 2008 to respond to the Government's motion.  This time will give Mr. Wiseman ample opportunity to review the Government's motion, consult with co-counsel, research and write a response.

6.    Petitioner attempted but was unable to reach Tony Roberts, Esq., or Patricia Booth, Esq., to determine the Government's position on this Motion.

WHEREFORE, Petitioner respectfully requests that the Court grant his *Motion for Additional Time to Respond to Government's Motion Seeking Order for Affidavit from Defense Counsel* and grant Petitioner until August 15, 2008 to file his response.

Respectfully Submitted,

/s/ Victor J. Abreu

_____

Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated: Philadelphia, PA
         August 6, 2008

### CERTIFICATE OF SERVICE

I, Victor J. Abreu, Esq., hereby certify that on this 6th day of August, 2008, I caused the foregoing upon the following person in the manner indicated below:

Tony R. Roberts Esq.
United States Attorney's Office
PO Box 61129
Houston, TX 77208-1129
Tony.Roberts@usdoj.gov

/s/ Victor J. Abreu

Victor J. Abreu