UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____     :

UNITED STATES OF AMERICA,             :          No. Cr-C-02-216
                                      :          No. Cv-07-223
                 Respondent,          :     Honorable Janis Graham Jack,
                                      :              U.S.D.J.
        -against-                     :
                                      :       **This is a Capital Case**
ALFRED BOURGEOIS,                     :
                                      :
                 Petitioner.          :
_____     :

**ORDER**

AND NOW this ____ day of _____, 2008, upon consideration of *Petitioner's*

*Motion for Additional Time to Respond to Government's Motion Seeking Order for Affidavit*

*from Defense Counsel*, it is hereby ORDERED that Petitioner's Motion is GRANTED.

Petitioner shall file his response to the Government's motion on or before August 15, 2008.

    **SO ORDERED,**

                                      _____
                                      Hon. Janis Graham Jack
                                      United States District Judge