UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____        :

UNITED STATES OF AMERICA,                  :          No. Cr-C-02-216
                                           :          No. Cv-07-223
                      Respondent,          :      Honorable Janis Graham Jack,
                                           :              U.S.D.J.
        -against-                          :
                                           :      **This is a Capital Case**
ALFRED BOURGEOIS,                          :
                                           :      Electronically Filed
                      Petitioner.          :
_____        :

**Notice of Service**

I, Michael Wiseman, hereby certify that on this 14th day of October, 2008 I caused to be

served upon Douglas Tinker, Esq. *Petitioner's Interrogatories Directed to Douglas Tinker, Esq.* I

also served a copy on James Gilmore, Esq., so that he might assist in securing Mr. Tinker's response.

The Interrogatories are 23 in number, with additional sub-parts, and are contained on nine pages.

They were served upon both attorneys by fax at their office and by overnight mail.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Victor Abreu
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545- West, The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: October 14, 2008
        Philadelphia, PA

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 14th day of October, 2008 I served a copy of this Notice of Service upon the following persons in the manner indicted:

Tony R. Roberts Esq.
United States Attorney's Office
PO Box 61129
Houston, TX 77208-1129
Tony.Roberts@usdoj.gov

Patricia Hubert Booth
United States Attorney's
Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401
Patti.Booth@usdoj.gov

/s/     Michael Wiseman

_____

Michael Wiseman