# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

Alfred NMI Bourgeois

Case No.: 2:02–cr–00216
Judge Janis Graham Jack

Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Janis Graham Jack

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 10/30/08

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Telephone Conference

Date:   October 29, 2008

Michael N. Milby, Clerk