AO 435
(Rev. 03/08)

*Please Read Instructions:*

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

| 1. NAME KATHRIN HENNIG | 2. PHONE NUMBER 215-928-0520 | 3. DATE 12/17/2008 | |
|---|---|---|---|
| 4. MAILING ADDRESS 601 WALNUT ST. SUITE 545 WEST | 5. CITY PHILADELPHIA | 6. STATE PA | 7. ZIP CODE 19106 |

| 8. CASE NUMBER 2:02-CR-00216 | 9. JUDGE JANIS GRAHAM JACK | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM | 11. TO |
| 12. CASE NAME USA v. BOURGEOIS | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY CORPUS CHRISTI | 14. STATE TEXAS |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL (HABEAS)
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | PHONE CONFERENCES | 3/19/2008, 8/28/2008, |
| [ ] BAIL HEARING | | | 10/30/2008 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 18. SIGNATURE Kathrin Hennig | [ ] EMAIL ONLY REQUIRED |
|---|---|
| | [ ] EMAIL AND HARD COPY REQUIRED |
| 19. DATE 12/17/2008 | [ ] EMAIL ADDRESS: |

**20. TRANSCRIPT TO BE PREPARED BY**
- 3/19/2008 (Digital # 1:14-1:35) (ERO: v gano)
- 8/28/2008 (Digital # 8:29-8:46) (ERO: l cayce)
- 10/30/2008 (Digital # 9:00-9:14) (ERO: v gano)

COURT ADDRESS

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | 12-18-08 | VG | |
| DEPOSIT PAID | — | DEPOSIT PAID | — |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY