UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____ :
:
UNITED STATES OF AMERICA,  :  No. Cr-C-02-216
:  No. Cv-07-223
Respondent,  :  Honorable Janis Graham Jack,
:  U.S.D.J.
-against-  :
:  **This is a Capital Case**
ALFRED BOURGEOIS,  :
:  Electronically Filed
Petitioner.  :
_____ :

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF IN
SUPPORT OF SECTION 2255 MOTION**

Petitioner, Alfred Bourgeois, through undersigned counsel hereby moves for an

unopposed extension of ninety (90) days to submit his Reply Brief in Support of his Section 2255

Motion.  In support, he states the following.

1.      On May 14, 2007 Petitioner filed a *Motion for Relief Pursuant to 28 U.S.C.*

*Section 2255 or in the Alternative Pursuant to 28 U.S.C. 2241* challenging his convictions and

sentence of death related to the 2002 beating death of his daughter, JG-1999 (document # 396).

On October 5, 2007, Petitioner filed his memorandum of law in support of that motion

(document # 402).

2.      After several unopposed extensions, the Government's answer to Petitioner's

2255 Motion was filed on October 15, 2008 (document # 442).

3.      Petitioner's reply to the Government's answer is currently due on January 15,

2009.  Unfortunately, as a result of counsel's multiple capital case commitments and the past

holiday vacation schedule, counsel will be unable to complete Petitioner's Reply Brief by its

current due date.  Moreover, the Government's answer raises several issues which require extensive research to properly reply.  Accordingly, Petitioner respectfully requests an extension of ninety (90) days from the current due date to file his reply.

3.      This Motion is made in good faith and is not intended to unduly delay these proceedings. The Motion is made based upon actual case needs and is required in order to effectively and professionally represent Petitioner and provide the court with a competent, well researched and well written brief which will assist the court in the resolution of this matter. Counsel are confident that they will be able to file the Reply in ninety days, and do not anticipate the need for further extension requests.

4.      Counsel has consulted with attorney for the Government, Assistant United States Attorney, Tony Roberts, Esq., who has indicated that Respondents are not opposed to Petitioner's extension request.

WHEREFORE, counsel for Petitioner respectfully request that the Court extend his time to file Petitioner's Reply Brief ninety (90) days until April 15, 2009.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated: January 6, 2009

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, Esq., hereby certify that on this 6th day of January, 2009, I caused

the foregoing upon the following person in the manner indicated below:

BY EMAIL

Tony R. Roberts, Esq.
PO Box 61129
Houston, TX 77208
**Tony.Roberts@usdoj.gov**

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401
**Patti.Booth@usdoj.gov**

/s/ Michael Wiseman

Michael Wiseman

Dated: Philadelphia, Pennsylvania
January 6, 2009