UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____      :

UNITED STATES OF AMERICA,      :      No. Cr-C-02-216
                               :      No. Cv-07-223
              Respondent,      :      Honorable Janis Graham Jack,
                               :      U.S.D.J.

       -against-               :
                               :      **This is a Capital Case**
ALFRED BOURGEOIS,              :
                               :
              Petitioner.      :
_____      :

**ORDER**

AND NOW this _____ day of January, 2009 upon consideration of *Petitioner's*

*Unopposed Motion For Extension of Time to File Reply brief in Support of Section 2255 Motion*,

it is hereby ORDERED:

Petitioner's motion is GRANTED.  He may file his Reply Brief in Support of his Section

2255 Motion on or before April 15, 2009.

_____
Honorable Janis Graham Jack
USDJ