UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On this day came on to be considered *Petitioner's Unopposed Motion For Extension of Time to File Reply brief in Support of Section 2255 Motion* (D.E. 446).  Petitioner's motion is GRANTED. Petitioner shall file his Reply Brief in Support of his Section 2255 Motion on or before April 15, 2009.

SIGNED and ORDERED this 12th day of January, 2009.

Janis Graham Jack
United States District Judge