UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____   :
                                          :
UNITED STATES OF AMERICA,                 :        No. Cr-C-02-216
                                          :        No. Cv-07-223
                 Respondent,              :     Honorable Janis Graham Jack,
                                          :             U.S.D.J.
        -against-                         :
                                          :      **This is a Capital Case**
ALFRED BOURGEOIS,                         :
                                          :        Electronically Filed
                 Petitioner.              :
_____   :

### PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF SECTION 2255 MOTION

Petitioner, Alfred Bourgeois, through undersigned counsel hereby moves for an unopposed extension of sixty (60) days to submit his Reply Brief in Support of his Section 2255 Motion.  In support, he states the following.

1.      On May 14, 2007 Petitioner filed a *Motion for Relief Pursuant to 28 U.S.C. Section 2255 or in the Alternative Pursuant to 28 U.S.C. 2241* challenging his convictions and sentence of death (document # 396).  On October 5, 2007, Petitioner filed his memorandum of law in support of that motion (document # 402).

2.      After several unopposed extensions, the Government's answer to Petitioner's 2255 Motion was filed one year later on October 15, 2008 (document # 442).

3.      This Court granted Petitioner's one previous request for an extension and his reply to the Government's answer is currently due on April 15, 2009.  Counsel have been diligently researching and writing Petitioner's Reply Brief and fully expected completion by the current due date.  However, as a result of counsel's multiple capital case commitments, counsel will be

unable to complete the brief by its current due date.  Accordingly, Petitioner respectfully requests an extension of sixty (60) days from the current due date to file his reply.

3.      This Motion is made in good faith and is not intended to unduly delay these proceedings. The Motion is made based upon actual case needs and is required in order to effectively and professionally represent Petitioner and provide the Court with a competent, well researched and well written brief which will assist in the resolution of this matter.  Counsel have requested a sixty (60) day extension to avoid any additional requests for time to file Petitioner's Reply Brief and no further extensions will be requested.

4.      Counsel has consulted with attorney for the Government, Assistant United States Attorney, Tony Roberts, Esq., who indicated that the government is unopposed to this request but noted its concern regarding how additional extensions might affect the availability of witnesses in the event that an evidentiary hearing is necessary.  Petitioner will, however, as he always has, continue to work with the Government, at the Court's discretion, to accommodate the schedule of opposing counsel and witnesses.

5.      Counsel genuinely appreciates the Court's continued attention to this matter and all parties consideration of this request.

WHEREFORE, counsel for Petitioner respectfully request that the Court extend his time
to file Petitioner's Reply Brief sixty (60) days until June 15, 2009.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman, Esq.
Chief, Capital Habeas Unit
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated: April 8, 2009

CERTIFICATE OF SERVICE

I, Michael Wiseman, Esq., hereby certify that on this 8th day of April, 2009, I caused the

foregoing upon the following person in the manner indicated below:

BY EMAIL

Tony R. Roberts, Esq.
PO Box 61129
Houston, TX 77208
**Tony.Roberts@usdoj.gov**

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401
**Patti.Booth@usdoj.gov**

/s/ Michael Wiseman

Michael Wiseman

Dated: April 8, 2009
        Philadelphia, Pennsylvania