UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | No. Cv-07-223 |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | **This is a Capital Case** |
| ALFRED BOURGEOIS, | : | |
| | : | |
| Petitioner. | : | |

_____

**ORDER**

AND NOW this _____ day of April, 2009 upon consideration of *Petitioner's Unopposed Motion For Extension of Time to File Reply brief in Support of Section 2255 Motion*, it is hereby ORDERED:

Petitioner's motion is GRANTED.  He may file his Reply Brief in Support of his Section 2255 Motion on or before June 15, 2009.

_____
Honorable Janis Graham Jack
USDJ