UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On this day came on to be considered *Petitioner's Unopposed Motion for Extension of Time to File Reply Brief in Support of Section 2255 Motion*. (DE 454). Bourgeois' motion is GRANTED. Bourgeois shall file his reply brief on or before June 15, 2009.

SIGNED and ORDERED this 8th day of April, 2009.

_____
Janis Graham Jack
United States District Judge

1 / 1