UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| _____ | : | |
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | No. Cv-07-223 |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | **This is a Capital Case** |
| ALFRED BOURGEOIS, | : | |
| | : | Electronically Filed |
| Petitioner. | : | |
| _____ | : | |

**PETITIONER'S UNOPPOSED MOTION FOR FINAL TEN DAY EXTENSION OF TIME
TO FILE REPLY BRIEF IN SUPPORT OF SECTION 2255 MOTION**

Petitioner, Alfred Bourgeois, through undersigned counsel hereby moves for a final,
unopposed extension of ten (10) days to submit his Reply Brief in Support of his Section 2255
Motion. In support, he states the following.

1.      Petitioner's reply brief is currently due on June 15, 2009. Petitioner's counsel are
in the process of completing their drafting and editing of the document. However, due to other
litigation matters, and the size and complexity of the issues addressed in this case, counsel
require one final short continuance.

2.      Petitioner's counsel appreciate the Court's and Government's past consideration
of their requests for additional time. They are confident that with this final extension they will be
able to provide the Court with a completed brief, that will be helpful and meet the highest
standards in this important matter.

3.      Counsel (Abreu) has consulted with attorney for the Government, Assistant

1

United States Attorney, Tony Roberts, Esq., who has indicated that Respondents are not opposed to Petitioner's extension request.

WHEREFORE, counsel for Petitioner respectfully request that the Court extend his time to file Petitioner's Reply Brief ninety (10) days until June 26, 2009.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman, Esq.
Supervisory Assistant Federal Defender
Victor J. Abreu, Esq.
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated: June 12, 2009

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, Esq., hereby certify that on this 12th day of January, 2009, I caused the foregoing upon the following person in the manner indicated below:

BY EMAIL

Tony R. Roberts, Esq.
PO Box 61129
Houston, TX 77208
**Tony.Roberts@usdoj.gov**

Patricia Hubert Booth, Esq.
United States Attorney's Office
800 North Shoreline, Suite 500
Corpus Christi, TX 78401
**Patti.Booth@usdoj.gov**

/s/ Michael Wiseman

Michael Wiseman

Dated: Philadelphia, Pennsylvania
June 12, 2009