Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**APPENDIX A—PREPUBLICATION COPY**

**Joe S. Cecil** is a Senior Research Associate and Project Director in the Division of Research at the Federal Judicial Center. Currently, he is directing the center's Program on Scientific and Technical Evidence. As part of this program, he serves as principal editor of the Center's *Reference Manual on Scientific Evidence*. He has published several articles on the use of court-appointed experts and is currently examining changes in summary judgment practice in federal district courts over the past 30 years. Dr. Cecil received his J.D. and a Ph.D. in psychology from Northwestern University. He serves on the editorial boards of social science and legal journals. He has served as a member of several panels of NAS, and currently is serving as a member of the National Academies Committee on Science, Technology, and Law. Other areas of research interest include federal civil and appellate procedure, jury competence in complex civil litigation, claim construction in patent litigation, and judicial governance.

**M. Bonner Denton** is a Professor of Chemistry and a Professor of Geosciences at the University of Arizona. He received his B.S. and B.A. in 1967 from Lamar State College of Technology. In 1972, he received his Ph.D. from the University of Illinois. He is the recipient of the American Chemical Society Division of Analytical Chemistry Award in Spectrochemical Analysis, 2001; the Pittsburgh Spectroscopy Award, 1998; the University of Arizona Excellence in Teaching Award, 1993; and the SAS Lester Strock Award, 1991. Dr. Denton has served as the editor of four texts on scientific optical imaging and has authored more than 190 peer-reviewed manuscripts. He has served as President of the Society of Applied Spectroscopy; Chair of the Analytical Division of the American Chemical Society; a Galileo Fellow, College of Science, University of Arizona, 2004; Fellow, Royal Society of Chemistry, 2004; Fellow, Society for Applied Spectroscopy, 2006; and Fellow, National Association of the Advancement of Science, 2006. His research interests include analytical instrumentation and spectroscopy and mass spectrometry.

**Marcella F. Fierro** served as Chief Medical Examiner for the Commonwealth of Virginia, and Professor of Pathology and Professor and Chair of the Department of Legal Medicine at Virginia Commonwealth University from 1994 to 2008. Dr. Fierro oversaw the medical examiner investigations of all violent, suspicious, and unnatural deaths in Virginia. She teaches forensic pathology to medical schools, law students, law enforcement agencies, Commonwealth's attorneys, and other interested groups. She received a B.A. in biology cum laude from D'Youville College, Buffalo, New York, and earned her M.D. from the State University of New York at Buffalo School of Medicine. She completed residency training in pathology at the Cleveland Clinic and the Medical College of Virginia, Virginia Commonwealth University. She was a fellow in forensic pathology and legal medicine at Virginia Commonwealth University and the Office of the Chief Medical Examiner in Richmond, Virginia. Dr. Fierro is certified by the American Board of Pathology in anatomical, clinical, and forensic pathology. After serving as Deputy Chief Medical Examiner for Central Virginia for 17 years, Dr. Fierro accepted a position as Professor of Pathology at East Carolina University School of Medicine, where she served as a Professor of Pathology in the division of forensic pathology and taught general and forensic pathology until she returned to Virginia in 1994 as Chief. Dr. Fierro has been active in professional organizations as a member of the Forensic Pathology Council of the American Society of Clinical Pathologists and Chair of the Forensic Pathology Committee of the College of American Pathologists. She is Past President of the National Association of Medical Examiners and served on the board of directors and the executive committee of that organization and currently serves on several committees. Dr. Fierro is a Fellow of the American Academy of Forensic Sciences, was a member of the Forensic Science Board for the Commonwealth, and has

A-3

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES — PREPUBLICATION COPY**

served as a consultant to the Federal Bureau of Investigation for the National Crime Information Center Unidentified and Missing Persons Files and on federal panels and committees that are developing best practices in mass fatality management. Dr. Fierro has been active in the legislative process, serving as a resource and advocate in Virginia for matters related to forensic and medical examiner issues. Recent activities include establishing child and maternal mortality review teams and the National Violent Death Reporting System and Family and Interpersonal Violence surveillance programs for Virginia. Dr. Fierro has published in professional journals, edited a textbook, contributed chapters to several books, and presented at international meetings. Dr. Fierro served as a reviewer for the American Journal of Forensic Medicine and Pathology. She received Virginia's Public Health Hero Award and the National Association of Medical Examiners Service award, and she was elected to Alpha Omega Alpha as a distinguished alumna of the School of Medicine, State University of New York at Buffalo.

**Karen Kafadar** is Rudy Professor of Statistics and Physics at Indiana University. She received her B.S. and M.S. degrees from Stanford and her Ph.D. in statistics from Princeton under John Tukey. Her research focuses on exploratory data analysis, robust methods, characterization of uncertainty in quantitative studies, and analysis of experimental data in the physical, chemical, biological, and engineering sciences. Previously, she was Professor and Chancellor's Scholar in the Departments of Mathematical Sciences and Preventive Medicine & Biometrics at the University of Colorado-Denver; Fellow at the National Cancer Institute (Cancer Screening section); and Mathematical Statistician at Hewlett Packard Company (R&D laboratory for RF/Microwave test equipment) and at the National Institute of Standards and Technology (where she continues as Guest Faculty Visitor on problems of measurement accuracy, experimental design, and data analysis). Previous engagements include consultancies in industry and government, as well as visiting appointments at the University of Bath, Virginia Tech, and Iowa State University. She has served on previous NRC committees and also on the editorial review boards for several professional journals as editor or associate editor and on the governing boards for the American Statistical Association, the Institute of Mathematical Statistics, and the International Statistical Institute. She is an Elected Fellow of the American Statistical Association and the International Statistical Institute, and she has authored more than 80 journal articles and book chapters and has advised numerous M.S. and Ph.D. students.

**Peter M. Marone** is the Executive Director of the Virginia Department of Forensic Sciences. He joined the department in 1978 and served as Central Laboratory Director from 1998 until 2005, when he was named Director of Technical Services. Mr. Marone began his forensic career at the Allegheny County Crime Laboratory in 1971 and remained in Pittsburgh until 1978. Mr. Marone is a member of the American Society of Crime Laboratory Directors (ASCLD), the American Academy of Forensic Sciences, the Mid-Atlantic Association of Forensic Scientists, and the International Association for Chemical Testing and the Forensic Science Society. He has served on the ASCLD's DNA Credential Review Committee (for DNA) and was Co-Chair of the Undergraduate Curriculum Committee of the Technical Working Group for Forensic Science Training and Education. He is a past chair of the American Society of Crime Laboratory Directors Laboratory Accreditation Board, a member of the Forensic Education Program Accreditation Commission for the American Academy of Forensic Sciences, and the chair of the Board of Directors of the Consortium of Forensic Science Organizations. Mr. Marone received his B.S. and M.S. in chemistry from the University of Pittsburgh.

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**Geoffrey S. Mearns** is the Dean of the Cleveland-Marshall College of Law at Cleveland State University. Before his appointment in July 2005, Dean Mearns was a practicing lawyer. His practice focused on federal criminal investigations and prosecutions and complex commercial litigation. While in private practice, he was also actively involved in pro bono work. Before commencing private practice in 1998, Dean Mearns had a distinguished nine-year career as a prosecutor with the U.S. Department of Justice. During his tenure with the Justice Department, he was an Assistant United States Attorney for the Eastern District of New York, where he was Chief of the Organized Crime and Racketeering Section. In that position, he was responsible for investigating, prosecuting, and supervising cases against members and associates of organized crime families charged with racketeering, murder, extortion, bribery, and obstruction of justice. Dean Mearns also was the First Assistant United States Attorney for the Eastern District of North Carolina. From 1997 to 1998, as Special Assistant to the United States Attorney General, Dean Mearns participated in the prosecution of Terry Nichols, one of two men convicted for bombing the Oklahoma City Federal Building. Dean Mearns received his undergraduate degree from Yale University in 1981, and he received his law degree from the University of Virginia in 1987. After graduating from law school, Dean Mearns clerked for the Honorable Boyce F. Martin, Jr., of the United States Court of Appeals for the Sixth Circuit. Dean Mearns has been active in professional and community service. Among other activities, he was twice Chair of the Merit Selection Committee on Bankruptcy Judgeships for the Northern District of Ohio; he was Chair of the Merit Selection Committee on United States Magistrate Judgeship for the Northern District of Ohio; and he was Chair of the Board of Trustees of Applewood Centers, Inc. He is a trustee of Wingspan Care Group, Inc., of the Cleveland Metropolitan Bar Association, and of the Sisters of Charity Foundation of Cleveland. Dean Mearns has been an adjunct professor at Case Western Reserve University School of Law and New York Law School. He has published articles on criminal litigation, and he is a frequent speaker and commentator on various criminal law issues, including counterterrorism.

**Randall S. Murch** is the Associate Director, Research Program Development, Research Division, National Capital Region, Virginia Tech. He holds Adjunct Professorships in the School of Public and International Affairs, College of Architecture and Urban Studies, and the Department of Plant Pathology, College of Agriculture and Life Sciences. He is also a Visiting Professor, Department of War Studies, King's College London, United Kingdom. Dr. Murch received his B.S. in biology from the University of Puget Sound, Tacoma, Washington, his M.S. in botanical sciences from the University of Hawaii in 1976, and his Ph.D. in plant pathology from the University of Illinois, Urbana-Champaign in 1979. He has extensive strategy, analysis, and leadership experience in the design, development, and implementation of advanced forensic capabilities for intelligence, counterterrorism. and other national security applications and purposes. Following brief service in the U.S. Army Reserve, Dr. Murch's first career was with the Federal Bureau of Investigation (FBI), where he was a Special Agent. He was assigned to the Indianapolis and Los Angeles Field Offices, where he performed counterterrorism, counterintelligence, and other investigations. During his career, Dr. Murch was assigned to the FBI Laboratory as a forensic biologist, research scientist, department head, and deputy director, at various times. Interdispersed with his Laboratory assignments were four assignments in the bureau's technical investigative program: as a program manager for complex operations planning, Intelligence Division; unit chief for a technology development and deployment group, Technical Services Division; squad supervisor; New York Field Office; and Deputy Director, Investigative Technology Division (formally Technical Services Division). Between his last

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES — PREPUBLICATION COPY**

Laboratory assignment and his last technical investigative program assignment, he was detailed to the Defense Threat Reduction Agency, Department of Defense, where he was the director of the Advanced Systems and Concepts Office and led advanced studies on complex current and future challenges dealing with weapons of mass destruction. He created the FBI's WMD forensic investigative program, served as the Bureau's science advisor to the 1996 Olympic Games, led forensic investigative aspects of a number of major terrorism cases, and initiated a number of new programs for both the FBI Laboratory and technical investigative program. In 1996, Dr. Murch created the FBI's Hazardous Materials Response Unit, the Nation's focal point for the forensic investigation of WMD threats, events and hoaxes. Throughout his FBI career, he also was involved with extensive liaison at the national and international levels in furthering science and technology for law enforcement, counterterrorism, and national security purposes. Dr. Murch retired from the FBI in November 2002, after nearly 23 years of service. From December 2002 through December 2004, Dr. Murch was employed as a Research Staff Member, Institute for Defense Analyses, a leading Federally Funded Research and Development Center, where he led and participated in studies for the defense, intelligence, and homeland security communities. He is still an Adjunct Staff Member at the institute. He joined Virginia Tech in December 2004, where he now works in the areas of life science research program development, systems biology, microbial systems biology, microbial forensics, and biosecurity and university strategic planning. He has served or still serves on several advisory boards, including the Board of Life Sciences, NRC; the Defense Threat Reduction Agency's Threat Reduction Advisory Committee; the Defense Intelligence Agency's BioChem 2020; the FBI's Scientific Working Group on Microbial Genomics and Forensics, and a new standing committee of NAS for the Department of Homeland Security's National Biodefence Analysis and Countermeasures Center. He has also been a member of or advised study committees of NRC, NAS, IOM, the Defense Science Board, and the Threat Reduction Advisory Committee. Dr. Murch has been a member of the American Academy of Forensic Sciences and the American Society of Crime Laboratory Directors; has served on the Board of Directors, American Society of Crime Laboratory Directors; and has been a member of the National Institute of Justice DNA Proficiency Testing Panel. He also served as the Designated Federal Employee on the DNA Advisory Board.

**Channing Robertson** received his in B.S. in chemical engineering from the University of California, Berkeley; his M.S. in chemical engineering from Stanford University; and his Ph.D. in chemical engineering, with an emphasis on fluid mechanics and transport phenomena, from Stanford University. Professor Robertson began his career at the Denver Research Center of the Marathon Oil Company and worked in the areas of enhanced oil recovery, geophysical chemistry, and polyurethane chemistry. Since 1970, he has been on the faculty of Stanford's Department of Chemical Engineering and has educated and trained more 40 doctoral students, holds 7 patents, and has published more than 140 articles. He is Director of the Stanford-National Institutes of Health Graduate Training Program in Biotechnology. He was Co-Director of the Stanford initiative in biotechnology known as BioX, which in part includes the Clark Center for Biomedical Engineering and Sciences. He directed the summer Stanford Engineering Executive Program. Dr. Robertson received the 1991 Stanford Associates Award for service to the University, the 1991 Richard W. Lyman Award, and the Society of Women Engineers Award for Teacher of the Year 2000 at Stanford. He is a Founding Fellow of the American Institute of Medical and Biological Engineering. Dr. Robertson serves on the Scientific Advisory Committee on Tobacco Product Regulation of the World Health Organization and on the Panel on Court-Appointed Scientific Experts of the American Association for the Advancement of Science.

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**APPENDIX A—PREPUBLICATION COPY**

Because of his interests in biotechnology, he has consulted widely in the design of biomedical diagnostic devices. Dr. Robertson has also served as an expert witness in several trials, including the Copper-7 intrauterine contraceptive cases (United States and Australia), the Stringfellow Superfund case, and, most recently, the Minnesota tobacco trial.

**Marvin E. Schechter** has been a solo practitioner, specializing in criminal defense matters before state, federal, and appeals courts, since 1994. Mr. Schechter has held several positions with the Legal Aid Society of New York, including Deputy Attorney-in-Charge, Criminal Defense Division, Kings County. He is currently a member of the Board of Directors of the National Association of Criminal Defense Attorneys, a member of the Executive Committee of the Criminal Justice Section of the New York State Bar Association, and a past president of the New York State Association of Criminal Defense Attorneys. Mr. Schechter co-founded Getting Out/Staying Out, a program that provides 18- to 22-year-old Rikers Island Correctional Facility inmates with the opportunity to earn a GED and receive job counseling, employment, and housing. He has taught at the National Institute for Trial Advocacy programs at Hofstra University and Cardoza Law School and has been an adjunct professor for trial advocacy at Fordham University Law School. He received his J.D. from Brooklyn Law School.

**Robert Shaler** received his Ph.D. from Pennsylvania State University in 1968 and has had academic appointments at the University of Pittsburgh School of Medicine, the University of Pittsburgh School of Pharmacy, the City University of New York, New York University School of Medicine, and, most recently, at Pennsylvania State University. He joined the scientific staff of the Pittsburgh and Allegheny County Crime Laboratory in 1970, where, as a criminalist, he practiced forensic science, testified in court, and investigated crime scenes. He joined the Aerospace Corporation staff in 1977 and managed four Law Enforcement Assistance Administration contracts, one of which resulted in setting the bloodstain analysis standard for the Nation's crime laboratories until the mid 1980s. In 1978, he joined the staff of the New York City Medical Examiner's Office as the head of its serology laboratory, a position he held until 1987, when he moved to the Lifecodes Corporation, the Nation's first forensic DNA typing laboratory. As the Director of Forensic Science and Business Development, he introduced "DNA Fingerprinting" to the Nation's legal and law enforcement communities, through a series of nationwide, informational lectures. Dr. Shaler returned to the Medical Examiner's Office in 1990, where he created a modern Department of Forensic Biology, designed its current 300,000 square foot modern building, and established the city's first crime reconstruction team, which still operates from within the Medical Examiner's Office. In the wake of the 9/11 attacks on the World Trade Center, he assumed responsibility for the DNA identification effort, designing the testing strategy and coordinating the work of six different laboratories. In 2005, he published a book, *Who They Were—Inside the World Trade Center DNA Story: The Unprecedented Effort to Identify the Missing*, that told the story of the people working behind the scenes of the DNA work done at the Medical Examiner's Office in New York City. In July 2005, he retired from the Medical Examiner's Office and accepted a professorship at Pennsylvania State University, where he is the director of the university's forensic science program. His crime scene investigation course has attracted national attention, and his research interests are broad, focusing on applying science and technology to crime scene investigation and quantifying the biological response to trauma and stress. He has taught several workshops to working law enforcement professionals in crime scene investigation, crime reconstruction, and bloodstain pattern analysis.

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES — PREPUBLICATION COPY

**Jay A. Siegel** is Professor and Director of the Forensic and Investigative Sciences Program at Indiana University Purdue University, Indianapolis. Before this appointment, he was Director of the Forensic Science Program at Michigan State University, where he retired after 25 years. Previous to that, that he was Professor of Chemistry at Metropolitan State College in Denver, Colorado, and earlier he spent three years as a forensic chemist with the Virginia Bureau of Forensic Sciences, where he analyzed illicit drugs and trace evidence. Dr. Siegel has testified as an expert witness more than 200 times in 7 states, as well as in federal and military courts. Dr. Siegel is a Fellow with the American Academy of Forensic Sciences, where he was awarded the Paul Kirk Award for outstanding service to the Criminalistics section in 2005. He is also a member of the American Chemical Society, the Midwest Association of Forensic Scientists, and the Forensic Science Society (United Kingdom). He is a member of the International Association for Identification and an Academic Affiliate member of the American Society of Crime Lab Directors. Dr. Siegel is an active researcher in forensic science, with many scientific publications. He currently serves as the principal investigator on a research grant from the National Institute of Justice on ink analysis, his second grant for this work. He also is the author of two textbooks in forensic science and is the editor in chief of the Encyclopedia of Forensic Sciences.

**Sargur Srihari** received a B.Sc. in physics and mathematics from the Bangalore University in 1967, a B.E. in electrical communication engineering from the Indian Institute of Science, Bangalore, in 1970, and a Ph.D. in computer and information science from the Ohio State University, Columbus, in 1976. Dr. Srihari is a State University of New York Distinguished Professor at the University of Buffalo in the Department of Computer Science and Engineering. He is the founding director of the Center of Excellence for Document Analysis and Recognition. He has supervised 30 completed doctoral dissertations. Dr. Srihari is a member of the Board of Scientific Counselors of the National Library of Medicine. He is chairman of CedarTech, a corporation for university technology transfer. Dr. Srihari has been general chairman of several international conferences and workshops: the Third International Workshop on Handwriting Recognition held in Buffalo, New York, in 1993, the Second International Conference on Document Analysis and Recognition, in Montreal, Canada, 1995, the Fifth International Conference on Document Analysis and Recognition, 1999, held in Bangalore, India, and the Eighth International Workshop on Handwriting Recognition, 2002, held in Niagara-on-the-Lake, Ontario, Canada. Dr. Srihari has served as chairman of TC-11 (technical committee on Text Processing) of the International Association for Pattern Recognition. He is currently Chair of the International Association for Pattern Recognition's Publicity and Publications Committee. Dr. Srihari received a New York State/United University Professions Excellence Award for 1991. He became a Fellow of the Institute of Electronics and Telecommunications Engineers (India) in 1992, a Fellow of the Institute of Electrical and Electronics Engineers in 1995, and a Fellow of the International Association for Pattern Recognition in 1996. He was named a distinguished alumnus of the Ohio State University College of Engineering in 1999.

**Sheldon M. Wiederhorn (NAE)** received his B.S. in chemical engineering from Columbia University in 1956 and his M.S. and Ph.D. from the University of Illinois, also in chemical engineering, with a minor in solid state physics. His Ph.D. topic was high pressure physics, with an emphasis on phase transformations in alkali halides. After finishing graduate school, he worked at DuPont at the Research Station in Wilmington, Delaware, during which time his research and scientific interests gradually changed toward materials science with a specialization in the mechanical behavior of ceramic materials. After three years, he began work at the National

A-8

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**APPENDIX A—PREPUBLICATION COPY**

Bureau of Standards, where he carried out an independent research program on the mechanical behavior of glasses and ceramic materials. At the National Bureau of Standards, now the National Institute of Standards and Technology, Dr. Wiederhorn carried out a program on the mechanical reliability of brittle materials. He was one of the first to apply fracture mechanics techniques to study the fracture of ceramic materials. A consequence of his research was the development of techniques to assure the structural reliability of brittle ceramic materials. Techniques pioneered by Dr. Wiederhorn are now used to assure the reliability of glass windows in airplanes and in space vehicles. Dr. Wiederhorn is best known for the experiments he developed to study and to characterize subcritical crack growth in glasses. The results of these studies illustrated the complexity of subcritical crack growth, and a natural conclusion of his study was that the failure of glass was caused by the slow growth of cracks to a critical size, which determined the time-to-failure. In addition to his work on the fracture of glass, Dr. Wiederhorn directed a program to measure the deformation of structural ceramics at very high temperatures. The objective of this work was to develop ceramic materials that could be used as turbine blades in power turbines used for more efficient production of electricity. The program led by Dr. Wiederhorn has resulted in the development of new measurement techniques for characterizing creep at elevated temperatures. A new mechanism of creep has also been discovered by Dr. Wiederhorn and his group, and ways have been suggested to improve the creep behavior of nonoxide materials at high temperatures. Dr. Wiederhorn has received many awards for his research and leadership at the National Institute of Standards and Technology. These include both a Silver and Gold Medal awarded by the Department of Commerce and the Samuel Wesley Stratton Award by the National Bureau of Standards. He is also a Fellow of the American Ceramic Society and has received a number of important awards for his research from this society, including the Jeppson Award for outstanding research on ceramic materials. He is now a Distinguished Lifetime Member of the American Ceramic Society. In 1991, Dr. Wiederhorn was elected a member of the National Academy of Engineering. At the National Institute of Standards and Technology, Dr. Wiederhorn is now a Senior Fellow and continues to carry out a research program on the mechanical properties of ceramic materials. His current interests are to use the Atomic Force Microscope to investigate the atomistics of crack growth in glasses and ceramic materials, with the hope of learning more about the crack growth process and the relation between crack growth and the microstructure of glass.

**Ross E. Zumwalt** is Chief Medical Investigator of the State of New Mexico. He received his undergraduate education from Wabash College in Crawfordsville, Indiana. Dr. Zumwalt graduated from the University of Illinois College of Medicine. He completed a rotating internship and one year of pathology residency at the Mary Imogene Bassett Hospital in Cooperstown, New York. Dr. Zumwalt then completed his pathology residency at the Southwestern Medical School and Parkland Hospital in Dallas. He received his forensic fellowship training at the Dallas County Medical Examiner's Office. Dr. Zumwalt served in the United States Navy as director of laboratories at the Navy Regional Medical Center in Camp Lejeune, North Carolina. He spent two years as deputy coroner in Cleveland, Ohio, and six years as deputy coroner in Cincinnati, Ohio, before coming to the Office of the Medical Investigator in 1987. Dr. Zumwalt is certified in anatomic and forensic pathology by the American Board of Pathology. He was a trustee of the American Board of Pathology from 1993 to 2004. He is currently a member of the Residency Review Committee for Pathology. Dr. Zumwalt has served as president of the National Association of Medical Examiners and is a member of the following professional organizations: The National Association of Medical Examiners; the American Academy of Forensic Sciences; the College of American Pathologists; the American Society of

A-9

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES — PREPUBLICATION COPY

Clinical Pathologists; the United States and Canadian Academy of Pathology; the American Medical Association; and the American Association for the Advancement of Science.

**Staff**

**Anne-Marie Mazza** is Director of the Committee on Science, Technology and Law. She joined the National Academies in 1995. She has served as Senior Program Officer with both the Committee on Science, Engineering, and Public Policy and the Government-University-Industry Research Roundtable. In 1999 she was named the first director of the Committee on Science, Technology, and Law, a newly created program designed to foster communication and analysis among scientists, engineers, and members of the legal community. In 2007, she became the director of the Christine Mirzayan Science and Technology Graduate Policy Fellowship Program. Dr. Mazza has been the study director on numerous Academy reports, including *Science and Security in a Post 9-11 World, 2007; Reaping the Benefits of Genomic and Proteomic Research, 2005; Intentional Human Dosing Studies for EPA Regulatory Purposes: Scientific and Ethical Issues, 2004; The Age of Expert Testimony: Science in the Courtroom, 2002; Issues for Science and Engineering Researchers in the Digital Age, 2001;* and *Observations on the President's Fiscal Year 2000 Federal Science and Technology Budget, 1999.* Between October 1999 and October 2000, she divided her time between the Committee on Science, Technology, and Law and the White House Office of Science and Technology Policy, where she served as a Senior Policy Analyst responsible for issues associated with the government-university research partnership. Before joining the Academy, Dr. Mazza was a Senior Consultant with Resource Planning Corporation. She received a B.A., M.A., and Ph.D. from The George Washington University.

**Scott T. Weidman** is the Director of NRC's Board on Mathematical Sciences and Their Applications. He joined NRC in 1989 with the Board on Mathematical Sciences and moved to the Board on Chemical Sciences and Technology in 1992. In 1996, he established a new board to conduct annual peer reviews of the Army Research Laboratory, which conducts a broad array of science, engineering, and human factors research and analysis, and he later directed a similar board that reviews the work of the National Institute of Standards and Technology. He has worked full time with the Board on Mathematical Sciences and Their Applications since June 2004. During his NRC career, he has staffed studies on a wide variety of topics related to mathematical, chemical, and materials sciences; laboratory assessment; and science and technology policy. His current focus is on building NRC's capabilities and portfolio related to all areas of analysis and computational science. He holds bachelor degrees in mathematics and materials science from Northwestern University and an M.S. and Ph.D. in applied mathematics at the University of Virginia. Before joining NRC, he held positions with General Electric, General Accident Insurance Company, Exxon Research and Engineering, and MRJ, Inc.

**David Padgham** is Policy Director at the High Performance Computing Initiative Council on Competitiveness. Before joining the council, he was an associate program officer at the Computer Science and Telecommunications Board of NRC. His work there comprised a robust mix of writing, research, and project management, and he was involved in the production of numerous reports, including, most recently, *Software for Dependable Systems: Sufficient Evidence?; Engaging Privacy and Information Technology in a Digital Age;* and *Renewing U.S. Telecommunications Research.* Before joining the Computer Science and Telecommunications Board in 2006, Mr. Padgham was a policy analyst for the Association for Computing Machinery,

A-10

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

where he worked closely with its public policy committee, USACM, to support the organization's policy principles and promote its policy interests. Mr. Padgham holds a master's degree in library and information science, 2001, from the Catholic University of America in Washington, D.C., and a B.A. in English, 1996, from Warren Wilson College in Asheville, North Carolina.

**John Sislin** is a Program Officer with the Board on Higher Education and Workforce. His work focuses on topics in international affairs, higher education, globalization, and the impact of science and technology on society and security. His work on international affairs includes: developing a system to monitor compliance with international labor standards for the U.S. Department of Labor and development of a biographical database on world leaders with foreign education or employment experience sponsored by the MacArthur Foundation. Dr. Sislin's work in higher education has focused on gender (three projects on recruiting, retaining, and advancing women in science and engineering in higher education and academic careers) and the role of community colleges in educating future engineers. He has worked on program evaluations for the NIST, the United States Institute of Peace, and NSF. Other projects include a survey of life scientists' attitudes toward personal responsibility regarding dual-use research and biosecurity and a study of priorities in civil aeronautics research sponsored by NASA. Before coming to the Academies, Dr. Sislin's previous research focused on international and civil conflict, human rights, international security, and U.S. foreign policy. Dr. Sislin received a B.A. from the University of Michigan in Russian and East European Studies and a Ph.D. in Political Science from Indiana University.

**Steven Kendall** is Senior Program Associate for the Committee on Science, Technology, and Law. He is a Ph.D. candidate in the Department of the History of Art and Architecture at the University of California, Santa Barbara, where he is completing a dissertation on nineteenth-century British painting. Mr. Kendall received his M.A. in Victorian art and architecture at the University of London. Before joining The National Academies in 2007, he worked at the Smithsonian American Art Museum and The Huntington in San Marino, California.

**Kathi E. Hanna** is a science and health policy consultant, writer, and editor specializing in biomedical research policy and bioethics. She served as Research Director and Senior Consultant to President Clinton's National Bioethics Advisory Commission and as Senior Advisor to President Clinton's Advisory Committee on Gulf War Veterans Illnesses. More recently, she served as the lead author and editor of President Bush's Task Force to Improve Health Care Delivery for Our Nation's Veterans. In the 1980s and 1990s, Dr. Hanna was a Senior Analyst at the congressional Office of Technology Assessment, contributing to numerous science policy studies requested by congressional committees on science education, research funding, biotechnology, women's health, human genetics, bioethics, and reproductive technologies. In the past decade, she has served as an analyst and editorial consultant to the Howard Hughes Medical Institute, the National Institutes of Health, IOM, NAS, and several charitable foundations, voluntary health organizations, and biotechnology companies. Before coming to Washington, D.C., she was the Genetics Coordinator at Children's Memorial Hospital in Chicago, where she directed clinical counseling and coordinated an international research program in prenatal diagnosis. Dr. Hanna received an A.B. in biology from Lafayette College, an M.S. in human genetics from Sarah Lawrence College, and a Ph.D. from the School of Business and Public Management, The George Washington University.

A-11

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES — PREPUBLICATION COPY

**Sara D. Maddox** is a science and health policy editor who served as senior editor for reports to the President of the National Bioethics Advisory Commission, including *Ethical Issues in Human Stem Cell Research* and *Research Involving Human Biological Materials: Ethical Issues and Policy Guidance*. Earlier in her career she was a writer and editor at the Howard Hughes Medical Institute, and she has served as a science editor and writer for reports of the Secretary's Advisory Committee on Genetics, Health, and Society. Ms. Maddox participated in editing *Firepower in the Lab: Automation in the Fight Against Infectious Diseases and Bioterrorism*, a publication based on a colloquium on bioterrorism and laboratory-based data held at NAS. She has edited reports of the National Resource Council, including *Intentional Human Dosing Studies for EPA Regulatory Purposes: Scientific and Ethical Issues* and *Participants* and *Science and Security in a Post 9/11 World*. She also was editor for IOM's *Genes, Behavior, and the Social Environment: Moving Beyond the Nature/Nurture Debate*.

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

PREPUBLICATION COPY

# Appendix B

## COMMITTEE MEETING AGENDAS

### MEETING 1
### Washington, D.C.
### JANUARY 25, 2007

8:30    Welcome and Introductions

Committee Co-Chairs
Harry T. Edwards, Judge, U.S. Court of Appeals for the District of Columbia Circuit
Constantine Gatsonis, Director, Center for Statistical Studies, Brown University

8:45    Charge to Committee

David W. Hagy, Deputy Assistant Attorney General for Policy Coordination, Office of Justice
Programs, U.S. Department of Justice and Principal Deputy Director, National Institute of Justice,
U.S. Department of Justice

9:10    Discussion

9:30    Importance of Study to the Forensics Community

Joe Polski, Chair, Consortium of Forensic Science Organizations

9:45    Discussion

10:15    Current State of Forensics:  Census of Publicly Funded Forensic Crime Labs

Joseph L. Peterson, Director and Professor, School of Criminal Justice and Criminalistics,
California State University, Los Angeles

Matthew J. Hickman, U.S. Department of Justice, Bureau of Justice Statistics

10:45    Discussion

11:15    Overview of Forensics Training and Education

Max M. Houck, Director, Forensic Science Initiative and Director, Forensic Business
Development, College of Business and Economics, West Virginia University

Larry Quarino, Assistant Professor, Cedar Crest College

12:00    Discussion

12:15    Lunch

B-1

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES—PREPUBLICATION COPY**

1:00    Daily Operations of Forensic Labs

Joseph A. DiZinno, Assistant Director, Laboratory Division, Federal Bureau of Investigation

Jan L. Johnson, Laboratory Director, Forensic Science Center at Chicago, Illinois State Police

Irma Rios, Assistant Director, City of Houston Crime Lab

2:15    Discussion

3:00    National Institute of Justice Research Program and Budget - Future Needs and Priorities

John Morgan, Deputy Director for Science and Technology, National Institute of Justice, DOJ

3:20    Discussion

3:45    Views from the Major Forensic Science Organizations: Issues and Challenges

Bruce A. Goldberger, President-Elect, American Academy of Forensic Sciences

Bill Marbaker, President, American Society of Crime Laboratory Directors

Robert Stacey, President, American Society of Crime Laboratory Directors, Laboratory Accreditation Board

Arthur Eisenberg, Board Member, Forensic Quality Services

Joe Polski, Chief Operations Officer, International Association for Identification

James Downs, Board Member and Chair, Government Affairs Committee, National Association of Medical Examiners

5:00    Discussion

5:30    Adjourn

## JANUARY 26, 2007

8:30    Opportunities for Improvement: Critical Areas

Michael Risinger, Professor of Law, Seton Hall Law School

Peter Neufeld, Co-Founder and Co-Director, The Innocence Project

David Stoney, Chief Scientist, Stoney Forensic, Inc.

9:30    Discussion

10:00   Adjourn

B-2

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

## MEETING 2
## Washington, D.C.
## APRIL 23, 2007

8:00    Welcome and Introductions

Harry T. Edwards and Constantine Gatsonis
Committee Co-Chairs

8:10    Essential Elements of Science:  Hypotheses, Falsifiability, Replication, Peer Review

Alan I. Leshner, Chief Executive Officer, American Association for the Advancement of Science

The Science of Statistics: Error Testing, Probabilities, Observer Bias

Jay Kadane, Senior Statistician, Department of Statistics, Carnegie Mellon University

9:00    Discussion

9:20    Forensic DNA

Science

Robin Cotton, Director, Biomedical Forensic Sciences Program, Boston University School of Medicine

Policy and Politics

Chris Asplen, Vice President, Gordon Thomas Honeywell Government Affairs and former Executive Director, U.S. Attorney General's National Commission on the Future of DNA Evidence

10:10    Discussion

10:45    The Science of Forensic Disciplines

What is the state of the art? Where is research conducted?  Where is it published? What is the scientific basis that informs the interpretation of the evidence? Where are new developments coming from?  What are the major problems in the scientific foundation or methods and in the practice?  What research questions would you like to have answered?

Moderator: Constantine Gatsonis, Committee Co-Chair

10:50    Drug Identification

Joseph P. Bono, Laboratory Director, Forensic Services Division, U.S. Secret Service

11:15    Discussion

11:45    Lunch

12:30    Pattern Evidence with Fingerprints and Toolmarks as Illustrations
Fingerprints

Ed German, Latent Print Examiner, U.S. Army, Retired

B-3

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES—PREPUBLICATION COPY

Toolmarks

Peter Striupaitis, Chair, International Association for Identification, Firearm/Toolmark Committee and Member, Scientific Working Group for Firearms and Toolmarks (SWGGUN)

1:30    Discussion

2:00    Trace Evidence with Arson and Hair as Illustrations

Arson

John Lentini, Scientific Fire Analysis, LLC

Hair

Max M. Houck, Director, Forensic Science Initiative and Director, Forensic Business Development, College of Business and Economics, West Virginia University

3:00    Discussion

3:45    Forensic Odontology: Bite Marks

David R. Senn, Director, Center for Education and Research in Forensics and Clinical Assistant Professor, Department of Dental Diagnostic Science, The University of Texas Health Science Center at San Antonio

4:10    Discussion

4:30    Commentators

Robert E. Gaensslen, Head of Program in Forensic Science, College of Pharmacy, University of Illinois at Chicago

Jennifer Mnookin, Professor of Law, University of California, Los Angeles Law School

David Kaye, Regents' Professor of Law and Professor of Life Sciences, Arizona State University

5:15    Comments from the Floor

5:45    Adjourn

## APRIL 24, 2007

8:00    Welcome and Introductions

Harry T. Edwards and Constantine Gatsonis
Committee Co-Chairs

8:10    From Crime Scene to Courtroom:  The Collection and Flow of Evidence

Barry A. J. Fisher, Director, Scientific Services Bureau, Los Angeles County Sheriff's Department and former President, American Academy of Forensic Sciences

8:45    Discussion

B-4

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

APPENDIX B—PREPUBLICATION COPY

9:15     Practice and Standards: Scientific Working Groups

What is the process for establishing the guidelines and standards? What are the guidelines/standards for each of these disciplines? How is quality control/quality assurance monitored and enforced? What recommendations have these organizations made and have they been implemented? What is needed?

Moderator: Harry T. Edwards, Committee Co-Chair

9:20     Drug Identification

Nelson A. Santos, Drug Enforcement Administration and Chair, Scientific Working Group for the Analysis of Seized Drugs (SWGDRUG)

9:40     Discussion

10:00     Pattern Evidence: Latent Prints

Stephen B. Meagher, Fingerprint Specialist, Federal Bureau of Investigation and Vice-Chair, Scientific Working Group on Friction Ridge Analysis, Study and Technology (SWGFAST)

10:30     Discussion

11:00     Trace Evidence: Hair Analysis

Richard E. Bisbing, Executive Vice President, McCrone Associates, Inc. and member, Scientific Working Group on Materials Analysis (SWGMAT)

11:20     Discussion

11:45     Commentators

Paul C. Giannelli, Weatherhead Professor, Case Western Reserve University School of Law

Carol Henderson, Director, National Clearinghouse for Science, Technology and the Law and Professor of Law, Stetson University

Michael J. Saks, Professor of Law & Psychology and Faculty Fellow, Center for the Study of Law, Science, & Technology, Sandra Day O'Connor College of Law, Arizona State University

12:30     Comments from the Floor

1:00     Adjourn

B-5

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES—PREPUBLICATION COPY

## MEETING 3
## Washington, D.C.
## JUNE 5, 2007

8:15     Welcome and Introductions

Harry T. Edwards and Constantine Gatsonis
Committee Co-Chairs

8:30     Forensic Sciences: Issues and Direction

Bruce Budowle, Senior Scientist, Laboratory Division, Federal Bureau of Investigation

9:30     Challenges for Crime Laboratories:  City, County, and Private

Peter Pizzola, Director, New York Police Department Crime Laboratory

John Collins, Director, DuPage County Sheriff's Office Crime Laboratory

John E. Moalli, Group Vice President and Principal Engineer, Exponent

11:00    Emerging Issues: Cybercrime, fMRI (functional Magnetic Resonance Imaging) and Lie Detection,
and Photographic Comparison Analysis

Eric Friedberg, Co-President, Stroz Friedberg, LLC

Hank Greely, Deane F. and Kate Edelman Johnson Professor of Law, Stanford University

Richard W. Vorder Bruegge, Supervisory Photographic Technologist-Examiner of Questioned
Photographic Evidence, Federal Bureau of Investigation

12:30    Working Lunch: Continuation of Morning Session

1:15     Automated Fingerprint Identification Systems (AFIS) Interoperability

John Onstwedder III, Statewide AFIS Coordinator for the Forensic Sciences Command, Forensic
Science Center at Chicago, Illinois State Police

Peter T. Higgins, Principal Consultant, The Higgins-Hermansen Group

Peter D. Komarinski, Komarinski & Associates, LLC

2:15     Medical Examiner System

Randy Hanzlick, Chief Medical Examiner, Fulton County Medical Examiner's Center, Fulton
County, Georgia and Professor of Forensic Pathology, Emory University School of Medicine

James Downs, Board Member and Chair, Governmental Affairs Committee, National Association
of Medical Examiners; Vice Chair, Consortium of Forensic Science Organizations; Coastal
Regional Medical Examiner, Georgia Bureau of Investigation

Garry F. Peterson, Chief Medical Examiner Emeritus, Hennepin County Medical Examiner's
Office, Minnesota; Chair, Standards, Inspection and Accreditation Committee and Standards
Subcommittee and Past President, National Association of Medical Examiners

B-6

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

Victor W. Weedn, Acting State Medical Examiner, New Jersey Office of the State Medical Examiner

4:15    Comments from the Floor

5:00    Adjourn

## MEETING 4
## Woods Hole, Massachusetts
## SEPTEMBER 20, 2007

1:30    Welcome

Harry T. Edwards and Constantine Gatsonis
Committee Co-Chairs

1:35    Lessons Learned From the Houston Police Department Investigation

Michael R. Bromwich, Independent Investigator, Fried, Frank, Harris, Shriver & Jacobson LLP

2:45    200 Exonerations: A Look at the Cases Involving Faulty Forensic Evidence

Brandon L. Garrett, Associate Professor of Law, University of Virginia

Peter Neufeld, Co-Founder and Co-Director, The Innocence Project

4:15    Ethics in Forensic Science

Peter D. Barnett, Partner, Forensic Science Associates

5:00    Reducing Error Rates: A New Institutional Arrangement for Forensic Science

Roger G. Koppl, Director, Institute for Forensic Science Administration, Fairleigh Dickinson University

6:00    Adjourn

## SEPTEMBER 21, 2007

8:15    Welcome

Harry T. Edwards and Constantine Gatsonis
Committee Co-Chairs

8:20    The U.K. Forensics System

Carole McCartney, Centre for Criminal Justice Studies, School of Law, University of Leeds

B-7

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

STRENGTHENING FORENSIC SCIENCE IN THE UNITED STATES—PREPUBLICATION COPY

9:20    The Role of Forensics in Homeland Security

Charles Cooke, Bio-Specialist, Office of the Deputy Director for Strategy and Evaluation, National Counterproliferation Center, Office of the Director of National Intelligence

James Burans, Bioforensics Program Manager, National Bioforensics Analysis Center, U.S. Department of Homeland Security

Larry Chelko, Director, U.S. Army Criminal Investigation Laboratory

Rick Tontarski, Chief, Forensic Analysis Division, U.S. Army Criminal Investigation Laboratory

11:00    Forensics at the National Institute of Standards and Technology

Michael D. Garris, Image Group Manager, National Institute of Standards and Technology

Barbara Guttman, Line Manager, National Software Reference Library, National Institute of Standards and Technology

William MacCrehan, Research Chemist, Analytical Chemistry Division, National Institute of Standards and Technology

12:20    Adjourn

## MEETING 5
## Washington, D.C.
## DECEMBER 6, 2007

8:15    Welcome and Introductions

Harry T. Edwards and Constantine Gatsonis
Committee Co-Chairs

8:30    Scientific Working Group on Friction Ridge Analysis, Study and Technology (SWGFAST)

Glenn Langenburg, Minnesota Bureau of Criminal Apprehension

9:15    Fingerprint Source Book

John Morgan, Deputy Director for Science and Technology, National Institute of Justice, U.S. Department of Justice

9:45    International Association of Identification: Key Issues

Kenneth F. Martin, Crime Scene Services, Massachusetts State Police

10:30    Forensic Science Issues at the U.S. Secret Service

Vici Inlow, Forensic Services Division, U.S. Secret Service

Deborah Leben, Forensic Services Division, U.S. Secret Service

B-8

Copyright © National Academy of Sciences. All rights reserved.

Strengthening Forensic Science in the United States: A Path Forward
http://www.nap.edu/catalog/12589.html

**APPENDIX B—PREPUBLICATION COPY**

11:10    Contextual Bias

Itiel Dror, School of Psychology, University of Southampton

12:00    Lunch

1:00    The Coroner System

Michael Murphy, Las Vegas Office of the Coroner

1:50    Survey of Non-Traditional Forensic Service Providers

Tom Witt, Bureau of Business and Economic Research, College of Business and Economics, West Virginia University

2:30    Department of Defense Latent Print Analysis

Thomas Cantwell, Senior Forensic Analyst, Biometric Task Force and Leader, Forensic Integrated Product Team, U.S. Department of Defense

3:15    Comments from the Floor

3:45    Adjourn

B-9

Copyright © National Academy of Sciences. All rights reserved.

**76**

AFFIDAVIT/DECLARATION OF JENNIFER LEE VALDEZ
PURSUANT TO 28 U.S.C Sec. 1746

1.    My name is Jennifer Lee Valdez.  I reside in Corpus Christi, Texas, where I was born and raised.

2.    ~~After I graduated from high school~~ J.V. In 1995, I moved to Houston.  My family and friends were still in Corpus Christi.

3.    One weekend in the late summer or fall of 2002 I came home to Corpus Christi for a visit and I met Adam Longoria in a club.

4.    We began to date.  In the fall of 2002 he got locked up for drinking and driving.  I had no idea until he got locked up that he had a criminal record.  He had lied to me about that.

5.    On January 10, 2003 Adam Longoria and I got married while he was still in the county jail.  He got out of jail a few months later and in late May I found out I was pregnant.

6.    Two days after I found out I was pregnant Adam Longoria got locked up for bank robbery.

7.    I had my baby on January 21, 2004.  Adam was still in jail when the baby was born.

8.    Detectives on his bank robbery case told me he was a liar and that he had lied to me about many things.

9.    Adam constantly told me that he was facing twenty-five to ninety-nine years but that he had worked out a deal with the prosecutor to get no time in jail at all.

10.    I remember he told me he and his lawyer had worked with the prosecutor on a deal to get him no jail time at all instead of the twenty-five to ninety-nine years he was facing.

11.    He constantly told me on the phone and in letters how he was working on this deal so that he could get out of jail and also so that he could hold the baby.  A couple years later, when I was dating another guy, this other guy made me throw out Adam's letters.

12.    As soon as he got locked up for the bank robbery my dad and I started getting notices from the bank that Adam had stolen our checks and written bad checks that bounced.

13.   When he was sentenced to seven years on bank robbery, my whole family and I were shocked that he did not get more time. I believe I filed for divorce in April 2004.

14.   To this day, Adam Longoria still harasses me by calling me. I have changed my number numerous times but he still finds it.

15.   I have filed reports to the police and prison for harassment and for him using a cell phone in the prison but nothing ever happens to him.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. Sec. 1746.

*Jennifer Valdez*

77

# U.S. Attorney's Office
## Southern District of Texas
800N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
(361) 888-3111
Fax: (361) 888-3200



DATE: 5-10-07

RE: Alfred Bourgeois. I received this letter and I am sending you this notice.

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Victor Abreu

FAX NO. 215-928-0826 VOICE NO.

FROM: PATTI BOOTH

OPERATOR: Dianna Winstead

TOTAL NUMBER OF PAGES (INCLUDING THE COVER SHEET) 2

**IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED BELOW, PLEASE CALL.**

### CONFIDENTIALITY NOTICE

This facsimile transmission is intended only for the use of the indicated recipient. This transmission may contain information that is privileged, sensitive, and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, disclosure, or reproduction of this transmission is strictly prohibited. If the intended recipient is not an employee or an individual within your office, please notify the sender or the U.S. Attorney's Office immediately by telephone at the above listed number. Please return the transmission to the U.S. Attorney's Office or the above listed address by U.S. Mail. Thank you.

Asst. U.S. Attorney
Patti Booth
800 N. Shoreline Dr., Suite 500
Corpus Christi, Tx.
-78401-

RE: (United States v. Alfred Bourgeois)

Dear Ms. Booth,                                         5/3/07

    Well, the reason for this letter is in regards to the case
that I helped you with. I had a visit from 2 attorney's from
the Federal Community Defender Office for the Eastern District
of Pennsylvania (Capital Habeas Unit) Federal Court Division-
Defender Association of Philadelphia. One of the attorney's
that I spoke with is Mr. Victor Abreu (Asst. Federal Defender).
    I'm letting you know that since you have never answered
any of my letters or have done any of the things that you said
you would (one being that you were suppose to write a letter
to the Parole Board, which you never did) do. I'm going to help
them with their case. I haven't told them that, but I think
I will write them a letter in the next week and let them know.
I will say that all the testimony I gave at the trial was false
and I was told what to say by you and the F.B.I. agents that
you worked with. I did my part and it didn't cost you next to
anything and then you go and lie and screw me over. Is that
how you treat the people that help you? You acted like a wole
different person when I was with you. Once you got what you
wanted, you said to hell with him. You know what I'm going to
do, I'll wait for a reply from you and if I get none then I'll
write them lawyers in Philadelphia and work with them. I'll
give you till the 11th to respond back.
    I will close this letter for now, but hope to hear back
from you. Thakn you for your time and consideration on this
matter.

                              Repectfully Submitted

                              Adam J. Longoria #1233335
                              Stile Unit
                              3060 FM 3514
                              Beaumont, Tx. 77705-7635