**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

_____

|                                   |   |                          |
|-----------------------------------|---|--------------------------|
| UNITED STATES OF AMERICA,         | : | No. Cr-C-02-216          |
|                                   | : |                          |
| Respondent,                       | : | Honorable Janis Graham Jack, |
|                                   | : | U.S.D.J.                 |
| -against-                         | : |                          |
|                                   | : | **Capital Case**         |
| ALFRED BOURGEOIS,                 | : |                          |
|                                   | : |                          |
| Petitioner.                       | : |                          |

_____  :

**ORDER**

AND NOW, this ___ day of _____, 2009 upon consideration of the motion of Petitioner for an Evidentiary Hearing and Discovery, the Government's Answer to the Motion, and the entire record of this case, it is hereby **ORDERED:**

1. Petitioner's Motion is Granted;

2. The Court will consult with counsel to set a schedule for an evidentiary hearing, and for pre-hearing disclosures;

3. The Government shall provide Petitioner with the discovery requested in his Motion within ____ days of the date of this Order;

4. The District Attorneys of Nueces and Bee County, Texas shall provide copies of the documents requested by Petitioner within ___ days of the date of this Order.

**So ordered,**

_____
Janis Graham Jack, U.S.D.J.