UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On July 1, 2009, Bourgeois filed a motion for an evidentiary hearing and for discovery. (Docket Entry No. 460). Bourgeois' motion identifies issues that he wishes to develop in an evidentiary hearing. His motion also outlines discovery he wants to engage in to prepare for the hearing. The Government has not yet filed a reply. The Court **ORDERS** the Government to file a reply to the pending motion on or before September 11, 2009.

SIGNED and ORDERED this 12th day of August, 2009.

_____
Janis Graham Jack
United States District Judge