UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 2:02-CR-216 |
| Respondent, | § | |
| | § | |
| | § | Capital Case |
| ALFRED BOURGEOIS | § | |
| Petitioner, | | |

## GOVERNMENT'S MOTION FOR DISCOVERY

The United States of America, by and through its United States Attorney for the Southern District of Texas, Tim Johnson, and the undersigned Assistant United States Attorney, Elsa Salinas-Patterson, hereby files this Motion for Discovery and Proposed Order.

The government requests this Honorable Court to order the release of the remaining documents and trial preparation memorandums and notes that have previously been disclosed to the Capital Habeas Corpus Unit (hereafter referred to as "Habeas Unit"), Federal Community Defender Office, and which are currently stored in the law office of attorney John Gilmore.  The government is of the understanding that the Habeas Unit has taken possession of many of the defense trial records/documents and requests that the government be allowed to take possession of said remaining documents so that said documents can be properly documented and chronicled in preparation of future responses to the Habeas Unit's Discovery Motions.

Additionally, the government requests that all defense *ExParte* Motions and Hearings

regarding said Motions be unsealed so that the government may request transcriptions of said hearings so that the government may be able to respond to the Habias Unit's  discovery motions and/or any future evidentiary hearings.

Respectfully Submitted,

TIM JOHNSON
UNITED STATES ATTORNEY

/S/ Elsa Salinas-Patterson

By:     ELSA SALINAS-PATTERSON
Assistant United States Attorney
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas
PH:(361) 888-3111; FX:(361) 888-3200
Texas Bar No.  00791593
Southern District No.  22489

### CERTIFICATE OF SERVICE AND CONSULTATION

I, Elsa Salinas-Patterson, Assistant United States Attorney, hereby certify that a true and correct copy of the above and foregoing Government's Motion for Discovery and Order was served upon James McHugh this 28th day of August, 2009 by emailing to Micahel_Wiseman@fd.org and that the government consulted with James McHugh and he has "no position" to the government's motion:

/S/ Elsa Salinas-Patterson
ELSA SALINAS-PATTERSON
Assistant United States Attorney