UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 2:02-CR-216 |
| Respondent, | § | |
| | § | |
| | § | Capital Case |
| ALFRED BOURGEOIS | § | |
| Petitioner, | | |

## ORDER REGARDING GOVERNMENT'S MOTION FOR DISCOVERY

Before this Court  is the Government's Motion for Discovery  in the above-captioned

criminal case.  After careful consideration, it is the opinion of this Court that:

The government's request that Mr. John Gilmore release to the United States Attorney's

Office the remaining documents and trial preparation memorandums and notes that have previously

been disclosed to the Capital Habeas Corpus Unit regarding the above-referenced case and that the

government be allowed to maintain custody of said documents is hereby

_____GRANTED; _____ Not Granted;

The government's request to unseal the defenses'  *ExParte* Motions and Hearings which

were filed during the case-in-chief and during the sentencing phase of the above-referenced case be

unsealed for the purpose of allowing the government to order transcripts of said hearings and to

obtain copies of said Motions is hereby

_____GRANTED; _____Not Granted.

SIGNED at Corpus Christi, Texas, on this _____ day of August, 2009.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE