## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case No.: 2:02–cr–00216
                                                      Judge Janis Graham Jack

Alfred NMI Bourgeois

                        Defendant

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Janis Graham Jack

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/9/09

**TIME:** 10:15 PM

**TYPE OF PROCEEDING:** Telephone Conference

Date:    September 8, 2009

                                                      Clerk of Court