UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On September 9, 2009, the Court held a telephone conference to address the Government's Motion for Discovery.  (DE 463).  The Government seeks discovery of all documents originally prepared and possessed by trial counsel that are relevant to Bourgeois' motion to vacate under 28 U.S.C. § 2255.  Bourgeois filed an answer in partial opposition, arguing that the Government's motion was overbroad because it requested information not relevant to the proceedings or that is protected by privilege.  (DE 464).  At the conference, the Court ordered that within sixty days Bourgeois will submit to the Government any documents that are relevant and which they can agree to turn over without compromising Bourgeois' attorney/client privilege.  Bourgeois will submit the remainder of the records to the Court under seal for *in camera* inspection.  For ease of reference, the  Court recommends that Bourgeois Bates stamp the sealed material.  If the Court orders Bourgeois  to provide any remaining documents to the Government, the Court will allow Bourgeois sufficient time to file an objection.

SIGNED and ORDERED this 9th day of September, 2009.

_____
Janis Graham Jack
United States District Judge

1 / 1