UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____     :

UNITED STATES OF AMERICA,     :          No. Cr-C-02-216
                              :          No. Cv-07-223
            Respondent,       :     Honorable Janis Graham Jack
                              :          U.S.D.J.
        -against-             :
                              :       Electronically Filed
ALFRED BOURGEOIS,             :
                              :
            Petitioner.       :
_____     :

**PETITIONER'S NOTICE OF COMPLIANCE WITH
RESPONDENT'S DISCOVERY REQUEST**

Counsel for Petitioner, ALFRED BOURGEOIS, hereby files this Notice of

Compliance with Respondent's Discovery Request.

### Background

1.      On August 28, 2009 Respondent filed its *Motion for Discovery* seeking

trial defense counsels' file.

2.      On September 4, 2009 counsel for Petitioner filed an *Answer in Partial

Opposition*.

3.      On September 9, 2009 the Court convened a telephonic conference

resulting in an order that Petitioner's counsel provide any documents in defense

1

counsels' trial file which relate to any of the section 2255 claims alleging that trial counsel were ineffective in their representation.   The Court also ordered the production of all of Mr. Bourgeois trial writings that may impact upon an assessment of his mental abilities.  These productions were ordered to be made in sixty days of the Court's Order.

## Compliance

While reserving all objections and arguments as to the relevance, probative value and admissibility of the documents, Petitioner notifies the Court that he has complied with the Court's Order to produce defense counsels' trial file.  Because undersigned counsel did not wish to make judgments as to which documents the Government may believe are relevant to particular claims of ineffective assistance of counsel, or which of Mr. Bourgeois' writings bear upon an assessment of his mental abilities, counsel are producing defense counsels' entire trial file (consisting of 11,611 pages of Bates-stamped documents), by placing the same in overnight mail, with the following exceptions:[1]

- Counsel have withheld twenty one (21) pages from trial counsel's file which he is submitting to the Court today, under seal, for *in camera* review;

---

[1] Counsels' staff is completing the production and the documents will be placed in overnight delivery tomorrow, November 10, 2009.

2

- Counsel have not provided transcripts of court proceedings in this case.

Respectfully Submitted,

/s/ Michael Wiseman

_____

Michael Wiseman, Esq.
Chief, Capital Habeas Corpus Unit
Victor J. Abreu, Esq.
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated:    Philadelphia, PA
          November 9, 2009

### CERTIFICATE OF SERVICE

I, Michael Wiseman, Esq., hereby certify that on this 9th day of November, 2009, I caused the foregoing upon the following person in the manner indicated below:

Tony R. Roberts Esq.
United States Attorney's Office
PO Box 61129
Houston, TX 77208-1129
Tony.Roberts@usdoj.gov
and by E-File

/s/ Michael Wiseman

_____

Michael Wiseman