UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v | § | CRIMINAL NO. C-02-216 |
| | § | |
| ALFRED BOURGEOIS | § | |

**MOTION FOR IN CAMERA INSPECTION OF OUTGOING MAIL BY DEFENDANT TO AN INDIVIDUAL OTHER THAN HIS ATTORNEY OF RECORD**

COMES now, the United States of America, by Tim Johnson, the United States Attorney for the Southern District of Texas, and Patti Hubert Booth, Assistant United States Attorney, and hereby moves the Court to inspect a package that inmate BOURGEOIS has addressed to be mailed to an individual other than his attorney of record.

On December 7, 2009, the government received a telephone call from Brian English, a case worker at the Federal Prison in Terre Haute, Indiana, where inmate BOURGEOIS currently resides. Mr. English informed the government that BOURGEOIS had addressed a package to be mailed to Ms. Angela Lockett Sampson with the Mississippi Center for Legal Services, who is not his attorney of record. Mr. English also informed the government that he checked and verified that Ms. Sampson does indeed work as an attorney for the Mississippi Center for Legal Services. Additionally, the government verified this information as well, and found Ms. Sampson is listed as an attorney for this organization in Jackson, Mississippi.

On December 8, 2009, the government contacted Mr. English as to the contents of the package. Mr. English stated that he did not read the material, but did a cursory inspection, and it appeared to him that the material contained in the package was referencing a divorce issue. Mr.

English stated that he was unsure whether this package could be mailed, given that the restricted mail order issued by the Honorable Janis Graham Jack, specifically states that Mr. Bourgeois can correspond only with his counsel and in accordance with the standard procedures of the United States Bureau of Prisons.  Mr. Bourgeois' current counsel of record, according to PACER is Mr. Michael Wiseman, and Mr. Victor Abreu.

The government is concerned that because BOURGEOIS is attempting to communicate with someone other than his counsel of record, and therefore, in order to avoid inappropriate contact with a witness or a victim, the government hereby moves the Court to order the Federal Bureau of Prisons at Terre Haute, Indiana, to deliver the package to the Court for an in camera inspection, to make a determination whether it can subsequently be mailed to Ms. Angela Lockett Sampson.

Respectfully Submitted,

TIM JOHNSON
UNITED STATES ATTORNEY


/S/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney
Federal I.D. No. 19500
Texas State Bar I.D. No.  02650200
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
(361) 888-3111

## CERTIFICATE OF SERVICE AND CONSULTATION

I, Patti Hubert Booth, do hereby certify, that I have contacted  Mr. Victor Abreu, an attorney for defendant Alfred Bourgeois and Mr. Abreu is opposed to this motion.  Attorney Michael Wiseman was not able to be reached.  Additionally, a true and correct copy of this Motion and the Proposed Order thereon has been served via the ecf filing system to Mr. Michael Wiseman and Mr. Victor Abreu on this 9th day of December, 2009.

/S/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney