UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v | § | CRIMINAL NO. C-02-216 |
| | § | |
| ALFRED BOURGEOIS | § | |

## <u>ORDER GRANTING MOTION FOR IN CAMERA INSPECTION</u>

After consideration of the Government's Motion for an In Camera Inspection of mail

which defendant Alfred Bourgeois has addressed to be mailed to Ms. Angela Lockett Sampson,

it is hereby,

ORDERED that the Government's Motion is GRANTED, and that the mail in question

shall be mailed to the Court as follows for an In Camera inspection:

The Honorable Janis Graham Jack
United States District Judge
United States Federal Courthouse
1133 N. Shoreline Boulevard
Corpus Christi, Texas 78401

RE:    Inmate Mail - Alfred Bourgeois

SIGNED on this _____ day of December, 2009.

_____
HONORABLE JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE