UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
|  | : | No. Cv-07-223 |
| Respondent, | : | Honorable Janis Graham Jack, |
|  | : | U.S.D.J. |
| -against- | : |  |
|  | : |  |
| ALFRED BOURGEOIS, | : | Electronically Filed |
|  | : |  |
| Petitioner. | : |  |

_____   :

**PETITIONER'S *ANSWER* TO GOVERNMENT'S**
***MOTION FOR IN CAMERA INSPECTION OF OUTGOING MAIL***

Petitioner, ALFRED BOURGEOIS, through undersigned counsel, hereby opposes the Government's *Motion for In Camera Inspection of Outgoing Mail to an Individual Other than his Attorney of Record* (hereafter, *Motion*).

1.      According to the government's *Motion*, on December 7, 2009, it received a telephone call from Brian English, a counselor at the United States Penitentiary at in Terre Haute, where Mr. Bourgeois is imprisoned.  Mr. English informed the government that Mr. Bourgeois had addressed a package to be mailed to Ms. Angela Lockett Sampson, an attorney at the Mississippi Center for Legal Services.  Mr. English seized the package, believing it violated this Court's order precluding Mr.

1

Bourgeois from sending mail to anybody but his counsel of record in this case.

2.     Undersigned counsel believe that the seized package was addressed to the attorney representing Robin Bourgeois in divorce proceedings initiated by Robin Bourgeois. Mr. English has informed undersigned counsel that the contents of the package appear related to the pending divorce proceedings and does not contain any apparent contraband.

3.     Mr. Bourgeois, through undersigned counsel, opposes the in camera review of his outgoing mail related to his divorce proceedings.  Mr. Bourgeois is not represented on his divorce matter, and clearly he has a right to self-representation in that matter and to access to the courts.  See generally Bounds v. Smith, 430 U.S. 817 (1977) (recognizing prisoners' constitutional right to access to courts).  This Court's order limiting Mr. Bourgeois outgoing mail should not prevent him from protecting his legal rights when he has been sued.  Clearly, precluding him from sending papers to opposing counsel in an ongoing divorce proceedings, would prevent Mr. Bourgeois from asserting his legal rights in those proceedings.

4.     The fact that these papers are directed to a member of the bar, as opposed to being sent to Robin Bourgeois, also weigh against an *in camera* inspection by this Court.  Presumably, if those papers contain offensive or threatening content, counsel for Ms. Bourgeois will act as a proper filter to protect Ms. Bourgeois.

2

WHEREFORE, Mr. Bourgeois respectfully requests that his legal mail related to his divorce be allowed to be forwarded to opposing counsel without in camera review by this Court.  Further, counsel for Petitioner request that this Court modify its prior order to permit Petitioner to send written communications related to his divorce proceedings to both his wife's divorce lawyer and the court hearing that case, without prior inspection from this Court.

A proposed order summarizing these requests is attached.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman, Esq.
Chief Capital Habeas Corpus Unit
Victor J. Abreu, Esq.
Supervising Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated:      December 10, 2009
            Philadelphia, PA

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 10th day of December, 2010, I served the foregoing upon the following persons in the manner indicated:

Tony R. Roberts, Esq.
PO Box 61129
Houston, Texas 77208
Tony.Roberts@usdoj.gov

Patricia Hubert Booth, Esq.
Elsa Salinas-Patterson, Esq.
800 North Shoreline, Suite 500
Corpus Christi, Texas 78401
Patti.Booth@usdoj.gov
Elsa.S.Patterson@usdoj.gov

/s/     Michael Wiseman

Michael Wiseman

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____      :

UNITED STATES OF AMERICA,         :          No. Cr-C-02-216
                                  :          No. Cv-07-223
            Respondent,           :    Honorable Janis Graham Jack,
                                  :              U.S.D.J.
     -against-                    :
                                  :
ALFRED BOURGEOIS,                 :
                                  :
     Petitioner.                  :
_____      :

**ORDER**

And Now, this ___ day of December, 2009 upon consideration of the government's *Motion for in Camera Inspection of Outgoing Mail* and Petitioner's *Answer in Opposition*, it is hereby ORDERED:

1.    The government's *Motion* is denied.

2.    The authorities at the USP Terre Haute are hereby directed to permit Mr. Bourgeois to send mail to opposing counsel or the Court with respect to his ongoing divorce proceedings, without inspection or encumbrance.

                              _____
                              Janis Graham Jack, U.S.D.J.