## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

v.

Alfred NMI Bourgeois

Case No.: 2:02–cr–00216
Judge Janis Graham Jack

Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Janis Graham Jack

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 12/14/09

**TIME:** 01:15 PM

**TYPE OF PROCEEDING:** Telephone Conference

Date:    December 14, 2009

Clerk of Court