UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED BOURGEOIS | § | |

## ORDER

On December 14, 2009, the Court held a telephone conference to address the Government's Motion for In Camera Inspection of Outgoing Mail by Defendant to an Individual Other Than His Attorney of Record.  (DE 472).  Bourgeois filed an answer in opposition.  (DE 473).  At the conference, the Court ordered that the motion would be denied without prejudice. The attorneys for Bourgeois offered to obtain the challenged mail from the Federal Bureau of Prisons and provide a copy to the Government.  The parties will inform the Court whether the challenged mail should be forwarded to the intended recipient consistent with the Court's earlier orders limiting Bourgeois' mail.

The Court also ordered the Government to file a response to the pending Motion for an Evidentiary Hearing and Discovery.  (DE 460).  The Government assured that it would file the response as soon as possible.  The Court ordered the Government to provide a status update in this case within 30 days which outlines which issues need to be set for a hearing.  Bourgeois may file a reply within 14 days thereafter.

SIGNED and ORDERED this 15th day of December, 2009.

_____
Janis Graham Jack
United States District Judge

1 / 1