UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA      §
     §
VS.      §    CRIMINAL ACTION NO. C-02-216
     §
ALFRED NMI BOURGEOIS      §

## ORDER

The Government has sought discovery of all records from Bourgeois relating to defense counsel's preparation for trial. (DE 463). In response to the Government's motion for discovery, Bourgeois has turned over to the Government all of his defense counsel's files, with the exception of twenty-one pages that he has filed under seal for *in camera* review. (DE 471). Bourgeois maintains that disclosure of those records could compromise his attorney/client privilege. This Court has inspected the records and finds that Bourgeois' objection to the discovery of the twenty-one pages that he filed under seal is well founded. Accordingly, the Court denies the Government's discovery request with respect to the sealed records.

SIGNED and ORDERED this 21st day of December, 2009.

_____
Janis Graham Jack
United States District Judge

1 / 1