UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

ORDER

It is hereby ORDERED that an initial hearing will take place on _____, 2010.

This hearing will provide the parties an opportunity to present argument regarding what issues, if

any, should be addressed in a subsequent evidentiary hearing.

The clerk of this Court shall send a copy of this Order to the parties by any receipted

means.

Signed at Corpus Christi, Texas, this _____ day of _____ 2009.


_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE