UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____
                                           :
UNITED STATES OF AMERICA,        :          No. Cr-C-02-216
                                           :          No. Cv-07-223
              Respondent,           :      Honorable Janis Graham Jack,
                                           :          U.S.D.J.
       -against-                    :
                                           :
ALFRED BOURGEOIS,                :          Electronically Filed
                                           :
              Petitioner.           :
_____     :

**PETITIONER'S MOTION FOR SHORT EXTENSION OF TIME
TO FILE REPLY TO GOVERNMENT'S RESPONSE TO PETITIONER'S
MOTION FOR DISCOVERY AND EVIDENTIARY HEARING**

Petitioner, Alfred Bourgeois, moves for a short extension of time in which to file a *Reply Memorandum* in support of his previously filed *Motion for an Evidentiary Hearing and Discovery*, and in support states the following.

1.     On July 1, 2009 Petitioner filed his *Motion for an Evidentiary Hearing and Discovery* (document # 460). Following Petitioner's compliance with the Government's own discovery motion (document # 463), this Court ordered the Government to answer Petitioner's *Motion* "as soon as possible" (Court's Order, December 15, 2009, document # 476). The same order provides Petitioner 14 days in which to file a *Reply*.

1

2.    The Government filed its *Response to Petitioner's Motion* on December 24, 2009 (document # 480), making Petitioner's *Reply* due yesterday, January 7, 2010.  Petitioner is in the process of finalizing that *Reply* but due to competing case demands, it will not be completed before Monday January 11, 2010.

3.    Petitioner apologizes for not complying with the Court's deadline and for not timely moving for an extension of time.  This was unintentional.  Petitioner has important points to make in his *Reply* and requests that he be permitted to file it on January 11, 2010.

WHEREFORE, Petitioner respectfully requests that he be permitted to file his *Reply* on or January 11, 2010.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Counsel for Petitioner,
Alfred Bourgeois

Dated:    Philadelphia, PA
          January 8, 2010

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 8th day of January 2010, I served the foregoing upon the following persons in the manner indicated:

Tony R. Roberts, Esq.
PO Box 61129
Houston, Texas 77208
Tony.Roberts@usdoj.gov

Patricia Hubert Booth, Esq.
Elsa Salinas-Patterson, Esq.
800 North Shoreline, Suite 500
Corpus Christi, Texas 78401
Patti.Booth@usdoj.gov
Elsa.S.Patterson@usdoj.gov


/s/    Michael Wiseman

Michael Wiseman

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

UNITED STATES OF AMERICA,          :          No. Cr-C-02-216
                                   :          No. Cv-07-223
            Respondent,            :     Honorable Janis Graham Jack,
                                   :          U.S.D.J.
      -against-                    :
                                   :
ALFRED BOURGEOIS,                  :
                                   :
            Petitioner.            :
_____    :

**ORDER**

And Now, this ____ day of January, 2010 upon consideration of Petitioner's Motion for a Short Extension of Time to File His Reply Memorandum in support of his Motion for Discovery and for an Evidentiary Hearing, it is hereby ORDERED:

The Motion is Granted.  Petitioner shall file his Reply on or before January 11, 2010.

                                   _____
                                   Janis Graham Jack, U.S.D.J.