UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On this day came on to be considered Petitioner's Motion for Short Extension of Time to

File Reply to Government's Response to Petitioner's Motion for Discovery and Evidentiary

Hearing.  (D.E. 481).  The Motion is Granted. Petitioner shall file his Reply on or before January

11, 2010.

SIGNED and ORDERED this 11th day of January, 2010.

_____
Janis Graham Jack
United States District Judge