UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## SCHEDULING ORDER

On March 18, 2010, the Court held a telephone conference to discuss scheduling matters. The parties will appear before the Court on **April 20, 2010** at **1:30 p.m.** for oral argument to discuss the issues that will be developed in an evidentiary hearing. The parties have agreed that Bourgeois will not need to be in attendance for the oral argument. Counsel for movant will investigate whether Bourgeois may participate telephonically.

The evidentiary hearing will begin on **September 20, 2010** at **8:30 a.m**. The Court anticipates that the hearing will not take more than four days.

SIGNED and ORDERED this 19th day of March, 2010.

_____
Janis Graham Jack
United States District Judge

1 / 1