UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

ORDER _____ GRANTING GOVERNMENT'S
MOTION TO COMPEL

The Government's motion to compel is GRANTED. The Bureau of Prisons is ORDERED to forward the two envelopes addressed respectively to Angela Lockett-Sampson and to the Chancery Clerk to Counsel for Bourgeois, Michael Wiseman, Chief Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, Suite 545 West-The Curtis Center, Philadelphia, PA 19016.

Mr. Wiseman is instructed to review the correspondence to initially determine whether he believes it contains matters privileged from government access. If so, Mr. Wiseman may seek *ex parte* relief from this Court. Otherwise, Mr. Wiseman is

-7-

instructed to forward a copy of the subject mailings to the government.  Both Mr.

Wiseman and the government are instructed to review the subject mailings and advise

the court whether the mailings should be forwarded to the original addressees.


_3-18-10_

Date

HON. JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE