## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | **Capital Case** |
| ALFRED BOURGEOIS, | : | |
| | : | |
| Petitioner. | : | |

_____ :

### PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner, Alfred Bourgeois, hereby submits the following supplemental authority supporting his prior motion for an evidentiary hearing.

1.     Petitioner wishes to bring to the Court's attention the following recent Courts of Appeals' decisions reversing district court denials of an evidentiary hearing in section 2255 litigation.

2.     In United States v. Johnson, 2010 WL 1521273 (5th Cir. April 16, 2010), *per curiam,* (unpublished), the Court of Appeals for the Fifth Circuit remanded for an evidentiary hearing following the petitioner's request for a certificate of appealability, without requiring merits briefing, because the "record d[id] not conclusively" demonstrate that the prisoner was not entitled to relief.  (Copy

attached)

3.      In <u>United States v. Sinisterra</u>, — F.3d —, 2010 WL 1236310, at *4, *6 (8th Cir. April 1, 2010), the Court of Appeals for the Eighth Circuit, in a capital case, granted an evidentiary hearing because a "§ 2255 movant is entitled to an evidentiary hearing unless 'the motion and the files and records of the case conclusively show that [he] is entitled to no relief.' 28 U.S.C. § 2255. . . Without a complete record, we cannot determine whether Sinisterra was prejudiced by counsels' alleged failure to investigate and present mitigation evidence. Thus, we conclude that the case must be remanded for an evidentiary hearing.") (Copy attached)

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Victor Abreu
James McHugh
Elizabeth Larin
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Counsel for Petitioner,
Alfred Bourgeois

Dated:      Philadelphia, PA
            April 20, 2010

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 20th day of April 2010, I served the foregoing upon the following persons in the manner indicated:

Tony R. Roberts, Esq.
PO Box 61129
Houston, Texas 77208
Tony.Roberts@usdoj.gov

Patricia Hubert Booth, Esq.
Elsa Salinas-Patterson, Esq.
800 North Shoreline, Suite 500
Corpus Christi, Texas 78401
Patti.Booth@usdoj.gov
Elsa.S.Patterson@usdoj.gov

/s/  Michael Wiseman

Michael Wiseman