UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On April 20, 2010, the Court held a hearing in the above-styled case.  At the conference,

the Court ordered as follows:

1.    The Government will submit for in camera review by April 27, 2010,

contemporaneous notes taken by Ms. Elsa Salinas Patterson and Ms. Patricia

Hubert Booth from their interviews with lay and expert witnesses during trial

preparation.  Bourgeois may file an *in camera* suggestion of what information he

wishes to have divulged from the attorneys' notes.

2.    The Government will submit by April 27, 2010, a draft protective order regarding

access by the attorneys for Bourgeois to the investigating FBI agents' FD-302

forms, which under no condition will be disclosed to any others or to Bourgeois

himself.

3.    The attorneys for Bourgeois will turn over to the Government the psychological

data underlying the mental retardation testing by April 27, 2010.

4.    In preparation for the evidentiary hearing, the parties will disclose expert reports consistent with Rule 26 of the Federal Rules of Civil Procedure.

5.    The evidentiary hearing will begin on September 20, 2010, and will last no more than 4 days.  Bourgeois will have 2.5 days to put on witnesses and evidence; the Government will have 1.5 days.  As discussed in the hearing, the parties will present testimony and evidence relating to claims 1, 2, 4, 5, 6, 7, and 8 as enumerated in Bourgeois' Motion to Vacate.  Bourgeois will call no more than two expert witnesses with regard to each claims 4, 5, and 6 and will limit their direct testimony to 30 minutes.  Bourgeois may call 4 lay witnesses briefly to support claim 7.  He will also limit the number of lay witnesses to support claims 1 and 2.  Bourgeois may submit an affidavit, deposition by written questions, or other form of testimony by Dr. Elizabeth Rouse to support claim 3.

SIGNED and ORDERED this 21st day of April, 2010.

Janis Graham Jack
United States District Judge