**AO 435**
(Rev. 03/08)

*Please Read Instructions:*

## TRANSCRIPT ORDER

**FOR COURT USE ONLY**

**DUE DATE:** 5-27-10

| 1. NAME KATHRIN HENNIG | 2. PHONE NUMBER 215-928-0520 | 3. DATE 4/21/2010 |
|---|---|---|

| 4. MAILING ADDRESS 601 WALNUT St. SUITE 545 WEST | 5. CITY PHILADELPHIA | 6. STATE PA | 7. ZIP CODE 19106 |
|---|---|---|---|

| 8. CASE NUMBER 2:02-CR-00216 | 9. JUDGE JANIS GRAHAM JACK | DATES OF PROCEEDINGS 10. FROM 4/20/2010 | 11. TO 4/20/2010 |
|---|---|---|---|

| 12. CASE NAME | LOCATION OF PROCEEDINGS 13. CITY CORPUS CHRISTI | 14. STATE TEXAS |
|---|---|---|

### 15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL HABEAS
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

United States Courts
Southern District of Texas
FILED

APR 26 2010

David J. Bradley, Clerk of Court

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | ORAL ARGUMENT | 4/20/2010 |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

### CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

| 18. SIGNATURE V. Hennig | [ ] EMAIL ONLY REQUIRED |
|---|---|
| | [ ] EMAIL AND HARD COPY REQUIRED |
| 19. DATE 4/21/2010 | [ ] EMAIL ADDRESS: |

| 20. TRANSCRIPT TO BE PREPARED BY Garcia Services | COURT ADDRESS |
|---|---|

| ORDER RECEIVED | DATE 4-26-10 | BY VG | |
|---|---|---|---|
| DEPOSIT PAID | — | DEPOSIT PAID | — |
| TRANSCRIPT ORDERED | 4-27-10 VG | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY      TRANSCRIPTION COPY      ORDER RECEIPT      ORDER COPY