Clerk, U.S. District Court
Southern District of Texas
FILED

APR 20 2010

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

**CASE NO.  CR C 02-216**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | Judge | Hon. Janis Graham Jack |
| | § | Clerk | S Scotch |
| **vs.** | § | ERO | V Gano |
| | § | Proceeding: | Hearing |
| **ALFRED BOURGEOIS** | § | Date: | April 20, 2010 |
| | § | Exhibit List of: | Govt |
| Page  1   of  1 | § | Attorney: | Tony Roberts |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Letter dated April 20, 2010 from David R Senn DDS, DABFO | ✓ | ✓ | | April 20, 2010 | |