UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

GOVERNMENT'S AGREED MOTION FOR A PROTECTIVE ORDER
AS TO FBI NOTES PROVIDED BY THE GOVERNMENT TO
COUNSEL WISEMAN AND ABREU

I.

Relevant Background

Michael Wiseman and Victor Abreu (hereinafter "Counsel"), of the Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, represent Bourgeois in the instant action filed pursuant to 28 U.S.C. § 2255. Counsel have requested discovery from the government of all notes made in connection with the FBI reports filed in connection with the case, which the Court has Ordered the government to provide.

Security issues, discussed at the hearing of April 20, 2010, provide good cause for the issuance of a protective order to limit access to and restrict copying of the subject notes made in connection with the subject FBI reports, pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Crim. P. 16(d).

## II.

For these reasons, the undersigned moves the court to enter the attached protective order.

Respectfully submitted,

JOSE ANGEL MORENO.
United States Attorney

 /s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
(713) 567-9102

## CERTIFICATE OF CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, certify that on April 27, 2010, I conferred with Mr. Michael Wiseman, Counsel for Bourgeois, who advised he agreed to the subject motion and proposed protective order.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a copy of this motion for the issuance of a protective order has been served by placing it in the United States mail, postage prepaid, on April 27, 2010, addressed to:  Mr. Michael Wiseman, Esq., Chief Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, Suite 545 West-The Curtis Center, Philadelphia, PA 19016.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney