UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS,<br>    Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | Civil No. C-07-223 |
| | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA,<br>    Respondent. | § | |
| | § | |

## PROTECTIVE ORDER

The government having demonstrated good cause, the Court Orders that the following Protective Order be entered:

All agent notes made in the preparation of the FBI reports filed in the above case received by Counsel pursuant to their requests for discovery from the government shall be deemed to be confidential. These documents may be used only by Counsel Wiseman and Abreu and only for purposes of any proceedings incident to litigating the claims presented in the petition for writ of habeas corpus pending before this Court. Disclosure of the contents of the documents and the documents themselves may not be made to any other persons, including the Petitioner and Counsels' staff, without an order from this Court.

At the conclusion of the said Capital Habeas Corpus Unit's representation of Bourgeois, Counsel shall return the hard copies and paper copies of all subject notes in their possession to the government and file an affidavit with this Court that Counsel has fully complied with this Order. This order shall continue in effect after the conclusion of the habeas corpus proceedings,

and until the Capital Habeas Corpus Unit's representation of Bourgeois terminates and Counsel

fully complies.

SIGNED and ORDERED this 27th day of April, 2010.

_____
Janis Graham Jack
United States District Judge