UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### (PROPOSED) ORDER

After consideration of the United States' motion to reconsider this Court's Order of May

6, 2010, it is hereby ORDERED that Dr. Moore and Dr. Price may proceed with their mental

evaluation of Alfred Bourgeois without videotaping the evaluation and without the presence of

Petitioner's counsel.


_____                    _____
Date                                       HON. JANIS GRAHAM JACK
                                           UNITED STATES DISTRICT JUDGE