

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

---

*Office of the Warden*

May 7, 2010

Gary Brotherton
Attorney & Counselor at Law
Stonebridge Office Park
601 W. Nifong Blvd., Building 1, Suite C
Columbia, MO   65203

Dear Mr. Brotherton:

This is in response to your correspondence received in my office on April 30, 2010, regarding your client, Keith Nelson, Register Number 07440-031, an inmate currently confined at the Federal Correctional Complex, Terre Haute, Indiana. You request information concerning the policies for videotaping and audio recording a psychology evaluation of inmate Nelson, and further request the policy in regard to photographing inmate Nelson, his cell and other areas of the facility.

The Federal Bureau of Prisons is committed to providing secure institutions to house offenders and protect the public, as well as provide a safe environment for both staff and inmates. Visiting requests for inmates in the Special Confinement Unit are initiated and coordinated by unit staff. Unit staff need to be notified in advance of any special equipment a psychologist needs to bring into the institution to conduct a psychological evaluation. The use of video and audio devices within a secure institution poses a security risk and may cause potential disruption to the orderly running of the institution. Therefore, every request for videotaping and audio recording is carefully reviewed, and considered on a case by case basis. The decision is based upon the individual facts and circumstances of each particular request.

In the event you desire consideration for a similar request for your client, it is suggested you submit a written request outlining what you would like to accomplish, when you would like the evaluation conducted, equipment requests, and who would be conducting the evaluation.

I trust this response addresses your concerns pertaining to these matters. If you have further questions or concerns, feel free to call a member of the unit staff at 812-244-4400.

Sincerely,

H. J. Marberry
Complex Warden