# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No.: 2:02–cr–00216
                                                        Judge Janis Graham Jack

Alfred NMI Bourgeois

                              Defendant

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Janis Graham Jack

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/10/10

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Evidentiary Hearing

Date:    June 13, 2010

                                                        David Bradley, Clerk