UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

GOVERNMENT'S NOTICE OF POTENTIAL
TESTING INSTRUMENTS

I.

On May 6, 2010, the Court ordered the government to provide "a list of tests that Dr. Price will select from when performing his examination of Bourgeois for mental retardation". The Court ordered these disclosures be made in writing one week before the scheduled testing.

II.

Dr. Price is scheduled to examine Mr. Bourgeois on June 21st and 22nd, 2010. Dr. Price will not be administering the WAIS IV, but will be employing the following possible assessment techniques:

Clinical Interview and History;
Mental Status Examination;
Behavior Observations;
Minnesota Multiphasic Personality Inventory-2;
Personality Assessment Inventory;
Psychopathy Checklist Revised;

Structured Interview for DSM-IV for Personality;
Wide Range Achievement Test-4.

III.

For these reasons, the undersigned files this notice with the court.

Respectfully submitted,

JOSE ANGEL MORENO.
United States Attorney

 /s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
(713) 567-9102

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a copy of this notice of potential testing instruments has been served by placing it in the United States mail, postage prepaid, on June 14, 2010, addressed to: Mr. Michael Wiseman, Esq., Chief Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, Suite 545 West-The Curtis Center, Philadelphia, PA 19016.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney