AO 435
(Rev. 03/08)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
**DUE DATE:**

*Please Read Instructions:*

**TRANSCRIPT ORDER**

| 1. NAME KATHRIN HENNIG | 2. PHONE NUMBER 215-928-0520 | 3. DATE 6/11/2010 |
|---|---|---|

| 4. MAILING ADDRESS 601 WALNUT ST., SUITE 545 W. | 5. CITY PHILADELPHIA | 6. STATE PA | 7. ZIP CODE 19106 |
|---|---|---|---|

| 8. CASE NUMBER 2:2002 cr CC216 | 9. JUDGE JANIS G. JACK | DATES OF PROCEEDINGS |
|---|---|---|

| | | 10. FROM 6/7/2010 | 11. TO 6/7/2010 |

| 12. CASE NAME USA v. BOURGEOIS | LOCATION OF PROCEEDINGS |
|---|---|

| | 13. CITY CORPUS CHRISTI | 14. STATE TEXAS |

**15. ORDER FOR**

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY

☐ NON-APPEAL    ☒ CIVIL (HABEAS)     ☐ IN FORMA PAUPERIS            ☐ OTHER *(Specify)*

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | PHONE CONFERENCE | 6/7/2010 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | United States Court Southern District of Texas FILED |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | JUN 17 2010 |
| DAILY | ☐ | ☐ | NO. OF COPIES | | David J. Bradley, Clerk of Court |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

| 18. SIGNATURE U. Hennig | ☒ EMAIL ONLY REQUIRED |
|---|---|
| | ☐ EMAIL AND HARD COPY REQUIRED |

| 19. DATE 6/11/2010 | ☐ EMAIL ADDRESS: KATHRIN_HENNIG@FD.ORG |
|---|---|

| 20. TRANSCRIPT TO BE PREPARED BY (DIGITAL # 2:57 - 3:25) VELMA GANO | COURT ADDRESS |
|---|---|

| ORDER RECEIVED | DATE 6-17-10    BY VG |
|---|---|
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY