AO 435
(Rev. 03/08)

*Please Read Instructions:*

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME : KATHRIN HENNIG | 2. PHONE NUMBER 215-928-0520 | 3. DATE 6/11/2010 |
|---|---|---|

| 4. MAILING ADDRESS 601 WALNUT ST. SUITE 545W. | 5. CITY PHILADELPHIA | 6. STATE PA | 7. ZIP CODE 19106 |
|---|---|---|---|

| 8. CASE NUMBER 2-2002CV00216 | 9. JUDGE JANIS G. JACK | DATES OF PROCEEDINGS |
|---|---|---|

| | | 10. FROM 6/9/2010 | 11. TO 6/9/2010 |
|---|---|---|---|

| 12. CASE NAME USA V. BOURGEOIS | LOCATION OF PROCEEDINGS |
|---|---|

| | 13. CITY CORPUS CHRISTI | 14. STATE TEXAS |
|---|---|---|

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☒ CIVIL (HABEAS) | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | PHONE CONFERENCE | 6/9/2010 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY M. Wiseman | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | | NO. OF COPIES ☐ | | United States Courts Southern District of Texas FILED |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | JUN 17 2010 |
| DAILY | ☐ | ☐ | NO. OF COPIES | | David J. Bradley, Clerk of Court |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

**ESTIMATE TOTAL**

| 18. SIGNATURE  U. Hennig | ☒ EMAIL ONLY REQUIRED |
|---|---|
| | ☐ EMAIL AND HARD COPY REQUIRED |
| 19. DATE  6/11/2010 | ☐ EMAIL ADDRESS: KATHRIN_HENNIG@FD.ORG |

| 20. TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| ORDER RECEIVED | DATE 6-17-10 | BY VE | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY