UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## GOVERNMENT'S AGREED MOTION FOR A PROTECTIVE ORDER AS TO PSYCHIATRIC EXAMINATION AND EVALUATION

I.

Relevant Background

Michael Wiseman and Victor Abreu (hereinafter "Counsel"), of the Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, represent Bourgeois in the instant action filed pursuant to 28 U.S.C. § 2255. Counsel has requested, and the court has ordered the government to provide a copy of the video tape of the psychiatric examination of Bourgeois by Dr.s Moore and Price, psychologists retained by the government.

Confidentiality concerns relating to the dissemination of the Psychologists' testing procedures and techniques, discussed at the telephonic hearing of June 9, 2010, provide good cause for the issuance of a protective order to limit access to and restrict copying of the audio/video recording of the Psychologists psychiatric

examination of Bourgeois, pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Crim. P. 16(d).

II.

For these reasons, the undersigned moves the court to enter the attached protective order.

Respectfully submitted,

JOSE ANGEL MORENO.
United States Attorney

 /s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
(713) 567-9102

## CERTIFICATE OF CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, certify that on August 5, 2010, I conferred with Mr. Michael Wiseman, Counsel for Bourgeois, who advised he agreed to the subject motion and proposed protective order.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a copy of this motion for the issuance of a protective order has been served by placing it in the United States mail, postage prepaid, on August 5, 2010, addressed to:  Mr. Michael Wiseman, Esq., Chief Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, Suite 545 West-The Curtis Center, Philadelphia, PA 19016.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney

examination of Bourgeois, pursuant to 18 U.S.C. and Fed. R. Crim. P.

**FOR THE SOUTHERN DISTRICT OF TEXAS**

16(d). I, **Mark M. Dowd, Assistant United States Attorney**, certify that a copy of this

ALFRED BOURGEOIS, of Michael Wiseman, counsel for Bourgeois, who advised

that the said postage thereupon prepaid, so as to cause to be associated Mr. Michael

v.                    §   (Criminal No. C-02-216)

Wiseman, Esq., Chief Capital Habeas Corpus Unit, Federal Community Defender for

UNITED STATES OF AMERICA,      MARK M. DOWD

the Eastern District of Pennsylvania, Suite 545 West-The United States Attorney, Philadelphia,

PA 19106. GOVERNMENT'S AGREED JOINT MOTION FOR PROTECTIVE ORDER AS (PROPOSED) PROTECTIVE ORDER AND EVALUATION

The government having demonstrated good cause, the Court Orders that the

MARK M. DOWD

following Protective Order be entered: Assistant United States Attorney

Relevant Background                A.O. Box United States Attorney

All audio/video recordings of psychiatric examination of Bourgeois received

Michael Wiseman and Victor Abreu (hereinafter "Counsel"), of the Capital

by Counsel, pursuant to the Court's order, from the government shall be deemed to

Habeas Corpus Unit, Federal Community Defender for the Eastern District of

be confidential. These recordings may be used only by Counsel Wiseman and Abreu,

Pennsylvania, represent Bourgeois in the instant action filed pursuant to 28 U.S.C.

their staff, and expert witnesses retained by Wiseman and Abreu to participate in this

§ 2255. Counsel has requested, and the court has ordered the government to provide

litigation, and only for purposes of any proceedings incident to litigating the claims

a copy of the video tape of the psychiatric examination of Bourgeois by Dr.s Moore

presented in the petition for writ of habeas corpus pending before this Court.

and Price, psychologists retained by the government.

Disclosure of the recordings and the contents thereof may not be made to any other

Confidentiality concerns relating to the dissemination of the Psychologists'

persons, including the Petitioner, without an order from this Court. Except for copies

testing procedures and techniques, discussed at the telephonic hearing of June 9,

made for necessary staff and subject experts, no further copies or transcriptions of the

2010, provide good cause for the issuance of a protective order to limit access to and

restrict copying of the audio/video recording of the Psychologists psychiatric