UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### (PROPOSED) PROTECTIVE ORDER

The government having demonstrated good cause, the Court Orders that the following Protective Order be entered:

All audio/video recordings of psychiatric examination of Bourgeois received by Counsel, pursuant to the Court's order, from the government shall be deemed to be confidential. These recordings may be used only by Counsel Wiseman and Abreu, their staff, and expert witnesses retained by Wiseman and Abreu to participate in this litigation, and only for purposes of any proceedings incident to litigating the claims presented in the petition for writ of habeas corpus pending before this Court. Disclosure of the recordings and the contents thereof may not be made to any other persons, including the Petitioner, without an order from this Court. Except for copies made for necessary staff and subject experts, no further copies or transcriptions of the

-5-

recordings are to be made by Counsel, staff or experts.

At the conclusion of the said Capital Habeas Corpus Unit's representation of Bourgeois, Counsel shall collect all copies disseminated to staff and experts, and return the recordings to the government, cause to be permanently erased any copy of the recordings stored on Counsel's, staff or experts' computers used to view the recordings, and file an affidavit with this Court that Counsel has fully complied with this Order. This order shall continue in effect after the conclusion of the habeas corpus proceedings, and prohibits Counsel, staff and experts from disclosing the contents of the subject recordings.

_____          _____
Date                             HON. JANIS GRAHAM JACK
                                 UNITED STATES DISTRICT JUDGE