UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

GOVERNMENT'S CORRECTED AGREED MOTION FOR A PROTECTIVE ORDER AS TO PSYCHIATRIC EXAMINATION AND EVALUATION

I.

Relevant Background

Michael Wiseman and Victor Abreu (hereinafter "Counsel"), of the Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, represent Bourgeois in the instant action filed pursuant to 28 U.S.C. § 2255. Counsel has requested, and the court has ordered the government to provide a copy of the video tape of the psychiatric examination of Bourgeois by Dr.s Moore and Price, psychologists retained by the government.

Confidentiality concerns relating to the dissemination of the Psychologists' testing procedures and techniques, discussed at the telephonic hearing of June 9, 2010, provide good cause for the issuance of a protective order to limit access to and restrict copying of the audio/video recording of the Psychologists psychiatric

examination of Bourgeois, pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Crim. P. 16(d).

II.

For these reasons, the undersigned moves the court to enter the attached protective order.

Respectfully submitted,

JOSE ANGEL MORENO.
United States Attorney

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
(713) 567-9102

## CERTIFICATE OF CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, certify that on August 5, 2010, I conferred with Mr. Michael Wiseman, Counsel for Bourgeois, who advised he agreed to the subject motion and proposed protective order.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a copy of this motion for the issuance of a protective order has been served by placing it in the United States mail, postage prepaid, on August 5, 2010, addressed to: Mr. Michael Wiseman, Esq., Chief Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, Suite 545 West-The Curtis Center, Philadelphia, PA 19016.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney