UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## PROTECTIVE ORDER

The government having demonstrated good cause, the Court Orders that the following

Protective Order be entered:

All audio/video recordings of psychiatric examination of Bourgeois received by Counsel,

pursuant to the Court's order, from the government shall be deemed to be confidential. These

recordings may be used only by Counsel Wiseman and Abreu, their staff, and expert witnesses

retained by Wiseman and Abreu to participate in this litigation, and only for purposes of any

proceedings incident to litigating the claims presented in the petition for writ of habeas corpus

pending before this Court. Disclosure of the recordings and the contents thereof may not be made

to any other persons, including the Petitioner, without an order from this Court. Except for copies

made for necessary staff and subject experts, no further copies or transcriptions of the recordings

are to be made by Counsel, staff or experts.

At the conclusion of the said Capital Habeas Corpus Unit's representation of Bourgeois,

Counsel shall collect all copies disseminated to staff and experts, and return the recordings to the

government, cause to be permanently erased any copy of the recordings stored on Counsel's,

staff or experts' computers used to view the recordings, and file an affidavit with this Court that

Counsel has fully complied with this Order. This order shall continue in effect after the

conclusion of the habeas corpus proceedings, and prohibits Counsel, staff and experts from disclosing the contents of the subject recordings.

SIGNED and ORDERED this 6th day of August, 2010.

_____
Janis Graham Jack
United States District Judge