# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | **Capital Case** |
| ALFRED BOURGEOIS, | : | |
| | : | |
| Petitioner. | : | |

_____ :

## PETITIONER'S WITNESS LIST

## Expert Witnesses Related to Mental Retardation and Unpresented Mitigation Evidence

Mark D. Cunningham, Ph.D
Carlos Estrada, M.D.
Michael M. Gelbort, Ph.D.
George W. Holden, Ph.D.
Kathleen Kaib, M.S.S., M.L.S.P., L.S.W
Victoria Swanson, Ph.D.
Jethro Toomer, Ph.D.
Donald E. Weiner, Ph.D.

## Expert Witnesses Related to Other Forensic Issues

Edward T. Blake
Michael Bowers
John Dailey
Elizabeth Johnson
Alan Keel

Manfred Shenk

**Professional Witnesses Related to All**
**Claims of Ineffective Assistance of Counsel**

Gerald Bierbaum, Esq.
Kerry Brown, Esq.
John Gilmore, Esq.

**Lay Witnesses Related to Mental**
**Retardation and Unpresented Mitigation Evidence**[1]

Claudia Williams
Beverly Frank
Michelle Armont
Murray Bourgeois
Brenda Goodman
Claudia Mitchell
Donald Reese
Carl Henry
Louis Russell, Jr.

**Lay and Prisoner Witnesses Related to Undisclosed**
**Consideration and Unpresented Mitigation Evidence**

Adam Lonoria
Orlando Campos
Darrick Moore
Phil Jackson
Tim Allen
Bill May
Jennifer Valdez

---

[1]Counsel will call between four and six of these nine witnesses.

Submitted

/s/ Michael Wiseman

Michael Wiseman
Philadelphia, Pennsylvania

August 13, 2010