**Index to Petitioner's Hearing Exhibits**
**Page 1**

**Exhibit #     Description**

1.     Letter from Mark D. Cunningham, Ph.D., ABPP to John Gilmore, Esq., Regarding Neurological Evidence, 2/10/2004
2.     Letter from Mark D. Cunningham, Ph.D., ABPP, to John Gilmore, Esq. Regarding Presence of Mitigating Factors, 2/25/2004
3.     Letter from Mark D. Cunningham, Ph.D., ABPP Letter to John Gilmore, Esq., Regarding Risk Assessment Factors, 2/25/2004
4.     Mark D. Cunningham, Ph.D., ABPP, Power Point Regarding Mitigating Factors, March 2004
5.     Mark D. Cunningham, Ph.D., ABPP, Power Point Regarding Risk Assessment, March 2004
6.     Declaration of Mark D. Cunningham, Ph.D., ABPP, 5/11/2007
7.     Curriculum Vitae, Mark D. Cunningham, Ph.D., ABPP
8.     E-Mail from Mark D. Cunningham, Ph.D., ABPP
9.     Proposed Direct Examination of Mark D. Cunningham, Ph.D., ABPP
10.     Memorandum to File, Mark D. Cunningham, Ph.D., ABPP, 3/24/2004
11.     Declaration of Carlos R. Estrada, M.D., 5/14/2007
12.     Curriculum Vitae, Carlos R. Estrada, M.D.
13.     Trial Report of Carlos R. Estrada, M.D., 1/20/04
14.     Letter from Carlos R. Estrada, 2/25/2004
15.     Declaration of Michael M. Gelbort, Ph.D., 5/11/2007
16.     Raw Data from Evaluation of Michael M. Gelbort, 4/27/2007
17.     Curriculum Vitae, Michael M. Gelbort
18.     Letter from George W. Holden, Ph.D. to Douglas Tinker, 12/19/2003
19.     Letter from George W. Holden, Ph.D. to Douglas Tinker, 2/24/2003
20.     Declaration of George W. Holden, Ph.D., 5/13/2007
21.     Curriculum Vitae, George W. Holden, Ph.D
22.     Declaration of Kathleen Kaib, M.S.S., M.L.S.P., L.S.W, 5/4/2007
23.     Declaration of Kathleen Kaib, M.S.S., M.L.S.P., L.S.W, 5/14/2007
24.     Curriculum Vitae, Kathleen Kaib, M.S.S., M.L.S.P., L.S.W
25.     Declaration of Robert L. Sadoff, M.D., 5/12/2007
26.     Declaration of Jethro Toomer, Ph.D., 5/9/2007
27.     Supplemental Report of Jethro Toomer, Ph.D., 8/12/2010
28.     Curriculum Vitae, Jethro Toomer, Ph.D.

**Index to Petitioner's Hearing Exhibits**
**Page 2**

**Exhibit #    Description**

29.      Report of Neuropsychological Evaluation Conducted by Donald
         E. Weiner, Ph.D., 3/3/2004
30.      Declaration of Donald E. Weiner, Ph.D., 5/10/2007
31.      Raw Data from Evaluation of Donald E. Weiner, Ph.D., 2/28/2004
32.      Declaration of Victoria Swanson, Ph.D., 6/8/2009
33.      Supplemental Report of Victoria Swanson, Ph.D., 8/12/2010
34.      Raw Data from Evaluation Performed by Victoria Swanson, Ph.D.
         3/25/2009
35.      Additional Raw Data Generated by Victoria Swanson, Ph.D.
36.      Curriculum Vitae, Victoria Swanson, Ph.D.
37.      Declaration of Michelle Armont, 4/26/2007
38.      Declaration of Nathaniel Banks, 5/10/2007
39.      Declaration of Issac Bourgeois III, 5/10/2007
40.      Declaration of Murray Bourgeois, 5/10/2007
41.      Declaration of Wilmer Bougeois, Sr., 5/9/2007
42.      Declaration of Lawanda Cook, 5/1/2007
43.      Declaration of Anthony Dumas, 5/9/2007
44.      Declaration of Anita Ferdinand, 5/8/2007
45.      Declaration of Beverly Frank, 5/9/2007
46.      Declaration of Allen Henry, 5/10/2007
47.      Declaration of Jersey Henry, 5/10/2007
48.      Declaration of Yvonne R. Joseph, 5/9/2007
49.      Declaration of Eleanor Bourgeois McGuffey, 5/9/2007
50.      Declaration of Alton Preston, 5/1/2007
51.      Declaration of Jevona Jeanette Rixner, 5/10/2007
52.      Declaration of Keith Rixner, 5/9/2007
53.      Declaration of Louis Russell, Jr., 5/9/2007
54.      Declaration of Ivy Thomas, 5/1/2007
55.      Declaration of Michelle Warren, 4/25/2007
56.      Declaration of Claudia Williams, 5/10/2007
57.      Bierbaum Interviews of Claudia Williams, 2/25/04, 3/7/2004
58.      Psychological Evaluation of Alfred Bourgeois, 5/22/1985
59.      Packet of Bourgeois Financial Data
60.      E-Mails from Gerald Bierbaum

**Index to Petitioner's Hearing Exhibits**
**Page 3**

**Exhibit #     Description**

61.     Memoranda Generated by Gerald Bierbaum
62.     Letter from Jose Gonzalez-Falla to Gerald Bierbaum, 1/9/2004
63.     Trial Notebook
64.     Proposed Direct Examinations
65.     Hotel Arrangements for Defense Witnesses
66.     List of Trial Witnesses
67.     List of Defense Mitigation Witnesses
68.     Government Request for Redaction of Mitigation Slides
69.     List of Government Expert Witnesses
70.     Sentencing Phase Verdict Form (Blank)
71.     List of Proposed Mitigating Factors
72.     Defense Motion to Withdraw Motion For Continuance, 12/16/2003
73.     Defense Ex Parte Motion for Mental Health Evaluation, 12/5/2003
74.     Defense Ex Parte Motion for Mitigation Specialist, 8/12/2003
75.     Defense Motion for Discovery, 5/5/2003
76.     Defense "Brady Motion for Discovery of All Favorable Evidence," 5/5/2003
77.     Defense Motion For Expert Witness, 10/8/2003
78.     Selected Case Law in Defense File
79.     Juror Questionnaire (Blank)
80.     Transcripts of Calls Made by Alfred Bourgeois
81.     Hospital Records, River Parishes Hospital
82.     Responses by Douglas Tinker, Esq. To Government Interrogatories, 9/22/2008
83.     Response Affidavit, John Gilmore, Esq., 9/19/2008
84.     Petitioner's Interrogatories Direct to Douglas Tinker, Esq., 10/14/2008
85.     Memoranda Generated by Lisa Milstein
86.     School Record, Alfred Bourgeois
87.     Results of Alfred Bourgeois Firearms Testing, 5/6/1985
88.     Report of Forensic Science Associates, 9/24/2007
89.     Resume, Edward T. Blake
90.     Curriculum Vitae, Charles Allen Keel
91.     Declaration of Elizabeth Johnson, Ph.D., 9/26/2007
92.     Report of Elizabeth A. Johnson, Ph.D., 3/1/2004

**Index to Petitioner's Hearing Exhibits**
**Page 4**

| Exhibit # | Description |
|-----------|-------------|
| 93. | Curriculum Vitae, Elizabeth A. Johnson, Ph.D. |
| 94. | Defense Ex Parte Motion for Appointment of Expert Witness, 10/8/2003 |
| 95. | Government's Third Motion For Reciprocal Discovery, 2/17/2004 |
| 96. | Curriculum Vitae, Charles Michael Bowers |
| 97. | Curriculum Vitae, Manfred Schenk |
| 98. | Curriculum Vitae, Jon Curtis Dailey, D.D.S. |
| 99. | Declaration of Adam Longoria, 4/24/2007 |
| 100. | Declaration of Bill May, 5/1/2007 |
| 101. | Sentencing Transcript, U.S. v. Darrick B. Moore, 4/22/2004 |
| 102. | Judgment in U.S. v. Darrick B. Moore, 4/22/2004 |
| 103. | Amended Judgment U.S. v. Darrick B. Moore, 12/27/2004 |
| 104. | Motions for Continuance in State v. Longoria |
| 105. | Declaration of Darrick B. Moore, 9/18/2007 |
| 106. | Declaration of Phillip Jackson, 9/19/2007 |
| 107. | Declaration of Timothy Allen, 9/6/2007 |
| 108. | Declaration of Jennifer Lee Valdez |
| 109. | Letter from Adam Longoria to AUSA Patti Booth, 5/3/2007` |
| 110. | Declaration of Brenda Goodman, 10/4/2007 |
| 111. | Declaration of Claudia Mitchell, 9/16/2007 |
| 112. | Hospital Records on Alfred Bourgeois, Charity Hospital |
| 113. | Neurology Report, Frank P. Bonikowski, M.D., 2/17/2004 |
| 114. | Physical Examination for Truck Drivers, 4/27/1988 |
| 115. | Hospital Records, Spohn Hospital, 2/2004 |