UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## **ORDER**

On this day came on to be considered *Petitioner's Motion for Additional Court Dates to Present His Evidence*.  (DE 515).  Bourgeois' motion is **DENIED.**

SIGNED and ORDERED this 18th day of August, 2010.

_____
Janis Graham Jack
United States District Judge

1 / 1