UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

GOVERNMENT'S UNOPPOSED MOTION TO WITHDRAW TRIAL EXHIBITS TO COPY FOR USE IN EVIDENTIARY HEARING PURSUANT TO 28 U.S.C. SECTION 2255

I.

The court has scheduled an evidentiary hearing on Bourgeois' Section 2255 Motion.  At this hearing the government intends to reference and to offer into evidence numerous exhibits, noted in the attached order, admitted during the trial of Bourgeois. The government also seeks to provide copies of these trial exhibits to present Counsel for Bourgeois.  The government intends to copy the subject trial exhibits and to return the original exhibits to the court.

II.

Accordingly, the undersigned moves the court to enter the attached proposed order.

Respectfully submitted,

JOSE ANGEL MORENO.
United States Attorney

 /s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
(713) 567-9102

## CERTIFICATE OF CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, certify that on August 23, 2010, I conferred with Mr. Michael Wiseman, Counsel for Bourgeois, who advised he was unopposed to the subject motion.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a copy of this motion to Withdraw the Trial Exhibits has been served by placing it in the United States mail, postage prepaid, on August 23, 2010, addressed to:  Mr. Michael Wiseman, Esq., Chief Capital Habeas Corpus Unit, Federal Community Defender for the Eastern District of Pennsylvania, Suite 545 West-The Curtis Center, Philadelphia, PA 19016.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney