UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ALFRED BOURGEOIS,                    §
    Petitioner,                    §
                             §    Civil No. C-07-223
      v.                    §    (Criminal No. C-02-216)
                             §
UNITED STATES OF AMERICA,             §
    Respondent.                    §

## (PROPOSED) ORDER

Pursuant to the government's instant motion, the Court ORDERS that the District Clerk release to the government the following Government Trial Exhibits:

Exhibits 33, 37, 38, 40-44, 51, 52, 55-59, 61-63, 150-224, 329-334, 342-344, 360, 373, 384, 392, 415b, 416b.

The government is ORDERED to return the original trial exhibits to the Court after they are copied.

_____        _____

Date                         HON. JANIS GRAHAM JACK
                                    UNITED STATES DISTRICT JUDGE