UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

Pursuant to the Government's unopposed motion (Docket Entry No. 517), the Court

**ORDERS** the Clerk to release the following original trial exhibits to the Government for

copying: Exhibits 33, 37, 38, 40-44, 51, 52, 55-59, 61-63, 150-224, 329-334, 342-344, 360, 373,

384, 392, 415b, and 416b.   The Government will provide copies of the exhibits to counsel for

Bourgeois.   The Court **ORDERS** the Government to return the original trial exhibits to the Court

after they are copied.

SIGNED and ORDERED this 25th day of August, 2010.

_____
Janis Graham Jack
United States District Judge