UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____    :
                                     :
UNITED STATES OF AMERICA,            :        No. Cr-C-02-216
                                     :        No. Cv-07-223
            Respondent,              :     Honorable Janis Graham Jack,
                                     :              U.S.D.J.
       -against-                     :
                                     :
ALFRED BOURGEOIS,                    :        Electronically Filed
                                     :
            Petitioner.              :
_____    :

**PETITIONER'S MOTION FOR BRIEF CONFERENCE TO ADDRESS
WITNESS UNAVAILABILITY**

Petitioner, Alfred Bourgeois, through undersigned counsel, moves for the Court to conduct a brief telephonic conference to address the unexpected unavailability of a critical defense witness. In support of this request, Petitioner states as follows.

1.    Carlos Estrada, M.D., was a witness for the Court and the Government at trial. In 2007 he provided a declaration to Petitioner's counsel seriously calling into question whether the jury heard all of the relevant mitigating evidence in Petitioner's background. Accordingly Dr. Estrada is a critical witness at the upcoming hearing.

1

2.     As the attached declaration from Dr. Estrada demonstrates, through a failure of his office staff, his commitment to appear at the hearing was not calendared. He made subsequent plans to be out of the country from September 17 to September 26, 2010. He requested that we communicate this to Court and ask for consideration of his dilemma and permit him to testify at a different time. Counsel discovered this problem yesterday and brings it to the Court's attention immediately.

3.     Counsel appreciates that they can subpoena this witness but is reluctant to do so without first seeking the Court's guidance. Also, given that the Court has denied Petitioner's request to provide additional hearing dates, counsel is obviously concerned that the Court not perceive this as end-run around the Court's order. Accordingly, counsel request that the Court conduct a brief telephone conference to provide counsel with such guidance.

4.     Counsel communicated with the Government, which does not yet have a position with respect to this situation.

WHEREFORE, Petitioner respectfully requests that the Court convene a

conference to discuss the unavailability of this witness.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Counsel for Petitioner,
Alfred Bourgeois

Dated:       Philadelphia, PA
             August 26, 2010

### Certificate of Service

I, Michael Wiseman, hereby certify that on this 26th day of August, 2010, I served the foregoing upon the following persons by E-Mail and ECF filing:

Tony Roberts, Esq.
Patti Booth, Esq.
Mark Down, Esq.

/s/ Michael Wiseman

_____

Michael Wiseman

3

# ATTACHMENT  1

## DECLARATION OF CARLOS R. ESTRADA, M.D.
## PURSUANT TO 28 U.S.C. § 1746

I, Carlos R. Estrada, M.D., hereby declare that the following is true and correct.

1.     I am a medical doctor with a specialty in psychiatry. I was a Court and Government witness at the trial of U.S. v. Alfred Bourgeois, 02-cr-216. I provided a declaration previously to current counsel for Mr. Bourgeois, who filed it with the Court. I was subsequently advised that I would be called as a witness when and if this case went to a hearing.

2.     On or about April 22, 2010 I was advised by defense counsel that the Court had set a hearing date for the week of September 20, 2010. I was asked if I was available at that time. I advised counsel that I was and I promised counsel that I would keep those dates open. I reiterated to counsel my availability on those dates when I met with them again in June, 2010.

3.     Regrettably, my office staff made an error and neglected to calendar this commitment. I subsequently made plans to be outside of the United States from September 17 through September 26, 2010. My travel arrangements have been made, and are not-refundable. The cost of the airline tickets alone is $1,271 for my wife and I. In addition to the cost, cancellation of the trip will be a particular hardship, as the family is preparing a celebration of my 73rd birthday in Guatemala.

4.     This error was discovered by my office manager yesterday, August 25, 2010, when she was contacted by counsel to schedule my appearance for September 20. I was asked by counsel to complete this declaration explaining these circumstances.

5.     I apologize for this oversight and request the Court's indulgence. Should the Court excuse my appearance during the week of the 20th, I can make myself available at the Court's direction either before September 17 or after September 26, 2010.

I hereby certify and declare under penalty of perjury that the statements contained herein are

true.

_____
Carlos R. Estrada, M.D.

Dated: Corpus Christi, Texas
        August 26, 2010