UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 25 2010

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | }{ |
| VS. | }{    C    CR-C-02-216 |
| ALFRED BOURGEOIS | }{ |

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

THIS WILL ACKNOWLEDGE RECEIPT OF THE FOLLOWING GOVERNMENT

EXHIBITS:  SEE ATTACHED ORDER

| Exhibit No. | | INITIALS |
|---|---|---|
| 33 | | |
| 37 | not an admitted exhibit | |
| 38 | | |
| 40-43 | | |
| 44 | not an admitted exhibit | |
| 51 | | |
| 52 | | |
| 55-59 | | |

| Exhibit No. | INITIALS |
|---|---|
| 61-63 | |
| 150-224 | |
| 329-334 | |
| 342-344 | |
| 360 | |
| 373 | |
| 384 | |
| 392 | |
| 415b | |
| 416b | |

DATE: 8/25/10

RECEIVED BY: _____

ACKNOWLEDGED BY: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS.                               §   CRIMINAL ACTION NO. C-02-216
                                  §
ALFRED NMI BOURGEOIS             §
                                  §

## ORDER

Pursuant to the Government's unopposed motion (Docket Entry No. 517), the Court

**ORDERS** the Clerk to release the following original trial exhibits to the Government for

copying: Exhibits 33, 37, 38, 40-44, 51, 52, 55-59, 61-63, 150-224, 329-334, 342-344, 360, 373,

384, 392, 415b, and 416b.  The Government will provide copies of the exhibits to counsel for

Bourgeois.  The Court **ORDERS** the Government to return the original trial exhibits to the Court

after they are copied.

SIGNED and ORDERED this 25th day of August, 2010.

_____
Janis Graham Jack
United States District Judge