UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

**ORDER**

Pursuant to the telephone conference held on August 30, 2010, the Court **GRANTS**

Bourgeois' motion to address the unavailability of his witness, Dr. Carlos R. Estrada.  (DE 519).

The parties agreed to present Dr. Estrada's testimony through video deposition.

SIGNED and ORDERED this 31st day of August, 2010.

_____
Janis Graham Jack
United States District Judge

1 / 1