UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 27 2010

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA     }{

VS.     }{    C    CR-C-02-216

ALFRED BOURGEOIS     }{

## RECEIPT FOR EXHIBITS

THIS WILL ACKNOWLEDGE THAT THE FOLLOWING GOVERNMENT EXHIBITS

HAVE BEEN RETURNED TO THE CLERK: SEE ATTACHED ORDER

| Exhibit No. | | INITIALS |
|---|---|---|
| 33 | | BC |
| 37 | not an admitted exhibit | ✓ BC |
| 38 | | BC |
| 40-43 | | BC AU |
| 44 | not an admitted exhibit | ✓ BC |
| 51 | | BC |
| 52 | | BC |
| 55-59 | | BC AU |

| Exhibit No. | INITIALS |
|---|---|
| 61-63 | BC AU |
| 150-224 | BC AU |
| 329-334 | BC AU |
| 342-344 | BC AU |
| 360 | BC |
| 373 | BC |
| 384 | BC |
| 392 | BC |
| 415b | BC |
| 416b | BC |

DATE: **August 27, 2010**     RECEIVED BY: _Brandy Los_, Dep.Clerk

ACKNOWLEDGED BY:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

Pursuant to the Government's unopposed motion (Docket Entry No. 517), the Court

**ORDERS** the Clerk to release the following original trial exhibits to the Government for

copying: Exhibits 33, 37, 38, 40-44, 51, 52, 55-59, 61-63, 150-224, 329-334, 342-344, 360, 373,

384, 392, 415b, and 416b.  The Government will provide copies of the exhibits to counsel for

Bourgeois.  The Court **ORDERS** the Government to return the original trial exhibits to the Court

after they are copied.

SIGNED and ORDERED this 25th day of August, 2010.

Janis Graham Jack
United States District Judge