UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____    :
                                    :
UNITED STATES OF AMERICA,           :        No. Cr-C-02-216
                                    :        No. Cv-07-223
            Respondent,             :   Honorable Janis Graham Jack
                                    :        U.S.D.J.
        -against-                   :
                                    :    Electronically Filed
ALFRED BOURGEOIS,                   :
                                    :
            Petitioner.             :
_____     :

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on the 10th day of September, 2010 Petitioner will take the Deposition by Oral Testimony of Carlos R. Estrada, M.D., in the above captioned matter, starting at 10:00 a.m. until 2:00 p.m. at the following location:

Esquire Deposition Services
500 North Shoreline Blvd.
Suite 712
Corpus Christi, Texas 87471

Said deposition will be video recorded and transcribed.

/s/ Michael Wiseman

_____
Michael Wiseman

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 3rd day of September, 2010, I served the foregoing on the following persons by ECF Filing and email:

Tony Roberts, Esq.
Mark Dowd, Esq.
Patti Booth, Esq.
Office of the United States Attorney

/s/ Michael Wiseman

_____
Michael Wiseman