UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____  :
                                   :
UNITED STATES OF AMERICA,          :        No. Cr-C-02-216
                                   :        No. Cv-07-223
          Respondent,              :   Honorable Janis Graham Jack
                                   :            U.S.D.J.
     -against-                     :
                                   :      Electronically Filed
ALFRED BOURGEOIS,                  :
                                   :
          Petitioner.              :
_____  :

## <u>CORRECTED</u> NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on the 10th day of September, 2010 Petitioner will take the Deposition by Oral Testimony of Carlos R. Estrada, M.D., in the above captioned matter, starting at 10:00 a.m. until 2:00 p.m. at the following location:

Esquire Deposition Services
Premier Business Suites
5262 South Staples, Suite 300
Corpus Christi, Texas   78411
Telephone: 361-991-0773

Said deposition will be video recorded and transcribed.

PLEASE TAKE FURTHER NOTICE that this Notice replaces the prior Notice of Deposition, filed on September 3, 2010 and corrects the address contained in the prior notice.

/s/ Michael Wiseman

_____
Michael Wiseman

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 7th day of September, 2010, I served the foregoing on the following persons by ECF Filing and email:

Tony Roberts, Esq.
Mark Dowd, Esq.
Patti Booth, Esq.
Office of the United States Attorney

/s/ Michael Wiseman

_____

Michael Wiseman