UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

UNITED STATES OF AMERICA,          :          No. Cr-C-02-216
                                   :          No. Cv-07-223
                  Respondent,      :     Honorable Janis Graham Jack,
                                   :          U.S.D.J.
            -against-              :
                                   :
ALFRED BOURGEOIS,                  :          Electronically Filed
                                   :
                  Petitioner.      :
_____    :

**PETITIONER'S UNOPPOSED MOTION FOR ISSUANCE OF SUBPOENA
DUCES TECUM IN ADVANCE OF HEARING**

COMES NOW, Petitioner, ALFRED BOURGEOIS, by and through undersigned counsel, and in accordance with Federal Rule of Criminal Procedure 17(b), and Section 1825 of Title 28, United States Code, respectfully moves this Court to order the unopposed issuance of subpoena duces tecum requiring the Custodian of Records, Wilford Hall Medical Center, Medical Law office, 2000 Berdquist Drive, Suite 1, Lackland Air Force Base, San Antonio, TX 78236, (210) 292-7808, to appear and produce the documents requested herein in advance of hearing. In support of this motion, Petitioner states as follows:

1.      Petitioner was charged with the 2002 beating death of his daughter, JG-1999. On March 16, 2004 he was convicted by a jury of one count of first-degree

premeditated murder (18 U.S.C.A. § 1111(a)). Following a sentencing hearing, the jury returned a verdict of death. Petitioner was formally sentenced to death by this Court on March 24, 2004.

2.    In Claim III of his Petition for a Writ of Habeas Corpus, Petitioner alleged that the Government lacked jurisdiction as no reasonable view of the Government's evidence existed upon which a reasonable fact finder could conclude that the fatal injuries to JG-1999 were inflicted on the Corpus Christi Naval Air Station. See Petitioner's Motion for Relief Pursuant to 28 U.S.C. Section 2255 at 58-62. Specifically, Petitioner alleged that the subdural hematoma identified as the cause of death by the medical examiner, Dr. Elizabeth Rouse, resulted from an injury that occurred days before Petitioner arrived at the naval base.    Id.; see also Neuropathology Report of Dr. Kathleen Kagan-Hallet, MD, contained in *PA*, document # 50.  Thus, despite the fact that JG-1999 died on the base, the Government lacked jurisdiction to try and convict Mr. Bourgeois. Id.; 18 U.S.C. § 3236 (murder is "committed at the place where the injury was inflicted . . . which caused the death, without regard to the place where the death occurs")

3.    During argument on the scope of the evidentiary hearing, the Court denied a hearing on Claim III but stated that Petitioner could proffer, via affidavit, any expert evidence in support of his claim. See NT 4/20/10, 55.  The Court also requested that any additional expert opinion and affidavit specifically include and

reference a review of the testimony of Dr. Coufal, the Opthamologist, and the emergency room physician. Id. at 67. Additionally, the Court noted that Petitioner's experts had not previously had an opportunity to review the actual autopsy slides prepared by Dr. Rouse during the autopsy of JG-1999. Id. at 61-62.

4.    Immediately thereafter, Petitioner consulted forensic neuropathologist, Jan E. Leestma, M.D., M.M.,[1] to review the evidence regarding JG-1999's cause of death and the age and timing of the previously identified fatal subdural hematoma. However, after conducting his initial review (including the testimony of Dr. Coufal and the ER physician as the Court requested), Dr. Leestma also requested review of the autopsy slides. On June 11, 2010, petitioner requested those slides from the Government.

5.    On August 9, 2010, AUSA Tony Roberts notified Petitioner that Dr. Rouse had finally responded to his previous inquiries and informed him that the

---

[1]Dr Leestma is a 1964 graduate of the University of Michigan School of Medicine. He completed his training in Neuropathology at Albert Einstein College of Medicine, NY in 1968. Dr. Leestma served in the United States Air force Medical Corps at the Armed Forces Institute of Pathology from 1968-71 and was honorably discharged with the rank of Major USAF, MC. From 1971-85, Dr. Leestma was Associate Professor of Pathology and Neurology at Northwestern Medical School and Chief, Neuropathology at Northwestern Memorial Hospital and the Children's Memorial Hospital in Chicago, IL. He has also served as Assistant Medical Examiner with the Cook County Medical Examiner's Office. Dr. Leestma is the author of more than 100 professional publications including his text, Forensic Neuropathology, 2d. Ed. (2009).

autopsy slides were currently located at the Wilford Hall Medical Center at Lackland Air Force Base in San Antonio, TX.

6.      After several attempts to reach their legal department, Petitioner has recently confirmed the presence of the autopsy slides at the Wilford Hall Medical Center and that a subpoena duces tecum would be required to release the autopsy slides to Petitioner's expert, Dr. Leestma.

7.      Accordingly, Petitioner respectfully requests that this Court issue a subpoena requiring the Custodian of Records, Wilford Hall Medical Center, Medical Law office, 2000 Berdquist Drive, Suite 1, Lackland Air Force Base, San Antonio, TX 78236, (210) 292-7808, to produce the following documents in advance of the hearing:

> Any and all slides, photographs and impressions prepared during the course of the autopsy by Dr. Elizabeth A. Rouse , Maj., USAF, MC, FS, Assistant Medical Examiner, Office of the Armed Forces Medical Examiner, of Jakerren Gunter; SSAN: 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; Date of Birth: 10/05/99; Date/Time of Death: 6/28/02, 1105; Autopsy No. A02-42; AFIP No. 2846051; Rank: Civilian; Place of Death: Driscoll Children's Hospital, Corpus Christi, TX; Place of Autopsy: Driscoll Children's Hospital, Corpus Christi, TX; Date/time of autopsy: 6/02/29, 1330.

8.      Additionally, Petitioner respectfully requests that in lieu of  personal appearance the slides, photographs and impressions be delivered to:

Dr. Jan E. Leestma, 1440 North Kingsbury Street. Suite 210, Chicago IL 60642.

9.    Petitioner is unable to pay the costs of the subpoena.  He has previously been found eligible for appointed counsel.

10.    Petitioner has consulted attorney for the Government, AUSA Tony Roberts, Esq., who indicated that the Government is NOT opposed to this request.

WHEREFORE, Petitioner respectfully requests that this Court grant this unopposed motion for the issuance of a subpoena duces tecum and payment of expenses.

Respectfully submitted,

 /s/Michael Wiseman

MICHAEL WISEMAN
VICTOR J. ABREU
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520

Date: September 7, 2010