UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____  :
:
UNITED STATES OF AMERICA,    :    No. Cr-C-02-216
:    No. Cv-07-223
Respondent,    :    Honorable Janis Graham Jack,
:    U.S.D.J.
-against-    :
:
ALFRED BOURGEOIS,    :    Electronically Filed
:
Petitioner.    :
_____  :

## ORDER FOR ISSUANCE OF SUBPOENA DUCES TECUM
## IN ADVANCE OF HEARING

NOW on this _____ day of _____, 2010, upon consideration of

Petitioner's unopposed motion for issuance of a subpoena duces tecum requiring the

production of documents in advance of hearing, it is hereby ORDERED that

Petitioner's motion is GRANTED.

It is hereby ORDERED that a subpoena shall be issued to the Custodian of

Records, Wilford Hall Medical Center, Medical Law office, 2000 Berdquist Drive,

Suite 1, Lackland Air Force Base, San Antonio, TX 78236, (210) 292-7808; and shall

produce the following documents requested by the defendant in advance of hearing:

Any and all slides, photographs and impressions prepared during the course of
the autopsy by Dr. Elizabeth A. Rouse , Maj., USAF, MC, FS, Assistant

Medical Examiner, Office of the Armed Forces Medical Examiner, of Jakerren Gunter; SSAN: 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; Date of Birth: 10/05/99; Date/Time of Death: 6/28/02, 1105; Autopsy No. A02-42; AFIP No. 2846051; Rank: Civilian; Place of Death: Driscoll Children's Hospital, Corpus Christi, TX; Place of Autopsy: Driscoll Children's Hospital, Corpus Christi, TX; Date/time of autopsy: 6/02/29, 1330.

It is further ORDERED that in lieu of  personal appearance, the slides, photographs and impressions may be delivered to:

Dr. Jan E. Leestma, 1440 North Kingsbury Street. Suite 210,
Chicago IL 60642.

It is further ORDERED that a subpoena shall be served by the United States Marshals  and that the costs incurred by the process and the fees of the subpoena shall be paid in the same manner in which similar costs and fees are paid in the case of a subpoenaed issued on behalf of the government.

_____

Janis Graham Jack
United States District Judge