✎AO89  (Rev. 7/95) Subpoena in a Criminal Case

## UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

UNITED STATES

V.

**SUBPOENA IN A CRIMINAL CASE**

ALFRED NMI BOURGEOIS

Case Number:    C-02-216

TO:    Custodian of Records,
Wilford Hall Medical Center, Medical Law office,
2000 Berdquist Drive, Suite 1
Lackland Air Force Base
San Antonio, TX 78236
(210) 292-7808

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE<br><br>UNITED STATES COURTHOUSE<br>1133 NORTH SHORELINE BLVD.<br>CORPUS CHRISTI, TEXAS 78401 | COURTROOM<br>District Judge<br>Janis Graham Jack |
|---|---|
| | DATE AND TIME<br> Monday 9/20/10 at 8:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all slides, photographs and impressions prepared during the course of the autopsy by Dr. Elizabeth A. Rouse , Maj., USAF, MC, FS, Assistant Medical Examiner, Office of the Armed Forces Medical Examiner, of Jakerren Gunter; SSAN: 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; Date of Birth: 10/05/99; Date/Time of Death: 6/28/02, 1105; Autopsy No. A02-42; AFIP No. 2846051; Rank: Civilian; Place of Death: Driscoll Children's Hospital, Corpus Christi, TX; Place of Autopsy: Driscoll Children's Hospital, Corpus Christi, TX; Date/time of autopsy: 6/02/29, 1330.

In lieu of personal appearance, the slides, photographs and impressions may be delivered to:

Dr. Jan E. Leestma, 1440 North Kingsbury Street. Suite 210, Chicago IL 60642.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br><br> DAVID J. BRADLEY, CLERK | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Victor J. Abreu , Esq. ,  Assistant Federal Public Defender

Curtis Center, Suite 545 West, Independence Square West, Philadelphia, PA 19106; (215) 928-0520

AO89  (Rev. 7/95)  Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES   ☐ NO   AMOUNT _____ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on _____          _____
                              DATE                                           SIGNATURE OF SERVER



_____
ADDRESS OF SERVER

_____

ADDITIONAL INFORMATION