AO 435
(Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME ELSA SALINAS, AUSA | 2. PHONE NUMBER (361) 888-3111 | 3. DATE 9/14/2010 | |
|---|---|---|---|
| 4. MAILING ADDRESS 800 N. SHORELINE BLVD, SUITE 500 | 5. CITY CORPUS CHRISTI | 6. STATE TX | 7. ZIP CODE 78401 |

| 8. CASE NUMBER C-02-216 | 9. JUDGE ~~HAYDEN HEAD~~ JACK | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 9/10/2010 | 11. TO 9/10/2010 |
| 12. CASE NAME U.S. VS. ALFRED BOURGEOIS | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY CORPUS CHRISTI | 14. STATE TEXAS |

15. ORDER FOR

[X] APPEAL      [X] CRIMINAL      [ ] CRIMINAL JUSTICE ACT      [ ] BANKRUPTCY

[ ] NON-APPEAL      [ ] CIVIL      [ ] IN FORMA PAUPERIS      [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

United States Courts
Southern District of Texas
FILED

SEP 1 4 2010

David J. Bradley, Clerk of Court

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | EVIDENTIARY HEARING | 09/10/2010 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE *Elsa Salinas* | PROCESSED BY | |
| 19. DATE 9/14/2010 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE 9-14-10   BY VG | |
|---|---|---|
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | 0.00 |

DISTRIBUTION:      COURT COPY      TRANSCRIPTION COPY      ORDER RECEIPT      ORDER COPY