UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   Warden, FCI Three Rivers, U.S. Highway 72 West, Three Rivers, Texas  78071

To:   United States Marshal, Southern District of Texas, or any other authorized United States Marshal

GREETINGS:

You are hereby commanded to deliver **TIMOTHY LYNN ALLEN (#31108-179)** into the custody of the United States Marshal for the Southern District of Texas, at Corpus Christi, Texas on September 20, 2010, for the purpose of having said witness available for a hearing in the above-numbered and styled cause to be held before Janis Graham Jack, United States District Judge for the Southern District of Texas, on September 20, 2010, at 8:30 a.m.  Said witness will remain in the custody of said United States Marshal until the consummation of said hearing at which time the witness shall be returned to your custody.

WITNESS the Honorable Janis Graham Jack, United States District Judge, United States District Court for the Southern District of Texas, and the seal of said Court at the city of Corpus Christi, Texas, on this the 15th day of September, 2010.

_____
Janis Graham Jack
United States District Judge

1 / 1