AO 435 (Rev. 03/08)

Please Read Instructions:

Administrative Office of the United States Courts

**PARTIAL TRANSCRIPT ORDER**

Due 10-13-1[_]

| 1. NAME KATHRIN HENNIG | 2. PHONE NUMBER 215-928-0520 | 3. DATE 10/4/2010 | |
|---|---|---|---|
| 4. MAILING ADDRESS 601 WALNUT ST. SUITE 545 W. | 5. CITY PHILADELPHIA | 6. STATE PA | 7. ZIP CODE 19106 |

| 8. CASE NUMBER 2:02-cr-00216 | 9. JUDGE JANIS G. JACK | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 9/20/2010 | 11. TO 9/24/2010 |
| 12. CASE NAME USA v. BOURGEOIS | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY CORPUS CHRISTI | 14. STATE TX |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL (HABEAS)
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | KEEL, JOHNSON | 9/28/2010 |
| ☐ OPENING STATEMENT (Defendant) | | CONWAY | 9/24/2010 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | United States Southern District of Texas FILED |
| 14-Day | ☐ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES | | OCT 05 2010 |
| DAILY | ☐ | ☐ | NO. OF COPIES | | David J. Bradley, Clerk of Court |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | 2:15 pm fax |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE _U. Hennig_ | ☒ EMAIL ONLY REQUIRED |
|---|---|
| | ☐ EMAIL AND HARD COPY REQUIRED |
| 19. DATE 10/4/2010 | ☒ EMAIL ADDRESS: MICHAEL_WISEMAN@FD.ORG |
| | KATHRIN_HENNIG@FD.ORG |
| 20. TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| ~~YELENA GRANO~~ Molly Carter | |

| ORDER RECEIVED | 10-5-10 VG | | |
|---|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 10-6-10 VG | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

DISTRIBUTION: COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY