UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE N0O. C-02-216-S

| United States of America | )( | Judge ___Janis Graham Jack_____ |
| | )( | Courtroom ___Deputy Sondra Scotch___ |
| vs. | )( | Court Reporter/Recorder _Velma Gano |
| Alfred Bourgeois_____ | )( | Proceeding: Evidentiary Hearing___ under 28 U.S.C. § 2255___ |
| | )( | Date: ___September 20, 2010_____ |
| | )( | Exhibit List of: ___Defense_____ |
| Page 1 of 20 | )( | Attorney: Michael Wiseman_____ |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1. | Letter from Mark D. Cunningham, Ph.D., ABPP to John Gilmore, Esq., Regarding Neurological Evidence, 2/10/2004 | ✓ | ✓ | | 9/21/10 | |
| 2. | Letter from Mark D. Cunningham, Ph.D., ABPP, to John Gilmore, Esq. Regarding Presence of Mitigating Factors, 2/25/2004 | ✓ | ✓ | | 9/21/10 | |
| 3. | Letter from Mark D. Cunningham, Ph.D., ABPP Letter to John Gilmore, Esq., Regarding Risk Assessment Factors, 2/25/2004 | ✓ | ✓ | | 9/22/10 | |
| 4. | Mark D. Cunningham, Ph.D., ABPP, Power Point Regarding Mitigating Factors, March 2004 | ✓ | ✓ | | 9/21/10 | |
| 5. | Mark D. Cunningham, Ph.D., ABPP, Power Point Regarding Risk Assessment, March 2004 | ✓ | ✓ | | 9/21/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 6. | Declaration of Mark D. Cunningham, Ph.D., ABPP, 5/11/2007 | | | | | |
| 7. | Curriculum Vitae, Mark D. Cunningham, Ph.D., ABPP | ✓ | ✓ | | 9/21/10 | |
| 8. | E-Mail from Mark D. Cunningham, Ph.D., ABPP | ✓ | ✓ | | 9/21/10 | |
| 9. | Proposed Direct Examination of Mark D. Cunningham, Ph.D., ABPP | ✓ | ✓ | | 9/21/10 | |
| 10. | Memorandum to File, Mark D. Cunningham, Ph.D., ABPP, 3/24/2004 | ✓ | ✓ | | 9/21/10 | |
| 11. | Declaration of Carlos R. Estrada, M.D., 5/14/2007 | | | | | |
| 12. | Curriculum Vitae, Carlos R. Estrada, M.D. | | | | | |
| 13. | Trial Report of Carlos R. Estrada, M.D., 1/20/04 | | | | | |
| 14. | Letter from Carlos R. Estrada, 2/25/2004 | | | | | |
| 15. | Declaration of Michael M. Gelbort, Ph.D., 5/11/2007 | ✓ | ✓ | | 9/10/10 | |
| 16. | Raw Data from Evaluation of Michael M. Gelbort, 4/27/2007 | ✓ | ✓ | | 9/10/10 | |
| 17. | Curriculum Vitae, Michael M. Gelbort | ✓ | ✓ | | 9/10/10 | |
| 18. | Letter from George W. Holden, Ph.D. to Douglas Tinker, 12/19/2003 | ✓ | ✓ | | 9/22/10 | |
| 18a | Letter to Holden from Tinker dated November 21, 2003 | ✓ | ✓ | | 9/22/10 | |
| 19. | Letter from George W. Holden, Ph.D. to Douglas Tinker, 2/24/2003 | ✓ | ✓ | | 9/22/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 20. | Declaration of George W. Holden, Ph.D., 5/13/2007 | ✓ | ✓ | | 9/22/10 | |
| 21 | Curriculum Vitae, George W. Holden, Ph.D. | ✓ | ✓ | | 9/22/10 | |
| 22 | Declaration of Kathleen Kaib, M.S.S., M.L.S.P., L.S.W, 5/4/2007 | | | | | |
| 23 | Declaration of Kathleen Kaib, M.S.S., M.L.S.P., L.S.W, 5/14/2007 | | | | | |
| 24 | Curriculum Vitae, Kathleen Kaib, M.S.S., M.L.S.P., L.S.W | ✓ | ✓ | | 9/20/10 | |
| 25 | Declaration of Robert L. Sadoff, M.D., 5/12/2007 | | | | | |
| 26 | Declaration of Jethro Toomer, Ph.D., 5/9/2007 | | | | | |
| 27 | Supplemental Report of Jethro Toomer, Ph.D., 8/12/2010 | | | | | |
| 28 | Curriculum Vitae, Jethro Toomer, Ph.D. | ✓ | ✓ | | 9/20/10 | |
| 29 | Report of Neuropsychological Evaluation Conducted by Donald E. Weiner, Ph.D., 3/3/2004 | ✓ | ✓ | | 9/20/10 | |
| 29a | Curriculum Vitae, Donald E. Weiner, Ph.D., FICPP, FPPR, P.C. | ✓ | ✓ | | 9/20/10 | |
| 30 | Declaration of Donald E. Weiner, Ph.D., 5/10/2007 | | | | | |
| 31 | Raw Data from Evaluation of Donald E. Weiner, Ph.D., 2/28/2004 | ✓ | ✓ | | 9/10/10 | |
| 32 | Declaration of Victoria Swanson, Ph.D., 6/8/2009 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 33 | Supplemental Report of Victoria Swanson, Ph.D., 8/12/2010 | ✓ | ✓ | | 9/20/10 | |
| 34 | Raw Data from Evaluation Performed by Victoria Swanson, Ph.D. 3/25/2009 | ✓ | ✓ | | 9/20/10 | |
| 35 | Additional Raw Data Generated by Victoria Swanson, Ph.D. | ✓ | ✓ | | 9/20/10 | |
| 36 | Curriculum Vitae, Victoria Swanson, Ph.D. | ✓ | ✓ | | 9/20/10 | |
| 37 | Declaration of Michelle Armont, 4/26/2007 | | | | | |
| 38 | Declaration of Nathaniel Banks, 5/10/2007 | | | | | |
| 39 | Declaration of Issac Bourgeois III, 5/10/2007 | | | | | |
| 40 | Declaration of Murray Bourgeois, 5/10/2007 | | | | | |
| 41 | Declaration of Wilmer Bougeois, Sr., 5/9/2007 | | | | | |
| 42 | Declaration of Lawanda Cook, 5/1/2007 | | | | | |
| 43 | Declaration of Anthony Dumas, 5/9/2007 | | | | | |
| 44 | Declaration of Anita Ferdinand, 5/8/2007 | | | | | |
| 45 | Declaration of Beverly Frank, 5/9/2007 | | | | | |
| 46 | Declaration of Allen Henry, 5/10/2007 | | | | | |
| 47 | Declaration of Jersey Henry, 5/10/2007 | | | | | |
| 48 | Declaration of Yvonne R. Joseph, 5/9/2007 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 49 | Declaration of Eleanor Bourgeois McGuffey, 5/9/2007 | | | | | |
| 50 | Declaration of Alton Preston, 5/1/2007 | | | | | |
| 51 | Declaration of Jevona Jeanette Rixner, 5/10/2007 | | | | | |
| 52 | Declaration of Keith Rixner, 5/9/2007 | | | | | |
| 53 | Declaration of Louis Russell, Jr., 5/9/2007 | | | | | |
| 54 | Declaration of Ivy Thomas, 5/1/2007 | | | | | |
| 55 | Declaration of Michelle Warren, 4/25/2007 | | | | | |
| 56 | Declaration of Claudia Williams, 5/10/2007 | ✓ | ✓ | | 9/21/10 | |
| 57 | Bierbaum Interviews of Claudia Williams, 2/25/04, 3/7/2004 | | | | | |
| 58 | Psychological Evaluation of Alfred Bourgeois, 5/22/1985 | ✓ | ✓ | | 9/24/10 | |
| 59 | Packet of Bourgeois Financial Data | | | | | |
| 60 | E-Mails from Gerald Bierbaum | ✓ | ✓ | | 9/21/10 | |
| 61 | Memoranda Generated by Gerald Bierbaum | | | | | |
| 61a | Bourgeois statements | ✓ | ✓ | | 9/24/10 | |
| 62 | Letter from Jose Gonzalez-Falla to Gerald Bierbaum, 1/9/2004 | | | | | |
| 63 | Trial Notebook | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 64 | Proposed Direct Examinations | | | | | |
| 65 | Hotel Arrangements for Defense Witnesses | | | | | |
| 66 | List of Trial Witnesses | | | | | |
| 67 | List of Defense Mitigation Witnesses | | | | | |
| 68 | Government Request for Redaction of Mitigation Slides | | | | | |
| 69 | List of Government Expert Witnesses | | | | | |
| 70 | Sentencing Phase Verdict Form (Blank) | | | | | |
| 71 | List of Proposed Mitigating Factors | | | | | |
| 72 | Defense Motion to Withdraw Motion For Continuance, 12/16/2003 | ✓ | ✓ | | 9/21/10 | |
| 73 | Defense Ex Parte Motion for Mental Health Evaluation, 12/5/2003 | | | | | |
| 74 | Defense Ex Parte Motion for Mitigation Specialist, 8/12/2003 | | | | | |
| 75 | Defense Motion for Discovery, 5/5/2003 | | | | | |
| 76 | Defense "Brady Motion for Discovery of All Favorable Evidence," 5/5/2003 | | | | | |
| 77 | Defense Motion For Expert Witness, 10/8/2003 | | | | | |
| 78 | Selected Case Law in Defense File | | | | | |
| 79 | Juror Questionnaire (Blank) | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 80 | Transcripts of Calls Made by Alfred Bourgeois | | | | | |
| 81 | Hospital Records, River Parishes Hospital | ✓ | ✓ | | 9/22/10 | |
| 82 | Responses by Douglas Tinker, Esq. To Government Interrogatories, 9/22/2008 | ✓ | ✓ | | 9/22/10 | |
| 83 | Response Affidavit, John Gilmore, Esq., 9/19/2008 | ✓ | ✓ | | 9/22/10 | |
| 84 | Petitioner's Interrogatories Direct to Douglas Tinker, Esq., 10/14/2008 | | | | | |
| 85 | Memoranda Generated by Lisa Milstein | | | | | |
| 86 | School Record, Alfred Bourgeois | ✓ | ✓ | | 9/10/10 | |
| 87 | Results of Alfred Bourgeois Firearms Testing, 5/6/1985 | | | | | |
| 88 | Report of Forensic Science Associates, 9/24/2007 | ✓ | ✓ | | 9/22/10 | |
| 89 | Resume, Edward T. Blake | | | | | |
| 90 | Curriculum Vitae, Charles Allen Keel | ✓ | ✓ | | 9/22/10 | |
| 91 | Declaration of Elizabeth Johnson, Ph.D., 9/26/2007 | ✓ | ✓ | | 9/22/10 | |
| 92 | Report of Elizabeth A. Johnson, Ph.D., 3/1/2004 | ✓ | ✓ | | 9/22/10 | |
| 93 | Curriculum Vitae, Elizabeth A. Johnson, Ph.D. | ✓ | ✓ | | 9/22/10 | |
| 94 | Defense Ex Parte Motion for Appointment of Expert Witness, 10/8/2003 | | | | | |
| 95 | Government's Third Motion For Reciprocal Discovery, 2/17/2004 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 96 | Curriculum Vitae, Charles Michael Bowers | ✓ | ✓ | | 9/22/10 | |
| 97 | Curriculum Vitae, Manfred Schenk | | | | | |
| 98 | Curriculum Vitae, Jon Curtis Dailey, D.D.S. | ✓ | ✓ | | 9/21/10 | |
| 99 | Declaration of Adam Longoria, 4/24/2007 | | | | | |
| 100 | Declaration of Bill May, 5/1/2007 | | | | | |
| 101 | Sentencing Transcript, U.S. v. Darrick B. Moore, 4/22/2004 | | | | | |
| 102 | Judgment in U.S. v. Darrick B. Moore, 4/22/2004 | | | | | |
| 103 | Amended Judgment U.S. v. Darrick B. Moore, 12/27/2004 | | | | | |
| 104 | Motions for Continuance in State v. Longoria | | | | | |
| 105 | Declaration of Darrick B. Moore, 9/18/2007 | | | | | |
| 106 | Declaration of Phillip Jackson, 9/19/2007 | | | | | |
| 107 | Declaration of Timothy Allen, 9/6/2007 | | | | | |
| 108 | Declaration of Jennifer Lee Valdez | | | | | |
| 109 | Letter from Adam Longoria to AUSA Patti Booth, 5/3/2007 | | | | | |
| 110 | Declaration of Brenda Goodman, 10/4/2007 | | | | | |
| 111 | Declaration of Claudia Mitchell, 9/16/2007 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 112 | Hospital Records on Alfred Bourgeois, Charity Hospital | | | | | |
| 113 | Neurology Report, Frank P. Bonikowski, M.D., 2/17/2004 | | | | | |
| 114 | Physical Examination for Truck Drivers, 4/27/1988 | | | | | |
| 115 | Hospital Records, Spohn Hospital, 2/2004 | | | | | |
| 116 | Overlays of bitemarks of Alfred, Alfredesha and Robin | ✓ | ✓ | | 9/22/10 | |
| 117 | "Inquiry into the Scientific Basis for Bitemark Profiling and Arbitrary Distortion Compensation" | | | | | |
| 118 | "Uniqueness of the Dentition as Impressed in Human Skin: A Cadaver Model" | | | | | |
| 119 | "Biomechanical Factors in Human Dermal Bitemarks in a Cadaver Model" | | | | | |
| 120 | "Suspect Lineup and Bitemark Comparisons" | | | | | |
| 121 | "Expert Disagreement in Bitemark Casework" | | | | | |
| 122 | "Identification from Bitemarks" | | | | | |
| 123 | "Forensic Odontology Bite Marks" | | | | | |
| 124 | "Lack of Dental Uniqueness Between Two Bite Mark Suspects" | | | | | |
| 125 | "Problem-based analysis of bitemark misidentifications: The role of DNA" | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 126 | "The Response of Skin to Applied Stress: Investigation of Bitemark Distortion in a Cadaver Model" | | | | | |
| 127 | "Recommendations and Guidelines for the Use of Digital Image Processing in the Criminal Justice System" | | | | | |
| 128 | "Statistical Evidence for the Similarity of the Human Dentition" | | | | | |
| 129 | Materials Relied Upon, C. Michael Bowers | | | | | |
| 130 | Materials Relied Upon, Mark Cunningham, Ph.D. | ✓ | ✓ | | 9/21/10 | |
| 131 | Materials Relied Upon, Carlos Estrada, M.D. | | | | | |
| 132 | Materials Relied Upon, Michael Gelbort, Ph.D. | ✓ | ✓ | | 9/10/10 | |
| 133 | Materials Relied Upon, George W. Holden, Ph.D. | | | | | |
| 134 | Materials Relied Upon, Elizabeth Johnson | | | | | |
| 135 | Materials Relied Upon, Manfred Schenck | | | | | |
| 136 | Materials Relied Upon, Victoria Swanson, Ph.D. | ✓ | ✓ | | 9/20/10 | |
| 137 | Materials Relied Upon, Jethro Toomer, Ph.D. | | | | | |
| 138 | Materials Relied Upon, Donald Weiner, Ph.D. | | | | | |
| 139 | Report of Dr. J. Curtis Dailey, DDS 9/29/2002 | ✓ | ✓ | | 9/21/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 140 | Report of Dr. J. Curtis Dailey, DDS 7/14/2003 | ✓ | ✓ | | 9/21/10 | |
| 141 | NAS Report "Strengthening Forensic Science in the United States - A Path Forward" | ✓ | ✓ | | 9/23/10 | |
| 142 | Report of Michael Cherry and Manfred Schenk, MAC 5/11/2007 | | | | | |
| 143 | Report of Michael Bowers, DDS, JD 5/11/2007 | | | | | |
| 144 | Motion for Continuance 12/09/2003 | ✓ | ✓ | | 9/21/10 | |
| 145 | Defendant's Motion for Mental Health Evaluation, 12/05/2003 | | | | | |
| 146 | Government's Response to Defendant's Motion for Mental Health Evaluation, 12/10/2003 | | | | | |
| 147 | Agreed Order Committing Defendant for Examination to Determine Competency, 12/19/2003 | | | | | |
| 148 | Order, 12/15/2003 | | | | | |
| 149 | Motion for Travel Authorization, 02/05/2004 | | | | | |
| 150 | Motion for Funding for Mitigation Specialist, 08/12/2003 | | | | | |
| 151 | Invoice from Mark D. Cunningham, Ph.D., ABPP to John Gilmore, Esq, 4/30/2007 | ✓ | ✓ | | 9/21/10 | |
| 152 | Excerpts of Medical Records re. JG | ✓ | ✓ | | 9/23/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 153 | Autopsy Report by Elizabeth Rouse, M.D. 1/10/2003 | | | | | |
| 154 | Chart of Ranges of Expected WAIS-IV Composite Scores for Selected WAIS-III Scores | ✓ | ✓ | | 9/20/10 | |
| 155 | Comparative Chart of IQ Testing Administered by Dr. Weiner and Dr. Gelbort to Alfred Bourgeois | ✓ | ✓ | | 9/20/10 | |
| 156 | Dr. Weiner's File | ✓ | ✓ | | 9/20/10 | |
| 157 | Ex Parte Order Approving Dr. Weiner to make Neuropsychological Assessment 2/13/2004 | ✓ | ✓ | | 9/22/10 | |
| 158 | Chart of Expected WAIS-III Scores for Selected WAIS-R IQ Scores | ✓ | ✓ | | 9/22/10 | |
| 159 | Phrase written by Alfred Bourgeois dictated and timed by Dr. Swanson | ✓ | ✓ | | 9/20/10 | |
| 160 | "Intellectual Disability - Definition, Classification, and Systems of Support", p.43 | ✓ | ✓ | | 9/20/10 | |
| 161 | Phrase written by Alfred Bourgeois when prompted by Dr. Swanson (timed) | ✓ | ✓ | | 9/20/10 | |
| 162 | Report of J. Randall Price, Ph.D. | | | | | |
| 163 | Oral and Videotaped Deposition of Dr. Estrada | ✓ | ✓ | | 9/20/10 | |
| 164 | Transcript - Deposition of Dr. Estrada | ✓ | ✓ | | 9/20/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 165 | Timeline Investigation of the Case | ✓ | ✓ | | 9/21/10 | |
| 166 | Bourgeois Family | ✓ | ✓ | | 9/21/10 | |
| 167 | Bourgeois Notes From ACTI | ✓ | ✓ | | 9/21/10 | |
| 168 | Facsimilie Transmission to Doug Tinker from E Johnson | ✓ | ✓ | | 9/22/10 | |
| 169 | | | | | | |
| 170 | | | | | | |
| 171 | Coastal Bend Psychiatric Assoc.  Forensic Referral Form | ✓ | ✓ | | 9/23/10 | |
| 172 | | | | | | |
| 173 | | | | | | |
| 174 | | | | | | |
| 175 | | | | | | |
| 176 | | | | | | |
| 177 | Comparison | ✓ | ✓ | | 9/24/10 | |
| 178 | SEALED EXHIBIT- ABAS II | ✓ | ✓ | | 9/23/10 | |
| 179 | P30 Test Results | ✓ | ✓ | | 9/24/10 | |
| | | | | | | |