UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NO. C-02-216-SS

| United States of America | )( | Judge ___Janis Graham Jack_____ |
| | )( | Courtroom ___Deputy Sondra Scotch___ |
| vs. | )( | Court Reporter/Recorder _Velma Gano_ |
| Alfred Bourgeois_____ | )( | Proceeding: Evidentiary Hearing___ under 28 U.S.C. § 2255___ |
| | )( | Date: ___September 20, 2010_____ |
| | )( | Exhibit List of: ___Government_____ |
| | )( | Attorney: AUSA Tony Roberts_____ AUSA Patti Hubert Booth___ AUSA Elsa Salinas_____ AUSA Mark Dowd_____ |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1. | Report of Dr. Price | ✓ | ✓ | | 9/23/10 | |
| 2. | Dr. Price CV | ✓ | ✓ | | 9/23/10 | |
| 3. | Dr. Price List of Prior Testimony | ✓ | ✓ | | 9/23/10 | |
| 4. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disk]. | ✓ | ✓ | | 9/10/10 | |
| 5. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disk]. | ✓ | ✓ | | 9/10/10 | |
| 6. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1disks]. | ✓ | ✓ | | 9/10/10 | |
| 7. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disks]. | ✓ | ✓ | | 9/10/10 | |
| 8. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disks]. | ✓ | ✓ | | 9/10/10 | |
| 9. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disks]. | ✓ | ✓ | | 9/10/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 10. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disks]. | ✓ | ✓ | | 9/10/10 | |
| 11. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disks]. | ✓ | ✓ | | 9/10/10 | |
| 12. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disks]. | ✓ | ✓ | | 9/10/10 | |
| 13. | Videos of Dr. Price's psychological examination of Mr. Bourgeois [1 disks]. | ✓ | ✓ | | 9/10/10 | |
| 14. | Voluntary Statement of Mr. Bourgeois to Dr. Price | ✓ | ✓ | | 9/23/10 | |
| 15. | Report of Dr. Moore | ✓ | ✓ | | 9/24/10 | |
| 16. | Addendum Report Dr. Moore | ✓ | ✓ | | 9/24/10 | |
| 17. | Dr. Moore CV | ✓ | ✓ | | 9/24/10 | |
| 18. | Dr. Moore List of Prior Testimony | ✓ | ✓ | | 9/24/10 | |
| 19. | Videos of Dr. Moore's psychological examination of Mr. Bourgeois [1 discs] | ✓ | ✓ | | 9/10/10 | |
| 20. | Videos of Dr. Moore's psychological examination of Mr. Bourgeois [1 discs] | ✓ | ✓ | | 9/10/10 | |
| 21. | Videos of Dr. Moore's psychological examination of Mr. Bourgeois [1discs] | ✓ | ✓ | | 9/10/10 | |
| 22. | Videos of Dr. Moore's psychological examination of Mr. Bourgeois [1 discs] | ✓ | ✓ | | 9/10/10 | |
| 23. | Legal Correspondence by Mr. Bourgeois from prison (47 pages) | ✓ | ✓ | | 9/23/10 | |
| 24. | Legal Correspondence by Mr. Bourgeois from prison (29 pages) | ✓ | ✓ | | 9/23/10 | |
| 25. | Legal Correspondence by Mr. Bourgeois from prison (43 pages) | ✓ | ✓ | | 9/23/10 | |
| 26. | Legal Correspondence by Mr. Bourgeois from prison (2 pages) | ✓ | ✓ | | 9/23/10 | |
| 27. | Letter by Mr. Bourgeois to Robin Bourgeois in 1998 (5 pages) | ✓ | ✓ | | 9/24/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 28. | American Checking Acct Statements from 12/27/00 to 1/24/02 seized from Mr. Bourgeois' briefcase (177 pages) | ✓ | ✓ | | 9/24/10 | |
| 29. | Benefits Election Package seized from Mr. Bourgeois' briefcase (3 pages) | ✓ | ✓ | | 9/24/10 | |
| 30. | CDL Citation Record seized from Mr. Bourgeois' briefcase (1 page) | ✓ | ✓ | | 9/24/10 | |
| 31. | US Express Expense Report seized from Mr. Bourgeois' briefcase (1 page) | ✓ | ✓ | | 9/24/10 | |
| 32. | Correspondence to Kerry Brown seized from Mr. Bourgeois' briefcase (1 page) | ✓ | ✓ | | 9/24/10 | |
| 33. | Correspondence to Ministries seized from Mr. Bourgeois' briefcase (9 pages) | ✓ | ✓ | | 9/24/10 | |
| 34. | Hibernia Mortgage Payment coupon and check seized from Mr. Bourgeois' briefcase (1 page) | ✓ | ✓ | | 9/24/10 | |
| 35. | DOT Medical Examination Certificate seized from Mr. Bourgeois' briefcase (1 page) | ✓ | ✓ | | 9/24/10 | |
| 36. | Medical Examination for Driver from briefcase (4 pages) | ✓ | ✓ | | 9/24/10 | |
| 37. | Letter to the Court from Ms. BOURGEOIS (7 pages) | ✓ | ✓ | | 9/24/10 | |
| 38. | Skipper Transportation Application for Driver Qualification (6 pages) | ✓ | ✓ | | 9/24/10 | |
| 39. | Ford Motor Credit Application (7 pages) | ✓ | ✓ | | 9/24/10 | |
| 40. | Letter Requesting Reduction in child Support payments (1 page) | ✓ | ✓ | | 9/24/10 | |
| 41. | Birthday Party Video | ✓ | ✓ | | 9/24/10 | |
| 42. | [342]  Swimming Video | | | | | |
| 43. | Dog Video | ✓ | ✓ | | 9/24/10 | |
| 44. | [329] Letter to Robin Bourgeois and Anthony of 8/8/02 | | | | | |
| 45. | [330] Letter to Robin Bourgeois # 2 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 46. | [331] Letter to Robin Bourgeois # 3 | | | | | |
| 47. | [332] Letter to Robin Bourgeois # 4 | | | | | |
| 48. | [333] Letter to Robin Bourgeois or Anthony Dumas | | | | | |
| 49. | [334] Letter to Stacy Williams | | | | | |
| 50. | Letter to Katrina | | | | | |
| 51. | Letter to Cherry Smith | | | | | |
| 52. | Letter to Lloyd and Anita | | | | | |
| 53. | Letter to Anthony Dumas | | | | | |
| 54. | Letter to Lisa | | | | | |
| 55. | Letter to Alton Preston | | | | | |
| 56. | Letter to Sheryl Morrial | | | | | |
| 57. | [360] Letter from Mr. Bourgeois in 1998 | | | | | |
| 58. | [392] Letter from Mr. Bourgeois (16 pages) | | | | | |
| 59. | [343] Telephone Conversation with Anthony Dumas | | | | | |
| 60. | [373] Transcript of Telephone Conversation with Anthony Dumas | | | | | |
| 61. | [344] Telephone Conversation with Nathaniel and Dana Banks | | | | | |
| 62. | [384] Transcript of Telephone Conversation with Nathaniel Banks | | | | | |
| 63. | Report of Jerrilyn Conway Forensic Examiner F.B.I. Lab | ✓ | ✓ | | 9/24/10 | |
| 64. | CV of Ms. Conway | ✓ | ✓ | | 9/24/10 | |
| 65. | Ms. Conway Court History | ✓ | ✓ | | 9/24/10 | |
| 66. | Dr. Oliver Report | | | | | |
| 67. | Dr. Oliver CV | | | | | |
| 68. | Dr. Oliver Appendix A | | | | | |
| 69. | Dr. Oliver Appendix B | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 70. | Dr. Oliver case history | | | | | |
| 71. | [415b] Report of Dr. Senn | ✓ | ✓ | | 9/21/10 | |
| 72. | [416b] Report of Dr. Chrz | ✓ | ✓ | | 9/21/10 | |
| 73. | Interrogatories for Douglas Tinker | ✓ | ✓ | | 9/22/10 | |
| 74. | Response Affidavit of John Gilmore | | | | | |
| 75. | [33]AUTOPSY PHOTOGRAPH (L)UPPER LIP RIGHT SIDE | | | | | |
| 76. | [37] AUTOPSY PHOTOGRAPH (OOOO)OUTSIDE LEFT LEG | | | | | |
| 77. | [38] AUTOPSY PHOTOGRAPH (QQQQ)INSIDE LEFT LEG | | | | | |
| 78. | [40] AUTOPSY PHOTOGRAPH (UUUU) PALM RIGHT HAND | | | | | |
| 79. | [41] AUTOPSY PHOTOGRAPH (TTTT)FINGERS LEFT HAND | | | | | |
| 80. | [42] AUTOPSY PHOTOGRAPH (SSSS)TOP LEFT HAND | | | | | |
| 81. | [43]  AUTOPSY PHOTOGRAPH (YYYY) PALM RIGHT HAND | | | | | |
| 82. | [44] AUTOPSY PHOTOGRAPH (ZZZZ)FINGERS RIGHT HAND | | | | | |
| 83. | [51] AUTOPSY PHOTOGRAPH (PPPP)TOP OF LEFT FOOT | | | | | |
| 84. | [52] AUTOPSY PHOTOGRAPH (DDDD)RIGHT HEEL | | | | | |
| 85. | [55] AUTOPSY PHOTOGRAPH (RRRR) SCALP SHOWING MULTIPLE HEMORRHAGES | | | | | |
| 86. | [56] AUTOPSY PHOTOGRAPH   (MMM) SCALP SHOWING SINGLE HEMORRHAGES | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 87. | [57] AUTOPSY PHOTOGRAPH (XXXX) SCALP SHOWING SINGLE HEMORRHAGES (CLOSE UP) | | | | | |
| 88. | [58] AUTOPSY PHOTOGRAPH (WWWW) SCALP SHOWING HEMORRHAGE | | | | | |
| 89. | [59] AUTOPSY PHOTOGRAPH (LLLL) SCALP SINGLE HEMORRHAGE | | | | | |
| 90. | [61] AUTOPSY PHOTOGRAPH (ZZZZ) BRAIN INSIDE SKULL | | | | | |
| 91. | [62] AUTOPSY PHOTOGRAPH (AAAAA) SKULL WITHOUT BRAIN | | | | | |
| 92. | [63] AUTOPSY PHOTOGRAPH (FFFFF) BLOWN RETINAS | | | | | |
| 93. | [150] DR. OLIVER: (SLIDE 10)  LATERAL ASPECT OF RIGHT LEG - WHIP MARKS | | | | | |
| 94. | [151] DR. OLIVER:  (SLIDE 11) CONTRAST ENHANCED PHOTO OF SLIDE 10 | | | | | |
| 95. | [152] DR. OLIVER:  (SLIDE 12) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 10 | | | | | |
| 96. | [153] DR. OLIVER: (SLIDE 14)  LATERAL ASPECT OF THE RIGHT LEG, SLIGHTLY MORE SUPERIOR AREA, INCLUDES THE LATERAL ASPECT OF THE LOWER ABDOMEN ON THE RIGHT - SCAR AND NONSPECIFIC CONTUSIONS | | | | | |
| 97. | [154] DR. OLIVER:  (SLIDE 15) CONTRAST ENHANCED PHOTO OF SLIDE 14 | | | | | |
| 98. | [155] DR. OLIVER:  (SLIDE 16) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 14 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 99. | [156] DR. OLIVER:  (SLIDE 18) ANTEROLATERAL ASPECT OF THE LOWER LEG ON THE RIGHT AND PORTIONS OF THE MEDIAL ASPECT OF THE LEFT LOWER LEG - CONTUSIONS, SCARS, AND WHIP MARK. | | | | | |
| 100. | [157] DR. OLIVER:  (SLIDE 19) CONTRAST ENHANCED PHOTO OF SLIDE 18 | | | | | |
| 101. | [158] DR. OLIVER: (SLIDE 20) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 18 | | | | | |
| 102. | [159] DR. OLIVER:  (SLIDE 21) DORSAL SURFACE OF THE RIGHT FOOT - HEALED SCARS, HEALING ULCERATIONS, CONTUSION AND ABRASION/EXCORIATION OF THE MEDIAL ASPECT OF THE HEEL. | | | | | |
| 103. | [160] DR. OLIVER:  (SLIDE 22) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 21 | | | | | |
| 104. | [161] DR. OLIVER:  (SLIDE 24) LEFT LEG - CLOSE-UP OF THE WHIP MARK AND AN ADDITIONAL SCAR | | | | | |
| 105. | [162] DR. OLIVER:  (SLIDE 26) THREE-TRACK PATTERN OF AN ELECTRICAL CORD | | | | | |
| 106. | [163] DR. OLIVER:  (SLIDE 27) ELECTRICAL CORD | | | | | |
| 107. | [164] DR. OLIVER:  (SLIDE 28) ELECTRICAL CORD | | | | | |
| 108. | [165] DR. OLIVER:  (SLIDE 31) LATERAL ASPECT OF THE LEFT LOWER LEG, MEDIAL ASPECT OF THE RIGHT LOWER LEG, AND SOLE OF  THE RIGHT FOOT.  WHIP MARKS, CONTUSION,  SCAR,  ULCERATIONS, AND PUNCTATE SCAR. | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 109. | [166] DR. OLIVER:  (SLIDE 32) CONTRAST ENHANCED PHOTO OF SLIDE 31 | | | | | |
| 110. | [167] DR. OLIVER:  (SLIDE 33) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 31 | | | | | |
| 111. | [168] DR. OLIVER:  (SLIDE 35) SOLE OF THE RIGHT FOOT - CONTUSIONS AND ULCERATIONS | | | | | |
| 112. | [169] DR. OLIVER:  (SLIDE 37) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 35 | | | | | |
| 113. | [170] DR. OLIVER:  (SLIDE 36) CONTRAST ENHANCED PHOTO OF SLIDE 35 | | | | | |
| 114. | [171] DR. OLIVER:  (SLIDE 39) DORSAL ASPECT OF THE FEET - CLOSE-UP OF THE SCARS  AND ULCERATION | | | | | |
| 115. | [172] DR. OLIVER:  (SLIDE 40) CONTRAST ENHANCED PHOTO OF SLIDE 39 | | | | | |
| 116. | [173] DR. OLIVER:  (SLIDE 41) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 39 | | | | | |
| 117. | [174] DR. OLIVER:  (SLIDE 43) MEDIAL ASPECT OF THE UPPER PORTION OF THE RIGHT LEG - WHIP MARKS, CONTUSIONS, AND PUNCTATE AND LINEAR SCARS. | | | | | |
| 118. | [175] DR. OLIVER:  (SLIDE 44) CONTRAST ENHANCED PHOTO OF SLIDE 43 | | | | | |
| 119. | [176] DR. OLIVER:  (SLIDE 45) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 43 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 120. | [177] DR. OLIVER:  (SLIDE 47) MEDIAL ASPECT OF THE RIGHT LEG, AND PORTIONS OF THE POSTERIOR ASPECT OF THE LEFT THIGH - CONTUSIONS | | | | | |
| 121. | [178] DR. OLIVER:  (SLIDE 48) CONTRAST ENHANCED PHOTO OF SLIDE 47 | | | | | |
| 122. | [179] DR. OLIVER:  (SLIDE 49) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 47 | | | | | |
| 123. | [180] DR. OLIVER:  (SLIDE 51) POSTERIOR ASPECT OF THE LEFT THIGH - FOUR CURVILINEAR MARKS CONSISTENT WITH WHIPPING MARKS AND CONTUSIONS. | | | | | |
| 124. | [181] DR. OLIVER:  (SLIDE 52) CONTRAST ENHANCED PHOTO OF SLIDE 51 | | | | | |
| 125. | [182] DR. OLIVER:  (SLIDE 53) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 51 | | | | | |
| 126. | [183] DR. OLIVER:  (SLIDE 55) BUTTOCKS -   CONTUSIONS AND APPROXIMATELY 17 HEALED AND HEALING SCARS. | | | | | |
| 127. | [184] DR. OLIVER:  (SLIDE 56) CONTRAST ENHANCED PHOTO OF SLIDE 55 | | | | | |
| 128. | [185] DR. OLIVER:  (SLIDE 57) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 55 | | | | | |
| 129. | [186] DR. OLIVER: (SLIDE 59) POSTERIOR ASPECT OF THE LEFT FLANK - CONTUSIONS AND SCARS | | | | | |
| 130. | [187] DR. OLIVER:  (SLIDE 60) CONTRAST ENHANCED PHOTO OF SLIDE 59 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 131. | [188] DR. OLIVER: (SLIDE 61) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 59 | | | | | |
| 132. | [189] DR. OLIVER: (slide 63) RIGHT FLANK - WHIP MARK AND CONTUSIONS | | | | | |
| 133. | [190] DR. OLIVER: (SLIDE 64) CONTRAST ENHANCED PHOTO OF SLIDE 63 | | | | | |
| 134. | [191] DR. OLIVER: (SLIDE 65) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 63 | | | | | |
| 135. | [192] DR. OLIVER: (SLIDE 67) UPPER RIGHT FLANK AND BACK - WHIP MARK AND CONTUSIONS. | | | | | |
| 136. | [193] DR. OLIVER: (SLIDE 68) CONTRAST ENHANCED PHOTO OF SLIDE 67 | | | | | |
| 137. | [194] DR. OLIVER: (SLIDE 69) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 67 | | | | | |
| 138. | [195] DR. OLIVER: (SLIDE 71) ABDOMEN - CONTUSIONS, WHIP MARK, AND NON-LOOPED PATTERNED CONTUSION | | | | | |
| 139. | [196] DR. OLIVER: (SLIDE 72 ) CONTRAST ENHANCED PHOTO OF SLIDE 71 | | | | | |
| 140. | [197] DR. OLIVER: (SLIDE 73) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 71 | | | | | |
| 141. | [198] DR. OLIVER: (SLIDE 76) RIGHT ARM - CONTUSIONS, A RECTANGULAR PATTERNED CONTUSION, A CURVILINEAR PATTERNED INJURY NOT CONSISTENT WITH A WHIPPING MARK IS PRESENT OVER THE FOREARM, HEALED SCARS. | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 142. | [199] DR. OLIVER: (SLIDE 77) CONTRAST ENHANCED PHOTO OF SLIDE 76 | | | | | |
| 143. | [200] DR. OLIVER: (SLIDE 78) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 76 | | | | | |
| 144. | [201] DR. OLIVER: (SLIDE 79) RIGHT ARM | | | | | |
| 145. | [202] DR. OLIVER: (SLIDE 80) CONTRAST ENHANCED PHOTO OF SLIDE 79 | | | | | |
| 146. | [203] DR. OLIVER: (SLIDE 81) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 79 | | | | | |
| 147. | [204] DR. OLIVER: (SLIDE 84) DORSAL SURFACE OF THE RIGHT HAND - CONTUSION, MULTIPLE HEALING ABRASIONS AND SCARS, CONFLUENT CONTUSION CONFLUENCY | | | | | |
| 148. | [205] DR. OLIVER: (SLIDE 85) CONTRAST ENHANCED PHOTO OF SLIDE 84 | | | | | |
| 149. | [206] DR. OLIVER: (SLIDE 86) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 84 | | | | | |
| 150. | [207] DR. OLIVER: (SLIDE 88) LATERAL ASPECT OF THE LEFT ARM - CONTUSIONS AND HEALED SCARS | | | | | |
| 151. | [208] DR. OLIVER: (SLIDE 89) CONTRAST ENHANCED PHOTO OF SLIDE 88 | | | | | |
| 152. | [209] DR. OLIVER: (SLIDE 90) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 88 | | | | | |
| 153. | [210] DR. OLIVER: (SLIDE 92) DORSAL SURFACE OF THE LEFT HAND - CONFLUENT CONTUSION, HEALED SCARS, AND HEALING ABRASIONS | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 154. | [211] DR. OLIVER: (SLIDE 93) CONTRAST ENHANCED PHOTO OF SLIDE 92 | | | | | |
| 155. | [212] DR. OLIVER: (SLIDE 94) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 92 | | | | | |
| 156. | [213] DR. OLIVER: (SLIDE 96) PALMAR SURFACES OF THE HANDS - CONTUSIONS, AND HEALING ABRASIONS | | | | | |
| 157. | [214] DR. OLIVER: (SLIDE 97) CONTRAST ENHANCED PHOTO OF SLIDE 96 | | | | | |
| 158. | [215] DR. OLIVER: (SLIDE 98) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 96 | | | | | |
| 159. | [216] DR. OLIVER: (SLIDE 100) ANTERIOR FACE AND UPPER CHEST - CONTUSIONS AND HEALING ABRASION | | | | | |
| 160. | [217] DR. OLIVER: (SLIDE 101) CONTRAST ENHANCED PHOTO OF SLIDE 100 | | | | | |
| 161. | [218] DR. OLIVER: (SLIDE 102) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 100 | | | | | |
| 162. | [219] DR. OLIVER: (SLIDE 104) RIGHT SIDE OF THE FACE - NONSPECIFIC CONTUSIONS AND PATTERNED CONTUSION | | | | | |
| 163. | [220] DR. OLIVER: (SLIDE 105) CONTRAST ENHANCED PHOTO OF SLIDE 104 | | | | | |
| 164. | [221] DR. OLIVER: (SLIDE 106) ANNOTATED CONTRAST ENHANCED PHOTO OF SLIDE 104 | | | | | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|:---:|:---:|:---:|:---:|:---:|
| 165. | [222] DR. OLIVER: (SLIDE 108) MOUTH - LACERATION OF THE LIP AS WELL AS LACERATION OF THE UPPER AND LOWER FRENULA. | | | | | |
| 166. | [223] DR. OLIVER: (SLIDE 109) MOUTH | | | | | |
| 167. | [224] DR. OLIVER: (SLIDE 110) MOUTH | | | | | |
| 168. | LTR FROM ADAM  LONGORIA DATED 03/28/04 | | | | | |
| 169. | LTR TO TEXAS BOARD OF PARDONS DATED 02/09/06 | | | | | |
| 170. | LTR FROM ADAM LONGORIA DATED 05/03/07 | | | | | |
| 171. | Background Information Considered Dr. Senn | | | | | |
| 172. | Dr. David Senn Report | ✓ | ✓ | | 9/21/10 | |
| 172a | ABFO Position Paper on Bitemark Workshop #4 | ✓ | ✓ | | 9/22/10 | |
| 173. | Dr. David Senn CV | ✓ | ✓ | | 9/21/10 | |
| 174. | Dr. David Senn Biographical Information | ✓ | ✓ | | 9/21/10 | |
| 175. | Swanson Report | ✓ | ✓ | | 9/20/10 | |
| 176. | Letter from Alfred Bourgeois to Gerald Birebaum (8 pages) | ✓ | ✓ | | 9/22/10 | |
| 177. | Letter from Alfred Bourgeois to Gerald Birebaum (4 pages) | ✓ | ✓ | | 9/22/10 | |
| 178. | Letter from Alfred Bourgeois to John Gilmore (10 pages) | ✓ | ✓ | | 9/22/10 | |
| 179. | Letter from Alfred Bourgeois to John Gilmore (1 pages) | ✓ | ✓ | | 9/22/10 | |
| 180. | Letter from Alfred Bourgeois to John Gilmore (3 pages) | ✓ | ✓ | | 9/22/10 | |
| 181 | Letter with FBI 302 from Alfred Bourgeois to John Gilmore (6 pages) | ✓ | ✓ | | 9/22/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 182 | Letter from Alfred Bourgeois to John Gilmore (9 pages) | ✓ | ✓ | | 9/22/10 | |
| 183 | Letter from Alfred Bourgeois to John Gilmore (6 pages) | ✓ | ✓ | | 9/22/10 | |
| 184 | Letter from Alfred Bourgeois to John Gilmore (5 pages) | ✓ | ✓ | | 9/22/10 | |
| 185 | Letter with FBI 302 from Alfred Bourgeois to John Gilmore (9 pages) | ✓ | ✓ | | 9/22/10 | |
| 186 | Letter from Alfred Bourgeois to John Gilmore (1 pages) | ✓ | ✓ | | 9/22/10 | |
| 187 | Letter from Alfred Bourgeois to John Gilmore (2 pages) | ✓ | ✓ | | 9/22/10 | |
| 188 | Letter from Alfred Bourgeois to John Gilmore (2 pages) | ✓ | ✓ | | 9/22/10 | |
| 189 | Letter from Alfred Bourgeois to John Gilmore (5 pages) | ✓ | ✓ | | 9/22/10 | |
| 190 | Letter from Alfred Bourgeois to John Gilmore (3 pages) | ✓ | ✓ | | 9/22/10 | |
| 191 | Letter from Alfred Bourgeois to John Gilmore (6 pages) | ✓ | ✓ | | 9/22/10 | |
| 192 | Letter from Alfred Bourgeois to John Gilmore (2 pages) | ✓ | ✓ | | 9/22/10 | |
| 193 | Letter with FBI 302 from Alfred Bourgeois to John Gilmore (8 pages) | ✓ | ✓ | | 9/22/10 | |
| 194 | Letter from Alfred Bourgeois to John Gilmore (4 pages) | ✓ | ✓ | | 9/22/10 | |
| 195 | Letter from Alfred Bourgeois to John Gilmore (1 pages) | ✓ | ✓ | | 9/22/10 | |
| 196 | Letter from Alfred Bourgeois to John Gilmore (7 pages) | ✓ | ✓ | | 9/22/10 | |
| 197 | Letter from Alfred Bourgeois to John Gilmore (3 pages) | ✓ | ✓ | | 9/22/10 | |
| 198 | Letter from Alfred Bourgeois to John Gilmore (6 pages) | ✓ | ✓ | | 9/22/10 | |

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 199 | Letter from Alfred Bourgeois to John Gilmore (9 pages) | ✓ | ✓ | | 9/22/10 | |
| 200 | Letter from Alfred Bourgeois to John Gilmore (7 pages) | ✓ | ✓ | | 9/22/10 | |
| 201 | Diagnostic Criteria for 301.20 Schizoid Personality Disorder (1 Page) | ✓ | ✓ | | 9/20/10 | |
| 202 | Declaration and affidavit of Brenda Goodman | ✓ | ✓ | | 9/21/10 | |
| 203 | | | | | | |
| 204 | The National Academies - power point | ✓ | ✓ | | 9/22/10 | |
| 205 | Forensic Detection of Semen III | ✓ | ✓ | | 9/24/10 | |
| 206 | FBI Facsimile dated 02/26/2004 | ✓ | ✓ | | 9/24/10 | |
| 207 | | | | | | |
| 208 | Number of Guesses by David Clark | ✓ | ✓ | | 9/24/10 | |