AO 435
(Rev. 03/08)

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| 1. NAME KATHRIN HENNIG | 2. PHONE NUMBER 215-928-0520 | 3. DATE 10/8/2010 |
|---|---|---|
| 4. MAILING ADDRESS 601 WALNUT ST, SUITE 545 W. | 5. CITY PHILADELPHIA | 6. STATE PA | 7. ZIP CODE 19106 |

| 8. CASE NUMBER 2:02-CV-00216 | 9. JUDGE JANIS G. JACK | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 9/20/2010 | 11. TO 9/24/2010 |

| 12. CASE NAME USA v. BOURGEOIS | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY CORPUS CHRISTI | 14. STATE TEXAS |

**15. ORDER FOR**

☐ APPEAL
☐ NON-APPEAL

☐ CRIMINAL
☒ CIVIL (HABEAS)

☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS

☐ BANKRUPTCY
☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) EVID. HEARING | 9/20 - 9/24/2010 |
| ☐ SENTENCING | | (except for Keel, Johnson + Conway Testimonies) | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | |
|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | Southern District of Texas FILED |
| 14-Day | ☐ | ☐ | NO. OF COPIES | OCT 12 2010 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | |
| DAILY | ☐ | ☐ | NO. OF COPIES | David J. Bradley, Clerk of Court |
| HOURLY | ☐ | ☐ | NO. OF COPIES | |
| REALTIME | ☐ | ☐ | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE *[signature]*

19. DATE 10/8/2010

☒ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED
☒ EMAIL ADDRESS: MICHAEL_WISEMAN@FD.ORG, KATHRIN_HENNIG@FD.ORG

20. TRANSCRIPT TO BE PREPARED BY
VELMA GANO

COURT ADDRESS:

| ORDER RECEIVED | | |
|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY