UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

                                 :

UNITED STATES OF AMERICA,     :       No. Cr-C-02-216
                                   :       No. Cv-07-223
               Respondent,     :    Honorable Janis Graham Jack
                                   :         U.S.D.J.

        -against-          :

                                   :       Electronically Filed

ALFRED BOURGEOIS,        :

                                   :

          Petitioner.       :

_____  :

**NOTICE OF DEPOSITION**

       PLEASE TAKE NOTICE that on the 28th day of October, 2010 Petitioner will take the Deposition by Oral Testimony of Manfred Schenk, in the above captioned matter, starting at 10:00 a.m. until concluded at the following location:

Esquire Deposition Solutions
Suite 1305, Four Houston Center
1221 Lamar Street
Houston, TX 77010

Said deposition will be video recorded and transcribed.

                            /s/ Michael Wiseman

                            _____

                            Michael Wiseman

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 25th day of October, 2010, I served the foregoing on the following persons by ECF Filing and email:

Tony Roberts, Esq.
Mark Dowd, Esq.
Patti Booth, Esq.
Office of the United States Attorney

/s/ Michael Wiseman

_____

Michael Wiseman