UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____          :
                                         :
UNITED STATES OF AMERICA,                :          No. Cr-C-02-216
                                         :          No. Cv-07-223
             Respondent,                 :     Honorable Janis Graham Jack
                                         :             U.S.D.J.
       -against-                         :
                                         :        Electronically Filed
ALFRED BOURGEOIS,                        :
                                         :
             Petitioner.                 :
_____          :

**NOTICE OF DEPOSITION**

     PLEASE TAKE NOTICE that on the 28th day of October, 2010 Petitioner will take the Deposition by Oral Testimony of William R. Oliver, M.D. in the above captioned matter, starting at 12:00 p.m. until concluded at the following location:

Esquire Deposition Solutions
Suite 1305, Four Houston Center
1221 Lamar Street
Houston, TX 77010

Said deposition will be video recorded and transcribed.

/s/ Michael Wiseman

_____
Michael Wiseman

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 25th day of October, 2010, I served the foregoing on the following persons by ECF Filing and email:

Tony Roberts, Esq.
Mark Dowd, Esq.
Patti Booth, Esq.
Office of the United States Attorney

/s/ Michael Wiseman

_____

Michael Wiseman