UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

**ORDER**

On this day came on to be considered *Petitioner's Opposed Motion to Take Brief Deposition of Dr. Michael Gelbort*.  (DE 579).  Bourgeois' motion is **DENIED**.

SIGNED and ORDERED this 26th day of October, 2010.

_____
Janis Graham Jack
United States District Judge

1 / 1