UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION


ALFRED BOURGEOIS                            §
    Petitioner,                             §
                                            §    CIVIL NO. C-07-223
        v.                               §    CRIMINAL NO. C-02-216
                                            §
UNITED STATES OF AMERICA,                    §
    Respondent.                             §


## GOVERNMENT'S UNOPPOSED MOTION TO WITHDRAW TRIAL EXHIBITS TO COPY FOR USE IN DEPOSITIONS

COMES NOW, the United States of America, through José Angel Moreno, United States Attorney and Patti Hubert Booth, Assistant United States Attorney for the Southern District of Texas, and moves this Honorable Court to allow the government to obtain copies of certain trial exhibits.

The Court has held an evidentiary hearing on Bourgeois' Section 2255 Motion. At this hearing the Court allowed additional depositions to be held. In order to prepare for these depositions, the government moves the Court to release certain trial exhibits for the limited purpose of copying them in order to prepare for and hold these depositions. The government agrees to return the original exhibits to the Court, as soon as the copies have been made.

Accordingly, the undersigned moves the Court to enter the proposed order granting this request.

Respectfully submitted,

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By:      s/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney
Federal I.D. No. 19500
Texas Bar I.D. No. 02650500
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
(361) 888-3111

## CERTIFICATE OF SERVICE AND CONSULTATION

I hereby certify that I have contacted Mr. Michael Wiseman, Counsel for Bourgeois, and Mr. Wiseman is not opposed to this Motion and the order thereon.  I also certify that I have served a true and correct copy of the foregoing motion and order upon Mr. Wiseman via the ecf filing system on this 26th day of October, 2010.

 s/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney