UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| ALFRED BOURGEOIS §<br>    Petitioner, §<br> §<br>        v. §<br> §<br>UNITED STATES OF AMERICA, §<br>    Respondent. § | CIVIL NO. C-07-223<br>CRIMINAL NO. C-02-216 |

**ORDER**

Pursuant to the government's motion to obtain copies of certain trial exhibits for the limited purpose of holding depositions in the above referenced case, the Court ORDERS that the District Clerk release to the government the following Government Trial Exhibits:

Exhibit 46, 49, 53, 67, and 68 through 106.

Further, the government is hereby ORDERED to return the original trial exhibits to the Court after they are copied.

SIGNED on this _____ day of October, 2010.


_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE