UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

Pursuant to the government's motion to obtain copies of certain trial exhibits for the limited purpose of holding depositions in the above referenced case, (D.E. 583), the Court ORDERS that the District Clerk release to the government the following Government Trial Exhibits:  Exhibit 46, 49, 53, 67, and 68 through 106.

Further, the government is hereby ORDERED to return the original trial exhibits to the Court after they are copied.

SIGNED and ORDERED this 26th day of October, 2010.

_____
Janis Graham Jack
United States District Judge