# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | }{ | |
|---|---|---|
| VS. | }{ | CASE    CR-C- 02-216  (1) |
| ALFRED BOURGEOIS | }{ | |

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

**THIS WILL ACKNOWLEDGE RECEIPT OF THE FOLLOWING ORIGINAL EXHIBITS:**

### GOVERNMENT

United States Courts
Southern District of Texas
FILED

OCT 2 7 2010

David J. Bradley, Clerk of Court

| Exhibit No. | Description |
|---|---|
| 46 | photos admitted 3/8/04 |
| 49 | photos admitted 3/8/04 |
| 53 | photos admitted 3/8/04 |
| 67-106 | photos admitted 3/1/04 |

DATE:    October 27, 2010      RECEIVED BY: _____
Patti Hubert Booth, AUSA

ACKNOWLEDGED BY: _____
Sondra Scotch, Deputy Clerk