UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS | § | |
| Petitioner, | § | |
| | § | CIVIL NO. C-07-223 |
| v. | § | CRIMINAL NO. C-02-216 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## GOVERNMENT'S AMENDED CERTIFICATE OF CONSULTATION

COMES NOW, the United States of America, through José Angel Moreno, United States

Attorney and Elsa Salinas, Assistant United States Attorney for the Southern District of Texas,

and notifies the Court that a consultation has taken place between the government and defense

counsel Mr. Michael Wiseman as to Government's Second Motion to Withdraw Trial Exhibits.

Mr. Wiseman has no objection to this motion.

Respectfully submitted,

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By:    s/ Elsa Salinas
ELSA SALINAS
Assistant United States Attorney
Federal I.D. No. 22489
Texas Bar I.D. No. 00791593
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
(361) 888-3111

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this notice on Mr. Wiseman on

this 27th day of October, 2010, via the ecf filing system on this 27th day of October, 2010.


 s/ Elsa Salinas

ELSA SALINAS

Assistant United States Attorney