UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

ALFRED BOURGEOIS                         §
    Petitioner,                          §
                                §   CIVIL NO. C-07-223
       v.                               §   CRIMINAL NO. C-02-216
                                §
UNITED STATES OF AMERICA,                 §
    Respondent.                          §

**ORDER**

Pursuant to the government's amended second motion to obtain copies of certain trial exhibits for the limited purpose of holding depositions in the above referenced case, the Court ORDERS that the District Clerk release to the government the following Government Trial Exhibits:

Exhibits: 35, 125-149, 375, 376, 388 and 391.

Further, the government is hereby ORDERED to return the original trial exhibits to the Court after they are copied.

SIGNED on this _____ day of October, 2010.


                                     _____
                                     JANIS GRAHAM JACK
                                     UNITED STATES DISTRICT JUDGE