**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| UNITED STATES OF AMERICA | }{ | | |
|---|---|---|---|
| VS. | }{ | CASE | CR-C- 02-216  (1) |
| ALFRED BOURGEOIS | }{ | | |

**RECEIPT FOR** ~~WITHDRAWAL~~ Return **OF EXHIBITS**

**THIS WILL ACKNOWLEDGE RECEIPT OF THE FOLLOWING ORIGINAL EXHIBITS:**

**GOVERNMENT**

| Exhibit No. | Description |
|---|---|
| 46 | photos admitted 3/8/04 |
| 49 | photos admitted 3/8/04 |
| 53 | photos admitted 3/8/04 |
| 67-106 | photos admitted 3/1/04 |

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 2 7 2010

David J. Bradley, Clerk of Court

DATE:   October 27, 2010          RECEIVED BY:_____
                                          Sondra Scotch, Deputy Clerk


ACKNOWLEDGED BY:_____
                            Patti Hubert Booth, AUSA