# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA          }{

VS.                               }{        CASE   CR-C- 02-216  (1)

ALFRED BOURGEOIS                  }{

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

THIS WILL ACKNOWLEDGE RECEIPT OF THE FOLLOWING ORIGINAL EXHIBITS:

GOVERNMENT

| Exhibit No. | Description |
|---|---|
| 35 | photo admitted 3/8/04 |
| 125-145 | photos admitted 3/1/04 |
| 146 | not admitted |
| 147-148 | photos admitted 3/8/10 |
| 149 | not admitted |
| 375-376 | photos admitted 3/5/04 |
| 388 | photo admitted 3/22/04 |
| 391 | photo admitted 3/22/04 |

United States Courts
Southern District of Texas
FILED

OCT 2 8 2010

David J. Bradley, Clerk of Court

DATE:   October 28, 2010          RECEIVED BY: _____
                                              Debbie Hohle

                                  ACKNOWLEDGED BY: _____
                                              Sondra Scotch, Deputy Clerk