# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA    }{
VS.    }{    CASE    CR-C- 02-216  (1)
ALFRED BOURGEOIS    }{

## RECEIPT FOR RETURN OF EXHIBITS

**THIS WILL ACKNOWLEDGE RECEIPT OF THE FOLLOWING ORIGINAL EXHIBITS:**

## GOVERNMENT

| Exhibit No. | Description |
|---|---|
| 35 | photo admitted 3/8/04 |
| 125-145 | photos admitted 3/1/04 |
| 146 | not admitted |
| 147-148 | photos admitted 3/8/10 |
| 149 | not admitted |
| 375-376 | photos admitted 3/5/04 |
| 388 | photo admitted 3/22/04 |
| 391 | photo admitted 3/22/04 |

United States Courts
Southern District of Texas
FILED

OCT 2 8 2010

David J. Bradley, Clerk of Court

DATE:    October 28, 2010    RECEIVED BY: _____
Sondra Scotch, Deputy Clerk

ACKNOWLEDGED BY: _____
Debbie Hohle