UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____  :

UNITED STATES OF AMERICA,          :          No. Cr-C-02-216
                                   :          No. Cv-07-223
          Respondent,             :     Honorable Janis Graham Jack
                                   :          U.S.D.J.
          -against-               :
                                   :     Electronically Filed
ALFRED BOURGEOIS,                 :
                                   :
          Petitioner.             :
_____  :

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that on the 10th day of November, 2010 Petitioner will take the Deposition by Oral Testimony of Dr. J. Randall Price in the above captioned matter, starting at 10:00 a.m. until concluded at the following location:

Esquire Deposition Solutions
Suite 1305, Four Houston Center
1221 Lamar Street
Houston, TX 77010
Phone No. (713) 524-4600

Said deposition will be video recorded and transcribed.

/s/ Michael Wiseman

_____
Michael Wiseman

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 2nd day of November, 2010, I served the foregoing on the following persons by ECF Filing and email:

Tony Roberts, Esq.
Mark Dowd, Esq.
Patti Booth, Esq.
Office of the United States Attorney

/s/ Michael Wiseman

_____

Michael Wiseman