UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____            :

UNITED STATES OF AMERICA,            :            No. Cr-C-02-216
                                                             :            No. Cv-07-223
                            Respondent,            :            Honorable Janis Graham Jack,
                                                             :            U.S.D.J.

            -against-                                  :
                                                             :
ALFRED BOURGEOIS,                        :            Electronically Filed
                                                             :
            Petitioner.                                :
_____            :

**Notice of Compliance**

Petitioner, through counsel, files this Notice of Compliance and states that he conducted the following trial depositions:

1.            On October 28, 2010 William R. Oliver, M.D. and Manfred Schenk were deposed.

2.            On November 10, 2010 J. Randal Price, Ph.D. was deposed.

Petitioner will file the transcripts and videotape of these depositions immediately upon receipt.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Victor Abreu
Elizabeth Larin
James McHugh
Federal Community Defender
Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
Philadelphia, PA 19106
Counsel for Petitioner
Alfred Bourgeois

Dated:       Philadelphia, PA
             November 15, 2010

### Certificate of Service

I, Michael Wiseman, hereby certify that on this 15th day of November, 2010 I served the foregoing on the following person by ECF Filing:

Tony Roberts
Mark Dowd
Patti Booth
Elsa Salinas-Patterson

/s/ Michael Wiseman

_____
Michael Wiseman