UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____   :

UNITED STATES OF AMERICA,   :   No. Cr-C-02-216
  :   No. Cv-07-223
        Respondent,   :   Honorable Janis Graham Jack,
  :   U.S.D.J.
  -against-   :
  :
ALFRED BOURGEOIS,   :   Electronically Filed
  :
        Petitioner.   :
_____   :

**PETITIONER'S UNOPPOSED MOTION TO
ADMIT HEARING EXHIBIT**

COMES NOW, Petitioner, ALFRED BOURGEOIS, by and through undersigned counsel, and respectfully moves, unopposed, for admission of a previously marked hearing exhibit. In support of this motion, Petitioner states as follows:

1. Pending before the Court is Petitioner's *Motion for Relief Pursuant to 28 U.S.C. Section 2255*. This Court heard evidence on September 10 and 20-24, 2010.

2. On August 19, 2010, the Government provided Petitioner with three manuals containing FBI Lab serology protocols. During the evidentiary hearing, Petitioner marked for identification, referred to, quoted and/or cited two (2002 and 2009) of the FBI manuals. Tr. 9/24/10, 48-50, 65-66, 68-72, 83-85. The manuals are

collectively marked as Petitioner's hearing exhibit 180 (P-180).  Petitioner, however, neglected to formally move the manuals into the record at the close of testimony. Accordingly, Petitioner respectfully requests that the Court admit P-180.

3.      Petitioner has contacted attorney for the Government, AUSA Mark Dowd, Esq., who, indicated that the government is NOT opposed to this request.

WHEREFORE, Petitioner respectfully requests that this Court grant this unopposed motion for admission of Petitioner's previously marked hearing exhibit, P-180.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Victor Abreu
Elizabeth Larin
James McHugh
Federal Community Defender
Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West, The Curtis Center
Philadelphia, PA 19106
Counsel for Petitioner
Alfred Bourgeois

Dated:      Philadelphia, PA
            November 15, 2010

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 15th day of November, 2010 I served the foregoing on the following person by ECF Filing:

Tony Roberts
Mark Dowd
Patti Booth
Elsa Salinas-Patterson

/s/ Michael Wiseman

_____

Michael Wiseman