

DR Elizabeth Rouse

June 2002 / Regional Med Examiner → Occured on Naval Air Station

Death at Aircraft → 28 June 02 1105 → Friday

ME in active Duty AS Mil → Per

BS - Biol → Va Tech →

Vet → (3 yrs at Vet)

USSH → Mil . → (license)

Res → Anath + Clin → 5 reg.

Fellowship → Sub Spec : Pathology (Study of Disease)

Forensic → 1yr → Civilian

Bear Cty →

Staff Path → - Wilford - add duties → Autopsy → 1 yr.

Now - Maryland - Rockville → July 2002 to Present. -

Autopsy → 800 (30 children)

Boarded in auto →

Teacher → lecturer!

Academic or →

* What autopsies & Current duties → all Fed Jurisdiction!

why was your office to one and did the autopsy?

* If incident occured off Mil Base - NO Federal Jurisdiction!    *

Expert in field of Foren Path →

Perform Autopsy → Took your own photos!

TOO Long → Too Many Injuries

① What killed the child?    — Head Injury! →    Photos → Impact Injury

② Other Injuries    Subg Hem → Bruising    (10 Exposed Sights)    → Brain Swollen    all Recent past few days    P. 5

③ Sexual assault →    Prior Head Trauma → P 10    Bruise

Patrol Hen - NON-acci

multiple Impact

Clean

AB216_Page_00898