

**Standard Operating Procedures**
*DNA*
*Subject: P30 Identification*

*DRN: DNA-04-09*
*Version: 01*
*Page 1 of 3*

Uncontrolled Copy - Prepared for distribution
11/10/2010wy

## P30 IDENTIFICATION

### 1    Scope

The cells that line the ducts of the prostate make a protein known as p30 or prostate-specific antigen (PSA).  The protein is secreted into seminal fluid to a concentration of approximately 0.24-5.5 mg/mL.   p30 has been detected in non-prostatic sources such as normal and abnormal breast tissue, various breast fluids (milk, nipple aspirate, cyst fluid), amniotic fluid, and female serum.

p30 is considered to be a presumptive test for semen. The presence of p30 indicates, but does not confirm the presence of semen. Semen can only be confirmed by the presence of spermatozoa.

The ABAcard p30 test is a qualitative detection method specifically designed for forensic presumptive identification of semen.  Sample is added to a sample well where any detectable p30 present in the sample will bind with mobile p30 antibody.  The resultant mobile antigen-antibody complex migrates through an absorbent strip to an area where immobile p30 antibody is bound. The mobile antigen-antibody complex binds to the immobile antibody creating an antibody-antigen-antibody sandwich.  When the p30 concentration in the sample exceeds 4 ng/mL, pink dye particles become visible in the area of immobilized antibody.  The resultant pink band indicates a positive result.

### 2    Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Appropriate personal protective equipment must be worn during use. Clothing may protect unbroken skin; broken skin must be covered.

### 3    Related Documents

DNA-03-02 Physical Evidence Examination

DNA-04-07 Body Fluid Stain Extraction

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

LAB-DNA-05 p30\HemaTrace Testing Worksheet

LAB-DNA-10 ABAcard Reagent Quality Control Form

### 4    Equipment, Materials, and Reagents

*OneStep* ABAcard p30 test strips

$dIH_2O$

timer

### 5    Standards and Controls

The lot of ABAcard test devices must be quality control tested using a known semen sample and reagent blank ($dIH_2O$) prior to the first use of the lot.  An aliquot of the $dIH_2O$ used to quality control test the kit must be retained in the kit for use as extraction solution.

---

Uncontrolled Copy - Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
DNA
*Subject: P30 Identification*

DRN: DNA-04-09
Version: 01
Page 2 of 3

The examiner may choose to also run a substrate control extracted in the same manner as the suspected semen stain.

Each individual test card contains a control line "C". If the control line "C" does not appear, the test is invalid.

## 6 Procedure

1. Allow the sample(s) and control(s) to warm to room temperature if they have been refrigerated.

2. For each sample and control:

   a) *Perform DNA-04-07 Body Fluid Stain Extraction procedure.*

   b) *Unwrap an ABAcard device and dropper.*

   c) *Add 200 µL (8 drops with provided dropper) of sample to the sample well "S" of the device.*

   d) *Positive results may be called at any time within 10 minutes. Negative results may not be called without waiting a full 10 minutes.*

3. Samples that produce a negative result but that show strong positive acid phosphatase activity must be diluted 1:100 and re-tested.

## 7 Interpretation

The appearance of a pink line at the "C" (control) area is expected for all tests and must be present. Absence of the "C" line is an inconclusive result. The appearance of a pink line at the "T" (test) area is a positive result and indicates, but does not confirm the presence of semen. The p30 concentration in the applied solution is at least 4 ng/mL, equivalent to approximately a 1:1,000,000 dilution of semen. The absence of a pink line at the "T" area after 10 minutes is a negative result and indicates that semen is absent, below the detection threshold, or above the high dose threshold.

## 8 Records

The lot of ABAcard test devices and the quality control test results shall be recorded on the ABAcard Reagent Quality Control Form.

Evidence and test observations shall be recorded on the p30/HemaTrace Testing Worksheet, Biological Screening Worksheet, and as necessary, in data notes.

A photocopy or photograph of the test card device at the final reading may be prepared.

## 9 Literature and Supporting Documentation

Gaensslen RE. Sourcebook in Forensic Serology, Immunology, and Biochemistry. US Department of Justice, National Institute of Justice. 1983. Sections 10 and14.

Baechtel SF. Chapter 7. The identification and individualization of semen stains. Richard Saferstein, ed. Forensic Science Handbook, Volume 2. Prentice-hall, Inc. Englewood Cliffs, New Jersey. 1988. pp. 364-366.

 **Standard Operating Procedures**
*DNA*
*Subject: P30 Identification*

*DRN: DNA-04-09*
*Version: 01*
*Page 3 of 3*

Abacus Diagnostics. OneStep ABAcard p30 test for the forensic identification of semen. Product insert. 1999.

Benton KA, Donahue JA, and Valadez M, Jr. Analysis of the ABAcard OneStep PSA test for use in the forensic laboratory. Texas Department of Public Safety Crime Laboratory Service. 1998. Unpublished.

Ulutin HC and Pak Y Prostate specific antigen in the female body: Its role in breast cancer prognosis. Radiation Medicine. 2000. 18(5), pp. 273-276.

Yu H. Clinical implications of prostate-specific antigen in men and women. J Gender-Specific Medicine. 2000. 3(2), pp. 45-48, 53.

Diamandis EP and Yu H. Nonprostatic sources of prostate-specific antigen. Urological Clinics of North America. 1997. 24(2), pp. 275-282.

Uncontrolled Copy - Prepared for distribution 11/10/2010wy

Effective Date: 01/11/2010

Uncontrolled Printed Copy