

**METHODS MANUAL**

| Document No. | Revision No.: | Effective Date: | Page |
|---|---|---|---|
| MM II-G | 2 | 02/07/05 | 1 of 3 |

# SERATEC® CARD PROTOCOL

## 1  PURPOSE

The identification of seminal fluid (prostate specific antigen) in a stain extract using an immuno-assay technique.

## 2  METHOD

### 2.1  Introduction

Prostate specific antigen (PSA) or p30 is a glycoprotein found in human seminal fluid.  This protein is formed in the prostate and secreted into seminal fluid, although it has been reportedly found in elevated amounts in serum of some men,  possibly as an indication of prostatic cancer (Hochmeister, et al, 1999), in breast milk of lactating women (Yu and Diamandis, 1995) and as well in the amniotic fluids of women (Yu and Diamandis, 1995. There is no correlation apparent between number of sperm and  the level  of PSA found in seminal fluid, therefore PSA can be detected in semen of  a male with a low sperm count (oligospermatic), an azoospermatic male (no mature sperm in semen) or a male who has had a vasectomy.

The detection of PSA in semen can be done through various immunological based tests including crossover and rocket electrophoresis. The Seratec® PSA Test for the forensic identification of semen by Seratec Diagnostica® is a membrane immuno-assay that qualitatively detects PSA in semen. The principle of the test is the PSA will interact with a red colored gold labeled monoclonal anti-PSA-antibody (epitope 1) to form a mobile antigen antibody complex. The complex migrates down the membrane via capillary action and is captured by a second immobile monoclonal mouse anti-PSA-antibody (epitope 2). If there is sufficient PSA (> 2 ng PSA/ ml) in the test sample, then a red line forms where the immobile anti-PSA antibody is located ("T" area).

An internal control (an immobile polyclonal anti-mouse-antibody) detects the presence of unbound antibody-dye conjugates which form a red line in the control ("C") area.  An internal standard, also a polyclonal anti-mouse antibody, has an adjusted level of antibody which shows the color intensity of a result equivalent to 4 ng PSA/ml.  The presence of these two lines is independent of the presence of PSA in the test sample.

A positive test is indicated by the presence of three pink lines (at the test, the internal standard, and the control areas). A negative result is indicated by the presence two pink lines at the internal standard and the control areas. An inconclusive result is obtained if there is no line formed in the control area.  The test is time sensitive and the results should be read within 10 minutes.

| Document No. | Rev No.: | Title: | |
|---|---|---|---|
| MM II-G | 2 | Seratec® Card Protocol | Page 2 of 3 |

## 2.2 Procedure

Prepare stain extract as previously described in the SERI Methods Manual Section VII-C.

Add 125 µl of the extract to the test well of the Seratec® card. The test sample should be prepared according to results obtained with the acid phosphatase test.  If the acid phosphatase results are strong, the test sample should be diluted prior to being added  to the test well, but if the acid phosphatase results are weak or negative, the extract should be added directly to the test well.

Read the test results within 10 minutes. A positive result maybe seen immediately.

## 3  REAGENTS/ MATERIALS

Phosphate Buffered Saline (PBS), pH 7.4

Seratec® card

## 4  NOTES

## 4.1  Interpretation of Results



**Test Device**

Result Window — C  T — Line 3  Line 2  Line 1  Test Well

<u>Positive:</u>  Line 1 (result), Line 2 (internal standard),  and line 3 (control) are present.

<u>Negative:</u> Line 1 (result) does not appear, but Line 2 and Line 3 (control) is present.

<u>Note:</u>
Some negative results may be caused by:     1) prozone (see section 4.3)
2) too highly diluted sample

<u>Invalid:</u> If line 3 (control) does not show up, the test is invalid and should be repeated.

| Document No. | Rev No.: | Title: | | Page 3 of 3 |
|---|---|---|---|---|
| MM II-G | 2 | | Seratec® Card Protocol | |

-c-  Inconclusive: Due to the increase in sensitivity using the Seratec® seminal fluid (PSA) test, the analyst is advised to have a second positive test result before confirming seminal fluid is present in a stain extract (e.g., positive AP test, spermatozoa observed in the pellet, or a male profile present in the sperm DNA fraction). If the only positive test result obtained from the stain extract is the Seratec® PSA card, the conclusion for this situation would be "seminal fluid could not be confirmed".

## 4.2 Detection Limits

Lower: 2 ng PSA / ml (approximately 1/ 1 000 000 dilution of 3000 µg/ml of PSA*)

Upper: 500 µg PSA / ml

* 3000 µg /ml is used at SERI based on the philosophy that at least 97% of known neat semen samples fall below 3000 µg/ml and stains will also experience some loss due to drying and degradation.

## 4.3 Prozone (High Dose Hook Effect)

If the concentration of PSA is too high (> 500 ng PSA/ml), a false negative result may occur. If the sample has a very high amount of PSA, the PSA will not only bind to the mobile mouse anti-PSA antibody but it will also migrate down to the test area and bind with the immobile anti-PSA antibody. The bound PSA prevents the immobile antibody from capturing the labeled antibody-antigen complex. The result obtained appears as a negative result.

## 5  REFERENCES

Seratec® PSA Semiquant information insert. Seratec Diagnostica®.

Hochmeister, M. N., Budowle, B., Rudin, O., Gehrig, C., Borer, U., Thali, M., and Dirnhofer, R. "Evaluation of Prostate Specific Antigen (PSA) Membrane Test Assays for the Forensic Identification of Seminal Fluid." *J. Forensic Sci.* 1999: 44:1057-1060.

Yu H., Diamandis, E.P. "Prostate-Specific Antigen in Milk of Lactating Women." *Clin. Chem.* 1995: 41(1): 54-58.

Yu H., Diamandis, E.P. "Prostate-Specific Antigen Immunoreactivity in Amniotic Fluid." *Clin. Chem.* 1995: 41(2): 204-210.

| Supercedes Doc No.: | Rev No.: | Written by: | Revised by: | Approved by: | Date Approved: |
|---|---|---|---|---|---|
| MM II-G | 1 | Janet Hanniman | Gary Harmor | Brian Wraxall | 02/07/05 |