CR C-02-216

ALFRED BOURGEOIS
#9891-1079
P.O. Box 33
TERRE HAUTE, IN
** 11-2010 **

United States Courts
Southern District of Texas
FILED

NOV 15 2010

David J. Bradley, Clerk of Court

To: Honorable JUDGE JANIS GRAM JACK
UNITED STATES DISTRICT COURT
Suite 124
1133 NORTH Shoreline Boulevard
Corpus Christi, Tx 78401

11-2010

IMMEDIATE ATTENTION

Honorable; upto ATTENDING The EVIDENTiNRY HEARING from SEPTEMBER 20, 2010 To SEPTEMBER 24, 2010, MR. Bourgeois believes that I HAVE BEEN COMPLETELY CHEATED and SHORT-CHANGED BY THE MISREPRESENTATION AND SERVICES OF DEFENDER Association OF PHILADELPHIA COUNSELS OF RECORD. MR. BOURGEOIS am VERY HIGHLY DISTURBED, FRUSTRATED, UPSET, and IMPORTANTLY VERY DISAPPOINTED that COUNSELS OF RECORD HAS BEEN INVOLVED IN THIS CASE SINCE SEPTEMBER 2001 upto ARRIVING THE EVIDENTIARY HEARING to observe NUMEROUS UN-PROFESSIONAL MISTAKES AND WRONGS such as NUMEROUS TWISTS AND TURNS CONTRADICTED PETITIONERS BRIEF WHERE COUNSEL'S OF RECORD FAILED TO MEET Obligations AND EXPECTATIONS IN THE BEST INTEREST OF THEIR CLIENT. MR BOURGEOIS has been very Restless AND UN-PERCEIVED and ASK THAT COUNSEL'S OF RECORD BE TERMINATED, DISMISS, OR RELEASE FROM FURTHER DUTIES ON Alfred BOURGEOIS CASE FOR INEFFECTIVE COUNSEL'S OF RECORD.

PAGE 2

11.2010 <u>REASONS FOR RELEASE OF DUTIES</u>

(1) COUNSEL'S WERE POORLY UN-PREPARED by NUMEROUS SUBPOENAS going to Jailhouse Informant's were all sent to BAD ADDRESSES IS Just DISTURBING And, VERY SUSPICIOUS, due to the IMPORTANCE OF Brady Claims AS outlined IN PETITIONERS BRIEF whereas MR. BOURGEOIS HAD NO CONTROL OF AND IS NO FAULT OF PETITIONER, COUNSEL'S OF RECORD WERE INEFFECTIVE.

(2.) <u>LACK OF MIS-TRUST</u>
MR. BOURGEOIS OBSERVED that COUNSELS OF RECORD took FALSE STATEMENT'S OF A FAMILY MEMBER whom WROTE THE GOVERNMENT IN RESPOND TO STATEMENT'S Lloyd FERINAND, JR did NOT say, JUDGE JACK so that you know many WITNESSES ARMS ARE BEING TWISTED TO Bolster Up A Mental CLAIM that MR. Bourgeois CARE LESS about with NUMEROUS SERIOUS LEGAL ISSUES ARE BEING OVERlooked TO BOLSTER A MENTAL CLAIM whereas COUNSELS OF RECORD ARE PLACING THEIR OWN BEST INTEREST INSTEAD of THEIR CLIENT WITH My LIFE AT STAKE. MANY WITNESSES are being dragged Into COURT whereas MR. BOURGEOIS HAS NO IDEA what they're going to TESTIFY About and SEVERAL I had no IDEA they WERE TESTIFYING because MR. BOURGEOIS have been BANNED from REVIEWING THEIR STATEMENT'S and SEVERAL I Completely DISappproue and had any Knowlege about what they WERE TESTYING about by NO MEANS whatsoever IS Just DISturbing, all this for A MENTAL RETARDATION Claim.

# PAGE 3

TERMINATE AND DISMISSAL OF SERVICE
To: HONORABLE JUDGE JACK

(3) MR. BOURGEOIS CANNOT have an EFFECTIVE APPEAL'S IF COUNSEL'S OF RECORD ARE COMPLETELY BANNING THEIR CLIENT FROM REVIEWING INVESTIGATIVE REPORTS OF DEFENDANT OWN WITNESSES BEFORE bringing these people to COURT. I AM BEING VIOLATED TO EFFECTIVE COUNSEL'S which IS OUR CONSTITUTIONAL AND VIOLATES MR. BOURGEOIS SIX AMENDMENT RIGHTS. SEVERAL WITNESSES have already TESTIFIED That MR. BOURGEOIS DIS. approve OF because OF CRIMINAL HISTORY and OTHERS REALLY don't KNOW MR. BOURGEOIS AS WELL as already HAVE BEEN described, I WILL NOT TOLERATE this all for a MENTAL Retardation CLAIM I CARE LESS ABOUT, for Example BEVERLY FRANK DOES NOT KNOW MR. BOURGEOIS BY NO MEANS, and I TOLD COUNSEL'S OF RECORD this Long before THEY USED HER, I FEEL AS MR. BOURGEOIS HAS NO VOICE IN THE BAD DECISIONS AND VERY POOR JUDGEMENT'S BEING MADE and HAVE ALREADY BEEN MADE IN REFERENCE TO MY LIFE AT STAKE.

(B)
CLAUDIA WILLIAMS and I DID not GREW up as close as she described and BY NO MEANS HELPED MR. BOURGLOIS with HOME WORK OF NO-KIND, though she's my sister she and I BY NO MEANS ARE CLOSE and did not grow up IN THE SAME house until my TEEN age years, I WILL NOT TOLERATE this...

<u>Page 3b</u>

HONORABLE JUDGE JACK, Just so you know as I SAID on the VIDEO-CAM with DR. PRICE IN April 2010, MR. BOURGEOIS was Closer to Lloyd FERINAND JR, and my Baby Sister MICHELLE WARREN, by no means I will Support Bevely FRANK Testimony, she Do not know MR, BOURGEOIS. I DO NOT Support Claudia WILLIams Testimony By NO MEANS, for WE WERE NEVER close, WE grew up IN Two DIFFERENT Places And Again MR. BOURGEOIS DO Not Support Carl HENRY Testimony By NO Means, NO-ONE Comforted MR. BOURGEOIS about any of these WITNESSES. JUDGE JACK AS for MR. KERRY Brown I also DO NOT Support HIS TESTimony By NO MEANS, again A Lot of ARMS have BEEN TWISTED all for A MENTAL Claim and MR. BOURGEOIS will not and cannot Support Any OF This, and I DISAPPROVE OF Each OF THESE TESTimony for SERIOUS REASONS, NO-ONE from my DEFENSE Team confronted MR. BOURGEOIS about any of what these foresaid people were gonna say, AlFRED BOURGEOIS was not and have not REVIEWED these INVESTIgation REPORTS and DID NOT HAVE Any Knowlege On and Upon The Day all Four Testified, again I CANNOL TOLERATE any of this Just for A MENTAL CLAim that MR, BOURGEOIS CARE-Less About with my LIFE AT Stake and many more SERIOUS LEGAL Issues Un-Resolved, If COUNSEL'S OF RECORD spend more TIME On SERIOUS LEGAL ISSUES as they DID with A MENTAL Claim would be a more Successful APPEALS, they're INEFFECTIVE.

<u>PAGE 4</u>

TO: HONORABLE JACK.

(4.)
COUNSEL'S OF RECORD ARE NOT BY NO MEANS PLACING MR. BOURGEOIS BEST OF INTEREST by placing A MENTAL Retardation CLAIM OVER SO MUCH AT STAKE with MR. BOURGEOIS LIFE. COUNSEL'S OF RECORD DO NOT HAVE MR. BOURGEOIS APPROVAL IN USING Such WITNESSES As BEVERLY FRANK who I only KNEW at 5 YEAR old when I LIVED with her GRAND- mother IN 1969. IN 1971 I was 7 YEAR old and did not SEEN BEVERLY Frank again until I MARRIED RObin Bourgeois IN 1995, as for Claudia Williams and I have NEVER EVER gotten close as small children and other REASONS to shame to talk about, but this why I'm so DISappointed, FRustrated, and Upset Judge JACK BECAUSE VERY POOR Judgement's as well as BAD DECISIONS are Completely BEIng Made and MR. Bourgeois am the ONE gonna get blame when things Blow Up, I SEE this coming as with Trial COUNSEL John Gilmore have already TESTIFIED PER Hearing I told Him to use CARI HENRY In my Punishing Phase, I DISapprove CARI HENRy then, I MR. Bourgeois DISapprove EVEN upto this Day because I Know CARI HENRy background as A CONVICTED Felony of INSURANCE FRAUD so when these Counsel's do not let their CLIENT REVIEW INvestigative Reports nor allow their CLIENT have A VOICE before making VERY POOR BAD Judgement's then Alfred Bourgeois gets all the Blame, well HE TOLD me when I DISapprove; and will not TOLERATE this any longer fighting for my LIFE AT STAKE. COUNSEL'S OF RECORD ARE INEFFECTIVE IN this APPEAL PROCESS. . . .

11-2010 <u>TERMINATE</u> and <u>DISMISSAL OF SERVICES</u>

To: HONORABLE JUDGE JACK

(5) FOR Example as with another Witness that MR. BOURGEOIS DISappproved from Day ONE. <u>Claudia Williams</u>. Is AlfreD Bourgeois sister only by Blood of my Abusive Mom Earline Bourgeois. As A child Claudia and MR. Bourgeois had a very Enstranged Relationship. As she broke down crying PER EvidenTiary Hearing about how my mom cut off the edge of AlfreD Bourgeois finger and also the Bloody Baths but what Claudia failed to say Is she was so DECeitful as a child where as she would only come by my mom only on the weekends, she would get Into mIs-deceptive behavior where she gets Into Trouble and put the blame on Alfred which also contributed to this Physical abuse then take off for the full week. Claudia Ferinand and I by no means are close and even as a grown Lady we have had many Disputes over Money she borrowed from MR. Bourgeois then when it's time to pay back she picks a fight and another Shameful situation she and I are at each other Throats because I Disapprove of which caused serious Friction with other Family Members, but I Disapprove of Claudia Williams Testimony all together because we are not and never will be close by and from Un-Reliable circumstances to this case by all means and the situation we both have Friction about goes Far beyond the Alfred Bourgeois case, It's a "Personal Family Dyfunction and serious Dispute Un-Resolved BY All Means." Claudia has never lived with Miss Mary in the years MR. Bourgeois lived there at age 5 IN 1969 until her Death in 1981 when MR. Bourgeois was 17 years old, If my sister can't use you for her Benefit, then you are her worst Night-mare. WeR Not close at all.

Case 2:02-cr-00216   Document 608   Filed 11/15/10 in TXSD   Page 7 of 7



NAME: Alfred Bourgeois

LEG# _____

FEDERAL TRANSFER CENTER

P.O. BOX 898801

OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 731

Legal Mail

Honorable John D.
United States District
Suite 124
1133 North Shoreline Boulevard
Corpus Christi Tx  78401