UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____          :

UNITED STATES OF AMERICA,          :          No. Cr-C-02-216
                                   :          No. Cv-07-223
                    Respondent,    :          Honorable Janis Graham Jack
                                   :          U.S.D.J.
          -against-               :
                                   :          Electronically Filed
ALFRED BOURGEOIS,                 :
                                   :
              Petitioner.         :
_____          :

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Alfred Bourgeois, through counsel, hereby files

the trial depositions of William Russell Oliver, M.D. and Manfred Schenk, each taken

on October 28, 2010.   These transcripts were received in counsel's office on

November 16, 2010.[1]

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Counsel for Petitioner

Dated:       November 17, 20
             Philadelphia, PA

_____

[1]Counsel also received videotapes of each deposition.  He is inquiring of the
Court's deputy as to the best manner in which to accomplish filing of the tapes.

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 17th day of November, 2010, I served the foregoing on the following persons by ECF filing:

Tony Roberts
Patti Booth
Mark Dowd
Elsa Salinas-Patterson
Counsel for the Government

/s/    Michael Wiseman

_____
Michael Wiseman