184256 eb

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA *
        Respondent, *
against           * No. Cr-C-02-216
                * No. Cv-07-223
ALFRED BOURGEOIS   *
        Petitioner. *


VIDEOTAPED DEPOSITION OF
MANFRED SCHENK

UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
DEPOSITION WILL BE IN THE CUSTODY OF:
James McHugh, Esquire
Federal Community Defender Office
For the Eastern District of Pennsylvania
Defender Association of Philadelphia
601 Walnut Street, Suite 540 West, Curtis Building
Philadelphia, PA  19106


Date                Edith A. Boggs, CSR


10-28-10           HOUSTON, TEXAS


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

DEPOSITION OF MANFRED SCHENK


     DEPOSITION AND ANSWERS of MANFRED SCHENK, taken before Edith A. Boggs, a certified shorthand reporter in Harris County for the State of Texas, taken at the offices of Esquire Deposition Solutions, 1221 Lamar Street, Suite 1305, Houston, Texas, on the 28th day of October, 2010, between the hours of 10:11 a.m. and 11:19 a.m.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

A P P E A R A N C E S

ATTORNEY FOR PETITIONER:
    Federal Community Defender Office
    For the Eastern District of Pennsylvania
    Defender Association of Philadelphia
    601 Walnut Street
    Suite 540 West, Curtis Building
    Philadelphia, PA   19106

    BY:  JAMES MCHUGH, ESQUIRE

ATTORNEYS FOR RESPONDENT:
    U.S. Department of Justice
    United States Attorney's Office
    919 Milam, Suite 1500
    P.O. Box 61129 (77208-1129)
    Houston, Texas   77002
    BY:  TONY R. ROBERTS, ESQUIRE
    AND MARK M. DOWD, ESQUIRE

    AND

    U.S. Department of Justice
    United States Attorney's Office
    800 North Shoreline, Suite 500
    Corpus Christi, Texas   78401
    BY:  PATTI BOOTH, ESQUIRE
    AND ELSA SALINAS, ESQUIRE

ALSO PRESENT:

    Ms. Kathrin Hennig
    Mr. Sean Pieternelle, Videographer
    Dr. William Oliver

REPORTED BY:
    Ms. Edith A. Boggs



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

EXAMINATION INDEX

QUESTIONS BY                              PAGE

Mr. McHugh                                 5

Mr. Roberts                             10

Mr. McHugh                                 18

Mr. Roberts                             33

Mr. McHugh                                 43

INDEX OF EXHIBITS

NO.     MARKED     DESCRIPTION

P-97    5         CV of Manfred Schenk

P-142   19       Letter dated 5-11-07 from Cherry Biometrics to James McHugh

P-157   27       (Also marked as 100)   Photograph

P-181   28       Image Enhancement Protocol of William R. Oliver, MD, Armed Forces Institute of Pathology



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

PROCEEDINGS

THE VIDEOGRAPHER:  Today's date is October 28th, 2010.  The time is approximately 10:22 (sic).  We are now on the record.

MANFRED SCHENK

was called as a witness and, being first duly sworn by the notary, testified as follows:

EXAMINATION

Q.  (BY MR. MCHUGH)  Can you state your name for the record.

A.  Manfred Schenk.

Q.  Mr. Schenk, I'm showing you what has been previously marked as P-97, and is that a copy of your resume or curriculum vitae?

A.  It is.

Q.  Okay.  I wanted to go over some background information with you.  Can you describe for us your educational background?

A.  I have an associate degree in engineering, electrical -- chemical engineering -- excuse me -- and a bachelor's degree in mathematics from the University of -- State University of New Jersey in Rutgers and a master's degree in mathematics from the University of Michigan.

Q.  Okay.  And can you describe for us your


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

employment history?

A.   Yes.   I -- I started out in -- at -- at IBM working on -- I mean, on various types of computer systems, specifically in the area of business analysis, bond analysis and also demand deposit accounting.

Q.   Okay.

A.   From there, I went on to do consulting work for various organizations, including NASA and ITT and the United States Navy and those kinds of organizations.

Q.   Okay.   And with the United States Navy, can you just give us a flavor of what you were doing with the United States Navy?

A.   Yes.   I was working on -- on several different projects.   One of them was electronic countermeasures. And so, what we were trying to do is -- is to prevent missiles from destroying our ships.

So, we developed electronic countermeasures in order to steer a missile off course such that it wouldn't hit a ship.   So, that was one particular project.

Another project was I was working on cryptographic communication systems for the Tritan submarine.

And then a third project was working on electro optic equipment where we were attempting to, again, see


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

missiles coming toward us, et cetera, et cetera, but using the electro optic spectrum rather than -- rather than radar and doing electronic countermeasures.  So, this was a passive electro optic system that we were developing.

Q.  Okay.  Did you also do some work for NASA?

A.  I did, yes.  I worked on the lunar landing project.  Specifically my work there was involved in lunar landing radar, and we were determining the distance of the land module as it descended onto the moon's surface.

Q.  And did you work on more than one lunar landing or do you know what missions?

A.  Well, as far as I know, my software participated in all of them, and there were a total of six lunar landing missions that actually landed on the moon.

Q.  Okay.  Now, how are you presently employed?

A.  I'm working with -- in -- in the capacity of a senior scientist with Cherry Biometrics.

Q.  And in the course of your employment with Cherry Biometrics, have you been involved with the creation and analysis of digital imaging systems?

A.  I have, right.  Cherry Biometrics or in that -- on that particular occasion, the name was a little bit different, called DSP.  They were a subcontractor to IBM



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

8

and Sony and various other organizations that had -- but mainly IBM -- that had banded together in order to develop a system called Image Plus.

And what it was was the digitization of -- well, of many, many things but today we're discussing pictures.  So, it was the digitization of pictures and the storage of those particular pictures in rather large computer depositories for -- for -- for -- to index that information and also to have the ability in order to retrieve that information.

Q.   Okay.  And the -- the Image Plus, was it also used or you partnered with police departments?

A.   Yes, indeed.  It was used in various police departments to -- to collect mugshots and combine it with textural information and combine it with fingerprints and everything that's associated in a police department environment.

Q.   Okay.  And so, those would be items of data that could be relied upon in a forensic setting, is that fair to say, a courtroom setting?

A.   Of course, yes.

Q.   Have you also researched and helped design issues concerning ultrasounds?

A.   Indeed, I have.  For Riverside Research, our mission was -- they had successfully been able to use



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

ultrasound and ultrasound signatures in order to characterize cancerous tissue, neoplasm.

And we attempted -- in order to extend that particular research they had -- had been successful in as far as the human eye is concerned, and we attempted to further that into the area of prostate cancer.

Q.   Okay.

A.   So --

Q.   And you are presently employed today as a senior scientist with Cherry Biometrics; is that correct?

A.   I am, yes.

Q.   Okay.  I wanted to just go over some of your professional memberships.  Are you a member of the International Association of Pattern Recognition?

A.   I am.

Q.   Okay.  And how about the -- are you a member of the Institute for Electrical and Electronic Engineers?

A.   I am.

Q.   Okay.  And were you -- are you a member of the Association of Imaging and Information Management?

A.   I'm not at the moment.  I was for a number of years when we -- when I was involved with Cherry Biometrics doing the digital imaging repositories, et cetera, et cetera.

Q.   So, you were a member of that --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

A.  Yes.

Q.  -- that association?

And how about the National Institute of Standards and Technology?

A.  Yes, I'm a voting member there, and the -- the idea is in order to develop standards which, you know, are used throughout the world in regards to the biometric characteristics associated with identifying people.

MR. MCHUGH:  Okay.  Tony, do you want to do some examination now or --

MR. ROBERTS:  Yes, I would.  Thank you.

MR. MCHUGH:  Okay.  I'm going to offer Mr. Schenk as an expert in the area of digital imaging and digital images.

MR. ROBERTS:  Digital imaging and digital images?

MR. MCHUGH:  Yes.

MR. ROBERTS:  As an expert.

EXAMINATION

Q.  (BY MR. ROBERTS)  Mr. Schenk, if I understand right, I'm looking at your -- your CV, and listening to your -- your testimony, you have no medical training, do you?

A.  No, I do not.



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

Q.  You have no -- as such, you, obviously, wouldn't be able to give us a medical diagnosis on an injury, would you?

A.  No, I cannot.

Q.  You wouldn't be able to give us a medical conclusion as to whether something on an image was actual -- actually an injury or a cut or a bruise, would you, a medical diagnosis?

A.  No, I cannot.

Q.  What is your understanding of Dr. Oliver's testimony and why he relied on the images that he did?  What is your understanding?

MR. MCHUGH:  Well, I'm going to object if it's not going to --

MR. ROBERTS:  It has relevance with regard to whether he's an expert and the image enhancement aspect.

Q.  (BY MR. ROBERTS)  So, I'm just wondering what your understanding is of why Dr. Oliver was relying on these images?

A.  The impression that I had was that Dr. Oliver is taking the images and he's attempting to extract more information from those images than is -- than there is in the original images, and the idea that -- that AIM and the ISO communities associated with image processing


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

12

is that you attempt to preserve as much of the image as possibly preservable and be able to digitize it and store it and be able to retrieve it as faithfully as possible.

Q.  So, if -- would -- in your opinion -- well, let me ask you this:  On -- on your biometrics, I understand -- I was trying to follow what you said a moment ago.  Your -- your role in biometrics, can you repeat that?  Tell me exactly what it is you do with regard to biometrics at this point.

A.  We are attempting to categorize for that matter my -- on my association with NIST and biometrics is that attempting to develop standards or have developed standards in regards to how to identify people and -- and what particular characteristics or images and how they should be formulated and stored in -- in -- in computers in order to be able to --

Q.  So, it's a storage process, it's not an image enhancement process?

A.  That is correct.  It is -- it is -- it is the processing that is associated and involved with the storage and retrieval of -- well, in this case, pictures.

Q.  Okay.  And your research and design with regard to ultrasounds, did -- how did that involve digital --


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                          October 28, 2010

digital imaging and digital enhancements?  Did it?

A.  Well, it involved the -- what I call the characterization, that is to say, normal -- normal tissue has a particular ultrasound signature.  A cancerous tissue has a slightly different --

Q.  But, again, you're not a medical person, so, are you giving us a medical diagnosis of what these -- what these bodily features are?

A.  I'm giving you what the image signature characteristics are using ultrasound equipment in regards to different tissues.

Q.  Okay.  That doesn't deal with digital enhancement, does it?

A.  It doesn't enhance.  It characterizes.  It describes what the differences are.

Q.  How about your expertise in NASA?  That's very impressive with you working on the lunar landings.  I just don't understand how that involves digital imaging and enhancing of images.

A.  Well, radars, you know, can be considered images. You know, we have different types of radars, which ultimately lead to images but in the NASA case, my little contribution there, we were just attempting to measure distances, et cetera, et cetera.  So --

Q.  What -- and you were a consultant for NASA and a


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

consultant for the Navy.  What exactly were you -- was your role?  Did they ask you information or did they give you actual images and ask you to assess whether or not they retained or lost information in their images?

A.  My function in those environments was the development of computer software equipment -- excuse me -- of software development, whatever.  So, I wrote computer programs.

Q.  Computer programs.  On your -- when you were -- in -- in some of your past experience, you were dealing with image storage.  Did you ever analyze those images?

A.  We analyzed them in order to make sure that they were faithful.

Q.  When you said "we," I'm asking really about you.  Did you actually analyze photographs?

A.  Yes, I analyzed photographs.

Q.  And how much of your time was spent analyzing the photographs that you were storing?

A.  Probably not that much.

Q.  Can you give us a percentage?  3 percent?  5 percent?

A.  Perhaps 5 -- perhaps 5 percent, yes.

Q.  Okay.  So, most of your time was -- dealt with, again, the programming and the storage of images and not the analysis?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

A.  That is correct.  Yes.

Q.  I -- I notice that you said you were part of the International Association of Pattern Recognition.  I have a document I want to ask you about.

MR. ROBERTS:  I have a copy for you.

MR. MCHUGH:  Thank you.

Q.  (BY MR. ROBERTS)  I just actually went to the International Association of Pattern Recognition.  I was kind of curious.  This is a print-off of one of their first pages.  It's an overview.  And I'm going to ask you to look at the introduction, purpose and technical committees that's listed there and ask -- and ask you if that looks accurate to you?

MR. ROBERTS:  I'll mark that for the purposes of this hearing.  And I have no idea what number we're up to.

Q.  (BY MR. ROBERTS)  Does that look accurate to you?

A.  Sounds good to me.

Q.  So, it's a nonprofit, scientific and professional organization.  I'm sorry.  The International Association for Pattern Recognition, which is what you told us you were a part of, you're a member of it?

A.  I'm a member of it, that's all.

Q.  And this states that it is an international association of nonprofit scientific and professional



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

organizations --

MR. MCHUGH:  It's "or professional."

MR. ROBERTS:  That's what I said, "or professional."

MR. MCHUGH:  You said "at."

Q.  (BY MR. ROBERTS)  "Or professional organizations."  There's a parenthetical there that says, "Being national, multinational, or international in scope," parenthetical end, "concerned with pattern recognition, computer vision and image processing in a broad sense."  That's the first line there.  What my question is is that organization -- is one of the -- one of the functions or points of this organization to address fingerprint identity?

A.  Yes, it is.  It can be.

Q.  Is that -- is that how it got its genesis?

A.  I wouldn't think so.  I would think it would be much, much broader than that.  As you indicated, you have various committees that are in a -- that are in a quite diverse field.

Q.  Okay.  And do people that are members of this often go out and testify with regard to image enhancements?

A.  I do not know that.

Q.  You don't know that.  Do you -- do you know why



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

when I -- when someone clicks on the link that says officers and members directory, why your name doesn't appear?

A.  Because I'm not an officer.  I'm a member.

Q.  It says officers and members directory.  Would you expect your name to be in there if someone clicked on that?

A.  I am a member.

Q.  Okay.  So, it would surprise you to find out that if someone clicked on that, your name is not listed in there?

A.  It would surprise me, yes.

Q.  A minute ago you mentioned about your experience in accurately preserving digital photographs.  What my question was is -- is was your focus on -- on making sure that they were accurately preserved more than your focus being on whether they were -- whether they had lost data or whether they had been distorted in their preservation?

A.  The focus was both.  Obviously, you don't want to lose any data, and so, therefore, the focus is on -- on the preserving.

Q.  In your role, have you -- have you done contrast enhancements as part of your analysis?

A.  I have not.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Q.   You have not?

A.   No.

Q.   Okay.

MR. ROBERTS:   I'm going to object to him being an expert in digital imaging and images.  We don't have a judge here to decide.  You can, obviously, proceed forward, and I'll just ask that -- that the record reflect our objection.

MR. MCHUGH:   Sure.

MR. ROBERTS:   And we'd ask the judge to -- we'd ask Judge Jack to render an opinion as to whether or not he's an expert.  He can still testify about his own personal information if it was useful to the judge. So, we'll just proceed at this point.

MR. MCHUGH:   Okay.

FURTHER EXAMINATION

Q.   (BY MR. MCHUGH)  Mr. Schenk, are all the opinions you're going to give here today given to a reasonable degree of scientific certainty?

A.   Yes.

Q.   Okay.  Did our office retain you or Cherry Biometrics in the matter of United States versus Alfred Bourgeois?

A.   Yes.

Q.   Okay.  And did we provide you with various



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile:  210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

materials to review as a result of your office being

retained?

    A.  You did.

    Q.  And did this material include copies of 35

millimeter photographs?

    A.  Yes.

    Q.  And unenhanced digital images?

    A.  Yes.

    Q.  As well as enhanced digital images; is that

right?

    A.  Yes.

    Q.  And we're talking about the images that were

enhanced by Dr. Oliver; is that correct?

    A.  Yes.

    Q.  Okay.  And did you and Mr. Cherry prepare a

report after you analyzed the materials that you had?

    A.  We did.

    Q.  Okay.  And I'm going to show you what has been

marked as -- previously marked as P-142, and if you

could just identify that for the record.

    A.  Yes, that is the report that Mr. Cherry and I

prepared.

    Q.  Okay.  Let me just put that here.  Now, I want to

ask you some substantive questions about the analysis

that you performed.  When 35 millimeter photographs are



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

20

scanned, is it possible to lose detail and accuracy of those photographs?

A.   Well, in the process of digitization of anything, the possibility exists that, in fact, you will -- that you will lose some information.  So, just in the process of converting of something from one format to -- to another -- another, the possibility exists of loss of -- loss of -- of information.

Q.   And can you just explain to us briefly why there's that possibility that things could -- that detail and accuracy can be lost?

A.   Well, in the process of -- of scanning in this case a photograph or whatever, it is -- most -- many, many scanners, the majority of scanners do not have a sufficient amount of -- of detail in -- in -- in -- in regards to converting that into a digital format than -- than presumably what is visually perceivable to the human eye.

So, our digitization processes are not -- are not as accurate as the human eye is accurate, et cetera, et cetera.  So -- and, of course, there's always interpretations that, in fact, must occur, and you attempt to do the very best that you can in order to preserve the image and the image quality.  However, ultimately, in the end, a computer decision is made, and


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

hopefully it is -- it is as accurate as it can be.

Q.   And when you say a computer decision, what do you mean by that?

A.   Well, if -- if a -- if a computer is attempting to or for that matter -- for that matter, a charge coupled device which is actually reading the -- a particular point or a particular line on a picture, it -- it, in fact, has to take into consideration what is the -- what is the luminosity of that particular point and what is the chroma, the color of that particular point and then store that particular information for -- for that particular pixel.

So, how those -- how those analog to digital conversions, in -- in fact, are done is -- is really the whole essence of preserving the accuracy and faithfulness of -- of that particular picture and its -- its preservation within a picture repository, you know, such that it can be retrieved.

Q.   And was it your understanding in this case that Dr. Oliver did -- did scan 35 millimeter photographs into a computer base?

A.   That's the impression that I have, yes.

Q.   Okay.  Now, I wanted to move on to another question.  Having reviewed the -- the images here, when scanned images are compressed using a lossey



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                  October 28, 2010

compression, again, the same question, is it possible to lose detail and accuracy in those images?

A.   Of course, yes, it is.

Q.   And can you explain to us why that is?

A.   Well, in the -- in the process of -- of digitizing a -- a particular picture, there are many, many repetitions of -- of color and chroma and quality, et cetera, et cetera, et cetera.

In a -- in a lossey compression, you're attempting in order -- to combine all of those similar cells and characteristics in order to save basically computer space, and so, that's really -- that is really the whole purpose of -- of compression.  Otherwise, there is no point in -- in compressing a particular picture.

Q.   Okay.  And was it your understanding from your review of the materials that Dr. Oliver received images that had been compressed using a lossey compression?

A.   That is my impression, yes.

Q.   Okay.  And was that JPEG?

A.   Yes.

Q.   Okay.  And would JPEG be a lossey compression?

A.   It would, yes.

Q.   Okay.  Now, there's a -- there's a concept that's known as aspect ratio.  Can you kind of discuss or


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

describe what that is for us?  And in context of using 35 millimeter photos and displaying them on a motion screen or a flat screen, in that context that the -- a discussion of aspect ratio.

A.  Well, a typical 35 millimeter film is 36 millimeters by 24 millimeters.  So, that's an aspect ratio of -- of 3 -- of 3 to 2.  If you now attempt to display that on a -- on a normal regular monitor, the aspect ratio of that is typically 4 by 3.

So, what you are doing is you're taking something that is basically the dimension of 3 by 2 and converting it to a dimension -- to a dimension that is 4 by 3.

Well, you have to multiply one dimension by 1.3, 3, and you have to multiply the other dimension, the vertical dimension, by l.5.  So, you know, the potential there is of distortion, whatever.

If you're talking about a flat panel monitor, which, you know, the more modern ones, LCDs, et cetera, et cetera, whatever, they typically have an aspect ratio of 16 by 9.  So, the exaggeration is even larger in that particular case.

Q.  With the -- with the scenario that we had in this case, which was 35 millimeters photos being displayed on a screen, does that also create a possibility for loss of detail and accuracy?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

24

A.  Yes, it does.

Q.  Okay.  Now, I wanted to talk to you a little bit about the conversion to Power Point.  What affect -- or can you discuss with us -- discuss with us whether that would have an effect on the images?

A.  Well, Power Point --

MR. ROBERTS:  I'll object to that until he's established that he is versed in Power Point.

Q.  (BY MR. MCHUGH)  Are you familiar with the Power Point program?

A.  I'm familiar with -- with Power Point and with its usage, yes.

Q.  Okay.

MR. MCHUGH:  You can cross.  I'll just --

MR. ROBERTS:  All right.  Proceed.

Q.  (BY MR. MCHUGH)  Okay.  You can answer the questions as to the effects of the conversion into Power Point.

A.  My impression of -- of Power Point and its particular images are that they nowhere nearly digitize and represent what a 35 millimeter film and/or a photograph from a 35 millimeter film would, in fact, represent.  So, I would -- I would -- I would -- I would suspect that there would be significant amount of loss of detail by using a Power Point.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

Q.   And why is that?  Why would there be loss of detail if one uses Power Point?

A.   Well, let's assume that a Power Point presentation is, well, perhaps operating at -- at 300 DPI, whereas, a digitization of a -- of a photograph is usually in excess of 3,600 DPI.  So, you have a -- you have a factor there of let's say 1 -- 1 to 12.

So, what you're in effect doing is rather than taking 12 times the detail, you know, you are only taking 1 out of 12 samples, et cetera, et cetera, in order to represent that area.  So --

Q.   Okay.  And was it your understanding in this case that a Power Point presentation was conducted?

A.   That's my understanding, yes.

Q.   Okay.  I want to talk to you about the issue of interpolation.  Can you tell us what that is?

A.   Well, that's when basically neighboring pixels are -- are affecting the storage and/or the -- the retrieval of -- of new -- of a particular photographic pixel.  So, normally in photographs, you tend to smooth the -- the images, et cetera, et cetera, where you take into consideration neighboring -- you know, the luminosity and the chroma value of neighboring pixels and storing a -- an average value for -- for those particular pixel cells, et cetera.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

So, in interpolation, as I said, you -- you are taking the values of neighboring cells and pixels into consideration in regards to making a decision as to what -- how you're going to characterize the current pixel that is under consideration.

Q.  And when you say you are taking into consideration, is it the actual person or is it the computer that's doing it?

A.  No, it's the computer that, obviously, does it, yes, that is making those particular decisions but, obviously, the computer has been programmed by someone in order to -- you know, in -- in order to make those particular decisions.  So, you know, ultimately, someone made that particular decision at a particular point in time.

Q.  Okay.  And can that affect coloration in -- in images --

A.  Indeed, it can.

Q.  -- interpolation?  And how so?

A.  Well, as I said, in a -- you're attempting to smooth a particular picture and if you have -- if you have edges, et cetera, et cetera, then you are changing the luminosity and chroma value of those particular edges and in -- and in the process of interpolating, et cetera, et cetera, you may, in fact, smear or fuzz or,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

27

you know, distort or whatever the -- those particular
neighboring values.  So, that's where the whole process
of interpolation gets into it.

Q.  And chroma value, is that -- is that another word
for color?

A.  Yes, it is.

Q.  Okay.

A.  Correct.  Yes.

Q.  Now, I'm going to show you -- did you see
examples of -- I'm not going to go through every
photograph that was displayed at the court during the
trial but I'm -- I'm going to show you -- did you see
examples of interpolation in the enhanced images that
you reviewed?

A.  Yes, I did.

Q.  Okay.  I'm going to show you which was marked at
the time of trial as Government Exhibit 157.  Have you
reviewed this photograph before?

A.  Yes, I have.

Q.  Okay.  Is this an example of what you were
talking about and, if so, can you please describe that
for us?

A.  Yes.  Perhaps interpolation is occurring at --
and in regards to -- in regards to chroma values
being --


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

MR. ROBERTS:  I'm sorry, did you say "perhaps"?

A.  My eye can perceive differences in chroma -- chroma value associated with the left leg in the sense that there's a greenish -- greenish hue on the top of the left leg.  There's a -- there are various magenta hues in the -- in the right leg and in the area of the glove, which in the unenhanced images is -- is quite distinct, you ultimately see interpolation occurring around the -- well, in one particular case around the finger where the chroma -- the color values, in fact, are altered from the -- from the leg to the glove.

Q.  (BY MR. MCHUGH)  And when -- and when you say the finger, are you actually referring to the thumb?

A.  I'm -- excuse me.  I'm referring to the thumb, yes.

Q.  And so, is that an example of what you described as interpolation affecting an image?

A.  Yes.

Q.  Okay.  Now, I just want to show you what I've marked as P-181.  And have you seen this document before?

A.  Yes.

Q.  Okay.  Is it fair to say that this was the protocol that was employed by Dr. Oliver in this case?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

A.   Yes.

Q.   Your understanding of that?

A.   That's my understanding, yes.

Q.   Okay.  And I just have a few questions about that.  Are you aware of any articles -- peer-reviewed articles that cover the protocols from 1 to 7 in this -- are you aware of any articles that peer review the --

MR. ROBERTS:  I was going to wait until the end.  I'm going to go ahead and object to the relevance of his entire testimony because of the --

MR. MCHUGH:  I only have a few questions.

MR. ROBERTS:  Yeah, we'll let you -- we'll let you go on but I'm just going to -- the relevance of his testimony as far as the scientific approach because I don't think it's relevant to how Dr. Oliver applied it.  So, I just wanted to state that for the record.

MR. MCHUGH:  Okay.  I only have a few more questions.

Q.   (BY MR. MCHUGH)  Mr. Schenk, let me strike the last question and ask this question:  Before you are protocols that were employed by Dr. Oliver in this case; is that correct?  Is that your understanding?

A.   Yes.

Q.   Okay.  Are you aware of any peer-reviewed articles concerning these protocols from -- I believe



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                          October 28, 2010

the number is 1 down to 7?

A.   No, I'm not aware of any peer-reviewed articles that cover those -- cover all of those items.

Q.   Okay.  And how about, again, as far as the question, are you aware of any type of error rate for the protocols as employed as a whole by Dr. Oliver?

A.   I am not.

Q.   Okay.  Now, I just wanted to ask you what is the importance in science of an error rate?

MR. ROBERTS:  I object.  That's a legal conclusion.

Q.   (BY MR. MCHUGH)  Okay.  You can answer it but --

A.   Well, if your error rate is -- I mean, is -- is -- is too high, then, obviously, the entire process that -- in fact, that you're using, it's faulty.  And so, therefore, why use it?

The whole purpose is in order to preserve images in digitized form without error or absolutely as little error as -- as possible.  If -- if an error -- if a particular process introduces an error rate, you know, that is -- you know, that is so high, you know, as to distort those particular images, then, you know, there is no value in -- in storing distorted images, you know.

Q.   Well, let's ask it a different way or have you comment on a different area.  What if there is no known



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

error rate, how valuable then is the process?

MR. ROBERTS:  Same objection.  Legal conclusion -- or it calls for a legal conclusion and is not really -- is not really relevant.

Q.  (BY MR. MCHUGH)  In the scientific community that you've been working in for many, many years, if you do not know the error rate of a certain protocol or process, how valuable would that be to you, as a scientist?

A.  It would be very suspect because you need to know, you know, what your error rate is and, I mean, theoretically, your error rate should be, you know, as close to zero as you could possibly achieve it and, you know -- and beyond that point, if your error rate is sufficiently high, you know, as I said before, what value is -- is a digitized image, I mean, if, in fact, it is subject to a significant percentage of error.

Q.  Okay.  And would you be able in a scientific setting to make conclusions based on a protocol or a process of which you did not know the error rate?

A.  No.

Q.  Valid conclusions, I should say.

A.  No.  No, I could not make any valid conclusions.

Q.  And why not?

A.  Well, again, the whole purpose is -- is in order



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

to preserve images, it is not in order to alter them.

Q. I'm not talking about images. I'm just talking about error rate in a scientific setting. If you didn't know the error rate for a particular protocol or process, why wouldn't you be able to draw valid conclusions based on that protocol or process?

A. Well, if your error rate is -- is high, then -- then the process -- the process is meaningless.

Q. Okay.

MR. MCHUGH: I have no -- no other questions. Tony, I --

MR. ROBERTS: Okay.

MR. MCHUGH: -- assume there's no objection to the admission of the exhibits but we can do that when you're done.

MR. ROBERTS: Which exhibits?

MR. MCHUGH: The CV, the report, the --

MR. ROBERTS: I do object to his report. It contains legal conclusions at the end with regard to Daubert.

MR. MCHUGH: And I didn't question him about that but --

MR. ROBERTS: But it's in the report, so, I'd -- and he's testified, so, I would object to that coming in but other than that, I don't object.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

MR. MCHUGH:  Okay.  And then we also had the one photograph that I referred to by its trial exhibit number.

MR. DOWD:  Can we just --

MR. ROBERTS:  Can we go off the record for a minute?

MR. MCHUGH:  Sure.

THE VIDEOGRAPHER:  The time is approximately 11:03 (sic).  We're now off the record.

(Short recess.)

THE VIDEOGRAPHER:  The time is approximately 11:15 (sic).  We're now back on the record.

FURTHER EXAMINATION

Q.  (BY MR. ROBERTS)  Mr. Schenk, would you take the document that is Exhibit 181, and you stated a few minutes ago that the information -- this information on there used by Dr. Oliver, that, to your knowledge, there's no peer review on any of that information?

A.  The sum total of this 1 through 7, no, I'm not aware of any.

Q.  Okay.  So, you don't -- let's take the number -- the second number down under contrast enhancement, 1, you have no knowledge of any histograms stretch peer review?

A.  That's -- the whole -- the whole idea of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

enhancement is -- is enanthema to digital processing.

Q. Okay. Let me -- perhaps you didn't understand my question. Are you telling us that there's no peer review of histogram stretch?

A. I'm -- I'm not aware of any. I'm sure that there must be, yes.

Q. Okay. And are you telling us there's no -- on number two, histogram equalization, are you telling us there's no peer review on that either?

A. I -- I'm not aware of any. As I said, I'm -- I'm not into the enhancement of -- of pictures.

Q. Okay. So, under number 6, the unsharp masking, are you telling us there's no -- there is no -- do you see where that is at the bottom?

A. Yes, I do.

Q. Number 6, unsharp masking, are you telling us there's no peer review of that either?

A. I'm not aware of any.

Q. And what about number 7, the blind -- and I have a problem with this word -- deconvolution, I can't seem to get that out, but are you telling us there's no peer review on that either?

A. Again, I'm not aware of any.

Q. Okay. So, your testimony about the methodology used by Dr. Oliver is that you're not aware of any peer



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                      October 28, 2010

review, you're not telling us that there is no peer review?

A. That is correct.

Q. Okay.

A. I am unaware of any peer review that covers all of these seven items.

Q. And if we presented you with peer review, you wouldn't even know what it is, would you, on those items?

A. Well, perhaps I would and perhaps I wouldn't. I haven't been presented any.

Q. All right. Fair enough.

Your work with NASA and the lunar landing, did -- did we use any -- any images of the lunar landing? Did they take any photos? Were there any photographs from way off? Because NASA has got all this great equipment that they can use to take photos. Back when you were working, did they utilize photographs to take pictures of the lunar landing?

A. Sure.

Q. And when they projected those photographs and they actually used them, when they showed them to students and everything, did -- those photographs were not the same exact image that was used when the -- when the lunar landing took place, were they?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

A.   Can you clarify your question?

Q.   Sure.   When -- when we had a lunar landing and we wanted to tell people about the lunar landing occurring, we were showing them photographs or images of what took place a long time ago by using images, didn't we?  Isn't that how we communicated to other people in the future?

A.   Sure.  Sure.  Sure.  We were transmitting images, very, very fuzzy ones, and mainly -- the first ones that were received were, I believe, in goldstone in Australia and, ultimately, patched through back to the United States that, in fact, indeed we had landed and -- and here are the images from the surface of the moon.

Q.   And did anybody question the validity of the landing because the photographs didn't have all the exact pixels and digital imaging?

A.   Certainly not at the time.  We were delighted that, in fact, it had occurred but we've had lots and lots of conspiracy theories since then, yes.

Q.   Well, are you here today to tell us that we didn't know we landed on the moon because the pixels weren't -- weren't right on the photographs?

A.   No, I'm not telling you that at all.

Q.   Okay.  But -- and, in essence, there was -- there is a -- an area for which we utilize photographs that had been either enhanced or changed to some extent to


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

prove that there actually were lunar landings?

A.  Well, the original pictures we got back were, of course, not pictures.  They were screened -- screened images, et cetera, et cetera, and, obviously, when the astronauts came back and they had lots and lots of pretty pictures that -- that they -- that were developed and that showed what it showed.

Q.  Did -- when they developed those pictures from the astronauts, did they ever put them into a slide show or put them into any kind of a computer program to show other people?

A.  I'm sure that they did.  I'm sure --

Q.  Did you ever see any of them?

A.  Oh, yes, I saw them.

Q.  Did you -- and the images that were used by the astronauts that took the original photographs and the images that you saw in those -- in those shows, did -- was there a significant change in what the astronauts saw?

A.  I don't know what it is that the astronauts saw.

Q.  Well, you saw the photographs that were in the pictures that you saw, correct?

A.  Yes.

Q.  And were they -- were they reliable enough for you to look at them and determine that what the


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

astronauts said they saw was accurate?

A.   I liked what I saw, yes.

Q.   Okay.  Let me ask you about -- you know, I'm -- I'm sure you've -- at some point in your life, you're aware that automobile accidents happen and someone goes out and take photographs of what happens in an automobile accident.  Those photographs that are taken at that location, if they were put into a computer and shown to a mechanic, would you expect -- even though they may have gone through the interpolation, would you still expect a mechanic to be able to look at those images and be able to ascertain what damage actually occurred to a car?

A.   Hopefully, yes, but, you know, sometimes, depending upon photography and how well that's done, you know, shadows can -- can maybe look like dents or dents can look like shadows or something of that particular nature.  So, it all depends upon how -- how carefully those pictures were taken to begin with.

Q.   Okay.  But, in general, a mechanic -- you would expect a mechanic, rather than someone that deals with photo imaging, to be able to identify damage to a car?

A.   Yes, I would.

Q.   Okay.  And kind of the same goes for -- for looking at like picture 157 or Government Exhibit -- or



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

it's actually labeled as Government Exhibit 157, it was the photo that you reviewed earlier of the child's legs, you would expect that -- let me ask you by you looking at this, you're not able to tell us what is or is not an injury, right?

A.  I'm -- I'm not medically trained, that is correct, yes.

Q.  Okay.  But you would expect a physician that looks at this to maybe be able to identify an injury?

MR. MCHUGH:  I'm going to object.  It calls for speculation.

Q.  (BY MR. ROBERTS)  Well, this deals with the photo enhancement.  It's kind of the same question with regard to the mechanic.  And so, my question is would you expect a -- because of photos and your use of photos and your use of images, would you expect a doctor to be able to look at a photo, whether this one or some other one, and be able to identify injuries?

A.  I guess I would expect a doctor -- in order to be able to identify injuries, yes.

Q.  Okay.  Do you have any idea how this particular document, the one that was handed to you, the one that you looked at, do you have -- do you know exactly how that one, this particular piece of paper was produced?

A.  I do not know exactly how -- how it was produced.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

It is -- it is, obviously, an image, you know, that became part of the exhibits, and I presume that Dr. Oliver used some of these particular techniques in order to generate -- enhance that particular image.

Q. But are you aware that Dr. Oliver didn't use this particular piece of paper when he was making his assessment?

A. I don't know what it is that Dr. Oliver used or did not use in terms of making his assessment. I mean, his testimony --

Q. You don't know what he used in making his assessment?

MR. MCHUGH: Let him finish.

A. His -- his -- his testimony is, from what I understand, that he went back to the original images, et cetera, et cetera, and made his diagnoses and conclusions from -- from there. However, those particular enhanced images there --

Q. (BY MR. ROBERTS) Well, let me -- I'm going to ask you to take the photo back again and put it in front of you for a moment.

A. Okay.

MR. MCHUGH: I've got him a copy.

Q. (BY MR. ROBERTS) From this photograph, you are able to identify a thumb, are you not?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

A.  I was able to identify a thumb, yes.

Q.  You were able to -- you were able to identify a thumb?

A.  Yes.

Q.  You can identify what part of the body that the child -- is there, is two legs, correct?

A.  Yes.

Q.  How many toes does she have on her right foot?

A.  One, two, three, four, five.  Five.

Q.  Okay.  Do you recognize an arrow that's above the left leg?

A.  I do.

Q.  Do you recognize a couple of marks on the leg that's just -- where the arrow is pointing to?

A.  I do.

Q.  Do you recognize -- look on the top left corner. What do you see in the top left corner?

A.  I see a hand.

Q.  Is it an adult hand or a child hand?

A.  It's a child hand.

Q.  Okay.  In -- in reviewing photographs -- and you mentioned 35 millimeter photographs in your testimony -- is it important whether you're looking at a negative or a print for you to be able to give an opinion about whether that 35 millimeter picture that was taken is --



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

is reliable?  Does it matter to you whether it's a negative or a print?

A.  No, because a negative can be made into a positive, and I -- I presume that in the process of that photographic chemical transition or whatever else, that that is done accurately.  We've been doing it for 150 years or plus, whatever.

Q.  Just a moment.

Mr. Schenk, in your opinion, would two different prints from the same negative be pixel by pixel the same?

A.  Theoretically, they would be, yes, if they were faithfully reproducing a particular picture.  One would hope that would be the case, yes.

Q.  Okay.  You mentioned interpolation.  I just wanted to ask you do you agree that some digital cameras actually use interpolation to produce a larger image than the sensor captures when the -- at the moment in time the picture is taken?

A.  Yes.  Well, that's always the case.

Q.  And the photo that comes out that is actually ultimately printed, is that still a reliable photo?

A.  One would hope so, yes.

Q.  I want to just touch on just a minute about your knowledge or use of Power Point.  Have you ever created



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                    October 28, 2010

43

a Power Point presentation yourself?

A.  I have not, no.

Q.  Do you know how photos are scanned into Power Point?

A.  Using a scanner, I would presume.

Q.  Okay.  So, you don't know exactly, you're presuming?

A.  I'm presuming.

Q.  Okay.  I don't have any other questions for you right now.

A.  Thank you.

                FURTHER EXAMINATION

Q.  (BY MR. MCHUGH)  I just have a follow up on the Power Point.  I understand that you -- Power Point is a type of program or software; is that right.

A.  It's a software developed by -- presumably by Microsoft.  It's one of their Office products, et cetera, et cetera, and it's typically done for presentation purposes.

Q.  Okay.

A.  And, you know, obviously, there -- it's the equivalent of a slide show, and you would have, you know, flip chart type -- you know, type information and/or in this case pictures.  So, however those particular Power Points -- well, if you wish, you -- I


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

44

mean, you could call them slides --

MR. ROBERTS:  I'm going to object as speculation.  He said he's never used Power Point. So --

MR. MCHUGH:  But he said that he's familiar --

Q.  (BY MR. MCHUGH)  You've familiar with software, you've created software, you've developed software; is that right?

A.  I have, yes.

Q.  And Power Point is a software, you're at least familiar with that; is that right?

A.  Yes.

Q.  Okay.  In converting an image into a software program, are there possibilities for loss of detail and accuracy?

A.  Yes, of course.

Q.  And I believe you explained to us on direct what that problem would be with Power Point.  So, I'm not going to ask you about that.

A.  Okay.

MR. MCHUGH:  That's all I have.

THE VIDEOGRAPHER:  The time is approximately 11:29 (sic).  We're now off the record.

(Whereupon at 11:19 a.m. the


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

deposition was concluded.)



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk

E R R A T A     S H E E T

Correction                                    Page          Line

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

I, MANFRED SCHENK, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____

MANFRED SCHENK


THE STATE OF _____

COUNTY OF _____

Before me, _____, on this day personally appeared MANFRED SCHENK, known to me (or proved to me under oath or through _____) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of _____, _____.


_____

NOTARY PUBLIC IN AND FOR

THE STATE OF _____



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

48

STATE OF TEXAS        *
COUNTY OF HARRIS      *

          I, the undersigned certified shorthand reporter
and notary public in and for the State of Texas, certify
that the facts stated in the foregoing pages are true
and correct.

          I further certify that I am neither attorney or
counsel for, nor related to or employed by, any of the
parties to the action in which this deposition is taken
and, further, that I am not a relative or employee of
any counsel employed by the parties hereto, or
financially interested in the action.

          SUBSCRIBED AND SWORN TO under my hand and seal of
office on this the 10th day of November, 2010.

          EDITH A. BOGGS, CSR
          Certified Shorthand Reporter and
          Notary Public in and for
          the State of Texas
Notary Expires:  5-10-2012
Certificate No. 3022
Expiration date:  12-31-2011
Esquire Deposition Solutions, LLC
Registration No. 3

Toll Free: 800.969.3027
Facsimile: 210.558.3670

ESQUIRE
an Alexander Gallo Company

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk

October 28, 2010

49

| A | | | | |
|---|---|---|---|---|
| **ability** | 24:3 26:16 | 47:6 | 37:20 38:1 | 21:21 |
| 8:9 | **affix** | **applied** | **attempt** | **based** |
| **able** | 47:1 | 29:15 | 12:1 20:23 | 31:19 32:6 |
| 8:25 11:2,5 | **ago** | **approach** | 23:7 | **basically** |
| 12:2,3,17 | 12:8 17:13 | 29:14 | **attempted** | 22:11 23:11 |
| 31:18 32:5 | 33:16 36:5 | **approxima...** | 9:3,5 | 25:17 |
| 38:11,12,22 | **agree** | 5:3 33:8,11 | **attempting** | **believe** |
| 39:4,9,16 | 42:16 | 44:23 | 6:25 11:22 | 29:25 36:9 |
| 39:18,20 | **ahead** | **area** | 12:11,13 | 44:18 |
| 40:25 41:1 | 29:9 | 6:4 9:6 | 13:23 21:4 | **best** |
| 41:2,2,24 | **AIM** | 10:14 25:11 | 22:10 26:20 | 20:23 |
| **absolutely** | 11:24 | 28:7 30:25 | **attorney** | **beyond** |
| 30:18 | **Alfred** | 36:24 | 3:3 48:5 | 31:14 |
| **accident** | 1:6 18:22 | **Armed** | **ATTORNEYS** | **biometric** |
| 38:7 | **alter** | 4:18 | 3:9 | 10:8 |
| **accidents** | 32:1 | **arrow** | **Attorney's** | **biometrics** |
| 38:5 | **altered** | 41:10,14 | 3:10,16 | 4:16 7:19,21 |
| **accounting** | 28:12 | **articles** | **Australia** | 7:23 9:10 |
| 6:5 | **AMERICA** | 29:5,6,7,25 | 36:9 | 9:23 12:6,8 |
| **accuracy** | 1:4 | 30:2 | **automobile** | 12:10,12 |
| 20:1,11 | **amount** | **ascertain** | 38:5,7 | 18:22 |
| 21:15 22:2 | 20:15 24:24 | 38:12 | **average** | **bit** |
| 23:25 44:16 | **analog** | **asking** | 25:24 | 7:24 24:2 |
| **accurate** | 21:13 | 14:14 | **aware** | **blind** |
| 15:13,17 | **analysis** | **aspect** | 29:5,7,24 | 34:19 |
| 20:20,20 | 6:4,5 7:22 | 11:17 22:25 | 30:2,5 | **bodily** |
| 21:1 38:1 | 14:25 17:24 | 23:4,6,9,19 | 33:20 34:5 | 13:8 |
| **accurately** | 19:24 | **assess** | 34:10,18,23 | **body** |
| 17:14,16 | **analyze** | 14:3 | 34:25 38:5 | 41:5 |
| 42:6 | 14:11,15 | **assessment** | 40:5 | **Boggs** |
| **achieve** | **analyzed** | 40:7,9,12 | **a.m** | 1:19 2:12 |
| 31:13 | 14:12,16 | **associate** | 2:16,17 | 3:25 48:11 |
| **acknowledged** | 19:16 | 5:19 | 44:25 | **bond** |
| 47:8 | **analyzing** | **associated** | | 6:5 |
| **action** | 14:17 | 8:16 10:8 | B | **BOOTH** |
| 48:6,7 | **and/or** | 11:25 12:21 | **bachelor's** | 3:18 |
| **actual** | 24:21 25:18 | 28:4 | 5:21 | **bottom** |
| 11:7 14:3 | 43:24 | **association** | **back** | 34:14 |
| 26:7 | **answer** | 1:15 3:5 | 33:12 35:17 | **Bourgeois** |
| **address** | 24:16 30:12 | 9:14,20 | 36:10 37:2 | 1:6 18:23 |
| 16:14 | **ANSWERS** | 10:2 12:12 | 37:5 40:15 | **Box** |
| **admission** | 2:11 | 15:3,8,20 | 40:20 | 3:11 |
| 32:14 | **anybody** | 15:25 | **background** | **briefly** |
| **adult** | 36:13 | **assume** | 5:16,18 | 20:9 |
| 41:19 | **appear** | 25:3 32:13 | **banded** | **broad** |
| **affect** | 17:3 | **astronauts** | 8:2 | 16:11 |
| | **appeared** | 37:5,9,16,18 | **base** | **broader** |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk

October 28, 2010

50

bruise 16:18
bruise 11:7
Building 1:16 3:6
business 6:4

**C**

C 3:1
call 13:2 44:1
called 5:6 7:25 8:3
calls 31:3 39:10
cameras 42:16
cancer 9:6
cancerous 9:2 13:5
capacity 7:18
captures 42:18
car 38:13,22
card 47:7
carefully 38:18
case 12:22 13:22 20:13 21:19 23:21,23 25:12 28:10 28:25 29:21 42:14,20 43:24
categorize 12:11
cells 22:11 25:25 26:2
certain

31:7
Certainly 36:16
certainty 18:19
Certificate 48:14
certified 2:12 48:2,12
certify 48:3,5
cetera 7:1,1 9:24 9:24 13:24 13:24 20:20 20:21 22:8 22:8,8 23:18,19 25:10,10,21 25:21,25 26:22,22,25 26:25 37:4 37:4 40:16 40:16 43:18 43:18
change 37:18
changed 36:25
changing 26:22
character... 10:8 12:15 13:10 22:11
character... 13:3
characterize 9:2 26:4
character... 13:14
charge 21:5
chart 43:23
chemical 5:20 42:5
Cherry

4:15 7:19,20 7:23 9:10 9:22 18:21 19:15,21
child 41:6,19,20
child's 39:2
Christi 3:17
chroma 21:10 22:7 25:23 26:23 27:4,24 28:3,4,11
clarify 36:1
clicked 17:6,10
clicks 17:1
close 31:13
collect 8:14
color 21:10 22:7 27:5 28:11
coloration 26:16
combine 8:14,15 22:10
comes 42:21
coming 7:1 32:25
comment 30:25
committees 15:12 16:19
communicated 36:6
communica... 6:22
communities 11:25

community 1:14 3:4 31:5
compressed 21:25 22:18
compressing 22:14
compression 22:1,9,13,18 22:22
computer 6:3 8:8 14:6 14:8,9 16:10 20:25 21:2,4,21 22:12 26:8 26:9,11 37:10 38:8
computers 12:17
concept 22:24
concerned 9:5 16:9
concerning 8:23 29:25
concluded 45:1
conclusion 11:6 30:11 31:3,3
conclusions 31:19,22,23 32:6,19 40:17
conducted 25:13
considera... 21:8 25:22 26:3,5,7 47:9
considered 13:20
conspiracy 36:18
consultant 13:25 14:1

consulting 6:7
contains 32:19
context 23:1,3
contrast 17:23 33:22
contribution 13:23
conversion 24:3,17
conversions 21:14
converting 20:6,16 23:11 44:14
copies 19:4
copy 5:13 15:5 40:23
corner 41:16,17
Corpus 3:17
correct 9:10 12:20 15:1 19:13 27:8 29:22 35:3 37:22 39:7 41:6 47:2 48:4
Correction 46:3
counsel 48:5,7
counterme... 6:14,17 7:3
County 2:13 47:5 48:1
couple 41:13
coupled 21:6
course



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                          October 28, 2010

51

6:18  7:20
8:21  20:21
22:3  37:3
44:17
**court**
1:3  27:11
**courtroom**
8:20
**cover**
29:6  30:3,3
**covers**
35:5
**create**
23:24
**created**
42:25  44:8
**creation**
7:21
**cross**
24:14
**cryptogra...**
6:22
**Cr-C-02-216**
1:5
**CSR**
1:19  48:11
**curious**
15:9
**current**
26:4
**curriculum**
5:14
**Curtis**
1:16  3:6
**CUSTODY**
1:13
**cut**
11:7
**CV**
4:14  10:22
32:17
**Cv-07-223**
1:6

**D**

**damage**
38:12,22

**data**
8:18  17:18
17:21
**date**
1:19  5:2
48:15
**dated**
4:15
**Daubert**
32:20
**day**
2:15  47:6,10
48:9
**deal**
13:12
**dealing**
14:10
**deals**
38:21  39:12
**dealt**
14:23
**decide**
18:6
**decision**
20:25  21:2
26:3,14
**decisions**
26:10,13
**deconvolu...**
34:20
**Defender**
1:14,15  3:4
3:5
**degree**
5:19,21,23
18:19
**delighted**
36:16
**demand**
6:5
**dents**
38:16,16
**department**
3:10,15  8:17
**departments**
8:12,14
**depending**

38:15
**depends**
38:18
**deposit**
6:5
**deposition**
1:11,13  2:8
2:11,14
45:1  47:1
48:6,15
**depositories**
8:8
**descended**
7:10
**describe**
5:17,25  23:1
27:21
**described**
28:17
**describes**
13:15
**description**
4:13  47:7
**design**
8:22  12:24
**destroying**
6:16
**detail**
20:1,11,15
22:2  23:25
24:25  25:2
25:9  44:15
**determine**
37:25
**determining**
7:9
**develop**
8:3  10:6
12:13
**developed**
6:17  12:13
37:6,8
43:16  44:8
**developing**
7:5
**development**
14:6,7

**device**
21:6
**diagnoses**
40:16
**diagnosis**
11:2,8  13:7
**differences**
13:15  28:3
**different**
6:13  7:25
13:5,11,21
30:24,25
42:9
**digital**
7:22  9:23
10:14,15,16
10:16  12:25
13:1,1,12
13:18  17:14
18:5  19:7,9
20:16  21:13
34:1  36:15
42:16
**digitization**
8:4,6  20:3
20:19  25:5
**digitize**
12:2  24:20
**digitized**
30:18  31:16
**digitizing**
22:6
**dimension**
23:11,12,12
23:13,14,15
**direct**
44:18
**directory**
17:2,5
**discuss**
22:25  24:4,4
**discussing**
8:5
**discussion**
23:4
**display**
23:8

**displayed**
23:23  27:11
**displaying**
23:2
**distance**
7:10
**distances**
13:24
**distinct**
28:9
**distort**
27:1  30:22
**distorted**
17:18  30:23
**distortion**
23:16
**District**
1:3,3,15  3:4
**diverse**
16:20
**doctor**
39:16,19
**document**
15:4  28:21
33:15  39:22
47:7
**doing**
6:11  7:3
9:23  23:10
25:8  26:8
42:6
**DOWD**
3:13  33:4
**DPI**
25:5,6
**Dr**
3:22  11:10
11:19,21
19:13  21:20
22:17  28:25
29:15,21
30:6  33:17
34:25  40:2
40:5,8
**draw**
32:5
**DSP**



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk

October 28, 2010

52

7:25
**duly**
5:6

———————
**E**
———————
**E**
3:1,1 46:1,1
46:1
**earlier**
39:2
**Eastern**
1:15 3:4
**eb**
1:1
**edges**
26:22,24
**Edith**
1:19 2:12
3:25 48:11
**educational**
5:18
**effect**
24:5 25:8
**effects**
24:17
**either**
34:9,17,22
36:25
**electrical**
5:20 9:17
**electro**
6:24 7:2,4
**electronic**
6:14,17 7:3
9:17
**ELSA**
3:18
**employed**
7:17 9:9
28:25 29:21
30:6 48:5,7
**employee**
48:6
**employment**
6:1 7:20
**enanthema**
34:1

**engineering**
5:19,20
**Engineers**
9:17
**enhance**
13:14 40:4
**enhanced**
19:9,13
27:13 36:25
40:18
**enhancement**
4:18 11:16
12:19 13:13
33:22 34:1
34:11 39:13
**enhancements**
13:1 16:23
17:24
**enhancing**
13:19
**entire**
29:10 30:14
**environment**
8:17
**environments**
14:5
**equalization**
34:8
**equipment**
6:25 13:10
14:6 35:16
**equivalent**
43:22
**error**
30:5,9,13,18
30:19,19,20
31:1,7,11
31:12,14,17
31:20 32:3
32:4,7
**Esquire**
1:14 2:14
3:7,13,13
3:18,18
48:15
**essence**
21:15 36:23

**established**
24:8
**et**
7:1,1 9:23
9:24 13:24
13:24 20:20
20:20 22:8
22:8,8
23:18,19
25:10,10,21
25:21,25
26:22,22,24
26:25 37:4
37:4 40:15
40:16 43:17
43:18
**exact**
35:24 36:15
**exactly**
12:9 14:1
39:23,25
43:6
**exaggeration**
23:20
**examination**
4:1 5:8
10:11,20
18:16 33:13
43:12
**example**
27:20 28:17
**examples**
27:10,13
**excess**
25:6
**excuse**
5:20 14:6
28:15
**executed**
47:8
**exhibit**
27:17 33:2
33:15 38:25
39:1
**exhibits**
4:11 32:14
32:16 40:2
**exists**

20:4,7
**expect**
17:6 38:9,11
38:21 39:3
39:8,15,16
39:19
**experience**
14:10 17:13
**expert**
10:14,19
11:16 18:5
18:12
**expertise**
13:16
**Expiration**
48:15
**Expires**
48:14
**explain**
20:9 22:4
**explained**
44:18
**expressed**
47:9
**extend**
9:3
**extent**
36:25
**extract**
11:22
**eye**
9:5 20:18,20
28:3

———————
**F**
———————
**fact**
20:4,22 21:8
21:14 24:22
26:25 28:11
30:15 31:16
36:11,17
**factor**
25:7
**facts**
48:3
**fair**
8:19 28:24

35:12
**faithful**
14:13
**faithfully**
12:3 42:13
**faithfulness**
21:16
**familiar**
24:9,11 44:6
44:7,12
**far**
7:14 9:5
29:14 30:4
**faulty**
30:15
**features**
13:8
**Federal**
1:14 3:4
**field**
16:20
**film**
23:5 24:21
24:22
**financially**
48:7
**find**
17:9
**finger**
28:11,14
**fingerprint**
16:14
**fingerprints**
8:16
**finish**
40:13
**first**
5:6 15:10
16:11 36:8
**five**
41:9,9
**flat**
23:3,17
**flavor**
6:11
**flip**
43:23



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                              October 28, 2010

53

| | | | | |
|---|---|---|---|---|
| **focus** | **genesis** | 41:18,19,19 | **IBM** | **imaging** |
| 17:15,17,20 | 16:16 | 41:20 47:10 | 6:2 7:25 8:2 | 7:22 9:20,23 |
| 17:21 | **give** | 48:8 | **idea** | 10:14,16 |
| **follow** | 6:11 11:2,5 | **handed** | 10:6 11:24 | 13:1,18 |
| 12:7 43:13 | 14:3,20 | 39:22 | 15:15 33:25 | 18:5 36:15 |
| **follows** | 18:18 41:24 | **happen** | 39:21 | 38:22 |
| 5:7 | **given** | 38:5 | **identify** | **importance** |
| **foot** | 18:18 47:10 | **happens** | 12:14 19:20 | 30:9 |
| 41:8 | **giving** | 38:6 | 38:22 39:9 | **important** |
| **Forces** | 13:7,9 | **Harris** | 39:18,20 | 41:23 |
| 4:18 | **glove** | 2:13 48:1 | 40:25 41:1 | **impression** |
| **foregoing** | 28:8,12 | **hearing** | 41:2,5 | 11:21 21:22 |
| 47:1,8 48:3 | **go** | 15:15 | **identifying** | 22:19 24:19 |
| **forensic** | 5:16 9:12 | **helped** | 10:8 | **impressive** |
| 8:19 | 16:22 27:10 | 8:22 | **identity** | 13:17 |
| **form** | 29:9,13 | **Hennig** | 16:14 47:7 | **include** |
| 30:18 | 33:5 | 3:21 | **image** | 19:4 |
| **format** | **goes** | **hereto** | 4:18 8:3,11 | **including** |
| 20:6,16 | 38:5,24 | 48:7 | 11:6,16,25 | 6:8 |
| **formulated** | **going** | **high** | 12:1,18 | **index** |
| 12:16 | 10:13 11:13 | 30:14,21 | 13:9 14:11 | 4:1,11 8:8 |
| **forward** | 11:14 15:10 | 31:15 32:7 | 16:10,22 | **indicated** |
| 18:7 | 18:4,18 | **histogram** | 20:24,24 | 16:18 |
| **four** | 19:18 26:4 | 34:4,8 | 28:18 31:16 | **information** |
| 41:9 | 27:9,10,12 | **histograms** | 35:24 40:1 | 5:17 8:9,10 |
| **front** | 27:16 29:8 | 33:23 | 40:4 42:17 | 8:15 9:20 |
| 40:20 | 29:9,13 | **history** | 44:14 | 11:23 14:2 |
| **function** | 39:10 40:19 | 6:1 | **images** | 14:4 18:13 |
| 14:5 | 44:2,20 | **hit** | 10:15,17 | 20:5,8 |
| **functions** | **goldstone** | 6:19 | 11:11,20,22 | 21:12 33:16 |
| 16:13 | 36:9 | **hope** | 11:23,24 | 33:16,18 |
| **further** | **good** | 42:14,23 | 12:15 13:19 | 43:23 |
| 9:6 18:16 | 15:18 | **hopefully** | 13:20,22 | **injuries** |
| 33:13 43:12 | **Government** | 21:1 38:14 | 14:3,4,11 | 39:18,20 |
| 48:5,6 | 27:17 38:25 | **hours** | 14:24 18:5 | **injury** |
| **future** | 39:1 | 2:16 | 19:7,9,12 | 11:2,7 39:5 |
| 36:6 | **great** | **Houston** | 21:24,25 | 39:9 |
| **fuzz** | 35:16 | 1:22 2:15 | 22:2,17 | **Institute** |
| 26:25 | **greenish** | 3:12 | 24:5,20 | 4:18 9:17 |
| **fuzzy** | 28:5,5 | **hue** | 25:21 26:17 | 10:3 |
| 36:8 | **guess** | 28:5 | 27:13 28:8 | **instrument** |
| | 39:19 | **hues** | 30:17,22,23 | 47:8 |
| ——— **G** ——— | | 28:7 | 32:1,2 | **interested** |
| | ——— **H** ——— | **human** | 35:14 36:4 | 48:7 |
| **general** | | 9:5 20:18,20 | 36:5,7,12 | **internati...** |
| 38:20 | **H** | | 37:4,15,17 | 9:14 15:3,8 |
| **generate** | 46:1 | ——— **I** ——— | 38:12 39:16 | 15:20,24 |
| 40:4 | **hand** | | 40:15,18 | 16:8 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

interpola...
26:24
interpola...
25:16 26:1
 26:19 27:3
 27:13,23
 28:9,18
 38:10 42:15
 42:17
interpret...
20:22
introduces
30:20
introduction
15:11
involve
12:25
involved
7:8,21 9:22
 12:21 13:2
involves
13:18
ISO
11:25
issue
25:15
issues
8:22
items
8:18 30:3
 35:6,9
ITT
6:8

**J**
Jack
18:11
James
1:14 3:7
 4:16
Jersey
5:22
JPEG
22:20,22
judge
18:6,10,11
 18:13

Justice
3:10,15

**K**
Kathrin
3:21
kind
15:9 22:25
 37:10 38:24
 39:13
kinds
6:9
know
7:13,14 10:6
 13:20,21
 16:24,25,25
 21:17 23:15
 23:18 25:9
 25:22 26:12
 26:13 27:1
 30:20,21,21
 30:22,23
 31:7,11,11
 31:12,14,15
 31:20 32:4
 35:8 36:20
 37:20 38:3
 38:14,16
 39:23,25
 40:1,8,11
 43:3,6,21
 43:23,23
knowledge
33:17,23
 42:25
known
22:25 30:25
 47:6

**L**
labeled
39:1
Lamar
2:14
land
7:10
landed
7:16 36:11

 36:20
landing
7:7,9,12,16
 35:13,14,19
 35:25 36:2
 36:3,14
landings
13:17 37:1
large
8:7
larger
23:20 42:17
LCDs
23:18
lead
13:22
left
28:4,6 41:11
 41:16,17
leg
28:4,6,7,12
 41:11,13
legal
30:10 31:2,3
 32:19
legs
39:2 41:6
Letter
4:15
let's
25:3,7 30:24
 33:21
life
38:4
liked
38:2
line
16:11 21:7
 46:3
link
17:1
listed
15:12 17:10
listening
10:22
little
7:24 13:23

 24:2 30:18
LLC
48:15
location
38:8
long
36:5
look
15:11,17
 37:25 38:11
 38:16,17
 39:17 41:16
looked
39:23
looking
10:22 38:25
 39:3 41:23
looks
15:13 39:9
lose
17:21 20:1,5
 22:2
loss
20:7,8 23:24
 24:24 25:1
 44:15
lossey
21:25 22:9
 22:18,22
lost
14:4 17:18
 20:11
lots
36:17,18
 37:5,5
luminosity
21:9 25:23
 26:23
lunar
7:7,9,12,15
 13:17 35:13
 35:14,19,25
 36:2,3 37:1
1.5
23:15

**M**

M
3:13
magenta
28:6
majority
20:14
making
17:15 26:3
 26:10 40:6
 40:9,11
Management
9:20
Manfred
1:11 2:8,11
 4:14 5:5,11
 47:1,3,6
mark
3:13 15:14
marked
4:13,17 5:13
 19:19,19
 27:16 28:21
marks
41:13
masking
34:12,16
master's
5:23
material
19:4
materials
19:1,16
 22:17
mathematics
5:21,23
matter
12:11 18:22
 21:5,5 42:1
McHugh
1:14 3:7 4:5
 4:7,9,16
 5:9 10:10
 10:13,18
 11:13 15:6
 16:2,5 18:9
 18:15,17
 24:9,14,16
 28:13 29:11



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk

October 28, 2010

55

29:17,19
30:12 31:5
32:10,13,17
32:21 33:1
33:7 39:10
40:13,23
43:13 44:5
44:7,22
**MD**
4:18
**mean**
6:3 21:3
30:13 31:11
31:16 40:9
44:1
**meaningless**
32:8
**measure**
13:24
**mechanic**
38:9,11,20
38:21 39:14
**medical**
10:23 11:2,5
11:8 13:6,7
**medically**
39:6
**member**
9:13,16,19
9:25 10:5
15:22,23
17:4,8
**members**
16:21 17:2,5
**memberships**
9:13
**mentioned**
17:13 41:22
42:15
**methodology**
34:24
**Michigan**
5:24
**Microsoft**
43:17
**Milam**
3:11
**millimeter**

19:5,25
21:20 23:2
23:5 24:21
24:22 41:22
41:25
**millimeters**
23:6,6,23
**minute**
17:13 33:6
42:24
**minutes**
33:16
**missile**
6:18
**missiles**
6:16 7:1
**mission**
8:25
**missions**
7:13,16
**modern**
23:18
**module**
7:10
**moment**
9:21 12:8
40:21 42:8
42:18
**monitor**
23:8,17
**moon**
7:16 36:12
36:20
**moon's**
7:11
**motion**
23:2
**move**
21:23
**mugshots**
8:14
**multinati...**
16:8
**multiply**
23:13,14

———————
**N**
———————

**N**
3:1
**name**
5:9 7:24
17:2,6,10
47:8
**NASA**
6:8 7:6
13:16,22,25
35:13,16
**national**
10:3 16:8
**nature**
38:18
**Navy**
6:9,10,12
14:1
**nearly**
24:20
**need**
31:10
**negative**
41:23 42:2,3
42:10
**neighboring**
25:17,22,23
26:2 27:2
**neither**
48:5
**neoplasm**
9:2
**never**
44:3
**new**
5:22 25:19
**NIST**
12:12
**nonprofit**
15:19,25
**normal**
13:3,3 23:8
**normally**
25:20
**North**
3:16
**notary**
5:7 47:12

48:3,12,14
**noted**
47:2
**notice**
15:2
**November**
48:9
**number**
9:21 15:16
30:1 33:3
33:21,22
34:8,12,16
34:19

———————
**O**
———————

**oath**
47:7
**object**
11:13 18:4
24:7 29:9
30:10 32:18
32:24,25
39:10 44:2
**objection**
18:8 31:2
32:13
**obviously**
11:1 17:20
18:6 26:9
26:11 30:14
37:4 40:1
43:21
**occasion**
7:24
**occur**
20:22
**occurred**
36:17 38:13
**occurring**
27:23 28:9
36:3
**October**
2:16 5:2
**offer**
10:13
**office**
1:14 3:4,10
3:16 18:21

19:1 43:17
47:10 48:9
**officer**
17:4
**officers**
17:2,5
**offices**
2:14
**Oh**
37:14
**Okay**
5:16,25 6:6
6:10 7:6,17
8:11,18 9:7
9:12,16,19
10:10,13
12:24 13:12
14:23 16:21
17:9 18:3
18:15,21,25
19:15,18,23
21:23 22:16
22:20,22,24
24:2,13,16
25:12,15
26:16 27:7
27:16,20
28:20,24
29:4,17,24
30:4,8,12
31:18 32:9
32:12 33:1
33:21 34:2
34:7,12,24
35:4 36:23
38:3,20,24
39:8,21
40:22 41:10
41:21 42:15
43:6,9,20
44:14,21
**Oliver**
3:22 4:18
11:19,21
19:13 21:20
22:17 28:25
29:15,21
30:6 33:17


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                          October 28, 2010

56

34:25 40:3
40:5,8
**Oliver's**
11:10
**ones**
23:18 36:8,8
**operating**
25:4
**opinion**
12:5 18:11
41:24 42:9
**opinions**
18:17
**optic**
6:25 7:2,4
**order**
6:18 8:2,9
9:1,3 10:6
12:17 14:12
20:23 22:10
22:11 25:11
26:12,12
30:17 31:25
32:1 39:19
40:3
**organization**
15:20 16:12
16:13
**organizat...**
6:8,9 8:1
16:1,7
**original**
1:12 11:24
37:2,16
40:15
**overview**
15:10

_____
      **P**
_____
**P**
3:1,1
**PA**
1:16 3:6
**Page**
4:3 46:3
**pages**
15:10 48:3

**panel**
23:17
**paper**
39:24 40:6
**parenthet...**
16:7,9
**part**
15:2,22
17:24 40:2
41:5
**participated**
7:14
**particular**
6:19 7:24
8:7 9:4
12:15 13:4
21:7,7,9,11
21:11,12,16
22:6,14
23:21 24:20
25:19,25
26:10,13,14
26:14,21,23
27:1 28:10
30:20,22
32:4 38:17
39:21,24
40:3,4,6,18
42:13 43:25
**parties**
48:6,7
**partnered**
8:12
**passive**
7:4
**patched**
36:10
**Pathology**
4:18
**pattern**
9:14 15:3,8
15:21 16:9
**PATTI**
3:18
**peer**
29:7 33:18
33:23 34:3
34:9,17,21

34:25 35:1
35:5,7
**peer-revi...**
29:5,24 30:2
**Pennsylvania**
1:15 3:4
**people**
10:9 12:14
16:21 36:3
36:6 37:11
**perceivable**
20:17
**perceive**
28:3
**percent**
14:20,21,22
**percentage**
14:20 31:17
**performed**
19:25
**person**
13:6 26:7
47:7
**personal**
18:13
**personally**
47:6
**Petitioner**
1:7 3:3
**Philadelphia**
1:15,16 3:5
3:6
**photo**
38:22 39:2
39:12,17
40:20 42:21
42:22
**photograph**
4:17 20:13
24:22 25:5
27:11,18
33:2 40:24
**photographic**
25:19 42:5
**photographs**
14:15,16,18
17:14 19:5

19:25 20:2
21:20 25:20
35:15,18,21
35:23 36:4
36:14,21,24
37:16,21
38:6,7
41:21,22
**photography**
38:15
**photos**
23:2,23
35:15,17
39:15,15
43:3
**physician**
39:8
**picture**
21:7,16,17
22:6,15
26:21 38:25
41:25 42:13
42:19
**pictures**
8:6,6,7
12:23 34:11
35:18 37:2
37:3,6,8,22
38:19 43:24
**piece**
39:24 40:6
**Pieternelle**
3:22
**pixel**
21:12 25:20
25:25 26:5
42:10,10
**pixels**
25:17,23
26:2 36:15
36:20
**place**
35:25 36:5
**please**
27:21
**plus**
8:3,11 42:7
**point**

12:10 18:14
21:7,10,11
22:14 24:3
24:6,8,10
24:11,18,19
24:25 25:2
25:3,13
26:14 31:14
38:4 42:25
43:1,4,14
43:14 44:3
44:11,19
**pointing**
41:14
**points**
16:13 43:25
**police**
8:12,13,17
**positive**
42:4
**possibili...**
44:15
**possibility**
20:4,7,10
23:24
**possible**
12:4 20:1
22:1 30:19
**possibly**
12:2 31:13
**potential**
23:15
**Power**
24:3,6,8,9
24:11,17,19
24:25 25:2
25:3,13
42:25 43:1
43:3,14,14
43:25 44:3
44:11,19
**prepare**
19:15
**prepared**
19:22
**PRESENT**
3:20
**presentation**


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

25:4,13
43:1,19
**presented**
35:7,11
**presently**
7:17 9:9
**preservable**
12:2
**preservation**
17:19 21:17
**preserve**
12:1 20:24
30:17 32:1
**preserved**
17:16
**preserving**
17:14,22
21:15
**presumably**
20:17 43:16
**presume**
40:2 42:4
43:5
**presuming**
43:7,8
**pretty**
37:6
**prevent**
6:15
**previously**
5:13 19:19
**print**
41:24 42:2
**printed**
42:22
**prints**
42:10
**print-off**
15:9
**Probably**
14:19
**problem**
34:20 44:19
**proceed**
18:7,14
24:15
**PROCEEDINGS**

5:1
**process**
12:18,19
20:3,5,12
22:5 26:24
27:2 30:14
30:20 31:1
31:8,20
32:5,6,8,8
42:4
**processes**
20:19
**processing**
11:25 12:21
16:10 34:1
**produce**
42:17
**produced**
39:24,25
**products**
43:17
**professional**
9:13 15:19
15:25 16:2
16:4,6
**program**
24:10 37:10
43:15 44:15
**programmed**
26:11
**programming**
14:24
**programs**
14:8,9
**project**
6:20,21,24
7:8
**projected**
35:21
**projects**
6:14
**prostate**
9:6
**protocol**
4:18 28:25
31:7,19
32:4,6

**protocols**
29:6,21,25
30:6
**prove**
37:1
**proved**
47:6
**provide**
18:25
**public**
47:12 48:3
48:12
**purpose**
15:11 22:13
30:17 31:25
**purposes**
15:15 43:19
47:9
**put**
19:23 37:9
37:10 38:8
40:20
**P-142**
4:15 19:19
**P-157**
4:17
**P-181**
4:18 28:21
**P-97**
4:14 5:13
**P.O**
3:11

—————
**Q**
—————
**quality**
20:24 22:7
**question**
16:12 17:15
21:24 22:1
29:20,20
30:5 32:21
34:3 36:1
36:13 39:13
39:14
**questions**
4:3 19:24
24:17 29:4

29:11,18
32:11 43:9
**quite**
16:20 28:8

—————
**R**
—————
**R**
3:1,13 4:18
46:1,1
**radar**
7:3,9
**radars**
13:20,21
**rate**
30:5,9,13,20
31:1,7,11
31:12,14,20
32:3,4,7
**ratio**
22:25 23:4,7
23:9,19
**read**
47:1
**reading**
21:6
**really**
14:14 21:14
22:12,12
31:4,4
**reasonable**
18:18
**RECEIPT**
1:12
**received**
22:17 36:9
**recess**
33:10
**recognition**
9:14 15:3,8
15:21 16:10
**recognize**
41:10,13,16
**record**
5:4,10 18:8
19:20 29:16
33:5,9,12
44:24

**referred**
33:2
**referring**
28:14,15
**reflect**
18:8
**regard**
11:15 12:10
12:24 16:22
32:19 39:13
**regards**
10:7 12:14
13:11 20:16
26:3 27:24
27:24
**Registration**
48:16
**regular**
23:8
**related**
48:5
**relative**
48:6
**relevance**
11:15 29:9
29:13
**relevant**
29:15 31:4
**reliable**
37:24 42:1
42:22
**relied**
8:19 11:11
**relying**
11:19
**render**
18:11
**repeat**
12:9
**repetitions**
22:7
**report**
19:16,21
32:17,18,23
**REPORTED**
3:24
**reporter**



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

2:12 48:2
48:12
**repositories**
9:23
**repository**
21:17
**represent**
24:21,23
25:11
**reproducing**
42:13
**research**
8:24 9:4
12:24
**researched**
8:22
**Respondent**
1:5 3:9
**result**
19:1
**resume**
5:14
**retain**
18:21
**retained**
14:4 19:2
**retrieval**
12:22 25:19
**retrieve**
8:10 12:3
**retrieved**
21:18
**review**
19:1 22:17
29:7 33:18
33:24 34:4
34:9,17,22
35:1,2,5,7
**reviewed**
21:24 27:14
27:18 39:2
**reviewing**
41:21
**right**
7:23 10:22
19:10 24:15
28:7 35:12

36:21 39:5
41:8 43:10
43:15 44:9
44:12
**Riverside**
8:24
**Roberts**
3:13 4:6,8
10:12,16,19
10:21 11:15
11:18 15:5
15:7,14,17
16:3,6 18:4
18:10 24:7
24:15 28:1
29:8,12
30:10 31:2
32:12,16,18
32:23 33:5
33:14 39:12
40:19,24
44:2
**role**
12:8 14:2
17:23
**Rutgers**
5:22

_____
S
_____
**S**
3:1 46:1
**SALINAS**
3:18
**samples**
25:10
**save**
22:11
**saw**
37:14,17,19
37:20,21,22
38:1,2
**says**
16:8 17:1,5
**scan**
21:20
**scanned**
20:1 21:25
43:3

**scanner**
43:5
**scanners**
20:14,14
**scanning**
20:12
**scenario**
23:22
**Schenk**
1:11 2:8,11
4:14 5:5,11
5:12 10:14
10:21 18:17
29:19 33:14
42:9 47:1,3
47:6
**science**
30:9
**scientific**
15:19,25
18:19 29:14
31:5,18
32:3
**scientist**
7:19 9:10
31:9
**scope**
16:9
**screen**
23:3,3,24
**screened**
37:3,3
**seal**
47:10 48:8
**Sean**
3:22
**second**
33:22
**see**
6:25 27:9,12
28:9 34:14
37:13 41:17
41:18
**seen**
28:21
**senior**
7:19 9:9

**sense**
16:11 28:4
**sensor**
42:18
**setting**
8:19,20
31:19 32:3
**seven**
35:6
**shadows**
38:16,17
**ship**
6:19
**ships**
6:16
**Shoreline**
3:16
**Short**
33:10
**shorthand**
2:12 48:2,12
**show**
19:18 27:9
27:12,16
28:20 37:9
37:10 43:22
**showed**
35:22 37:7,7
**showing**
5:12 36:4
**shown**
38:9
**shows**
37:17
**sic**
5:3 33:9,12
44:24
**signature**
1:12 13:4,9
47:1
**signatures**
9:1
**significant**
24:24 31:17
37:18
**similar**
22:10

**six**
7:15
**slide**
37:9 43:22
**slides**
44:1
**slightly**
13:5
**smear**
26:25
**smooth**
25:20 26:21
**software**
7:14 14:6,7
43:15,16
44:7,8,8,11
44:14
**Solutions**
2:14 48:15
**Sony**
8:1
**sorry**
15:20 28:1
**Sounds**
15:18
**SOUTHERN**
1:3
**space**
22:12
**specifically**
6:4 7:8
**spectrum**
7:2
**speculation**
39:11 44:3
**spent**
14:17
**standards**
10:3,6 12:13
12:14
**started**
6:2
**state**
2:13 5:9,22
29:16 47:4
47:12 48:1
48:3,13



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

   33:15 48:3
**states**
 1:3,4 3:10
   3:16 6:9,10
   6:12 15:24
   18:22 36:11
**steer**
 6:18
**storage**
 8:7 12:18,22
   14:11,24
   25:18
**store**
 12:3 21:11
**stored**
 12:16
**storing**
 14:18 25:24
   30:23
**Street**
 1:16 2:15
   3:5
**stretch**
 33:23 34:4
**strike**
 29:19
**students**
 35:23
**subcontra...**
 7:25
**subject**
 31:17
**submarine**
 6:23
**subscribed**
 47:8 48:8
**substantive**
 19:24
**successful**
 9:4
**successfully**
 8:25
**sufficient**
 20:15
**sufficiently**
 31:15
**Suite**

 1:16 2:15
   3:6,11,16
**sum**
 33:19
**sure**
 14:12 17:16
   18:9 33:7
   34:5 35:20
   36:2,7,7,7
   37:12,12
   38:4
**surface**
 7:11 36:12
**surprise**
 17:9,12
**suspect**
 24:24 31:10
**sworn**
 5:6 48:8
**system**
 7:4 8:3
**systems**
 6:4,22 7:22

_____

**T**

**T**
 46:1,1
**take**
 21:8 25:21
   33:14,21
   35:15,17,18
   38:6 40:20
**taken**
 2:11,13 38:7
   38:19 41:25
   42:19 48:6
**talk**
 24:2 25:15
**talking**
 19:12 23:17
   27:21 32:2
   32:2
**technical**
 15:11
**techniques**
 40:3
**Technology**

 10:4
**tell**
 12:9 25:16
   36:3,19
   39:4
**telling**
 34:3,7,8,13
   34:16,21
   35:1 36:22
**tend**
 25:20
**terms**
 40:9
**testified**
 5:7 32:24
**testify**
 16:22 18:12
**testimony**
 10:23 11:11
   29:10,14
   34:24 40:10
   40:14 41:22
**Texas**
 1:3,22 2:13
   2:15 3:12
   3:17 48:1,3
   48:13
**textural**
 8:15
**Thank**
 10:12 15:6
   43:11
**theoretic...**
 31:12 42:12
**theories**
 36:18
**things**
 8:5 20:10
**think**
 16:17,17
   29:15
**third**
 6:24
**three**
 41:9
**thumb**
 28:14,15

   40:25 41:1
   41:3
**time**
 5:3 14:17,23
   26:15 27:17
   33:8,11
   36:5,16
   42:19 44:23
**times**
 25:9
**tissue**
 9:2 13:4,5
**tissues**
 13:11
**today**
 8:5 9:9
   18:18 36:19
**Today's**
 5:2
**toes**
 41:8
**told**
 15:21
**Tony**
 3:13 10:10
   32:11
**top**
 28:5 41:16
   41:17
**total**
 7:15 33:19
**touch**
 42:24
**trained**
 39:6
**training**
 10:23
**transition**
 42:5
**transmitting**
 36:7
**trial**
 27:12,17
   33:2
**Tritan**
 6:22
**true**

 47:2 48:3
**trying**
 6:15 12:7
**two**
 34:8 41:6,9
   42:9
**type**
 30:5 43:15
   43:23,23
**types**
 6:3 13:21
**typical**
 23:5
**typically**
 23:9,19
   43:18

_____

**U**

**ultimately**
 13:22 20:25
   26:13 28:9
   36:10 42:22
**ultrasound**
 9:1,1 13:4
   13:10
**ultrasounds**
 8:23 12:25
**unaware**
 35:5
**undersigned**
 48:2
**understand**
 10:21 12:7
   13:18 34:2
   40:15 43:14
**understan...**
 11:10,12,19
   21:19 22:16
   25:12,14
   29:2,3,22
**unenhanced**
 19:7 28:8
**United**
 1:3,4 3:10
   3:16 6:9,10
   6:12 18:22
   36:10



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

University
5:21,22,23
unsharp
34:12,16
usage
24:12
use
8:25 30:16
35:14,17
39:15,16
40:5,9
42:17,25
useful
18:13
uses
25:2
usually
25:6
utilize
35:18 36:24
U.S
3:10,15

**V**

valid
31:22,23
32:5
validity
36:13
valuable
31:1,8
value
25:23,24
26:23 27:4
28:4 30:23
31:16
values
26:2 27:2,24
28:11
various
6:3,8 8:1,13
16:19 18:25
28:6
versed
24:8
versus
18:22

vertical
23:15
Videographer
3:22 5:2
33:8,11
44:23
VIDEOTAPED
1:11
vision
16:10
visually
20:17
vitae
5:14
voting
10:5

**W**

wait
29:8
Walnut
1:16 3:5
want
10:10 15:4
17:20 19:23
25:15 28:20
42:24
wanted
5:16 9:12
21:23 24:2
29:16 30:8
36:3 42:16
way
30:24 35:16
went
6:7 15:7
40:15
weren't
36:21,21
West
1:16 3:6
we'll
18:14 29:12
29:12
we're
8:5 15:16
19:12 33:9

33:12 44:24
we've
36:17 42:6
William
3:22 4:18
wish
43:25
witness
5:6
wondering
11:18
word
27:4 34:20
work
6:7 7:6,8,12
35:13
worked
7:7
working
6:3,13,21,24
7:18 13:17
31:6 35:18
world
10:7
wouldn't
6:19 11:1,5
16:17 32:5
35:8,10
wrote
14:7

**Y**

Yeah
29:12
years
9:22 31:6
42:7

**Z**

zero
31:13

**1**

1
25:7,7,10
29:6 30:1
33:19,22

1.3
23:13
10
4:6
10th
48:9
10-28-10
1:22
10:11
2:16
10:22
5:3
100
4:17
11:03
33:9
11:15
33:12
11:19
2:16 44:25
11:29
44:24
12
25:7,9,10
12-31-2011
48:15
1221
2:14
1305
2:15
150
42:6
1500
3:11
157
27:17 38:25
39:1
16
23:20
18
4:7
181
33:15
184256
1:1
19
4:15

19106
1:16 3:6

**2**

2
23:7,11
2010
2:16 5:3
48:9
24
23:6
27
4:17
28
4:18
28th
2:15 5:3

**3**

3
14:20 23:7,7
23:9,11,12
23:14 48:16
3,600
25:6
300
25:4
3022
48:14
33
4:8
35
19:4,25
21:20 23:2
23:5,23
24:21,22
41:22,25
36
23:5

**4**

4
23:9,12
43
4:9

**5**


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com

Manfred Schenk                                          October 28, 2010

61

**5**
4:5,14 14:20
 14:22,22
**5-10-2012**
48:14
**5-11-07**
4:15
**500**
3:16
**540**
1:16 3:6

**6**

**6**
34:12,16
**601**
1:16 3:5
**61129**
3:11

**7**

**7**
29:6 30:1
 33:19 34:19
**77002**
3:12
**77208-1129**
3:11
**78401**
3:17

**8**

**800**
3:16

**9**

**9**
23:20
**919**
3:11



Toll Free: 800.969.3027
Facsimile: 210.558.3670

Suite 630
9901 IH-10 West
San Antonio, TX 78230
www.esquiresolutions.com