UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

**ORDER**

On this day came on to be considered several motions filed by Bourgeois.  The Court orders as follows:

1. Bourgeois has filed a motion to take depositions of two individuals.  (DE 602). The Government will respond to that motion within ten (10) days from the entry of this Order.

2. The Court **GRANTS** Bourgeois' unopposed motion to admit Petitioner's hearing exhibit P-180.  (DE 603).

3. Bourgeois has filed a renewed motion to amend and supplement the fourth claim in his section 2255 motion.  (DE 605).  Bourgeois has also submitted exhibits in support of that motion as separate docket entries.  (DE 606, 607).  The Court does not accept piecemeal filings.  The Court **STRIKES** docket entries 605, 606, and 607 from the record and **ORDERS** Bourgeois to refile them as one pleading.  The Government will file a response to that pleading within ten (10) days of its filing.

SIGNED and ORDERED this 17th day of November, 2010.

_____
Janis Graham Jack
United States District Judge