**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 1 of 144 |

# Biology Technical Procedures

## Table of Contents

Introduction ................................................................................................................ 5
Section 0.1 General Evidence Examination Techniques ............................................. 7
Section 1 - Safety ...................................................................................................... 10
    Overview ................................................................................................................ 10
    Scope ..................................................................................................................... 10
    Section 1.1 Introduction ........................................................................................ 10
    Section 1.2 Materials and Equipment .................................................................... 11
    Section 1.3 Procedures .......................................................................................... 11
    Section 1.4 References ........................................................................................... 13
Section 2 – Quality Control ...................................................................................... 14
    Definitions ............................................................................................................. 14
    Scope ..................................................................................................................... 14
    Section 2.1 Introduction/Scope .............................................................................. 16
    Section 2.2 Instrument/Equipment Checks ............................................................ 16
    Section 2.3 AntiSera and Critical Reagent Checks ................................................ 18
    Section 2.4 Reference Collections ......................................................................... 20
Section 3 - Blood ...................................................................................................... 21
    Overview ................................................................................................................ 21
    Case Approach ....................................................................................................... 21
Section 3.1 Presumptive Blood Tests ........................................................................ 24
    Section 3.1.1 Scope/Introduction ........................................................................... 24
    Section 3.1.2 Hemastix Test .................................................................................. 24
    Section 3.1.3 Phenolphthalein, Leucomalachite Green, and o-Tolidine Tests ....... 25
    Section 3.1.4 Interpretation/Reporting .................................................................. 27
    Section 3.1.5 References ........................................................................................ 28
    Section 3.1.6 Appendix .......................................................................................... 29
Section 3.2 Species Determination ............................................................................ 32
    Section 3.2.1 Scope/Introduction ........................................................................... 32
    Section 3.2.2 Materials, Reagents, and Equipment ............................................... 32
    Section 3.2.3 Procedures ....................................................................................... 33
    Section 3.2.4 Interpretation/Reporting .................................................................. 35
    Section 3.2.5 References ........................................................................................ 36
Section 3.3 Immunoassay Test for Human Blood ...................................................... 37
    Section 3.3.1 Scope/Introduction ........................................................................... 37
    Section 3.3.2 Materials, Reagents, and Equipment ............................................... 37
    Section 3.3.3 Procedures ....................................................................................... 37
    Section 3.3.4 Interpretation/Reporting .................................................................. 38
    Section 3.3.5 References ........................................................................................ 39
Section 3.4 Latent Blood Detection ........................................................................... 41
    Section 3.4.1 Scope/Introduction ........................................................................... 41

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 2 of 144 |

Section 3.4.2 Materials, Reagents, and Equipment ................................................................. 42
Section 3.4.2.1 Leuco Crystal Violet Materials and Reagents ................................................ 42
Section 3.4.2.2 Fluorescin Materials and Reagents ............................................................... 43
Section 3.4.2.3 Luminol Materials and Reagents .................................................................. 44
Section 3.4.3 Safety ................................................................................................................ 45
Section 3.4.4 Procedures ......................................................................................................... 45
Section 3.4.5 Photo documentation ........................................................................................ 46
Section 3.4.6 Interpretation/Reporting ................................................................................... 47
Section 3.4.7 References .......................................................................................................... 47
Section 4 - Semen ....................................................................................................................... 49
Overview.................................................................................................................................. 49
Case Approach ........................................................................................................................ 49
Section 4.1 Acid Phosphatase ..................................................................................................... 52
Section 4.1.1 Scope/Introduction ........................................................................................... 52
Section 4.1.2 Materials, Reagents, and Equipment ................................................................ 52
Section 4.1.2.1 alpha-Napthyl Acid Phosphate Materials and Reagents ................................ 53
Section 4.1.2.2 p-Nitrophenyl Phosphate Materials and Reagents ......................................... 54
Section 4.1.2.3 Thymolphthalein Monophosphate (TPMP) Materials and Reagents ............. 55
Section 4.1.3 Procedures .......................................................................................................... 55
Section 4.1.4 Interpretation/Reporting .................................................................................... 57
Section 4.1.5 References ........................................................................................................... 58
Section 4.2 p30 Determination .................................................................................................... 60
Section 4.2.1 Scope/Introduction ............................................................................................ 60
Section 4.2.2 Materials, Reagents, and Equipment ................................................................. 60
Section 4.2.3 Procedures .......................................................................................................... 63
Section 4.2.4 Interpretation/Reporting .................................................................................... 65
Section 4.2.5 References ........................................................................................................... 67
Section 4.3 p30 Immunoassay Tests ........................................................................................... 69
Section 4.3.1 Scope/Introduction ............................................................................................ 69
Section 4.3.2 Materials, Reagents, and Equipment ................................................................. 69
Section 4.3.3 Procedures .......................................................................................................... 69
Section 4.3.4 Interpretation/Reporting .................................................................................... 71
Section 4.3.5 References ........................................................................................................... 73
Section 4.4 Sperm Extraction and Staining for Microscopic Exam ........................................... 74
Section 4.4.1 Scope/Introduction ............................................................................................ 74
Section 4.4.2 Materials, Reagents, and Equipment ................................................................. 74
Section 4.4.2.1 Dye Preparation .............................................................................................. 75
Section 4.4.2.2 Epithelial Digest Solutions ............................................................................ 76
Section 4.4.3 Sample Extraction .............................................................................................. 77
Section 4.4.4 Slide Preparation ............................................................................................... 78
Section 4.4.5 Slide Staining ..................................................................................................... 78
Section 4.4.6 Microscopic Examination .................................................................................. 79
Section 4.4.7 Interpretation ...................................................................................................... 81
Section 4.4.8 References ........................................................................................................... 81
Section 4.5 SPERM HY-LITER for Identification of Human Spermatozoa................................ 83
Section 4.5.1 Scope/Introduction............................................................................................. 83

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 3 of 144 |

Section 4.5.2 Materials, Reagents, and Equipment ................................................. 84
Section 4.5.2.1 Reagent Preparation ..................................................................... 84
Section 4.5.3 Sample Extraction ............................................................................ 85
Section 4.5.4 Slide Preparation .............................................................................. 86
Section 4.5.5 Microscopic Examination ................................................................ 87
Section 4.5.6 Interpretation ................................................................................... 89
Section 4.5.7 References ........................................................................................ 89
Section 5 - Saliva ......................................................................................................... 90
Overview ................................................................................................................ 90
Case Approach ....................................................................................................... 90
Section 5.1 Amylase Radial Diffusion ....................................................................... 92
Section 5.1.1 – Scope/Introduction ....................................................................... 92
Section 5.1.2 – Materials, Reagents, and Equipment ........................................... 92
Section 5.1.2.1 Reagent Preparation ...................................................................... 93
Section 5.1.3 Procedure ......................................................................................... 95
Section 5.1.4 Interpretation/Reporting .................................................................. 96
Section 5.1.5 References ........................................................................................ 98
Section 6 - Urine .......................................................................................................... 99
Overview ................................................................................................................ 99
Case Approach ....................................................................................................... 99
Section 6.1 Urine Tests ............................................................................................. 100
Section 6.1.1 Scope/Introduction ........................................................................ 100
Section 6.1.2 Stain Localization .......................................................................... 100
Section 6.1.3 DMAC Test for Urea ..................................................................... 101
Section 6.1.4 Urease Test for Urea ...................................................................... 102
Section 6.1.5 BUN Test for Urea ......................................................................... 103
Section 6.1.6 Creatinine Test (Jaffe Reaction) ................................................... 105
Section 6.1.7 Interpretation/Reporting ................................................................ 108
Section 6.1.8 References ...................................................................................... 109
Section 7 – Fecal Material ......................................................................................... 110
Overview .............................................................................................................. 110
Case Approach ..................................................................................................... 110
Section 7.1 Fecal Material Tests ............................................................................... 111
Section 7.1.1 Scope/Introduction ........................................................................ 111
Section 7.1.2 Macroscopic Examination – Physical Properties .......................... 111
Section 7.1.3 Microscopic Examination (Optional) ............................................ 111
Section 7.1.4 Urobilin Test for Feces .................................................................. 112
Section 7.1.5 Interpretation/Reporting ................................................................ 113
Section 7.1.6 References ...................................................................................... 114
Section 8 – Protein Staining ...................................................................................... 115
Overview .............................................................................................................. 115
Section 8.1 Protein Staining Procedures ................................................................... 116
Section 8.1.1 Scope/Introduction ........................................................................ 116
Section 8.1.2 Materials, Reagents, and Equipment ............................................. 116
Section 8.1.2.1 Coomassie Blue Materials and Reagents .................................... 116
Section 8.1.2.2 Amido Black Materials and Reagents ......................................... 117

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 4 of 144 |

Section 8.1.2.3 Silver Stain Materials and Reagents ................................................................ 118
Section 8.1.3 Procedures ........................................................................................................... 119
Section 8.1.4 Interpretation ...................................................................................................... 121
Section 8.1.5 References ............................................................................................................ 121
Section 9 – Vaginal Material .................................................................................................... 123
    Overview .............................................................................................................................. 123
    Case Approach ..................................................................................................................... 123
Section 9.1 Lugol's Test ............................................................................................................ 124
    Section 9.1.1 Scope/Introduction ........................................................................................ 124
    Section 9.1.2 Materials, Reagents, and Equipment ........................................................... 124
    Section 9.1.3 Procedure ....................................................................................................... 125
    Section 9.1.4 Interpretation/Reporting ............................................................................... 125
    Section 9.1.5 References ....................................................................................................... 127
Section 10 Validation ................................................................................................................. 128
Section 10.1 Validation of the SPERM HY-LITER for Identification of Human Spermatozoa ................ 129
    10.1.1 Scope/Introduction .................................................................................................... 129
    10.1.2 Sensitivity .................................................................................................................. 130
    10.1.3 Specificity .................................................................................................................. 130
Section 11 - Abbreviations ........................................................................................................ 131
Section 12 Manual History ........................................................................................................ 142

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4: Semen |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 49 of 144 |

## Section 4 - Semen

## Overview

**Introduction**  The identification of semen or its components can be a significant finding in a forensic examination. This part of the Biology Technical Procedure Manual contains information regarding the identification of these biological materials.

## Case Approach

**Definition**  Semen consists of spermatozoa and seminal fluid. Seminal fluid includes components such as acid phosphatase and p30, among many other components. Forensic examiners test for spermatozoa, acid phosphatase, and/or p30 to identify or indicate the presence of semen or seminal fluid.

**Technical procedures**  Technical procedures relevant to the identification of semen are contained in the accompanying sections of this manual:

| Section | Topic |
|---|---|
| 4.1 | Acid Phosphatase |
| 4.2 | p30 Determination |
| 4.3 | p30 Immunoassay Test |
| 4.4 | Sperm Extraction |

**Locating semen**  Most of the semen encountered in forensic situations are dried stains or swabs from sexual assault exams. In general, if the evidence item is not a swab, the examination begins by locating a possible semen stain. Consider the following when examining items for semen stains:

A semen stain may be observed as a crusty yellow to white stain, but this will vary depending on the age of the stain and the substrate.

Semen may also be mixed with other body fluids such as saliva and blood, which may alter its physical appearance.

Semen stains may or may not fluoresce with the use of an alternate light source (ALS) and therefore the use of an ALS can aid in locating a potential semen stain.

Some semen stains are not visible without the use of an ALS.

Tactile examination, stereomicroscopy, and chemical mapping can aid in locating stains.

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4: Semen |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 50 of 144 |

**Once a potential semen stain is located**

Document the location of the stain on the item using photographs, notes, and/or drawings
The stain or swab is then examined for acid phosphatase, spermatozoa, and/or p30.
It is the responsibility of the analyst to determine the appropriate tests given the evidence type and case history.
It is important to minimize contamination and ensure that sufficient sample is preserved for possible DNA analysis.

**Minimum analysis guidelines**

Information about the case should be reviewed to determine what items should be examined. Items chosen for analysis should follow the guidelines below.

Items other than swabs should be examined visually, tactilely, and using an alternate light source when possible.

All items to be tested for semen, including swabs, should be screened with AP reagents. Overlays or general swabbing may be performed on large items for AP testing.

Where appropriate, (positive AP stains, stains that the analyst feels could be a semen stain) slides should be made to look for the presence of spermatozoa.

In the case of intimate samples, such as vaginal swabs and underwear, if the AP test is negative and the microscopic examination does not show the presence of spermatozoa, then a p30 test must be run. The analyst may choose to run p30 on other items as well, as appropriate for the case

If sperm are found, no further examination is required, but may sometimes be appropriate.

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4: Semen |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 51 of 144 |

**Possible conclusions**   The following table shows examples of what conclusions may be made based upon certain analysis schemes.

| Tests Conducted | Acid Phosphatase (this test is not required if sperm is found) | Microscopy for Sperm | p30 (Rocket or Crossover) | p30 (one step immunoassay card) | Conclusion |
|---|---|---|---|---|---|
| Results | Negative | | | | Negative presumptive test for seminal fluid |
| Results | Negative | Negative | | | Negative presumptive test for seminal fluid, no sperm observed |
| Results | Negative | Positive | | | Sperm Observed |
| Results | Negative | Positive | Positive | or Positive | Semen detected |
| Results | Positive | Negative | Negative | or Negative | AP detected, seminal fluid not confirmed |
| Results | Positive | Positive | | | Semen detected |
| Results | Positive | Negative | Positive | | Seminal fluid detected |
| Results | Positive | Negative | | Positive | Seminal fluid detected |
| Results | Negative | Negative | Positive | | Seminal fluid detected* |
| Results | Negative | Negative | | Positive | p30 detected** |
| Results | Negative | Negative | Negative | or Negative | No semen detected |

*For p30 rocket or crossover, a positive result alone (without sperm or AP results) will allow you to make the statement of "seminal fluid detected."

**For p30 immunoassay cards, a positive result alone (without sperm or AP results) will allow you to make the statement of "p30 was detected." However, your report should include a statement that explains that other body fluids may react with these test cards. The immunoassay cards are very sensitive and can detect p30 at the very low levels that may be present in body fluids other than seminal fluid.

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.1: Acid Phosphatase |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 52 of 144 |

## Section 4.1 Acid Phosphatase

## Section 4.1.1 Scope/Introduction

**Introduction**   Any one of these three different tests may be utilized to examine materials for the presence of acid phosphatase (AP), an enzyme found in seminal fluid.

The procedure is similar for each test.
Acid phosphatase catalyzes the hydrolysis of the ester-linked phosphate group in the chemical.
The result is a change in color.

The table below contains the chemicals (test names), the hydrolysis product, and the resulting color.

| Test Name | Product & Color |
|---|---|
| -naphthyl acid phosphate | -naphthol which complexes with the diazo dye (GBC or NDR) is **purple** (GBC) **or brick red** (NDR) |
| p-nitrophenol phosphate | p-nitrophenol, which in the presence of base, is **bright yellow** |
| thymolphthalein monophosphate | thymolphthalein, which in the presence of base, is **blue** |

**Reagent checks and documentation**   Reagents are checked each day that they are used. Observations (i.e., color changes) and test results (i.e., positive, negative, or inconclusive) must be recorded in your case notes, along with the lot number of reagents and reference collection materials used. Include a statement that the reagents functioned as expected and are suitable for use.

## Section 4.1.2 Materials, Reagents, and Equipment

**Materials and reagents**   The materials and reagents needed for each of the following tests are listed separately in the following sections:

| Test | Section |
|---|---|
| -naphthyl acid phosphate | 4.1.2.1 |
| p-nitrophenol phosphate | 4.1.2.2 |
| thymolphthalein monophosphate | 4.1.2.3 |

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.1: Acid Phosphatase |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 53 of 144 |

**Equipment**

Each test uses the following equipment:
pH meter
Filter paper (e.g., 1MM-3MM Whatman)
Swabs
Spot plates or equivalent
Pipettes

# Section 4.1.2.1 alpha-Napthyl Acid Phosphate Materials and Reagents

**Materials and reagents**

Citric acid, anhydrous
-Naphthyl acid phosphate
Sodium hydroxide (NaOH)
Fast Garnet GBC salt (GBC) or Naphthanil Diazo Red AL (NDR)
Purified water

**Reagent preparation - buffer**

<u>Citric Acid Buffer</u>
Dissolve and mix:
18.9 g citric acid, anhydrous
In 900 mL purified water
Adjust pH to 4.9 with NaOH and then adjust volume to 1 L

**Reagents for one-step method**

Prepare the buffer
-naphthyl phosphate, GBC salt, or NDR and buffer in a 1:1:1 ratio (e.g., 10 mg/10 mg/ 10 mL for a purchased GBC concentration of 70%. This ration can be adjusted based upon the concentration of the purchased GBC).

**Reagents for two-step method**

Follow the steps below to prepare reagents for the two-step method:

| Step | Action |
|---|---|
| 1 | Prepare the buffer |
| 2 | Make solution #1<br>Dissolve and mix:<br>10 mg   -naphthyl acid phosphate<br>In 5 mL citric acid buffer<br>Allow to come to room temp |
| 3 | Prepare solution #2 – Chromogen<br><u>For GBC:</u><br>Dissolve and mix:<br>10 mg GBC |

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.1: Acid Phosphatase |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 54 of 144 |

In 5 mL citric acid buffer
Allow to come to room temperature

**Or**
For NDR:
  Dissolve and mix:
    10 mg NDR
    In 5 mL citric acid buffer
  Allow to come to room temperature

# Section 4.1.2.2 p-Nitrophenyl Phosphate Materials and Reagents

**Materials and reagents**

Sodium acetate
Sodium hydroxide (NaOH)
Acetic acid
Sodium carbonate ($Na_2CO_3$)
Purified water
p-Nitrophenyl phosphate

**Reagent preparation - buffer**

Acetate Buffer
  Dissolve and mix:
    68 g sodium acetate
    25 mL acetic acid
    In 400 mL purified water
  Adjust to pH 4.8
  Add water to bring the volume up to 500 mL

**Reagents for two-step method**

Follow the steps below to prepare reagents for the two-step method:

| Step | Action |
|---|---|
| 1 | Prepare the buffer |
| 2 | Make solution #1<br>  Dissolve and mix:<br>    5 mg p-nitrophenyl phosphate<br>    In 10 mL acetate buffer |
| 3 | Prepare solution #2<br>  20-25% NaOH solution<br><br>  **Or** |

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.1: Acid Phosphatase |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 55 of 144 |

| | Or 15% $Na_2CO_3$ solution |
|---|---|

# Section 4.1.2.3 Thymolphthalein Monophosphate (TPMP) Materials and Reagents

**Materials and reagents**

Citric acid, anhydrous
Sodium carbonate ($Na_2CO_3$)
Sodium hydroxide (NaOH)
Purified water
Thymolphthalein monophosphate, disodium salt (TPMP)

**Reagent preparation - buffer**

Citric Acid Buffer
  Dissolve and mix:
    18.9 g Citric acid, anhydrous
    In 900 mL water
  Adjust pH to 4.9 with NaOH and then adjust volume to 1 L

**Reagents for two-step method**

Follow the steps below to prepare reagents for the two-step method:

| Step | Action |
|---|---|
| 1 | Prepare the buffer |
| 2 | Make solution #1<br>    Dissolve and mix:<br>      20 mg TPMP<br>      In 100 mL citric acid buffer<br>    If necessary, filter solution #1 |
| 3 | Prepare solution #2<br>    20-25% NaOH solution<br><br>  **Or**<br>    Dissolve and mix:<br>      1.06 g $Na_2CO_3$<br>      0.40 g NaOH<br>      In 80 mL purified water<br>    Add water to bring the volume up to 100 mL |

# Section 4.1.3 Procedures

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.1: Acid Phosphatase |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 56 of 144 |

**Test selection and reagent check**

Decide which acid phosphatase test you will use.

Decide if the spot test procedure or the overlay procedure will be used.

Test the reagents against a semen standard and reagent blank , to demonstrate that the reagents are working properly.  This must be done each day the reagents are used.

**Spot test procedure**

Follow the steps below to perform a spot test for acid phosphatase:

| Step | Action |
|---|---|
| 1 | Cut a small portion of the stain for testing, and place it in the well of a spot plate or equivalent.  Test a substrate control in the same manner as the sample stain if available/appropriate.  Alternatively, a stain can be swabbed and the resulting swab tested directly with the reagents.<br><br>**Note:**  For example, cut 1-2 mm from a swab |
| 2 | Test the stain using one of the methods below:<br><br>**Two-Step Method**<br>( *p-nitrophenylphosphate test, thymolphthalein monophosphate test, or the -naphthyl acid phosphate test.  Use corresponding solutions #1 and #2.*)<br>Add 1-2 drops of solution #1 and wait approximately 1-3 minutes.<br>Add 1-2 drops of solution #2.<br><br>**One-Step Method**<br>( *-naphthyl acid phosphate)*<br>Add 1-2 drops of the working solution.<br>Monitor and record any color changes for up to 5 minutes. |
| 3 | Watch for the rapid development of the appropriate color for each test, as this indicates the presence of acid phosphatase.  There are two colors listed for -naphthyl acid phosphate because it is dependent on the dye that is used.<br><br>  |

| Test | Color Change |
|---|---|
| -Naphthyl acid phosphate | GBC=Purple NDR= Brick red |
| p-Nitrophenyl phosphate | Bright yellow |
| Thymolphthalein monophosphate | Blue |

**Note:**  Low levels of acid phosphatase can result in slow color changes.

| Step | Action |
|---|---|
| 4 | Record the results of the test in the notes.  Include the approximate time for the color reaction to occur if the color development is not immediate. |

**Overlay procedure**

Follow the steps below to prepare an overlay to test for acid phosphatase:

| Step | Action |
|---|---|
| 1 | Lay item on clean surface.  Panties can be cut along the side seams to form a single layer. |

+++ALL PRINTED COPIES ARE UNCONTROLLED+++

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.1: Acid Phosphatase |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 57 of 144 |

| 2 | Place filter paper (e.g., 1MM-3MM Whatman) large enough to cover the area of interest over the item and mark orientation guides (e.g., outline of garment) on the filter paper with water insoluble ink or pencil. |
|---|---|
| 3 | Dampen the filter paper with purified water or appropriate buffer. |
| 4 | Realign the filter paper over area of interest and cover with a protective layer. To ensure good contact of filter paper with the area of interest, place weight on top of the protective layer or apply pressure. Run a known semen stain concurrently. Do not let the filter paper dry. |
| 5 | Remove weight and protective layer. |
| 6 | Test the overlay using one of the methods below:<br><br>**Two-Step Method**<br>*(p-nitrophenylphosphate test, thymolphthalein monophosphate test, or the -naphthyl acid phosphate test. Use corresponding solutions #1 and #2.)*<br>Apply solution #1 to the side of filter paper that was in contact with the area of interest. Wait approximately 1-3 minutes.<br>Apply solution #2.<br>Record the immediate color changes.<br><br>**One-Step Method**<br>*( -naphthyl acid phosphate)*<br>Apply the one-step reagent to the side of the filter paper that was in contact with the area of interest.<br>Monitor and record any color changes for up to 5 minutes. |
| 7 | Document the location of any color changes in case notes or photograph the overlay. The table below reflects the color changes observed with a positive acid phosphatase result for each test. There are two colors listed for -naphthyl acid phosphate because it is dependent on the dye that is used.<br><br>| Test | Color Change |<br>|---|---|<br>| -Naphthyl acid phosphate | GBC=Purple NDR= Brick red |<br>| p-Nitrophenyl phosphate | Bright yellow |<br>| Thymolphthalein monophosphate | Blue | |

## Section 4.1.4 Interpretation/Reporting

**Interpretational guidelines**   The rapid development of the appropriate color change, as described in the procedures above, indicates a high level of acid phosphatase. Low levels of acid phosphatase may be present when slow color changes are observed or when a pale yellow color is obtained for the p-Nitrophenol phosphate test or a pale blue color is obtained for the thymolphthalein monophosphate test.

California Department of Justice
Bureau of Forensic Services

| Document number: TP-2 | **Biology** | Section 4.1: Acid Phosphatase |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 58 of 144 |

Acid phosphatase is present in high concentration in seminal fluid. The enzyme is present at lower concentrations in other body fluids including: vaginal secretions, saliva, milk, and feces. Other sources of acid phosphatase include: plants, fungi, and bacteria. Sources other than semen generally produce weak acid phosphatase reactions.

A negative acid phosphatase reaction does not necessarily mean that semen is not present. It may be possible to get a negative acid phosphatase reaction from a stain and still find p30 and/or spermatozoa.

**Reporting guidelines**

The table below contains reporting guidelines based upon results of the acid phosphatase test:

| If the Acid Phosphatase test was… | Then the results may be reported as.. | |
|---|---|---|
| Positive | "A presumptive test for acid phosphatase, a component of seminal fluid (as well as vaginal fluid), was positive." | |
| | **If …** | **Then the report should indicate that…** |
| | further testing is not performed | "Seminal fluid was not confirmed" |
| Negative | "No acid phosphatase, a component of seminal fluid, was detected." | |
| Inconclusive* | "A presumptive test for seminal fluid was inconclusive." | |

\* Inconclusive is when you cannot tell if there has been the appropriate color change due to substrate interference (e.g., bloody vaginal swab, feces, fabric dyes),

# Section 4.1.5 References

**References**

Biology methods manual. London, England: Metropolitan Police Forensic Science Laboratory, 1978.

Gaensslen RE. Sourcebook in forensic serology, immunology and biochemistry. US Government Printing Office, 1983.

Hartnett C, Tate D. p-Nitrophenyl phosphate test as a substitute for fast blue B. Tieline Spring 1981;7(1):56.

Kind SS. The acid phosphatase test. Methods of Forensic Science 1964;3:267-288.

California Department of Justice
Bureau of Forensic Services

| Document number: TP-2 | Biology | Section 4.3: p30 Immunoassay |
|---|---|---|
| Issued by: Bureau Chief | Technical Procedures | Page 69 of 144 |

## Section 4.3 p30 Immunoassay Tests

### Section 4.3.1 Scope/Introduction

**Introduction**

The one step immunoassay cards are commercially produced test cards for the rapid and qualitative detection of p30. Prostate specific antigen (PSA) or p30 is glycoprotein found in high concentrations in seminal fluid. These test cards are designed to qualitatively detect p30 utilizing an immunoassay technique in which a conjugated dye labeled antibody forms a complex with the p30 antigen.

### Section 4.3.2 Materials, Reagents, and Equipment

**Materials, reagents, and equipment**

One step p30 immunoassay test card (ABAcard® or Seratec®)
Purified water or Phosphate Buffered Saline (PBS)
Micro spin vials or equivalent
Pipette (or provided dropper)
Miscellaneous laboratory supplies

### Section 4.3.3 Procedures

**Quality check and Documentation**

Each lot of p30 immunoassay test cards will be checked prior to use in casework (see the Quality Control Procedures and logs).

Observations and test results must be recorded in your case notes, along with the lot number and expiration date of the immunoassay test card(s).

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.3: p30 Immunoassay |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 70 of 144 |

**Procedure**    Follow the steps below to test for the presence of p30 using an immunoassay test card:

| Step | Action |
|---|---|
| 1 | Cut an appropriate size of the questioned swab or stain and place in the bottom of a micro spin vial.<br><br>A substrate control should be analyzed in the same manner as the questioned swab or stain when available/appropriate.<br><br>A reagent blank will be run with each set of samples. **Note:** if the substrate control is negative, then it is not necessary to also run a reagent blank.<br><br>A positive control is run as a dilution series for each lot during the QC check and does not need to be repeated at the time of casework. It is the analyst's responsibility to ensure the QC check has been successfully completed prior to using the immunoassay cards on casework.<br><br>**Note:  Liquid samples should not be tested directly.  The p30 test cards are only suitable for use on dried stains.** |
| 2 | Extract the cutting with purified water or PBS and bring to a final volume of approximately 200-400  L. |
| 3 | Periodically agitate sample (e.g., with a toothpick).  Allow sample to extract for at least 15 minutes. |
| 4 | Optional – piggyback and centrifuge.  A slide can be made from the cellular pellet. |
| 5 | Pipette extract into the sample well of the immunoassay card.  The amount can vary depending upon the manufacturer of the card, but the total sample volume shall be sufficient to elute through the immunoassay card.  For example, if using the ABAcard® p30 test cards, add 200 µL of sample to the sample well. |

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.3: p30 Immunoassay |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 71 of 144 |

**Example**
**ABAcard®**

Control section
Test section



Sample well

| Step | Action |
|---|---|
| 6 | Examine the test window for the presence of colored bands in the control and test sections of the window (and appearance of the internal standard line if using the Seratec® cards). Read the result within 10 minutes.<br><br>Any bands that appear later than 10 minutes are not considered valid. If a band does appear after 10 minutes, the analyst may consider repeating the test after diluting the sample, or testing another portion of the stain.<br><br>*Note:* If no test band appears and it is suspected that semen is present (i.e., a strong, fast acid phosphatase response), the extract may be too concentrated. This is known as the "high dose hook effect." If this is suspected, dilute the extract 1:10 to 1:100 and re-run the test.<br><br>*Note:* If no control band(s) appears (and if applicable, no internal standard band appears), the test is invalid and should be repeated. |
| 7 | Document (i.e., photograph, sketch, or diagram) the results in the case notes. |

## Section 4.3.4 Interpretation/Reporting

**Interpretational guidelines**

If p30 is present, a complex forms with the mobile antibody in the membrane. This antibody-antigen complex migrates through the membrane and reacts with a second fixed anti-human p30 antibody. A colored line forms when the p30-dye labeled antibody reacts with the fixed antibody.

As an internal control, a second colored line should form at the control (C) area. These are dye conjugates that cannot bind to the antibody in the test area, but are captured in the control area. Some manufacturers (i.e., Seratec®) produce a card that contains an internal standard that forms a third band.

The presence of colored lines in the control and test areas indicates a positive result. If applicable (i.e., if using a Seratec® card), a colored line must also be observed in the internal standard area for a positive result.

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10