### California Department of Justice
### Bureau of Forensic Services

| Document number: TP-2 | Biology | Section 4.3: p30 Immunoassay |
|---|---|---|
| Issued by: Bureau Chief | Technical Procedures | Page 72 of 144 |

A line only in the control position (and presence of the internal standard line for the Seratec® card) indicates no p30 detected.

If no control band appears (and if applicable, no internal standard band appears), the test is invalid and should be repeated.

While more concentrated semen samples will generally produce test results in a shorter period of time, no interpretation regarding the intensity of either the test or the control band(s) should be made.

#### ABAcard® p30 Test summary:

| Control (C) | Test (T) | Result (p30) |
|---|---|---|
| (+) colored line present | (+) colored line present | positive |
| (+) colored line present | (-) colored line absent | negative |
| (-) colored line absent | (+/-) colored line present or absent | invalid |

#### Seratec® p30 Test summary:

| Control (C) | Test (T) | Internal Standard | Result (p30) |
|---|---|---|---|
| (+) colored line present | (+) colored line present | (+) colored line present | positive |
| (+) colored line present | (-) colored line absent | (+) colored line present | negative |
| or (-) colored line absent | (+/-) colored line present or absent | or (-) colored line absent | invalid |

**Reporting guidelines**

The following are examples of wording than can be used in the report.

| If … | Then the results may be reported as… |
|---|---|
| the p30 test card is positive | "p30, a protein found in seminal fluid, was detected." |
| the p30 test card is positive and, a positive acid phosphatase result was obtained | "Seminal fluid was detected." |
| the p30 test card is negative | "No p30, a protein found in seminal fluid, was detected." |
| no control band(s) appears (and if applicable, no internal standard band appears), the test is invalid and should be repeated.  If the test is not repeated or if the same results are obtained with additional testing, then the report may read: | "No results were obtained." |

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.3: p30 Immunoassay |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 73 of 144 |

# Section 4.3.5 References

**References**

Benton KA, Donahue JA, Valadez M Jr. Analysis of the ABAcard OneStep PSA test for use in the forensic laboratory. Texas Department of Public Safety.

Graves HCB, Sensabaugh GF, Blake ET. Postcoital detection of a male specific semen protein. New England Journal of Medicine 1985:312-338.

Hochmeister M., et al. Evaluation of prostate-specific antigen (PSA) membrane test assays for the forensic identification of seminal fluid. Journal of Forensic Science 1999;44:1057-1060.

Identification of Semen using Anti-p30. SERI Product Information Brochure.

LAPD SID Serology Unit SOP #SERO-S&S-04B, revision date 10/01/99, pp.7.

OneStep ABAcard p30 test technical information sheet, Abacus Diagnostics, 1998.

Poyntz FM, Martin PD. Comparison of p30 and acid phosphatase levels in post-coital vaginal swabs from donor and casework studies. Forensic Science International 1984;24(1):17-25.

Rawlinson L, Wraxall B. Semen quantitation utilizing p30 antigen. Interamerican Congress of Forensic Sciences November 1982.

Sensabaugh G. Isolation and characterization of a semen specific protein from human seminal plasma. A potential new marker for semen identification. Journal of Forensic Science 1978;23(1).

Simich JP, et al. Validation of the use of a commercially available kit for the identification of prostate specific antigen (PSA) in semen stains. Journal of Forensic Science 1999;44(6):1229-1231.

Spear TF. Khoskebari, N. The evaluation of ABAcard p30 test for the identification of semen. CCI.

Wraxall B, Blake E. The identification of semen using anti-p30. SERI Semen Manual, 1981.

Wraxall B, DeHaan L. The use of p30 antiserum in sexual assault cases. Journal of Forensic Science Society 1984;24:343.

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology Technical Procedures | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 74 of 144 |

# Section 4.4 Sperm Extraction and Staining for Microscopic Exam

## Section 4.4.1 Scope/Introduction

**Introduction**

Spermatozoa can be removed from fabric or a swab by soaking a portion of the sample in an appropriate extracting solution, such as:
- purified water,
- diluted Woolite,
- saline, phosphate buffered saline,
- 5% ammonium hydroxide, or
- proteinase K in sodium dodecyl sulfate solution*

After a sample has been extracted, the cell pellet will be placed on a glass slide and examined microscopically for the presence of spermatozoa. Alternatively, a small portion of the sample can be teased on a slide in a small amount of liquid and examined microscopcally.

It is acceptable to microscopically examine slides using only water as a medium. However, if no intact sperm are observed, the slide must be stained and re-examined.

***Note:*** Extracting with proteinase K will digest the epithelial material, leaving the sperm. Digesting the sample to remove epithelial material can speed up the analysis process however, it is only recommended when sufficient sample is available so that sufficient material is still available for DNA analysis.

**Reagent checks and documentation**

Dyes/reagents are checked when they are prepared and/or when a new lot number is purchased. They are checked using a known sperm slide using the procedure for the stain used. The results are recorded in the reagent log, along with any changes to staining times, if needed.

Observations (e.g., type and density of material present on slide) and test results (e.g., presence or absence of spermatozoa and epithelial cells) must be recorded in your case notes, along with the lot number of reagents and reference collection materials used.

## Section 4.4.2 Materials, Reagents, and Equipment

**Materials and reagents**

- Acetone
- 5% Ammonium hydroxide (NH$_4$OH)
- Alcohol

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology Technical Procedures | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 75 of 144 |

- Aluminum sulfate
- Crystal (methyl) violet
- Indigo carmine
- Iodine ($I_2$)
- Mounting media (e.g., Cytoseal)
- Nuclear fast red
- Picric acid
- Potassium iodide
- Proteinase K (pro K)
- Purified water
- Saline
- Sodium dodecyl sulfate (SDS)
- Woolite

**Equipment**
- Cover slips
- Disposable culture tubes
- Microcentrifuge tubes
- Microscope
- Microspin baskets
- Pipettes
- Slides

## Section 4.4.2.1 Dye Preparation

**Solution preparation – Christmas tree stain solutions**

Dyes may be purchased or prepared.  Instructions for their preparation follow.

Nuclear Fast Red Stain
- Dissolve and mix:
   - 5 g aluminum sulfate
   - 100 mL hot purified water
- Add:
   - 0.1 g nuclear fast red
- Allow to cool, then filter

Picroindigocarmine Stain
- Purchase or prepare a saturated picric acid solution (4 g picric acid in 300 mL purified water)
- Add:
   - 1 g indigo carmine to 300 mL saturated picric acid solution.
- Filter

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** **Technical Procedures** | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 76 of 144 |

**Solution preparation – Gram modified Christmas tree solutions**

If using the Gram Modified Christmas tree staining procedure, the following additional dye preparation follows.

0.5% Crystal (methyl) violet in purified water

Gram's Iodine
- Dissolve and mix:
  - 1 g iodine
  - 2 g potassium iodide
  - 300 mL purified water

## Section 4.4.2.2 Epithelial Digest Solutions

**Solution preparation – epithelial digest solutions**

Stain Extraction Buffer (SEB)
1.21 g Tris
3.72 g EDTA
5.84 g NaCl
1 liter distilled water
pH 8.2
In a beaker mix approximately 800 ml water with the measured chemicals. pH to 8.2 with NaOH. **Note:** EDTA will not go into solution without a pH change.

SEB with SDS:
2% SDS in Stain Extraction Buffer (e.g., 2 g SDS/100 ml)
**Note:** Solution may need to be warmed for the SDS to go into solution

Pro K Solution:
2% Pro K in SEB with SDS (e.g., 2 mg/100 ul)

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology Technical Procedures | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 77 of 144 |

## Section 4.4.3 Sample Extraction

**Sample evaluation**

Evaluate the sample:

| Whenever ... | Then ... |
|---|---|
| possible | use the same cutting that was used for acid phosphatase (only if the $Na_2CO_3/NaOH$ preparation is used as the second solution) and/or p30 testing. |
| the sample is limited | take precautions to ensure there is enough material for DNA analysis. |
| needed | the epithelial material in the sample may be digested to leave only the sperm. |

**Sample extraction**

Extract the sample:

| Step | Action |
|---|---|
| 1 | Place the cutting in a microcentrifuge tube. |
| 2 | Add enough extracting solution to completely cover the sample. |
| 3 | Periodically vortex and/or agitate the sample (e.g., with a clean toothpick). |
| 4 | Let the sample stand for about 30 minutes at room temperature. |
| 5 | Then, vortex and/or agitate the sample again. |
| 6 | Remove the sample from the microcentrifuge tube and, |
| 7 | Place the sample in a microspin basket (or equivalent). |
| 8 | Centrifuge. |
| 9 | Prepare the slide from the cellular pellet. |
| Note: | If an epithelial cell digest is a possibility:  The extractant should be water, retain the sample cutting and prepare a slide from a portion of the cellular pellet only. |

**Epithelial material digestion**

To digest the epithelial material:

| Step | Action |
|---|---|
| 1 | Place the cutting in a microcentrifuge tube (or return the original cutting to the remainder of the original extract). |
| 2 | Add about 200 ul of SEB with SDS. |
| 3 | Add about 5 ul of the Proteinase K Solution. |
| 4 | Agitate and/or vortex the sample. |
| 5 | Incubate the sample at about 56° C for approximately 1 hour. |
| 6 | Vortex the sample again. |
| 7 | Remove the sample from the microcentrifuge tube and, |

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology Technical Procedures | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 78 of 144 |

| | |
|---|---|
| 8 | Place the sample in a microspin basket (or equivalent). |
| 9 | Centrifuge. |
| 10 | Remove most of supernatant without disturbing the pellet. |
| Option | The pellet may be washed 2 to 3 times with distilled water. |
| 11 | Prepare the slide from the cellular pellet. |

**Sample teasing**   Instead of extracting material in a microspin tube, the analyst may aggressively tease a portion of the sample with water directly on a microscope slide. After teasing, remove the remainder of the substrate, heat fix the slide and stain as usual.

*Note:* If no sperm are seen, consideration can be given to preparation of another slide by a different technique.

## Section 4.4.4 Slide Preparation

**Slide preparation**

| Step | Action |
|---|---|
| 1 | Prepare a slide by one of these methods:<br>• Transfer a suitable portion of the pellet to a microscope slide.<br>• Aggressively tease a portion of the sample directly onto the slide.<br>• Or use a hospital prepared slide<br><br>*Note:* the supernatant may be used for other analyses. |
| 2 | Gently heat fix the slide, or allow the slide to dry completely and fix with ethanol. |

## Section 4.4.5 Slide Staining

**Christmas tree staining**   To stain the slide using the Christmas tree stain:

| Step | Action |
|---|---|
| 1 | Cover sample area on slide with nuclear fast red stain and let it stand for a minimum of one minute. Do not let sample area dry out.<br><br>*Note:* the timing depends upon the concentration of the stain solution. Purchased stains tend to be less concentrated than the dye preparations listed in this method. As such, they may require more time to be effective. |

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology Technical Procedures | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 79 of 144 |

| 2 | Wash away nuclear fast red stain solution with gentle stream of purified water, being careful not to dislodge pellet. |
|---|---|
| 3 | Cover sample area with picroindigocarmine stain for up to one minute.<br><br>*Note:* the timing depends upon the concentration of the stain solution. |
| 4 | Rinse the slide with alcohol (e.g., ethanol or reagent alcohol) and dry. |

**Gram modified Christmas tree staining**

In the instances where large numbers of yeast and/or bacteria are suspected, the slide may be stained with crystal violet followed by Gram's iodine stains **prior** to Christmas tree stain:

| Step | Action |
|---|---|
| 1 | Stain with aqueous crystal violet for 1 minute. |
| 2 | Rinse with water. |
| 3 | Stain with Gram's iodine for 1 minute. |
| 4 | Rinse with acetone and allow to dry. |
| 5 | Proceed with Christmas tree stains, described above. |

## Section 4.4.6 Microscopic Examination

**Microscopic examination**

| Step | Action |
|---|---|
| 1 | Once the slides are prepared, the sample area is covered with mounting media and a cover slip. |
| 2 | Examine the slides (e.g., at 200x to 400x) for the presence of spermatozoa using light, phase contrast, or differential interference contrast (DIC) microscopy. Record the type of microscopy, the magnification, and any observations in your notes. |
| 3 | Using light microscopy of slides stained with Christmas tree stain:<br>• epithelial material will appear green, and<br>• nuclear material will appear red or pink<br><br>For example, stained spermatozoa typically appear as follows:<br><br>

| Part | Color |
|---|---|
| Posterior head | red |
| Acrosomal cap | pink |
| Mid-piece | green to blue |
| Tail | green to blue |

|

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
**Revision 9, Issue Date 03/29/10**

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology Technical Procedures | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 80 of 144 |

| | *Note:* sperm heads can be identified by the characteristic pink cap and red bottom staining, as well as by size and shape. |
|---|---|

**Example**

Photomicrograph of epithelial cells, sperm and yeast stained with Gram modified Christmas tree stain.  Picture courtesy of Ed Jones, Ventura County Sheriff's Department



| Step | Action |
|---|---|
| 4 | Using phase contrast microscopy, the bottom (posterior) portion of the stained sperm head typically glow white and the acrosomal cap appears much darker.<br><br>Using DIC microscopy, cellular material has a three-dimensional appearance. The acrosomal cap, neck, and tail are clearly defined, as is the nucleus and cellular membrane of nucleated e-cells.  DIC is in gray-scale; no staining will be visible. |
| 5 | Using light microscopy of slides stained with Gram modified Christmas tree stain:<br>• epithelial material will appear green,<br>• nuclei inside epithelial cells appear purple,<br>• gram-positive bacteria stain deep violet<br>• gram-negative bacteria remain unstained<br>• sperm cells are as described in 2, above |

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology Technical Procedures | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 81 of 144 |

| 6 | Note the sperm density.  The following notations may be used: |
|---|---|
| | <table><tr><td>If ...</td><td>Then ...</td></tr><tr><td>no sperm cells seen</td><td>Negative</td></tr><tr><td>difficult to find</td><td>1+</td></tr><tr><td>some were seen in some fields</td><td>2+</td></tr><tr><td>some or many in most fields</td><td>3+</td></tr><tr><td>many in most or all fields</td><td>4+</td></tr></table> |
| 7 | Information on whether spermatozoa with tails were observed should also be recorded in your notes. |
| 8 | The presence of significant amounts of bacteria or epithelial cells should also be recorded in notes. |

## Section 4.4.7 Interpretation

**Reporting guidelines**

| When ... | Then results may be reported as... |
|---|---|
| spermatozoa are observed | "Spermatozoa were observed." |
| no spermatozoa are observed | "No spermatozoa were observed." |
| one spermatozoon is observed | "One sperm was observed." |

| If ... | Then ... |
|---|---|
| the cell morphology is not clear, | |
| the staining is not distinct, or | an inconclusive result may be reported. |
| if debris/material on the slide obscures viewing, | |

## Section 4.4.8 References

**References**    Biology methods manual.  Metropolitan Police Forensic Science Laboratory, London, England, 1978.

Boudreau AJ, Cortner GV.  California Association of Criminalists Seminar, October, 1978.

Blake ET, Cook C, Bashinski J.  Presented at the 67th semi-annual seminar, California Association of Criminalists, May 15-17, 1986.

Gaensslen R, Mertens J, Lee H, Stolorow M.  Staining and extraction techniques, proceeding of a forensic science symposium on the analysis of sexual assault evidence.  FBI Academy,

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** **Technical Procedures** | Section 4.4: Sperm Extraction and Staining |
|---|---|---|
| Issued by: Bureau Chief | | Page 82 of 144 |

1983.

Gaensslen R. Sourcebook in forensic serology, immunology, and biochemistry. U.S. Government Printing Office, 1983.

Hartnett C. Woolite safely soaks sperm cells from cloth. Tieline, Spring 1981;7(1):54.

Manual of histologic staining methods of the armed forces institute of pathology. Luna LG, editor. New York: McGraw-Hill Book Co., 1968.

Oppitz E. A new color method for proof of sperm in moral crimes. Arkiv fur Krimin 1969;144:145-148. (Translation by Stone IC, Southwestern Institute of Forensic Sciences, Criminal Investigation Lab. Updated Feb. 1975).

Stone IC. Staining of spermatozoa with kenochtrot and picroindigocarmine for microscopical identification. 1972.

Kind SS. The acid phosphatase test. In: Methods of forensic science, Curry, A. editor. London: Insterscience, 1964.

Willott GM, Allard J. Spermatozoa – their persistence after sexual intercourse. Forensic Science International 1982;19:135-154.

Chapman, RL, Brown, NM, Keating SM. The isolation of spermatozoa from sexual assault swabs using proteinase K. Journal of the Forensic Science Society 1989;29(3):207-212.

Belschner, Kay and the entire Biology TAG. Finding the Needle in the Haystack. CAC News, 2nd Qtr 2007 pp 10 – 12.

Norris, JV, Manning, K, Linke, SJ, Ferrance, JP, Landers, JP, Espedited, Chemically enhance sperm cell recovery from cotton swabs for rape kit analysis, JFS, Vol. 52, No. 4, pp 800-805 7/07.

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology | Section 4.5 Sperm HY-LITER |
|---|---|---|
| Issued by: Bureau Chief | Technical Procedures | Page 83 of 144 |

# Section 4.5 SPERM HY-LITER for Identification of Human Spermatozoa

## Section 4.5.1 Scope/Introduction

**Introduction**    SPERM HY-LITER uses a reagent that fluorescently labels human sperm heads.

Samples may be extracted and air dried on a slide, or hospital prepared smear slides may be used. The slides undergo a process of fixing, preparation, blocking, and staining. The slides may then be examined with the use of a fluorescent microscope. Human spermatozoa produce a green fluorescence while other cellular material does not.

**Theory**    The following is from the Installation and Training Manual for the Sperm HY-LITER:

The SPERM HY-LITER staining kit contains two fluorescent dyes that can only be visualized using a fluorescent microscope fitted with a fluorescent light source and appropriate filters.

There are least three different fluorescent light sources that can be used on modern fluorescent microscopes, mercury burners, metal halide lamps, and LEDs. Any of these light sources are appropriate, in combination with a reflected light illuminator to visualize SPERM HY-LITER stained preparations.

Using appropriate filters (called 'cubes') installed on a fluorescent microscope, both human sperm heads and nuclei can be independently visualized. A specialized dual filter cube can also be optimized for your laboratory's particular brand of microscope such that both human sperm heads and other cell nuclei can be observed simultaneously. This additional filter cube provides a satisfying, useful, and efficient analysis of smear and extracts slides that contain large amounts of biological material and is another confirmatory step in the process of sperm identification from sexual assault evidence.

The mouse monoclonal antibody that binds specifically to human sperm heads, and thereby provides the unique specificity of SPERM HY-LITER has been chemically tagged with Alexa 488. This fluorophore has an excitation maximum of ~488-494 nm and an emission maximum of ~519-526 nm.

The fluorescent DNA stain, 4',6-diamidino-2-phenylindole (DAPI) which will stain all cell nuclei without specificity, has an excitation maximum of ~340-350 nm and an emission maximum of ~450-460 nm. This fluorophore has a particularly large quantum efficiency and will appear very bright with any of the fluorescent light sources described above. DAPI binds primarily to the minor groove in A/T rich regions of DNA.

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.5 Sperm HY-LITER |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 84 of 144 |

| | | |
|---|---|---|
| **Reagent checks and documentation** | Reagents are checked when a new lot number is purchased.  They are checked using a slide of known sperm and epithelial cells using the procedure.  The results are recorded in the reagent log. | |

Observations (e.g., type and density of material present on slide) and test results (e.g., presence or absence of spermatozoa and epithelial cells) must be recorded in your case notes, along with the lot number of reagents and reference collection materials used.

## Section 4.5.2 Materials, Reagents, and Equipment

**Materials and reagents**
- DDT
- KOH or NaOH
- PBS
- SPERM HY-LITER Kit (store 2-8°C)
- Mounting medium

**Equipment**
- Microscope slides (regular or hydrophobic masked)
- Cover slips
- Hydrophobic slide pen
- Microcentrifuge tubes
- Fluorescent Microscope
- Microspin baskets
- Wash Bottle
- Pipettes

## Section 4.5.2.1 Reagent Preparation

**Wash Buffer**
Make a 1:10 dilution of the wash buffer from the HY-LITER kit with purified water.  This may be made in quantity and placed in a wash bottle for use.  The buffer is stable diluted.  Store at room temperature.

**1M KOH or 1M NaOH**
Either 1M KOH or 1M NaOH is needed.  Both do not need to be made.

For 1M KOH, dissolve 5.6 grams KOH in 100 ml purified water.

For 1M NaOH, dissolve 4.0 grams NaOH in 100 ml purified water.

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology | Section 4.5 Sperm HY-LITER |
|---|---|---|
| Issued by: Bureau Chief | Technical Procedures | Page 85 of 144 |

**DTT Solution**    Add 0.154 grams DTT to 0.7 ml purified water. Add 0.11 ml of either 1M KOH or 1M NaOH. Mix to dissolve. Aliquot into small tubes (approximately 20 ul per tube) and freeze. Frozen aliquots have a 2 year shelf life. Alternatively, purchased DTT solution of the correct concentration and pH can be used.

**Sample Preparation Solution + DTT**    This solution must be made just prior to use. The volume prepared depends on the size of the area to be stained on the slide (See section 4.5.4 for approximate amounts needed). For every drop of reagent required, mix 37 ul of Sample Preparation Solution from the HY-LITER kit (Reagent 2) with 3 ul DTT solution.

## Section 4.5.3 Sample Extraction

**Sample extraction**    Extract the sample:

| Step | Action |
|---|---|
| 1 | Place the cutting in a microcentrifuge tube. |
| 2 | Add enough extracting solution (PBS is the preferred extracting solution) to completely cover the sample. |
| 3 | Periodically vortex and/or agitate the sample (e.g., with a clean toothpick). |
| 4 | Let the sample stand for about 30 minutes at room temperature. |
| 5 | Then, vortex and/or agitate the sample again. |
| 6 | Remove the sample from the microcentrifuge tube and, |
| 7 | Place the sample in a microspin basket (or equivalent). |
| 8 | Centrifuge. |
| 9 | Prepare the slide from the cellular pellet. |

**Sample teasing**    Instead of extracting material in a microspin tube, the analyst may aggressively tease a portion of the sample with PBS directly on a microscope slide. After teasing, remove the remainder of the substrate, air dry the slide and stain as usual.

*Note:* If no sperm are seen, consideration can be given to preparation of another slide by a different technique.

**Previously Stained Slides**    Slides that have been previously stained with Christmas Tree stain may be restained with the HY-LITER kit as long as the slides were not heat fixed. Heat fixing the slide raises the background fluorescence of the slide.

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology | Section 4.5 Sperm HY-LITER |
| Issued by: Bureau Chief | Technical Procedures | Page 86 of 144 |

## Section 4.5.4 Slide Preparation

**General Information**

The amount of the reagents used per slide depends on the size of the area on the slide that needs to be stained. The dropper bottles in the HY-LITER kit are designed to deliver approximately 37 ul per drop if the bottle is held vertically. Use the following guidelines to determine the amount of reagent to use:

| Approximate size of area on slide | 6 mm | 8 mm | 11 mm | Large smear |
|---|---|---|---|---|
| Number of drops of reagent | 1 | 1 | 2 | 6-12 |

**Slide preparation**

| Step | Action |
|---|---|
| 1 | Use a cleaned regular slide or a hydrophobic masked slide. Prepare the slide by one of these methods:<br><br>• Transfer a suitable portion of the pellet to a microscope slide.<br>• Aggressively tease a portion of the sample directly onto the slide.<br>• Or use a hospital prepared slide<br><br>*Note:* the supernatant may be used for other analyses. |
| 2 | Allow the slide to air dry.<br><br>*Note:* It is important not to heat fix the slide. Heat fixing the slide raises the background fluorescence of the slide. |
| 3 | Add enough Fixative Solution (Reagent 1) from the HY-LITER kit to cover the cellular material and allow to incubate at room temperature for approximately 10 minutes (9-15 minutes). |
| 4 | Quickly rinse the slide with the prepared wash buffer (1.5-2 ml). |
| 5 | Add enough Sample Preparation Solution + DTT to cover the cellular material and allow to incubate at room temperature for 30 minutes (plus or minus 5 minutes).<br><br>*Note:* Fecal materials will consume the DTT. If slides are made from fecal materials, add an additional 20 ul of the DTT solution to the slide prior to the 30 minute incubation. |

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.5 Sperm HY-LITER |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 87 of 144 |

| 6 | Quickly rinse the slide with the prepared wash buffer (1.5-2 ml). |
|---|---|
| 7 | Add enough Blocking Solution (Reagent 3) from the HY-LITER kit to cover the cellular material and allow to incubate at room temperature for a minimum of 30 minutes.  Do not allow to dry. |
| 8 | Quickly rinse the slide with the prepared wash buffer (1.5-2 ml). |
| 9 | Add enough Sperm Head Staining Solution (Reagent 4) from the HY-LITER kit to cover the cellular material and allow to incubate at room temperature for approximately 30 minutes (plus or minus 1 minute). |
| 10 | Quickly rinse the slide with the prepared wash buffer (1.5-2 ml). |

## Section 4.5.5 Microscopic Examination

**Microscopic examination**

| Step | Action |
|---|---|
| 1 | Once the slides are prepared, the sample area is covered with mounting media (provided in the HY-LITER kit or Cytoseal) and a cover slip. |
| 2 | Examine the slides (e.g., at 200x to 400x) for the presence of spermatozoa using phase contrast and fluorescence.  Record the type of microscopy, the magnification, and any observations in your notes. |
| 3 | Using fluorescence microscopy, what is observed depends on the filter used.<br><br>DAPI filter – All cell nuclei appear blue<br>FITC filter – Only human sperm heads are observed, and appear green. Acrosomal caps are still visible.<br><br>Slides can also be examined with a combination of FITC and DAPI filters, or in combination with phase contrast. |

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | **Biology** | Section 4.5 Sperm HY-LITER |
|---|---|---|
| Issued by: Bureau Chief | **Technical Procedures** | Page 88 of 144 |

**Example**    Photomicrograph Post-Coital Sample, Smear slide *with* Sperm, FITC filter.



Dual Color Fluorescence Sperm and Epithelial Cells Simultaneously.



Both photographs courtesy of Independent Forensics DNA Testing and Technologies

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10

**California Department of Justice**
**Bureau of Forensic Services**

| Document number: TP-2 | Biology | Section 4.5 Sperm HY-LITER |
|---|---|---|
| Issued by: Bureau Chief | Technical Procedures | Page 89 of 144 |

| | |
|---|---|
| 4 | Note the sperm density.  The following notations may be used: |

| If ... | Then ... |
|---|---|
| no sperm cells seen | Negative |
| difficult to find | 1+ |
| some were seen in some fields | 2+ |
| some or many in most fields | 3+ |
| many in most or all fields | 4+ |

| | |
|---|---|
| 5 | Information on whether spermatozoa with tails were observed should also be recorded in your notes. |
| 6 | The presence of significant amounts of bacteria or epithelial cells should also be recorded in notes. |

## Section 4.5.6 Interpretation

Reporting
guidelines

| When ... | Then results may be reported as... |
|---|---|
| spermatozoa are observed | "Spermatozoa were observed." |
| no spermatozoa are observed | "No spermatozoa were observed." |
| one spermatozoon is observed | "One sperm was observed." |

## Section 4.5.7 References

References

Willott GM, Allard J.  Spermatozoa – their persistence after sexual intercourse.  Forensic Science International 1982;19:135-154.

SPERM HY-LITER Installation and Training Manual, Independent Forensics DNA Testing and Technologies.

Mado Vandewoestyne, David Van Hoofstat, Filip Van Nieuwerburgh & Dieter Deforce Automatic detection of spermatozoa for laser capture microdissection.  Int J Legal Med 2008

+++ALL PRINTED COPIES ARE UNCONTROLLED+++
Revision 9, Issue Date 03/29/10