UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

ORDER

Petitioner's Motion for Additional Thirty Days to permit Dr. Jan Leestma to review

autopsy slides is GRANTED.  Dr. Leestma must submit a report to the government no later than

_____.

Petitioner's Motion for Leave of Court to depose William May and Adam Longoria is

hereby DENIED.

The clerk of this Court shall send a copy of this Order to the parties by any receipted

means.

Signed at Corpus Christi, Texas, this _____ day of _____ 2010.


_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE