UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

ORDER

The Court GRANTS Bourgeois Motion to Amend his original Motion brought pursuant to 28 U.S.C. § 2255. The Court however DENIES his Amendment to his original Claim IV, in which he alternatively alleges a *Brady* violation, and ineffective assistance by Trial Counsel for their failure to confront the government's positive P-30 test result as being a "weak" or "very weak" result. Bourgeois fails to demonstrate the government suppressed the "weak" or "very weak" raw data. Even if Bourgeois could demonstrate that Trial Counsel had not been provided with the raw data suggesting the test result was "weak" or "very weak", Bourgeois fails to demonstrate such document was exculpatory, or that its absence at trial undermines confidence in the outcome of the trial.

-16-

To the extent Bourgeois complains Trial Counsel's was constitutionally ineffective for failure to utilize the raw data of the P-30 test result suggesting the positive result was "weak" or "very weak", Bourgeois fails to demonstrate the necessary prejudice.

Accordingly, the Court DENIES the Amendment to Bourgeois' original Claim IV.

| | |
|---|---|
| Date | HON. JANIS GRAHAM JACK |
| | UNITED STATES DISTRICT JUDGE |