UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS | § | |
| Petitioner | § | Civil No. C-07-223 |
| v. | § | (Criminal No. C-02-216-SS) |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Respondent | § | |
| | § | |

## AFFIDAVIT

My name is Debra Hohle. I currently provide trial litigation support to the Assistant

United States Attorneys in the Corpus Christi and Victoria Divisions, in the Southern District of

Texas. Preforming in this capacity I assisted in preparation of material for the Section 2255

Evidentiary Hearing in the above referenced case.

At the time of the criminal trial, I served as Office Manager of the Corpus Christi &

Victoria Divisions. Although I did not personally perform the duties described below, I can say

that Office Procedures were followed when providing discovery in U.S. v Alfred Bourgeois. As

discovery was received from investigative agencies it was made available to Defense Counsel in

compliance with Rule 16(a)(1)(C)F.R. CRIM.P., as evidenced by the Corpus Christi and

Victoria Division's Receipts for discovery records. Items are provided to Defense Counsel via

two methods. For discovery material deemed only subject to inspection, Defense Counsel was

provided a room to complete that inspection. For discovery material capable of being copied, a

copy is made of such material and provided to Defense Counsel.

During the discovery process in this case Mr Tinker, Mr.Gilmore and a designated

representative from their office received discovery material. One of the Agency reports received, copied and provided to Defense Counsel was the FBI Lab Report.

The government prosecutor requested by letter copies of all FBI's reports, notes, photographs, etc., in late October, 2003. I can not provide the exact date that the FBI Lab Report was received at the U.S. Attorneys Office, but the packing slip from the FBI Lab reflects that it was prepared for shipping on Wednesday, October 29, 2003, and that the shipping method was via Federal Express. The packing slip is attached as Attachment A. There is also a letter within our file from the FBI Lab dated October 27, 2003, which accompanied the Lab Report received by our Office. This FBI letter references the inclusion of a CD containing data files. This FBI letter was included in the copy of the FBI Lab Report provided to Mr. Wiseman (Government Bates Number AB216_Page_00071).

In reviewing the files in our office this year, I located the copy of the FBI Lab Report located in a gray sleeved file folder which has a hand written "post it" labeled "Original". This "Original" file includes a copy of correspondence dated October 27, 2003, from the Director of FBI Laboratory. This file folder also contains various documents reflecting the dissemination of the FBI Lab Report, to include a copy of packing slip Number 58692 dated October 29, 2003. The packing slip (Attachment A) referenced discovery for file 020718001 NH HZ and 020904008 HZ 70A-HO-60227. Affixed to the packing slip is a hand written note. The hand written note dated November 7, 2003, states "Was not able to copy CD. Gave only copy to Defense. If we want another FBI lab will provide". (Attachment B). I also located a discovery receipt dated November 7, 2003, signed by Tina Morales, a representative from Mr. Tinker and Mr. Gilmore's Office. The discovery receipt reflects various items, including the CD and the

2

FBI Lab Report which were provided to Defense Counsel (Attachment C). The discovery receipt reflects 358 pages were provided to the defense as the FBI Lab Report.

In addition to the copy made for the defense, as is the Office practice, other copies of the FBI Lab Report were made for use by the prosecution team. Three Assistant U.S. Attorneys were assigned to the prosecution in this case. In this case, in addition to the copy prepared for the defense, four other copies of the Lab Report were made for use by the prosecution team. In March, 2004, I transported three sets of boxes containing files for this case to our trial preparation room located at the Federal Courthouse. One set consisted of the originals, one set was a duplicate of the originals, and one set was of witness folders. Witness folders contained copies of exhibits and reports relevant to that witness' testimony. In addition, each AUSA had copies of the material related to that portion of the case each was assigned. At the conclusion of the trial, the three sets of files prepared and utilized during trial preparation described above were returned to the U.S. Attorneys Office and placed in a closed room. Since 2004, the files were accessed only as needed for preparation of our appellate response and for preparation for the § 2255 Evidentiary Hearing.

During preparation for the evidentiary hearing, files from these boxes were removed when needed in response for discovery, or for hearing preparation. Material was removed from the trial boxes and placed on a working table for review. As items were identified they were placed in a stack for scanning and bate stamping. I pulled three file folders each containing a copy of the FBI Lab Report from the trial boxes located in Alphabet tab F. The file folders were placed on the table for review in the order removed from the boxes; the gray sleeved file jacket, the red wood sleeved file jacket and a green file folder. It was by happenstance that the green

3

file folder was on top of the stack as file folders were placed on the table. The green folder contained three hundred and sixty-five pages. It was determined that The FBI Lab Report was to be scanned and bate stamped for submission to Mr. Wiseman. The green file folder then was removed from the top of the stack and placed with the other items set aside for scanning. These items were then emailed to Mr. Wiseman on April 08, 2010. (Attachment D).

During the course of the evidentiary hearing held the week of September 24, 2010, the government asked Dr. Elizabeth Johnson about the FBI Lab result for the P-30 test which resulted in a positive but "very weak" result. Dr. Johnson testified she was unaware of the "very weak" finding. At this point, the Federal; Public Defender also advised he was unaware of this "very weak" finding. The court instructed the parties to look into the matter. The document from the FBI Lab Report which reported the "very weak" positive P-30 result was later marked and introduced into evidence as Exhibit P-179.

At the time of the hearing, I determined that P-179 was not within the scanned copy of the FBI lab report provided to Mr. Wiseman on April 8, 2010. I returned to the U.S. Attorneys Office and retrieved three files containing the FBI Lab Report. I brought them to the Federal Court House and reviewed them. Upon examination of our hard copy set of the FBI Lab Report scanned and sent to Mr. Wiseman, it was determined that the page marked P-179 was not in the file. Examination of the FBI Lab Report the gray and red wood sleeved file folders revealed that both included the page marked as Exhibit P-179. In addition, the copy of the FBI Lab Report provided by Ms. Jerrilyn Conway (FBI Forensic Examiner who testified at the evidentiary hearing) was reviewed, it included the page marked as Exhibit P-179. At the time of the evidentiary hearing, a copy of the entire FBI Lab file provided by Ms. Conway was copied and

4

given to Mr. Wiseman.

Since the evidentiary hearing I have reviewed five copies of the FBI Lab Report located in the boxes of material utilized during trial. Three copies include the page identified as Exhibit P-179 and two copies do not. The files which included Exhibit P-179 were in a gray sleeved file jacket (post it note labeled original), a red wood sleeved folder and a gray sleeved file folder labeled Ornorato and Zervos respectively. Onorato and Zervos were the FBI Lab personnel who testified at trial regarding this issue. The copies of the FBI Lab report that did not include P-179 were in green file folders. After further review, the two green folders appear to be AUSA working copies. Of the five sets of copies of the FBI Lab Report in our possession, none of them contains the same exact number of pages.

As reflected in Mr. Abreu's motion, the 12000 pages of scanned material provided to the Government by the Federal Public Defender were reviewed by the government. While completing this review I found two references to the term P-30 (Defense Bates No. 00619 and 006503), neither of which were the document marked Exhibit P-179. During the review of this material which consisted of a various array of documents, I found many documents to be incomplete, or duplicates, and in a state of disarray. I recognized several documents that were provided to Mr. Tinker and Mr. Gilmore during the discovery process for trial, such as FBI 302's and letters authored by Mr. Bourgeois. Within two different boxes of the 12000 pages provided

5

to the Government by the Federal Public Defenders I located three hundred fifty-three different

pages of the FBI Lab Report provided to Mr. Tinker and Mr. Gilmore during discovery at trial.

DEBRA HOHLE
Legal Administrative Specialist

THE STATE OF TEXAS

COUNTY OF NUECES

Subscribed and sworn to before me on the 29th day of November, 2010, by Debra Hohle

DIANNA K. WINSTEAD
NOTARY PUBLIC
IN AND FOR THE STATE OF TEXAS

DIANNA K. WINSTEAD
MY COMMISSION EXPIRES
September 20, 2011

My commission expires: 9-20-11

# ATTACHMENT A

FD-750 (1-6-88)

**FEDERAL BUREAU OF INVESTIGATION**

INVOICE NUMBER

**58692**

DATE:   10/29/03

CONSIGNEE AND DESTINATION

PURCHASE ORDER NUMBER

S
H
I
P

T
O

Ms. Patti Booth
Assistant United States Attorney
Office of the United States Attorney
Southern District of Texas
One Shoreline Plaza
800 North Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401

FBI _____

☐ (PPMS)   ☐ (BPA)   ☐ (Warranty)

VENDOR RETURN AUTHORIZATION #

_____

ATTENTION:

Patti Booth 364-    **INVOICE OF CONTENTS**

(361) 888-3111

FILE # _____

Discovery Request for 020718001 NH HZ and 020904008 HZ 70A-HO-60227
FBI, Houston

REMARKS:

_____

FOR ADDITIONAL INFORMATION REGARDING THIS ORDER CONTACT

NAME __Caroline Zervos (DMAUI)___   TELEPHONE NO. 703-632-7486

SHIPMENT PACKAGED BY __CZ/zof__   SHIPPING METHOD ___FEDEX___

NUMBER OF CARTONS _____1_____   SHIP NO. _____

**PACKING SLIP**

"ATTACHMENT A"

# ATTACHMENT B

FD-750 (1-6-88)

**FEDERAL BUREAU OF INVESTIGATION**

INVOICE NUMBER

**58692**

DATE:        10/29/03

CONSIGNEE AND DESTINATION

S
H   Ms. Patti Booth
I   Assistant United States Attorney
P   Office of the United States Attorney
    Southern District of Texas
T   One Shoreline Plaza
O   800 North Shoreline Boulevard, Suite 500
    Corpus Christi, Texas  78401

PURCHASE ORDER NUMBER

FBI _____

☐ (PPMS)    ☐ (BPA)    ☐ (Warranty)

VENDOR RETURN AUTHORIZATION #

_____

ATTENTION:

_____ Patti Booth 364-      **INVOICE OF CONTENTS**   _____
      (361) 888-3111

FILE # _____

Discovery Request for 020718001 HH HZ and 020904008 HZ 70A-HO-60227
FBI, Houston

Was not able to copy CD. Gave
only copy to Defense. If we
want another FBI Lab will
provide.

11/7/03

REMARKS:

NAME __Carrillo_____

SHIPMENT PACKAGED BY __CZ/gof_____    SHIPPING METHOD _____FEDEX_____

NUMBER OF CARTONS _____1_____    SHIP NO. _____

**PACKING SLIP**

"ATTACHMENT B"

# ATTACHMENT C

To: Defense Counsel

From: U.S. Attorney's Office

Date: _11-7-03_

## RECEIPT FOR DISCOVERY MATERIALS AND ACKNOWLEDMENT OF CONDITIONS FOR RETENTION AND USE

CRIMINAL CASE NO. ___CR-C-02-216___

U.S. vs. ___ALFRED BOURGEOIS___

I am the attorney of record for ___ALFRED BOURGEOIS___. I hereby acknowledge receipt of a copy the investigative report(s) in the above-referenced case. I acknowledge that any documents and tangible objects (as set forth in Rule 16(a)(1)(C), F.R. CIM.P.) Received by me or made available for my inspection and copying, are turned over to me in compliance with my request for said documents and tangible objects. The undersigned defense attorney, having received open file discovery, hereby agrees to disclose to the government prior to Final Pre-Trial Conference the following; all documents and tangible objects, reports of examinations and test, and expert witnesses. The undersigned defense attorney accepts this form as the government's written demand for notice of alibi and agrees to comply with FRCP 12.1 and 16. I further acknowledge and agree to comply with the government's request for permission to inspect and copy or photograph such documents and tangible objects (as set forth in Rule 16(b)(1)(A), F.R. Crim.P.) within the possession or control of the defendant and which the defendant intends to introduce as evidence in chief at trial. I realize that these reports or documents remain the property of the United States Attorney, must be retained by me in my file, must be returned to the United States Attorney upon demand, copies cannot be made, and if relieved as counsel I will return such reports to the United States Attorney's Office or deliver new counsel if and when I confirm that new counsel is attorney of record and has signed an acknowledgment such as this.

_____ Copies made @.25 cents a page

Total Amount Owed ___-0-___

* Please make checks payable to
  **U.S. Department of Justice**
  1 audio CD - Albert Bourgeois, 10-17-03 @ 1822
  1 CD - 70A-HO-60227, FBI Houston
  020718001NHHZ, 020904008HZ
  Documents, 358 pages
  ********************************

_Tina Morales_
Attorney for Defendant ( Please Print )

_622 So Tancahua_
Address

_Corpus Christi, Tx 78401_
City, State, Zip

_361-882-3635_
Telephone/Fax Number

**Federal Defenders Only:**
I acknowledge receipt of _____ copies and agree to pay the sum of $___-0-___ for copying charges when billed by the United States Attorney.

Cc: Administrative Division
revised 12/21/99

# ATTACHMENT D

## Hohle, Debra (USATXS)

| | |
|---|---|
| **From:** | Hohle, Debra (USATXS) |
| **Sent:** | Thursday, April 08, 2010 4:51 PM |
| **To:** | Michael_Wiseman@fd.org |
| **Cc:** | Roberts, Tony (USATXS); Dowd, Mark (USATXS); Booth, Patti (USATXS); Salinas, Elsa (USATXS) |
| **Subject:** | C-02-216 emails |

Mr. Wiseman you should have received emails numbered 1-6 containing a bates number 1 through 573.

| | | |
|---|---|---|
| Robin Bourgelos | pages | 1-17 |
| Orlando Campos | pages | 18-25 |
| Hickey/Cellmark | pages | 26-70 |
| FBI LAB | pages | 71-496 |
| Kagen-Hallet | pages | 497-498 |
| Adam Longoria | pages | 499-512 |
| Derrick Moore | pages | 513-558 |
| Willie Taylor | pages | 559-573 |

Please let me know if you have any questions.

Debbie

Debra Hohle
Legal Administration Specialist
Corpus Christi Division
Office - 361-888-3111
Direct - 361-903-7903
Cell - 361-443-6741

"ATTACHMENT D"

**Tracking:**

PAGE 1

1

**Hohle, Debra (USATXS)**

**From:**       Hohle, Debra (USATXS)
**Sent:**       Thursday, April 08, 2010 4:26 PM
**To:**         'Michael_Wiseman@fd.org'
**Subject:**    email 2



FBI LAB REPORT
102703.PDF

**Debra Hohle**
**Legal Administration Specialist**
**Corpus Christi Division**
Office - 361-888-3111
Direct - 361-903-7903
Cell -   361-443-6741

"ATTACHMENT D"

1

PAGE 2

## Hohle, Debra (USATXS)

**From:**          Hohle, Debra (USATXS)
**Sent:**          Thursday, April 08, 2010 4:29 PM
**To:**            'Michael_Wiseman@fd.org'
**Subject:**       Email 3

SEROLOGY
.OTOCOL FBI LAB.PI

CELLMARK
102703.PDF

Debra Hohle
Legal Administration Specialist
Corpus Christi Division
Office - 361-888-3111
Direct - 361-903-7903
Cell -    361-443-6741

1

"ATTACHMENT D"

PAGE 3