UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On December 1, 2010, the Court held a telephonic hearing in the above-styled case.  At

the hearing, the Court ordered as follows:

1.    Pursuant to Bourgeois' statement that he is satisfied with his attorneys'

       representation, his motion for new counsel (DE 608) is **DENIED AS MOOT**.

2.    The Court will hold a hearing for oral argument on January 13, 2011, at 8:00 a.m.

3.    The Court **DENIES** Bourgeois' motion to take depositions (DE 602) with respect

       to Adam Longoria.  Bourgeois, however, may call Bill May and James Sales to

       testify at the beginning of the January 13, 2011 hearing.  Bourgeois will arrange

       for Mr. May to appear by video conference.  The Federal Bureau of Prisons will

       make Bourgeois available by telephone for that portion of the hearing in which

       the parties will present evidence.

4.    The Court **GRANTS IN PART** Bourgeois' motion for an extension of time to

       depose Dr. Jan E. Leestma.  (DE 604).  Bourgeois will supply Dr. Leestma's

       curriculum vita, a list of cases in which he has testified, and other Rule 26

       disclosure material by Friday, December 3, 2010.  The Government will file an

       advisory with the Court before noon on Friday, December 3, 2010, indicating the

       location of the slides of the victim's brain and, if they are still in existence, when

they can be sent to Bourgeois' expert.  If the slides no longer exist, Bourgeois will provide a report from Dr. Leestma on or before December 10, 2010.  The deposition of Dr. Leestma will follow as soon as possible.

5.      The Court **GRANTS** Bourgeois' motion to amend and supplement claim IV. (DE 611).


SIGNED and ORDERED this 2nd day of December, 2010.

_____
Janis Graham Jack
United States District Judge