AO 435
(Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| | |
|---|---|
| 1. NAME Aaron Butler, Paralegal | 2. PHONE NUMBER 215-928-0520 | 3. DATE 12/02/10 |

4. MAILING ADDRESS Federal Defenders, 601 Walnut St., Ste 545W   5. CITY Philadelphia   6. STATE PA   7. ZIP CODE 19106

8. CASE NUMBER 2:02-cr-00216   9. JUDGE Janis Graham Jack

DATES OF PROCEEDINGS
10. FROM 12-1-10   11. TO 12-1-10

12. CASE NAME USA v. Alfred Bourgeois

LOCATION OF PROCEEDINGS
13. CITY Corpus Christi   14. STATE TX

15. ORDER FOR

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL               ☐ IN FORMA PAUPERIS        ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

United States Courts
Southern District of Texas
FILED

DEC 02 2010

David J. Bradley, Clerk of Court

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | ☒ OTHER (Specify) | |
| ☐ BAIL HEARING | | Telephone Conference | 12-1-10 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE *[signature]*

19. DATE 12-2-10

☐ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED
☐ EMAIL ADDRESS: aaron_butler@fd.org

20. TRANSCRIPT TO BE PREPARED BY

| | | | DEPOSIT PAID | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY