UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA,           §
  Respondent,                     §
           §
vs.                                 § CR. No. C-02-216
           § C.A. No. C-07-223
ALFRED BOURGEOIS,                   §
  Petitioner.                     §

GOVERNMENT'S STATUS UPDATE ON LOCATION OF BRAIN SLIDES

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government," by and through the United States Attorney for the Southern District of Texas, files this Status Update regarding the location of the brain slides that were not contained in the autopsy slides previously provided to Petitioner.

On December 1, 2010, this Court held a telephone conference to address several motions filed by Petitioner. During that hearing, Petitioner stated that Petitioner had not received the brain slides from the autopsy of the deceased child. The Court Ordered the government to attempt to locate the brain slides and submit a status update by noon, December 3, 2010. The government herein complies with the Court's Order.

The autopsy was performed by Dr. Elizabeth Rouse and was conducted at Wilford Hall. Dr. Rouse requested a Neuropathology Consultation from the University of Texas Health Science Center at San Antonio. When the Petitioner requested the autopsy slides this year, the government contacted Dr. Rouse and learned that the autopsy slides were most likely located at Wilford Hall. The government so informed Petitioner. At some point, the autopsy slides were sent to Petitioner but the brain slides were not included.

In response to this Court's December 1, 2010 Order, the government emailed Dr. Rouse inquiring about the location of the brain slides and simultaneously contacted the Department of Pathology at the University of Texas Health Science Center. Anne Stevens, the Administrative Assistant who previously assisted the government in locating the Neuropathology Consultation Report of Dr. Kathleen Kagan-Hallet, was no longer working in that department. However, Dr. Jennifer Rulon and Administrative Assistant Ginger ("Virginia") Blaha offered to assist in trying to locate the brain slides. Dr. Rulon was not able to locate the slides at the Medical Examiner's Office and even inquired of Dr. James Feig at Wilford Hall with no luck. Ginger Blaha decided to look up the case number in the old log books and found that the case was listed within the VA archives. She went to the VA and was escorted into the basement level storage room where records are archived. This afternoon, Ms. Blaha informed the government that she had searched through many drawers of slides and believes that she has located the brain slides from the instant case.

Undersigned counsel asked Ms. Blaha to retain the slides while the government informs this Court and Petitioner that the slides have been located. Ms. Blaha assured Undersigned counsel that she will hold the brain slides until contacted by this Court and instructed upon what steps to take regarding the slides.

Respectfully submitted,

JOSÉ ANGEL MORENO
United States Attorney

PATTI BOOTH
Assistant United States Attorney

ELSA SALINAS
Assistant United States Attorney

MARK DOWD
Assistant United States Attorney


_s/ Tony R. Roberts_
TONY R. ROBERTS
Assistant United States Attorney
TX Bar No. 17022000
S.Dist.Tx.  26173
P.O. Box 61129
Houston, Texas  77208-1129

3

CERTIFICATE OF SERVICE

I, Tony R. Roberts, Assistant United States Attorney, do hereby certify that a copy of the

above Status Update regarding the brain slides was placed in the mail on December 3, 2010, via

certified mail, return receipt requested to:

Michael Wisemen
Victor Abreu
James McHugh
Maureen Kearney Rowley
Elizabeth Larin
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106


_s/ Tony R. Roberts_
TONY R. ROBERTS
Assistant United States Attorney