UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____
                                        :
UNITED STATES OF AMERICA,        :          No. Cr-C-02-216
                                        :          No. Cv-07-223
              Respondent,         :       Honorable Janis Graham Jack,
                                        :              U.S.D.J.
        -against-                 :
                                        :
ALFRED BOURGEOIS,                 :          Electronically Filed
                                        :
              Petitioner.         :
_____   :


**PETITIONER'S UNOPPOSED MOTION FOR ISSUANCE OF SUBPOENA
DUCES TECUM IN ADVANCE OF HEARING**

COMES NOW, Petitioner, ALFRED BOURGEOIS, by and through undersigned counsel, and in accordance with Federal Rule of Criminal Procedure 17(b), and Section 1825 of Title 28, United States Code, respectfully moves this Court to order the issuance of a subpoena duces tecum requiring Dr. Jennifer Rulon and Administrative Assistant Ginger "Virginia" Blaha, University of Texas Health Science Center, Department of Pathology, 6431 Fannin Street, Houston, TX 77030, (713) 500-4472, to produce the documents requested herein in advance of hearing. In support of this motion, Petitioner states as follows:

1.      Petitioner was charged with the 2002 beating death of his daughter, JG-1999.  On March 16, 2004 he was convicted by a jury of one count of first-degree

premeditated murder (18 U.S.C.A. § 1111(a)). Following a sentencing hearing, the jury returned a verdict of death. Petitioner was formally sentenced to death by this Court on March 24, 2004.

2.    In Claim III of his Petition for a Writ of Habeas Corpus, Petitioner alleged that the Government lacked jurisdiction as no reasonable view of the Government's evidence existed upon which a reasonable factfinder could conclude that the fatal injuries to JG-1999 were inflicted on the Corpus Christi Naval Air Station. See Petitioner's Memorandum of Law at 26-31. Specifically, Petitioner alleged that the subdural hematoma identified as the cause of death by the medical examiner, Dr. Elizabeth Rouse, resulted from an injury that occurred before Petitioner arrived at the naval base. Id.; see also Neuropathology Report of Dr. Kathleen Kagan-Hallet, MD, contained in *PA*, document # 50. Thus, despite the fact that JG-1999 died on the base, the Government lacked jurisdiction to try and convict Mr. Bourgeois. Id.; 18 U.S.C. § 3236 (murder is "committed at the place where the injury was inflicted . . . which caused the death, without regard to the place where the death occurs").

3.    At Petitioner's request, forensic neuropathologist, Dr. Jan E. Leestma is currently evaluating all of the available evidence regarding the cause of death and the age and timing of the alleged fatal subdural hematoma.

4.    In an effort to assist Dr. Leestma complete his analysis, on December 1,

2010 this Court ordered the Government to report on the whereabouts of the brain slides relied upon by Dr. Elizabeth Rouse and Dr. Kathleen Kagen-Hallet at the time of trial to determine the cause of death.  On December 2, 2010 the Government filed a Status Update on the location of slides confirming that slides were currently located at the University of Texas Health Science Center, Department of Pathology, 6431 Fannin Street, Houston, TX 77030.

5.      Final arguments in this matter are scheduled for January 13, 2011.  The Court has ordered that Dr. Leestma's deposition be completed "as soon as possible."  See Court's Order, December 2, 2010.

6.      Accordingly, Petitioner respectfully requests that this Court issue a subpoena requiring Dr. Jennifer Rulon and Administrative Assistant Ginger "Virginia" Blaha, University of Texas Health Science Center, Department of Pathology, 6431 Fannin Street, Houston, TX 77030, (713) 500-4472, to produce all of the brain slides, photographs and impressions, regarding the autopsy of JG-1999, currently in their possession in advance of the hearing:

7.      In order to expedite Dr. Leestma's review, Petitioner respectfully requests that in lieu of  personal appearance by Dr. Rulon or Ms. Blaha, the slides, photographs and impressions should be immediately delivered to:

Dr. Jan E. Leestma, 1440 North Kingsbury Street. Suite 210, Chicago IL 60642.

8.      Undersigned counsel will provide Dr. Rulon, Ms. Blaha and the University of Texas Health Science Center, Department of Pathology, their Federal Express account number to expedite delivery of the materials to Dr. Leestma.  Upon completion of his review and report, and unless needed for his deposition, Dr. Leestma will return all of the slides, photographs and impressions to the University of Texas Department of Pathology.

9.      Petitioner is unable to pay the costs of the subpoena.  He has previously been found eligible for appointed counsel.

10.     Petitioner has consulted with counsel for Respondents, Tony R. Roberts, Assistant United States Attorney, who indicated that the Government is NOT opposed to this request.

WHEREFORE, Petitioner respectfully requests that this Court grant this motion for the issuance of a subpoena duces tecum and payment of expenses.

Respectfully submitted,


By    /s/Victor J. Abreu
MICHAEL WISEMAN
VICTOR J. ABREU
Federal Community Defender Office
for the Eastern District of Pennsylvania

Capital Habeas Corpus Unit
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520

Date: December 3, 2010

### CERTIFICATE OF SERVICE

I, Victor J. Abreu, hereby certify that on this 2nd day of December, 2010 I

served the foregoing upon the following persons by e-file:

Tony R. Roberts
United States Attorney's Office
PO Box 61129
Houston, TX 77208-1129
Tony.Roberts@usdoj.gov

/s/ Victor J. Abreu

_____