UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____   :
                                   :
UNITED STATES OF AMERICA,          :        No. Cr-C-02-216
                                   :        No. Cv-07-223
            Respondent,            :   Honorable Janis Graham Jack,
                                   :           U.S.D.J.
        -against-                  :
                                   :
ALFRED BOURGEOIS,                  :       Electronically Filed
                                   :
            Petitioner.            :
_____   :

**ORDER FOR ISSUANCE OF SUBPOENA DUCES TECUM**
**IN ADVANCE OF HEARING**

NOW on this _____day of December, 2010, upon consideration of

Petitioner's unopposed motion for issuance of a subpoena duces tecum requiring the

production of documents in advance of hearing, it is hereby ORDERED that

Petitioner's motion is GRANTED.

It is hereby ORDERED that a subpoena shall be issued to Dr. Jennifer Rulon

and Administrative Assistant Ginger "Virginia" Blaha, University of Texas Health

Science Center, Department of Pathology, 6431 Fannin Street, Houston, TX 77030,

(713) 500-4472, to produce all of the brain slides, photographs and impressions,

regarding the autopsy of JG-1999, currently in their possession in advance of the

hearing:

It is further ORDERED that in lieu of  personal appearance, the slides, photographs and impressions will immediately be delivered to:

Dr. Jan E. Leestma, 1440 North Kingsbury Street. Suite 210, Chicago IL 60642.

It is further ORDERED that upon completion of his review and report, and unless needed for his upcoming deposition, Dr. Leestma will return all of the slides, photographs and impressions to University of Texas Health Science Center, Department of Pathology.

It is further ORDERED that a subpoena shall be served by the United States Marshals and that the costs incurred by the process and the fees of the subpoena shall be paid in the same manner in which similar costs and fees are paid in the case of a subpoenaed issued on behalf of the government.

_____
Janis Graham Jack
United States District Judge

✎AO89  (Rev. 7/95) Subpoena in a Criminal Case

UNITED STATES DISTRICT COURT

**SOUTHERN**      **DISTRICT OF**      **TEXAS**

| | |
|---|---|
| UNITED STATES<br><br>**V.**<br><br>ALFRED NMI BOURGEOIS | **SUBPOENA IN A CRIMINAL CASE**<br><br>Case Number:     C-02-216 |

TO:     Dr, Jennifer Rulon and Ginger "Viginia" Blaha
        University of Texas Health Science Center
        Department. of Pathology
        6431 Fannin Street,
        Houston, TX 77030
        (713) 500-4472

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE<br><br>UNITED STATES COURTHOUSE<br>1133 NORTH SHORELINE BLVD.<br>CORPUS CHRISTI, TEXAS 78401 | COURTROOM<br>District Judge<br>Janis Graham Jack |
|---|---|
| | DATE AND TIME<br> Monday 1/13/11 at 8:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All of the brain slides, photographs and impressions, regarding the autopsy of JG-1999, currently in your possession. However, in lieu of personal appearance, the slides, photographs and impressions shall immediately be delivered, via Federal Express to:

    Dr. Jan E. Leestma, 1440 North Kingsbury Street. Suite 210, Chicago IL 60642.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br><br>  DAVID J. BRADLEY, CLERK | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Victor J. Abreu , Esq. ,  Assistant Federal Public Defender

Curtis Center, Suite 545 West, Independence Square West, Philadelphia, PA 19106; (215) 928-0520

AO89  (Rev. 7/95)  Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐   YES    ☐   NO    AMOUNT _____ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION