UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

UNITED STATES OF AMERICA,                  :         No. Cr-C-02-216
                                           :         No. Cv-07-223
                      Respondent,          :    Honorable Janis Graham Jack,
                                           :              U.S.D.J.
            -against-                      :
                                           :
ALFRED BOURGEOIS,                          :       Electronically Filed
                                           :
                Petitioner.                :
_____    :

**PETITIONER'S RENEWED UNOPPOSED MOTION FOR
ISSUANCE OF SUBPOENA DUCES TECUM
IN ADVANCE OF HEARING**

COMES NOW, Petitioner, ALFRED BOURGEOIS, by and through undersigned counsel, and in accordance with Federal Rule of Criminal Procedure 17(b), and Section 1825 of Title 28, United States Code, respectfully moves this Court to order the issuance of subpoena duces tecum requiring Ms. Kristine McAshan, Supervisor, Patient Accounts – Healthcare and Dr. Jennifer Rulon, University of Texas Health Science Center, Department of Pathology, 7703 Floyd Curl Drive, San Antonio, TX 78229, (210) 567-4150, to produce the documents requested herein in advance of hearing.  In support of this motion, Petitioner states as follows:

1.      In an effort to assist Dr. Leestma complete his analysis related to claim III of the petition for a writ of habeas corpus, on December 1, 2010 this Court ordered the Government to report on the whereabouts of the brain slides relied upon by Dr. Elizabeth Rouse and Dr. Kathleen Kagen-Hallet at the time of trial to determine the cause of death.  On December 2, 2010 the Government filed a Status Update on the location of slides confirming that slides were currently in the possession of Ms. Ginger Blaha and Dr. Jennifer Rulon at the University of Texas Health Science Center (UTHSC),

2.      On December 3, 2010, Petitioner filed a motion for subpoena directing UTHSC, Ms. Blaha and Dr. Rulon, to deliver the slides, via Federal Express, at Petitioner's expense, to Dr. Leestma in Chicago. IL.  On December 6, 2010, the Government informed Petitioner that the requests for materials should be forwarded to Ms. Kristine McAshan, Supervisor, Patient Accounts, UTHSC, San Antonio, TX.

3.      On December 7, 2010, Petitioner contacted Ms. McAshan and per her request provided her with relevant case information and counsel's Federal Express account number to expedite delivery of the slides to Dr. Leestma.  On December 8, 2010, Ms. McAshan informed counsel that a subpoena directed at **her** – instead of Ms. Blaha and UTHSC – and Dr. Rulon would be required to release the slides.

4.      Accordingly, Petitioner respectfully requests that this Court issue a subpoena requiring Ms. Kristine McAshan, Supervisor, Patient Accounts –

Healthcare and Dr. Jennifer Rulon, University of Texas Health Science Center, Department of Pathology, 7703 Floyd Curl Drive, San Antonio, TX 78229, (210) 567-4150, to produce all of the slides, photographs and impressions, regarding the neuropathology consultation requested by Dr. Elizabeth Rouse of JG-1999, conducted by Dr. Kathleen Kagen-Hallet, accession # 02-CX-235, date cut 7/1/02, report date 9/17/02, currently in their possession in advance of the hearing:

5.    In order to expedite Dr. Leestma's review, Petitioner respectfully requests that in lieu of  personal appearance by Ms. McAshan and Dr. Rulon, the slides, photographs and impressions should be immediately delivered to:

> Dr. Jan E. Leestma, 1440 North Kingsbury Street. Suite 210, Chicago IL 60642

6.    Undersigned counsel has provided Ms. McAshan  and the University of Texas Health Science Center, Department of Pathology, their Federal Express account number to expedite delivery of the materials to Dr. Leestma.  Upon completion of his review and report, and unless needed for his deposition, Dr. Leestma will return all of the slides, photographs and impressions to the University of Texas Department of Pathology.

7.    Petitioner is unable to pay the costs of the subpoena.  He has previously been found eligible for appointed counsel.

8.    Petitioner has consulted with counsel for Respondents, Tony R. Roberts,

Assistant United States Attorney, who indicated that the Government is NOT opposed to this request.

WHEREFORE, Petitioner respectfully requests that this Court grant this motion for the issuance of a subpoena duces tecum and payment of expenses.

Respectfully submitted,


By   /s/Victor J. Abreu
MICHAEL WISEMAN
VICTOR J. ABREU
Federal Community Defender Office
for the Eastern District of Pennsylvania

Capital Habeas Corpus Unit
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520

Date: December 8, 2010

### CERTIFICATE OF SERVICE

I, Victor J. Abreu, hereby certify that on this 8th day of December, 2010
I served the foregoing upon the following persons by e-file:


Tony R. Roberts
United States Attorney's Office
PO Box 61129
Houston, TX 77208-1129
Tony.Roberts@usdoj.gov


/s/ Victor J. Abreu

_____
Victor J. Abreu