UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____          :
                                           :
UNITED STATES OF AMERICA,                  :          No. Cr-C-02-216
                                           :          No. Cv-07-223
                  Respondent,              :       Honorable Janis Graham Jack
                                           :              U.S.D.J.
          -against-                        :
                                           :         Electronically Filed
ALFRED BOURGEOIS,                          :
                                           :
                  Petitioner.              :
_____          :

**NOTICE OF FILING**

Alfred Bourgeois, through counsel, hereby PROVIDES NOTICE that he is today providing and "filing" video tapes of the depositions of William Russell Oliver, M.D., Manfred Schenk taken on October 28, 2010, and Randall Price, Ph.D. taken on November 10, 2010, by forwarding the same today via overnight delivery to Sondra Scotch, Case Manager. Copies of the videos will also be provided today to Government counsel via overnight deliver. The transcript of each deposition has already been filed directly with the Court.

Respectfully Submitted,

/s/ Michael Wiseman
_____
Michael Wiseman
Counsel for Petitioner

Dated:      December 9, 2010
            Philadelphia, PA

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 9th day of December, 2010, I served the foregoing on the following persons by ECF filing:

Tony Roberts
Patti Booth
Mark Dowd
Elsa Salinas-Patterson
Counsel for the Government

/s/    Michael Wiseman
_____
Michael Wiseman