UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER

On this day came on to be considered Petitioner's renewed unopposed motion for issuance of a subpoena duces tecum requiring the production of evidence in advance of hearing, it is hereby **ORDERED** that Petitioner's motion is **GRANTED**.

It is hereby **ORDERED** that a subpoena shall be issued to Ms. Kristine McAshan, Supervisor, Patient Accounts – Healthcare and Dr. Jennifer Rulon, University of Texas Health Science Center, Department of Pathology, 7703 Floyd Curl Drive, San Antonio, TX 78229, (210) 567-4150, to forthwith produce all of the slides, photographs and impressions, regarding the neuropathology consultation requested by Dr. Elizabeth Rouse of JG-1999, conducted by Dr. Kathleen Kagen-Hallet, accession # 02-CX-235, date cut 7/1/02, report date 9/17/02, currently in their possession in advance of the hearing:

It is further **ORDERED** that in lieu of personal appearance, the slides, photographs and impressions will immediately be delivered by overnight carrier (at Petitioner's expense) to:

Dr. Jan E. Leestma, 1440 North Kingsbury Street

Suite 210 Chicago IL 60642.

It is further **ORDERED** that upon completion of his review and report, and unless needed for his upcoming deposition, Dr. Leestma will return all of the slides, photographs and impressions to University of Texas Health Science Center, Department of Pathology.

It is further **ORDERED** that a subpoena shall be served by the United States Marshals and that the costs incurred by the process and the fees of the subpoena shall be paid in the same manner in which similar costs and fees are paid in the case of a subpoenaed issued on behalf of the government.

SIGNED and ORDERED this 9th day of December, 2010.

Janis Graham Jack
United States District Judge