UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____
                                                    :
UNITED STATES OF AMERICA,      :          No. Cr-C-02-216
                                                    :          No. Cv-07-223
                   Respondent,        :     Honorable Janis Graham Jack
                                                    :              U.S.D.J.
           -against-                        :
                                                    :        Electronically Filed
ALFRED BOURGEOIS,             :
                                                    :
                   Petitioner.          :
_____ :

### NOTICE OF FILING

PLEASE TAKE NOTICE that Alfred Bourgeois, through counsel, hereby files

the trial depositions of J. Randall Price, Ph.D. taken on November 10, 2010.

Respectfully Submitted,

/s/ Michael Wiseman

_____
Michael Wiseman
Counsel for Petitioner

Dated:        December 9, 2010
                   Philadelphia, PA

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 9th day of December 2010, I served the foregoing on the following persons by ECF filing:

Tony Roberts
Patti Booth
Mark Dowd
Elsa Salinas-Patterson
Counsel for the Government

/s/    Michael Wiseman

_____
Michael Wiseman