**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>UNITED STATES | COURT CASE NUMBER<br>C-02-216, C-07-223 (JGJ) |
|---|---|
| DEFENDANT<br>ALFRED BOURGEOIS | TYPE OF PROCESS<br>Subpoena Duces Tecum |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dr. Jennifer Rulon, (210) 567-4150

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

University of Texas Health Science Center, Dept. of Pathology, 7703 Floyd Curl Drive, San Antonio, TX 78229

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Federal Community Defender Office<br>Attn: Michael Wiseman<br>601 Walnut Street, Suite 545 West<br>Philadelphia, PA 19106 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                 Fold

Please produce all of the slides, photographs and impressions re. the neuropathology consultation requested by Dr. Elizabeth Rouse of JG-1999, conducted by Dr. Kathleen Kagen-Hallet, accession # 02-CX-235, date cut 7/1/02, report date 9/17/02, immediately by overnight mail (at Petitioner's expense) to: Dr. Jan E. Leestma , 1440 North Kingsbury Street, Suite 210, Chicago, IL 60642.

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>215-928-0520 | DATE<br>12/9/10 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br><br>No. ____ | District to Serve<br><br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80