UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____   :
                                    :
UNITED STATES OF AMERICA,           :        No. Cr-C-02-216
                                    :        No. Cv-07-223
            Respondent,             :    Honorable Janis Graham Jack,
                                    :             U.S.D.J.
        -against-                   :
                                    :
ALFRED BOURGEOIS,                   :        Electronically Filed
                                    :
            Petitioner.             :
_____   :

## PETITIONER'S STATUS REPORT ON PRODUCTION AND DELIVERY OF AUTOPSY SLIDES TO DR. JAN LEESTMA.

COMES NOW, Petitioner, ALFRED BOURGEOIS, by and through undersigned counsel, and hereby files this status report on the production and delivery of the autopsy brain slides and related material to Dr. Jan E. Leestma.

1.     On December 8, 2010, Mr. Bourgeois filed *Petitioner's Renewed Unopposed Motion for Issuance of Subpoena Duces Tecum in Advance of Hearing.* Specifically, Petitioner requested that this Court issue a subpoena requiring Ms. Kristine McAshan, Supervisor, Patient Accounts – Healthcare and Dr. Jennifer Rulon, University of Texas Health Science Center, Department of Pathology, 7703 Floyd Curl Drive, San Antonio, TX 78229, (210) 567-4150, to produce all of the slides, photographs and impressions, regarding the

neuropathology consultation requested by Dr. Elizabeth Rouse of JG-1999,

conducted by Dr. Kathleen Kagen-Hallet, accession # 02-CX-235, date cut 7/1/02,

report date 9/17/02, currently in their possession in advance of the hearing.

Furthermore, in order to expedite Dr. Leestma's review, Petitioner requested that

in lieu of  personal appearance by Ms. McAshan and Dr. Rulon, the slides,

photographs and impressions should be immediately delivered to: Dr. Jan E.

Leestma, 1440 North Kingsbury Street. Suite 210, Chicago IL 60642.  This Court

promptly granted Petitioner's motion on December 9, 2010.  The Court also

ordered that the subpoena be served by the United States Marshals.

2.      Since that date counsel for Petitioner and the Government have both

been in constant communication with Ms. McAshan who has informed us that as

of this date, no subpoena has been served.  Petitioner's counsel's office have also

been in repeated contact with the United States Marshal' Office in Corpus

Christie, TX and San Antonio, TX who have not advised counsel about the

reasons the subpoena has not been served but have now informed counsel that it

will be served "early this week."

3.      As the Court ordered, counsel for Petitioner and the Government are

endeavoring to complete Dr. Leestma's review, report and deposition by the

January 13, 2011 argument date.  Although all counsel will continue to work in

the collaborative manner that has marked these proceedings and strive to comply

with the Court's deadline, because of this delay, Dr. Leestma has not been able to complete his report and is now on vacation until January 5, 2011.  Counsel will continue to urge the Marshal's office to immediately serve the subpoena and will keep the Court informed and seek the Court's advice and perhaps intervention if the subpoena is not served promptly.

Respectfully submitted,


By__/s/Victor J. Abreu_____
MICHAEL WISEMAN
VICTOR J. ABREU
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520

Date: December 20, 2010

**CERTIFICATE OF SERVICE**

I, Victor J. Abreu, hereby certify that on this 20th day of December, 2010 I served the foregoing upon the following persons by e-file:

Tony R. Roberts
United States Attorney's Office
PO Box 61129
Houston, TX 77208-1129
Tony.Roberts@usdoj.gov

/s/ Victor J. Abreu

_____