UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216-1 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

**ORDER FOR ISSUANCE OF WITNESS SUBPOENA**

CAME ON to be considered the defendant's motion for issuance of a witness subpoena. The Court has considered the motion and determined:

(1)     that the defendant has made a satisfactory showing that he is financially unable to pay the fees of the witness; and

(2)     that the presence of the witness is necessary to an adequate defense of this cause.

it is hereby--

ORDERED that a witness subpoena for: William May, 1900 Anna Drive, Irving, TX 75061 shall be served by the United States Marshals and that the costs incurred by the process and the fees of the witnesses shall be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed on behalf of the government.

SIGNED and ORDERED this 21st day of December, 2010.

Janis Graham Jack
United States District Judge