**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **V.** | § | **CRIMINAL NO. C-02-216,** |
| | | **C-07-223** |
| **ALFRED BOURGEOIS** | § | |

**MOTION FOR ISSUANCE AND SERVICE OF WITNESS SUBPOENA**

COMES NOW the defendant, Alfred Bourgeois, by and through his attorneys, the Federal Community Defender Office, and in accordance with Federal Rule of Criminal Procedure 17(b), and Section 1825 of Title 28, United States Code, respectfully moves this Court to order the issuance of a witness subpoena attached hereto and the payment of witness expenses requiring the following person: James Sales, 111 S Saint Marys Street, Suite 203, Beeville TX, 78102; to appear on January 13, 2011 at 8:00 a.m. at the defendant's 2255 evidentiary hearing. In support of this motion, the defendant shows the Court the following:

**I.**

Mr. Bourgeois has been convicted of capital murder.

**II.**

This witness is needed to present an adequate defense in Mr. Bourgeois' 2255 hearing.

**III.**

The defendant is indigent and cannot afford the costs of the subpoena.

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests that this Court order the above-named witness to appear at the hearing in this case at 8:00 a.m. on January

13, 2011, and that it grant this motion for the issuance of the witness subpoena and payment of the witness expenses in the same manner as a witness subpoenaed on behalf of the government.

Respectfully submitted,

By    /s/Michael Wiseman
MICHAEL WISEMAN
VICTOR ABREU
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520

Date: December 28, 2010