UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| _____ | : | |
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | No. Cv-07-223 |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | |
| ALFRED BOURGEOIS, | : | Electronically Filed |
| | : | |
| Petitioner. | : | |
| _____ | : | |

**GOVERNMENT AND PETITIONER'S JOINT MOTION FOR BRIEF
CONTINUANCE OF HEARING AND ARGUMENT**

COMES NOW, Petitioner, ALFRED BOURGEOIS, by and through undersigned counsel, and in conjunction with counsel for the Government, files this joint motion for a brief continuance of the upcoming hearing and final argument and in support of this motion states as follows:

1.    The conclusion of Petitioner's evidentiary hearing in support of his Petition for a Writ of Habeas Corpus and final arguments on all claims is currently scheduled for January 13, 2011.

2.    One of the claims pending before the Court alleges that the Government lacked jurisdiction to prosecute Mr. Bourgeois as no reasonable view of the

1

Government's evidence existed upon which a reasonable factfinder could conclude that the fatal injuries to JG-1999 were inflicted on the Corpus Christi Naval Air Station. See Claim III, Petitioner's Memorandum of Law at 26-31.  In relation to this claim, Petitioner expects to present the testimony of Forensic Neuropathologist, Dr. Jan E. Leestma, and the Court has Ordered that Dr. Leestma's deposition be conducted "as soon as possible" upon completion of his review of all relevant material, completion of his report and before the January 13th argument.  See Order, 12/02/10 (Document #614).

3.     As the Court is well aware, Petitioner and the Government have been diligently attempting to procure the necessary brain slides for Dr. Leestma, to complete his review and report on this matter.  See Petitioner's Status Report, 12/20/10 (Document #624). After much effort, just yesterday, January 3, 2011, counsel were notified that the slides were being shipped to Dr. Leestma in Chicago, IL from the University of Texas Health Science Center in San Antonio, TX.  Dr. Leestma's office will presumably receive the slides today, January 4, 2011, and he may, at the earliest, be able to complete his review of the slides upon his return from vacation on January 5, 2011.  Dr. Leestma will then need to prepare a report of his conclusions and may be able to do that, if all goes well, by the close of business on Friday January 7, 2011.

4.     Unfortunately, under the current time frame, there is insufficient time for

2

the Government to receive Dr. Leestma's report, review it, consult with its own expert if necessary, and prepare to conduct a competent deposition before the January 13th scheduled argument.  Indeed, given the logistics of counsel's presence in Philadelphia, Houston and Corpus Christi, and Dr. Leestma's presence in Chicago, even scheduling a deposition before counsel are required to travel to Corpus Christi for the scheduled argument is likely not possible.  Accordingly, Petitioner and the Government are jointly requesting a brief (30-45 days) continuance of the January 13th hearing and argument.

5.      Counsel believe that a brief continuance is in the best interest of all parties and the Court.  Indeed, counsel are eager to complete all outstanding litigation during their next appearance before the Court and brief continuance will promote judicial economy and avoid  any further piecemeal litigation.  Accordingly, the parties respectfully propose that the Court postpone the upcoming argument and that the Court allow Dr. Leestma's deposition be conducted later this month but before January 31, 2011.  Additionally, the parties are currently consulting their schedules and by January 14, 2010, counsel will report to the Court when in late February or early March, 2011, all counsel are available to conclude the hearing and present final arguments.

6.      Undersigned counsel for Petitioner and counsel for the Government, Assistant United States Attorneys Tony Roberts, Esq, Patti Booth Esq., and Mark Dowd, Esq., have all consulted on this matter, are in agreement and jointly file this

3

motion.  Counsel for the Government have also reviewed this motion before filing and agreed to its content.

WHEREFORE, all parties respectfully requests that this Court grant this motion for a brief continuance of the January 13, 2011 hearing and argument.

Respectfully submitted,

By   /s/Victor J. Abreu
MICHAEL WISEMAN
VICTOR J. ABREU
Federal Community Defender Office
for the Eastern District of Pennsylvania

Capital Habeas Corpus Unit
Suite 545 West - The Curtis Center
Philadelphia, PA 19106
215-928-0520

Date: December 3, 2010

**CERTIFICATE OF SERVICE**

I, Victor J. Abreu, hereby certify that on this 4nd day of January, 2011 I served the foregoing upon the following persons by e-file:

Tony R. Roberts
United States Attorney's Office
PO Box 61129
Houston, TX 77208-1129
Tony.Roberts@usdoj.gov

/s/ Victor J. Abreu

_____