UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____     :

UNITED STATES OF AMERICA,            :          No. Cr-C-02-216
                                     :          No. Cv-07-223
                   Respondent,       :      Honorable Janis Graham Jack,
                                     :              U.S.D.J.
        -against-                    :
                                     :
ALFRED BOURGEOIS,                    :        Electronically Filed
                                     :
        Petitioner.                  :
_____     :

**ORDER**

NOW on this _____ day of January, 2011, upon consideration of the

Government and Petitioner's joint motion for continuance of the January 13, 2011

hearing and argument, it is hereby ORDERED that the joint motion is GRANTED.

It is further ORDERED that the deposition of Dr. Leestma shall be conducted

before January 31, 2011.

It is further ORDERED that by January 14, 2011, the parties shall advise the

Court as to their earliest availability for completion of the hearing and final arguments.


_____
Janis Graham Jack
United States District Judge

✎AO89  (Rev. 7/95) Subpoena in a Criminal Case

UNITED STATES DISTRICT COURT

**SOUTHERN**               **DISTRICT OF**               **TEXAS**

UNITED STATES

**V.**                                         **SUBPOENA IN A**
                                               **CRIMINAL CASE**

ALFRED NMI BOURGEOIS                 Case Number:      C-02-216

TO:     Custodian of Records,

        Wilford Hall Medical Center, Medical Law office,

        2000 Berdquist Drive, Suite 1

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified
   or any subsequent place, date and time set by the court, to testify in the above referenced case.   This subpoena
   remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE<br>UNITED STATES COURTHOUSE | COURTROOM<br>District Judge |
|---|---|
| 1133 NORTH SHORELINE BLVD. | Janis Graham Jack |
| CORPUS CHRISTI, TEXAS 78401 | DATE AND TIME |

Monday 9/20/10 at 8:00

a.m.

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all slides, photographs and impressions prepared during the course of the autopsy by Dr. Elizabeth

A. Rouse , Maj., USAF, MC, FS, Assistant Medical Examiner, Office of the Armed Forces Medical

Examiner, of Jakerren Gunter; SSAN: 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; Date of Birth: 10/05/99; Date/Time of Death: 6/28/02,

1105; Autopsy No. A02-42; AFIP No. 2846051; Rank: Civilian; Place of Death: Driscoll Children's Hospital,

Corpus Christi, TX; Place of Autopsy: Driscoll Children's Hospital, Corpus Christi, TX; Date/time of

autopsy: 6/02/29, 1330.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| DAVID J. BRADLEY, CLERK | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Victor J. Abreu , Esq. , Assistant Federal Public Defender

Curtis Center, Suite 545 West, Independence Square West, Philadelphia, PA 19106; (215) 928-0520

AO89  (Rev. 7/95)  Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS  ☐ YES  ☐ NO  AMOUNT _____ | |
| SERVED BY (PRINT NAME) | TITLE | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information

Executed on _____        _____
                        DATE                                    SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION