# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

v.

Alfred NMI Bourgeois

Case No.: 2:02–cr–00216
Judge Janis Graham Jack

Defendant

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Janis Graham Jack

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 1/7/11

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Continue – #633

Date:    January 6, 2011

David Bradley, Clerk