UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____
                                   :

UNITED STATES OF AMERICA,     :      No. Cr-C-02-216
                                  :      No. Cv-07-223

             Respondent,     :   Honorable Janis Graham Jack
                                  :            U.S.D.J.

           -against-        :
                                  :      Electronically Filed

ALFRED BOURGEOIS,        :
                                  :

            Petitioner.       :
_____  :

**NOTICE OF DEPOSITION**

     PLEASE TAKE NOTICE that on the 10th day of January, 2011 Petitioner will take the Trial Deposition by Oral Testimony of **JAN EDWARD LEESTMA, M.D.**, in the above captioned matter, starting at 1:00 p.m. at the following location:

Esquire Deposition Services
311 West Monroe Street, # 1200
Chicago, Illinois 60606

Petitioner's counsel will appear at the above site, and it is counsel's understanding that Respondents' counsel will appear by video connection. Said deposition will be video recorded and transcribed and the video and transcript will be filed with the Court.

                         /s/ Michael Wiseman
                         _____
                         Michael Wiseman

Dated:     January 7, 2011

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 7th day of January 2011, I served the foregoing on the following persons by ECF Filing and email:

Tony Roberts, Esq.
Mark Dowd, Esq.
Patti Booth, Esq.
Office of the United States Attorney

/s/ Michael Wiseman

_____

Michael Wiseman