UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## **ORDER**

The Court denies the parties' joint motion for a continuance.  (DE 633).

SIGNED and ORDERED this 7th day of January, 2011.

_____
Janis Graham Jack
United States District Judge