UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

GOVERNMENT'S MOTION TO PRESENT TESTIMONY
OF DR. ELIZABETH ROUSE DURING HEARING ON
JANUARY 13, 2011 BY TELEPHONE

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government," by and through the United

States Attorney for the Southern District of Texas, files this Motion seeking permission to present

live testimony via telephone from Dr. Elizabeth Rouse at the hearing on January 13, 2011.  The

government believes this testimony is necessary in direct response to specific conclusions made by

Dr. Jan Leetsma during his deposition – conclusions that are not contained in his January 7, 2011

report. (Appendix 1).  Those conclusions directly contradict Dr. Rouse's testimony and the autopsy

report with regard to the manner and timing of death.

This Court permitted Petitioner to depose Dr. Leetsma.  Dr. Leetsma completed his expert

witness report on January 7, 2011.[1]  The government received an electronic copy of Dr. Leetsma's

---

[1]  During Dr. Leetsma's deposition testimony, the government learned that Dr. Leetsma
had provided Petitioner's counsel with an **initial report** on or about December 15, 2010.  Indeed,
Dr. Leetsma's January 7, 2011 report indicates that it is an "appended report to the original report
of 12/15/2010."  To date, Petitioner has not provided the government with a copy of the
December 15, 2010 report.  The government specifically requested a copy of that report during
the January 7, 2011 deposition upon learning of its existence.  Had the government had the

report at 3:47 p.m. central time on Friday, January 7, 2011. The government immediately reviewed Dr. Leetsma's report and emailed the report to Dr. Rouse asking her to review it and contact us. Dr. Rouse contacted the government Monday morning, January 10, 2011, to discuss Dr. Leetsma's report and conclusions. Importantly, Dr. Rouse opined that Dr. Leetsma's conclusions appeared to be fairly consistent with the conclusions in the June 2002 autopsy report with the exception of three comments. In Dr. Rouse's opinion, the three unsupportable statements in Dr. Leetsma's report are: 1) that it cannot be known if the acute component contributed or caused death, 2) that it cannot be determined whether [the physical trauma that caused the subdural hematoma] was inflicted or accidental, and 3) that "the child may have had a coagulopathy which appears to have included a sagittal sinus thrombosis and possibly cortical venous infarctions. These processes could have resulted in the child's death at any time with or without any new episode of trauma."

Dr. Rouse opined that the report does not appear to contain any firm conclusion about an alternative cause of death or any conclusion that the fatal injury could not have occurred while Petitioner was on the Corpus Christi Naval Air Station. As expected, the report and proposed opinion of Dr. Leetsma appeared to be only offering "possible" alternatives. With that consultation, and bearing in mind that Court's desire to complete this matter this week, the government participated in Dr. Leetsma's deposition at 1:00 p.m. on Monday, January 10, 2011 without further objection or delay fully expecting Dr. Leetsma to testify in accordance with his written report.

Unfortunately, Dr. Leetsma's deposition testimony went beyond the conclusions contained in his report. Dr. Leetsma testified that he disagreed with Dr. Rouse's conclusion on the cause of

December 15, 2010 report, the government might have been able to better prepare for the January 7, 2011 deposition.

death and testified that the real cause of death in his opinion was due to "increased intra cranial pressure." He added that while there was evidence of a "small volume" of a subdural hematoma, that it was his opinion that the "primary cause of the increased intra cranial pressure" was due to a "venous infarction." He further testified that the medical evidence he reviewed was not consistent with the victim being assaulted with a fatal blow while on the Corpus Christi Naval Air Station because the true cause of death would date the fatal injury well beyond the two or three days prior to death. He also testified that he disagreed with Dr. Rouse's conclusion that there was evidence of an impact to the child's brain consistent with the pressure of a car crash These conclusions were not contained in Dr. Leetsma's report.

Moreover, it is possible that undersigned counsel has not specifically and correctly conveyed Dr. Leetsma's testimony verbatim as the government does not currently have a report with these conclusions. However, the transcript of Dr. Leetsma's testimony will be produced on Wednesday, January 12, 2011 according to the recorder and transcriber. The government intends to immediately email the transcript to Dr. Rouse and ask her to review it. The government moves this Court to permit Dr. Rouse to provide telephone testimony at the hearing on Thursday, January 13, 2011 in direct response to the conclusions of Dr. Leetsma that were not contained in Dr. Leetsma's report. Additionally, the government moves this Court to permit Dr. Rouse to testify without having to prepare the normally required report due to the fact that Dr. Rouse will not even receive Dr. Leetsma's transcribed testimony until January 12, 2011. The government only intends to ask Dr. Rouse to respond to the conclusions of Dr. Leetsma which were not contained in Dr. Leetsma's report. Even if this Court does not find Dr. Leetsma's testimony credible, the government now

believes that Dr. Rouse's response might be necessary for a full comprehension of this issue upon appellate review.

Respectfully submitted,

JOSÉ ANGEL MORENO
United States Attorney

TONY ROBERTS
Assistant United States Attorney

ELSA SALINAS
Assistant United States Attorney

MARK DOWD
Assistant United States Attorney


By:    s/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney
Federal I.D. No. 19500
State Bar I.D. No. 02650500
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
(361) 888-3111

4

CERTIFICATE OF SERVICE AND CONSULTATION

I, Patti Booth, Assistant United States Attorney, do hereby certify that a I have attempted to contact Michael Wiseman, but have been unable to reach him for comment as to the above Motion to Permit Dr. Rouse to Testify at the January 13, 2011 hearing.

I, Patti Booth, Assistant United States Attorney, do hereby certify that a copy of the above Motion to Permit Dr. Rouse to Testify at the January 13, 2011 hearing was emailed and placed in the mail on January 11, 2011, via certified mail, return receipt requested to:

Michael Wisemen
Victor Abreu
James McHugh
Maureen Kearney Rowley
Elizabeth Larin
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106

s/ PATTI BOOTH
PATTI BOOTH
Assistant United States Attorney