UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
|     Petitioner. | § | |

ORDER

Government Motion to receive telephone testimony from Dr. Elizabeth Rouse at the

January 13, 2011 hearing in this case is GRANTED.  Dr. Rouse will not be required to prepare a

report so long as her testimony is responsive to Dr. Leestma's conclusions from Dr. Leetsma's

deposition testimony.

Additionally, Petitioner is Ordered to provide the government with a copy of Dr.

Leetsma's December 15, 2010 initial report by 4:00 p.m. on January 12, 2011.

The clerk of this Court shall send a copy of this Order to the parties by any receipted

means.

Signed at Corpus Christi, Texas, this _____ day of _____ 2011.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE