UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____     :

UNITED STATES OF AMERICA,            :        No. Cr-C-02-216
                                     :        No. Cv-07-223
            Respondent,              :     Honorable Janis Graham Jack,
                                     :           U.S.D.J.
     -against-                       :
                                     :
ALFRED BOURGEOIS,                    :      Electronically Filed
                                     :
            Petitioner.              :
_____      :

**PETITIONER'S RESPONSE IN PARTIAL OPPOSITION
TO THE GOVERNMENT'S *MOTION TO PRESENT TESTIMONY
OF DR. ELIZABETH ROUSE DURING HEARING
ON JANUARY 13, 2011 BY TELEPHONE***

Petitioner, Alfred Bourgeois, through undersigned counsel, files this *Response
in Partial Opposition* to the Government's *Motion to Present Testimony of Dr.
Elizabeth Rouse During Hearing on January 13, 2011 by Telephone* (*Motion*).

1.     The Government filed its *Motion* earlier today seeking to take the
testimony of Dr. Elizabeth Rouse by telephone on January 13, 2011.  Petitioner has
no objection to the Court hearing from Dr. Rouse.  To the contrary, Petitioner is
heartened at the opportunity finally to hear from Dr. Rouse.  There are many
questions which were left unanswered by her trial testimony relevant to the

1

jurisdictional question before the Court in these proceedings.  Petitioner has long-requested to hear from her.  *See e.g.*, Transcript of Oral Argument, 4/20/10 at 45 (Petitioner: "[we are] curious that the Government has not got a declaration from Dr. Rouse rebutting our claim"); at 46 (Petitioner: "We are going to present expert testimony, we expect Dr. Rouse will be here."); at 51(Petitioner: "it seems pretty plain to us that at a minimum Dr. Rouse needs to explain why that right-sided subdural hematoma, which she said was the cause of death, didn't, happened on the Naval base."); at 55 (Petitioner: "I want Dr. Rouse here. I want to talk to Dr. Rouse. I want to cross-examine her, as trial counsel should have cross-examined her, about what the cause of death was and when it happened . . .").

2.    Although Petitioner very much wishes to hear from Dr. Rouse, he opposes the portion of the Government's *Motion* that makes the highly unusual request that this expert witness be permitted to testify without providing a written report of her opinions.  In an email exchange between counsel yesterday, Petitioner asked the Government to provide "a brief report by Wed evening.  Whatever else it contains, we of course would like to know if she will attempt to date the fatal injury(s) and the basis for doing so" (Email message from  Wiseman to Roberts sent at 4:36 CST on January 10, 2011).  In recognition of the time constraints, Petitioner did not demand a full and formal report.  Rather, a brief report addressing the issues

before the Court produced on the evening of January 12, 2011, was all the Petitioner requested. He believes that prior to cross examining this witness he should be entitled to review the doctor's written opinion as to how she can date the fatal injuries (if she can) and state to a reasonable degree of scientific certainty that they were inflicted "within the special maritime and territorial jurisdiction of the United States," 18 U.S.C. §1111(b) – if she can. Failure to provide the report would violate Fed.R.Civ.P. 26 and, in the circumstances of this case, the due process clause of the Fifth Amendment.

3.    Alternatively, if provision of a report is not practicable, Petitioner should be afforded the opportunity to conduct an *ex parte* telephone interview of the witness sometime during the day of January 12, 2011.[1]

---

[1]There are a host of purported factual assertions contained in the Government's *Motion* about Dr. Leestma's deposition testimony, with which Petitioner steadfastly disagrees. Nonetheless, because these disagreements are not relevant to the instant *Motion*, Petitioner does not respond to them.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:    Philadelphia, PA
          January 11, 2011

## Certificate of Service

I, Michael Wiseman, hereby certify that on January 10, 2011 he served the foregoing on Government's counsel by electronic case filing:

Tony Roberts, Esq.
Patti H. Booth, Esq.
Mark Dowd, Esq.
Elsa Patterson-Salinas

/s/ Michael Wiseman

Michael Wiseman

4