UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

<u>ORDER</u>

Government Motion to receive telephone testimony from Dr. Elizabeth Rouse at the

January 13, 2011 hearing in this case (D.E. 638) is GRANTED. Dr. Rouse will not be required to

prepare a report so long as her testimony is responsive to Dr. Leestma's conclusions from Dr.

Leetsma's deposition testimony.

Additionally, Petitioner is Ordered to provide the government with a copy of Dr.

Leetsma's December 15, 2010 initial report by 4:00 p.m. on January 12, 2011.

The clerk of this Court shall send a copy of this Order to the parties by any receipted

means.

SIGNED and ORDERED this 11th day of January, 2011.

Janis Graham Jack
United States District Judge