UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

UNITED STATES OF AMERICA,    :       No. Cr-C-02-216

    :       No. Cv-07-223

    Respondent,    :   Honorable Janis Graham Jack

    :         U.S.D.J.

    -against-    :

    :     Electronically Filed

ALFRED BOURGEOIS,    :

    :

    Petitioner.    :

_____  :

### NOTICE OF FILING

PLEASE TAKE NOTICE that Alfred Bourgeois, through counsel, hereby files

the trial deposition (with exhibits) of Jan Leestma, M.D. taken on January 10, 2011.

Respectfully Submitted,

/s/ Michael Wiseman

_____

Michael Wiseman
Counsel for Petitioner

Dated:    January 12, 2011
         Philadelphia, PA

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this 12th day January, 20101, I served the foregoing on the following persons by ECF filing:

Tony Roberts
Patti Booth
Mark Dowd
Elsa Salinas-Patterson
Counsel for the Government

/s/    Michael Wiseman

_____

Michael Wiseman