
DEFENDANT'S EXHIBIT

# Curriculum Vitae

[As of November, 2010]

## JAN EDWARD LEESTMA, B.A., M.D., M.M.

PERSONAL: Married with two adult children and four grandchildren.

Born: November 30, 1938. Flint, Michigan.

Office Address: 1440 North Kingsbury, Suite 210, Chicago IL 60642.
Phone: (312) 988-2500, Fax: (312) 988-7257, Email: Jleestma@aol.com

EDUCATION:

*Undergraduate: Hope College, Holland, Michigan: 1956-60. A.B. in Chemistry and Biology
*Medical School: University of Michigan: 1960-64. M.D.
*Residency: University of Colorado Medical Center, Denver: Anatomic Pathology, 1964-66; Neuropathology, 1966- 67.
*Fellowship (Neuropathology): Albert Einstein College of Medicine, Bronx Municipal Hospital Center, Bronx, NY, 1967-68.
*Sabbatical: Guest Researcher (Experimental Neuropathology): Karolinska Institute, Huddinge University Hospital, Institute of Pathology, Stockholm, Sweden, 1981-82.
*Graduate School: J.L. Kellogg Graduate School of Management, Northwestern University. Executive Master's Program. Masters of Management Degree (M.M.), 1986.

MILITARY SERVICE:

* Captain, USAF, MC: Armed Forces Institute of Pathology, Washington, D.C. (Genitourinary Pathology Branch), 1968-69.
* Major, USAF, M.C.: Armed Forces Institute of Pathology, Washington, D.C. (Neuropathology Branch), 1969- 71.
* Honorably Discharged: 1971.

LICENSURE-BOARDS:

* State of Michigan: Medical License, 1965-to present. [#026842]
* State of Illinois: Licensed as Physician and Surgeon, 1971-to present. [36-44272]
* American Board of Pathology: Certified, Anatomic Pathology (1970); Neuropathology (1970).

ACADEMIC APPOINTMENTS:

* Instructor: University of Colorado School of Medicine (Pathology). 1967-68.
* Assistant Professor: Northwestern University School of Medicine (Pathology and Neurology). 1971-75.
* Associate Professor (Tenure): Northwestern University School of Medicine (Pathology and Neurology). 1975-1986.
* Professor: University of Chicago, Division of the Biological Sciences and the Pritzker School of Medicine (Pathology and Neurology). 1986-87.

HOSPITAL APPOINTMENTS:

* National Naval Medical Center, Bethesda, Maryland: Consultant Neuropathologist, 1969-71.
* D.C. General Hospital, Washington, D.C.: Consultant Neuropathologist, 1969-71.
* Chicago Wesley Memorial Hospital, Chicago, IL: Associate Attending Physician, 1971-73.
* Passavant Memorial Hospital, Chicago, IL: Associate Attending Physician, 1971-73.
* Northwestern Memorial Hospital, McGaw Medical Center, Chicago, IL: Associate Attending Physician, 1973- 77; Attending Physician, 1977-1986.
* VA Lakeside Hospital, Chicago, IL: Consulting Neuropathologist, 1971-82.
* VA North Chicago (Downey), North Chicago, IL: Consulting Neuropathologist, 1972-82.
* West Suburban Hospital, Oak Park, IL: Consulting Neuropathologist, 1976-85.
* Children's Memorial Hospital, Chicago, IL: Attending Physician, 1982-2001.
* University of Chicago Hospitals and Clinics, Chicago, IL: Attending Physician, 1986-87.
* Columbus Hospital Medical Center, Chicago, IL: Attending Physician, 1987-2001. (Hospital closed).
* St. Joseph's Hospital, Chicago, IL: attending staff: 2001-2003; Emeritus: 2003.
* Advocate Illinois Masonic Hospital, Chicago, IL: Consulting Neuropathologist, 1991-2003.
* Advocate Ravenswood Hospital, Chicago, IL: Consulting Neuropathologist: 2001-2002.

* Neurosurgical and Orthopedic Institute of Chicago (formerly Ravenswood Hospital): 2002-2003; Emeritus: 2003.
*Children's Memorial Hospital, Northwestern University Medical Center, Chicago IL:Emeritus Attending Physician, 2003. Consulting Neuropathologist: Dec. 2003-2005.

OTHER APOINTMENTS AND PROFESSIONAL ACTIVITIES:

* Assistant Medical Examiner (Neuropathology), Office of the Medical Examiner, Cook County (Chicago), IL. 1977-1987.
* Private consultant practice in forensics and neuropathology: 1973-present
* Baxter-Travenol Laboratories Inc., Morton Grove, IL: Consultant. 1973-79; 80-82.
* American Association of Neuropathologists, Member: 1970-present.
    Member of Professional Affairs Committee;
    *Councilor to International Society of Neuropathology, 1985-89; Program Committee, 1986-1990.
*Cyberonics, Inc., Webster, TX: Consultant: 1996-99.
* Institute of Forensic Sciences of Puerto Rico (San Juan, PR): Neuropathology Consultant: 1997-2001.

ADMINISTRATIVE APPOINTMENTS:

* Northwestern University Medical Center: Director of Neuropathology, 1971-81. Director of Residency Training in Pathology. 1979-81; Chairman, Admissions Committee for Transfer Students (Northwestern University Medical School), 1977-79.
* Society of Sigma Xi, Northwestern University Chapter, President, 1981.
* Children's Memorial Hospital: Chief of Neuropathology, 1982-86.
* The Division of the Biological Sciences and Pritzker School of Medicine, University of Chicago: Dean of Students for the Division 1986-87.
* The Chicago Institute of Neurosurgery and Neuroresearch, Columbus Hospital: Associate Medical Director, 1987-1999.
*The Chicago Institute for Neurosurgery and Neuroresearch, Inc., Executive Director of Research, 1990-1999.
* Chief Executive Officer, Neurotherapeutics Management Co., Chicago, IL: 1994-1999.
* Co-Founder , Chief Medical Officer, Secretary-Secretary-Treasurer, and Board of Directors member: Nyxis Neurotherapies, Inc., Chicago, IL: 1999-2007.

* Member, Board of Directors, The Chicago Institute of Neurosurgery and Neuroresearch Medical Group: 1997-1999.
* Partner, The Chicago Institute of Neurosurgery and Neuroresearch Medical Group: 1987-2003.
* Advisory Board Member: The Falk Center for Molecular Therapeutics, Department of Biomedical Engineering, The McCormick School of Engineering and Applied Science, Northwestern University, Evanston, IL. (2003-present).
* Member, Board of Directors, and Secretary-Treasurer, Naurex Inc., 2007-present.

EDITORSHIPS/PARTICIPATIONS:

* The Year Book of Pathology and Clinical Pathology: Associate Editor, 1973-1980.
* Medical Trial Technique Quarterly: Editorial Board, 1977-1999.
* Periodic peer reviewer: New England Journal of Medicine; Journal of Neuropathology and Experimental Neurology; Journal of the American Medical Association; Epilepsia; Archives of Pathology and Laboratory Medicine, The American Journal of Forensic Medicine and Pathology, American Journal of Physicians and Surgeons, and other professional journals.
* Ad hoc grant reviews and site visits for National Science Foundation and the National Institutes of Health (NINCDS).
* Member: Consensus panel: Acoutic Neuroma-NIH, 1991.
* Editorial Board: American Journal of Forensic Medicine and Pathology: 2002-present.
* Editorial Board: The Open Forensic Science Journal. Bentham Science Publishers: 2009-present.

HONORS AND AWARDS:

* University of Michigan School of Medicine: Special Studies Program, 1962-64.
* American Cancer Society Fellow, 1967-68.
* Grantee, National Institutes of Health (RO-1), NINCDS, 1974-77.
* George H. Joost Outstanding Teacher in the Basic Sciences. Northwestern University School of Medicine, 1979.
* Guest Researcher, Karolinska Institutet (Pathology Institute-Huddinge Sjukhus), Stockholm, Sweden, 1981-82.

CIVIC INTERESTS:

* Juvenile Protective Association of Chicago (direct services to abused and neglected children and their families):   Board Member (1977-present); Assistant Treasurer (1980-82); Vice President (1983-85).
* Chicago Council on Foreign and Domestic Affairs: Executive Board, 1974-82; 87-89.
 * Horizon Hospice of Chicago: Board Member, 1988-1992. Medical advisor, 1992-1998.
* Board Member and Chairman of Grants Committee, The Columbus-Cabrini Medical Center Foundation, 1988-2000.
* Board Member and Secretary, The Chicago Institute for Neurosurgery and Neuroresearch, Inc. (not-for-profit research institute) Chicago: 1998-2004.

PROFESSIONAL MEMBERSHIPS:

* American Association of Neuropathologists: 1970-present.
* Chicago Institute of Medicine
* Illinois Society of Pathologists
* International Society of Neuropathology
*American Academy of Forensic Sciences: Associate Member, 2004-2006; Member, 2006-2009; Fellow, 2009-present.

**Lectures, Courses and Abstracts:** not listed.

## Professional Publications:

1. Miller, E.K., Willey, E.N., Leestma, J.E., and Riggs, J.L.: Non-immune fluorescent protein staining of neoplasms. Exp. & Molec. Path. 2:144-156, 1963.

2.Schneck, S.A., and Leestma, J.E.: The Central Nervous System.(Chapter 15). In-Ultrastructural Aspects of Disease (Ed.-King, D.W.), Hoeber, New York, 1966.

3.Schneck, S.A., and Leestma, J.E.: The Muscular System. (Chapter 13). In-Ultrastructural Aspects of Disease (Ed.-King, D.W.), Hoeber, New York, 1966.

4. Schneck, S.A., Fulginiti, V., and Leestma, J.: Measles virus and panencephalitis. Lancet 1:1381-1382., 1967.

5.Williamson, M.E., Leestma, J.E., Black, W.C., and King, D.W.: Histologic Patterns in Tumor Pathology. Hoeber, New York, 1968.

6.Leestma, J.E., and Koenig, K.L.: Sudden death and phenothiazines: a current controversy. Arch. Gen. Psychiat. 18:137- 148, 1968

7.Leestma, J.E., and Martin, E.: An electron probe andhistochemical study of the "ferruginated" neuron. Arch. Path. 86:597- 605, 1968.

8.Leestma, J.E., Bornstein, M.B., Sheppard, R.D., and Feldman,L.A.: Ultrastructural aspects of herpes simplex virus infection in organized cultures of mammalian nervous tissue. Lab. Invest. 20:70-78, 1969.

9.Leestma, J.E., and Andrews, J.M.: The fine structure of the Marinesco Body. Arch. Path. 88:431-436, 1969.

10.Leestma, J.E. Major USAF MC: Armed Forces Institute of Pathology CPC #7-69. American Registry of Pathology. Armed Forces Institute of Pathology, Washington, D.C., 1969.

11.Dehner, L.P., Leestma, J.E., and Price, E.B. Jr.: Renal cell carcinoma in children: a clinical-pathologic study of 15 cases and review of literature. J. Pediat. 76:597-368, 1970.

12.Mostofi, F.K., and Leestma, J.E.: CONCEPTS OF DISEASE. A Textbook of Human Pathology. Brunson, J.G., and Gall, E.A. (eds.), MacMillan, New York, 1971: Chapter 9.: Special Aspects of Cell Function, Growth, and Structure—The Genitourinary Tract.

13. idem: Chapter 18.: Special Aspects of Inflammation and Circulatory Disorders--The Genitourinary Tract.

14. idem: Chapter 22.: Special Aspects of Infection, Immunity, and Hypersensitivity--The Genitourinary Tract.

15. idem: Chapter 24.: Special Aspects of Neoplasms—The Genitourinary Tract.

16.Leestma, J.E., and Price, E.B. Jr.: Paraganglioma of the urinary bladder. Cancer 28:1063-1073,1971.

17.Mostofi, J.E., and Leestma, J.E.: Pathology of the Lower Urinary Tract and Male Genitalia (Chapter). In-PATHOLOGY. 6th, Ed., Anderson, W.A.D.(ed.), Mosby, St. Louis, 1971.

18.Hughes, J.R., Cayaffa, J., Leestma, J.E., and Mizuno, Y.: Alternating "wake" and "sleep" EEG patterns in a deeply comatose patient. Clin Electroenceph. 3:86-93, 1972.

19.Henry, J.M., and Leestma, J.E.: Glioblastoma and co-existent meningeal fibrosarcoma. A case study. Acta Neuropath. 23:334-337, 1973.

20.Leestma, J.E. (Sections on:CNS, eye, neuromuscular pathology): The Year Book of Pathology and Clinical Pathology. Year Book, Chicago, 1973.

21.Leestma, J.E. (Sections on:CNS, eye, neuromuscular pathology): The Year Book of Pathology and Clinical Pathology. Year Book, Chicago, 1974.

22.Leestma, J.E. (Sections on:CNS, eye, neuromuscular pathology): The Year Book of Pathology and Clinical Pathology. Year Book, Chicago, 1975.

23.Leestma, J.E.:Stroke:Clinical and Pathological Considerations. Med. Trial Tech. Quart. (fall),121-137, 1975.

24.Leestma, J.E. (Member of Collaborative Study on Cerebral Survival-NIH Contract N01-NS-1-2316): The Neuropathological Findings in Irreversible Coma. A Critique of the "Respirator Brain". Walker, A.E., Diamond, E.L., and Moseley,J.(eds). J. Neuropath. & Exp. Neurol. 34:295-323, 1975.

25.Leestma, J.E.:Velocity measurements of particulate neuroplasmic flow. J. Neurobiol. 7:173-183, 1976.

26.Hughes, J.R., Boshes, B., and Leestma, J.E.: Electro-clinical and pathological correlations in comatose patients. Clin. Electroenceph. 7:13-30, 1976.

27.Leestma, J.E., and Noronha, A.: Pure motor hemiplegia, medullary pyramid lesion, and olivary hypertrophy. J. Neurol. Neurosurg. & Psychiat. 39:877-884, 1976.

28.Leestma, J.E. (Sections on:CNS, eye, neuromuscular pathology): The Year Book of Pathology and Clinical Pathology. Year Book, Chicago, 1976.

29.Leestma, J.E., and Freeman, S.S.: Computer assisted analysis of particulate axoplasmic flow in organized CNS tissue cultures. J. Neurobiol. 8:453-467, 1977.

30.Sacks, J.G., O'Grady, R.B., Choromokos, E., and Leestma, J.E.: The pathogenesis of optic nerve drusen. A hypothesis. Arch. Ophthal. 95:425-428, 1977.

31.Leestma, J.E.: The Pathology of Spinal Cord Injury (Chapter): International Encyclopedia of Neurology, Psychiatry, Psychoanalysis, and Psychology, Wolman, B.J. (Ed.-in-Chief), New York, 1977.

32.Spehlmann, R., Gross, R.A., Ho, S.U., Leestma, J.E., and Norcross, C.A.: Visual evoked potentials and postmortem findings. Ann. Neurol. 2:531-534, 1977.

33.Leestma, J.E. (Section on:CNS, eye, neuromuscular pathology): The Year Book of Pathology and Clinical Pathology. Year Book, Chicago, 1977.

34.Spehlmann, R., Gross, R.A., Ho, S.U., Leestma, J.E., and Norcross, C.A.:Visual evoked responses and postmortem findings in a case of cortical blindness. Trans. Am. Nerol. Assn. 102:1-4, 1977.

35.Leestma, J.E. (Section on:CNS, eye, neuromuscular pathology): The Year Book of Pathology and Clinical Pathology, Year Book, Chicago, 1978.

36.Kubek, M.J., Wilber, J.F., and Leestma, J.E.: The identification of gonadotropic releasing hormone (GnRH) in hypothalamic and extrahypothalamic loci of the human nervous system. Horm. Met. Res. 11:26-29, 1979.

37.Kaplan, P.E., Santana, R., Cohen, J., and Leestma, J.: Glioblastoma multiforme presenting as stroke: an electrophysiological and clinicopathological case report. Arch Phys. Med. Rehab. 60:74-77, 1979.

38.Leestma, J.E.(Section on: CNS eye, neuromuscular, forensic pathology): The Year Book of Pathology. Year Book, Chicago 1979.

39. Szper, I, Oi, S., Leestma, J.E., Kim, K.S., and Wetzel, N.E.: Xanthogranuloma of the third ventricle. J. Neurosurg. 51:565-568, 1979.

40.Leestma, J.E., and Sepsenwol, S.: Sperm tail alterations in theWobbler mouse. J. Reprod. Fert. 58:267-70, 1980.

41.Leestma, J.E.(Section on:CNS, eye, neuromuscular, forensic pathology):The Year Book of Pathology and Clinical Pathology.Year Book, Chicago, 1980.

42.Leestma, J.E.: Werdnig-Hoffmann Disease (Infantile spinal muscular atrophy). Animal model of human disease (Wobbler Mouse). Amer. J. Path. 100:821-824, 1980.

43.Leestma, J.E.:Teaching Monograph. Brain Tumors. Amer. J. Path. 100:239- 316, 1980. ***(Also published for separate distribution and sale as a teaching monograph by Universities Associated for Research and Education in Pathology (UAREP), Bethesda, Md., 1980).

44.Molteni, A., Fors, E., and Leestma, J.: Sterility in Wobbler mice-a defect in cellular estradiol-binding activity. In-Endocrinological Cancer Ovarian function and Disease; Proc. 9th. Int. Study Group for Steroid Hormones. International Congress Series.Pgs. 389-392. (Eds., Adlercreutz, H, Bulbrook, RD, Van der Molen, HJ, Vermeulen, A, and Sciarra, F. Excerpta Medica, Amsterdam, 1980.

45.Kaplan, P.E., Hines, J.R., Leestma, J.E., and Ruder, H.J: Neuromuscular junction transmission deficit in a patient with primary hyperparathyroidism. EMG and Clin.Neurophysiol. 20:359-367, 1980.

46.Richardson, R.R., Noronha, A., Leestma, J., and Siqueira, E.: Multiple neoplastic associations with central and peripheral von Recklinghausen's Disease. Southern Med. J. 73:1074-1077, 1980.

47.Leestma, J.E. (Participating Review Pathologist and Coordinator for Northwestern University, UAREP Nitrite Project, FDA Contract #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): Re-evaluation of the Pathology Findings of Studies on Nitrite and Cancer. Histologic Lesion in Sprague-Dawley Rats. Final Report. Department of Health and Human Services. Public Health Service. Food and Drug Administration. Washington D.C., 1980.

48.Leestma, J.E. and Konakci, Y.: Sudden unexpected death due to neuroepithelial (colloid) cyst of the third ventricle. J. Forensic Sci. 26:486-491, 1981.

49.Jay, G.W., and Leestma, J.E.: Sudden death in epilepsy: a comprehensive review of the literature and proposed mechanisms. Acta Neurol. Scand. 63 (Suppl 82):1-66, 1981.

50.Lifschultz, B.D., Leestma, J.E., and Stryker, S.: Multiple fungal mycotic aneurysms and transverse myelopathy complicating repair of aortic coarctation. Ann. Thoracic Surg. 33:192-196,1982.

51.Kristensson, K., Oervell, C., Leestma, J., and Norrby, E.:Sendai virus infection in the brains of mice: distribution of viral antigens studied with monoclonal antibodies. J. Infect. Dis. 147:297-301, 1983.

52.Leestma, J.E., Kalelkar, M.B., Teas, S.S.: Ponto-medullary avulsion associated with cervical hyperextension. In: Trauma and Regeneration, Ed., H. Adams, Acta Neurochir. (Suppl 32) 69-73, 1983.

53.Leestma, J.E., Hughes, J.R., Diamond, E.R.: Temporal correlates in brain death: EEG and clinical relationships to the respirator brain. Arch. Neurology 41:147-152, 1984.

54.Leestma, J.E., Kalelkar, M.B., Teas, S., Jay, G.W., and Hughes, J.R.: Sudden unexpected death associated with seizures: analysis of 66 cases. Epilepsia 25:84-88, 1984.

55.Leestma, J.E.: Brain Tumors. Part One: Introduction to the pathology of brain tumors. Slide/Tape program. Audiovisual Medical Marketing and UAREP, New York-Washington D.C.,1984.

56.Leestma, J.E.: Brain Tumors. Part Two: Pathology of brain tumors. Slide/Tape program. Audiovisual Medical Marketing and UAREP, New York- Washington D.C., 1984.

57.Kristensson, K., Leestma, J., Lundh, B., Norrby, E.: Sendai virus infection in the mouse brain: virus spread and long term effects. Acta Neuropath. 63:89-95, 1984.

58.Leestma, J.E., Hughes, J.R., Teas, S.S., Kalelkar, M.B.: Sudden epilepsy deaths and the forensic pathologist. Am. J. Forensic Med. Pathol. 6:215-218, 1985.

59.Fernbach, S.K., Naidich, T.P., McLone, D.G., Leestma, J.E.: Primary intrathecal Wilms' tumor with diastematomyelia. J. Computer Assisted Tomography 8:523-528, 1984.

60.Leestma, J.E.: The Pathology of viral diseases of the nervous system (Chapter 16: pp. 704-787). In-General Neuropathology (Eds., Robertson, D.M., and Davis, R.), Williams and Wilkins, Baltimore, 1985.

61.Husain, A., and Leestma, J.E. : Astroblastoma: immunocytochemical and electron microscopic analysis. J. Neurosurgery 64:657-661, 1986.

62. Naidich, T.P., Radkowski, M.A., McLone, D.G., and Leestma, J.E.: Chronic cerebral herniation in shunted Dandy-Walker malformation. Radiology 158:431-434,1986.

63. Magee, D.J., and Leestma, J.E.: Use of neuropathologic evidence in will contests. Medical Trial Tech. Quarterly 33:121-139, 1986.

64. Taomoto K, Tomita T, Raimondi AJ, Leestma JE: Medulloblastomas in childhood: histological factors influencing patients' outcome. Child Nerv Syst 3:354-360, 1987.

65. Lifschultz, B.D., Donoghue, E.R., and Leestma, J.E., and Boade, W.A. (1987): Embolization of cotton pledgets following insertion of porcine cardiac valve bioprostheses. J. Forensic Sci. 32(6): 1796-1800, 1987.

66. Leestma, J.E.: Forensic Neuropathology, Raven Press, New York, 1988.

67. Burke, H.B., Richards, R.L., and Leestma, J.E.: Allocation of senior electives by auction. J. Med. Education 63:76, 1988.

68. Leestma, J.E., Walczak, T., Hughes, J.R., Kalelkar, M.B., and Teas, S.S. : A prospective study on sudden unexpected death in epilepsy. Ann. Neurology 26:195-203, 1989.

69. Gianaris, P.G., Leestma, J.E., Cerullo, L.J., and Butler, A.: Castleman's disease manifesting in the the central nervous system: case report with immunological studies. Neurosurgery 24:608-613, 1989.

70. Leestma JE: The neuropathologist as an expert witness. Med Trial Tech. Qtly. 28:170-183, 1989.

71. Leestma, JE: The Cardiovascular System (Chapter 30). In Medical Litigation Guide, F. Lane (Editor). Callaghan & Co., Deerfield IL. 1990.

72. Leestma, J.E.: Natural history of epilepsy [Chapter 1]. In: Epilepsy and Sudden Death , edited by C.M. Lathers and P. L. Schraeder, Marcel Dekker, New York, 1990, pp. 1-26.

73. Leestma, J.E.: Sudden unexpected death associated with seizures: a pathological review [Chapter 5]. In: Epilepsy and Sudden Death, edited by C.M. Lathers and P.L. Schraeder, Marcel Dekker, New York, 1990, pp. 61-88.

74. Lathers, C.M. and Leestma, J.E.: Psychoactive agents, epilepsy, arrhythmias and sudden death [Chapter 23]. In: Epilepsy and Sudden Death, edited by C.M. Lathers and P.L. Schraeder, Marcel Dekker, New York, 1990, pp. 447-484.

75. Chan AWK, Lathers CM, Leestma JE: Alcohol, arrhythmias, seizures and sudden death [Chapter 19]. In: Epilepsy and Sudden Death, edited by C.M. Lathers and P.L. Schraeder, Marcel Dekker, New York, 1990, pp. 329-374.

76. Leestma JE, Helenowski T: Bladeless knife cuts new ground. Chicago Medicine 93:20-23, 1990.

77. Leestma JE: Viral infections of the nervous system. In: Textbook of Neuropathology, 2nd edition, RL Davis and DM Robertson (eds). Williams and Wilkins, Baltimore. Chapter 15, pp. 804-903, 1991.

78. Leestma, JE: Neuropathology and pathophysiology of trauma and toxicity. In: Forensic Neuropsychology, edited by H.O. Doerr and A.S. Carlin, The Guilford Press, New York, 1991.

79. Leestma, J.E. (member of Consensus Development Panel, Walter E. Nance, M.D., Ph.D, Chairman): Acoustic Neuroma. Consensus Statement. NIH Consensus Development Conference, Dec. 11-13, 1991, Vol. 9, No. 4. National Institutes of Health, Bethesda, MD.

80. Leestma, JE: Forensic Neuropathology (Chapter 12). In: Pediatric Neuropathology, edited by S. Duckett. Williams & Wilkins, Baltimore, 1995.

81. Tennis, P., Cole, T.B., Annegers, J.F., Leestma, J.E., McNutt, M., and Rajput, A.: A cohort study of the incidence of sudden unexplained death in people with seizure disorder in Saskatchewan, Canada. Epilepsia 36:29-36, 1995.

82. Yamamoto H, Kaneko Y, Vandermeulen D, Kersey D, Mkrdichian E, Cerullo L, Leestma J, and Moskal JR: The expression of CMP-NeuAc:GalB1, 4GlcNAc a2,6 sialyltransferase (EC 2.4.99.1) and glycoproteins bearing a2,6-linked sialic acids in human brain tumours. Glycoconjugate J. 12:848-856, 1995.

83. Kaneko Y, Yamamoto H, Kersey D, Colley KJ, Leestma JE and Moskal JR: Expression of GalB1,4GlcNAc a-2,6 sialyltransferase and a-2,6-linked sialoglycoconjugates. II. Human brain tumors. Acta Neuropathol 91:284-292, 1996.

84. Leestma JE, Grutsch J, Mkrdichian E, Cerullo LJ: Prognosis of patients with primary malignant brain tumors: Is there any cause for optimism? Chicago Medicine 99:10-13, 1996.

85. Yamamoto H, Saito T, Kaneko Y, Kersey D, Yong VW, Mkrdichian E, Cerullo L, Leestma J, Moskal JR: $\alpha$2,3 sialyltransferase mRNA and $\alpha$2,-linked glycoprotein sialylation are increased in malignant gliomas. Brain Research 755:175-179, 1997.

86. Leestma, JE. Annegers, JF, Brodie, MJ, Brown, S, Schraeder, P, Siscovick, D, and Wannamaker, B, et al.: Sudden unexplained death in epilepsy (SUDEP) in a large clinical development program. Epilepsia 38:47-55, 1997.

87. Leestma JE: Chapter 11: Forensic Neuropathology. In: Neuropathology. The diagnostic approach. Edited by JH Garcia. Mosby-Yearbook, St. Louis, 1997.

88. Annegers JF, Coan SP, Hauser WA, Leestma J, Duffell W, Tarver B: Epilepsy, vagal nerve stimulation by the NCP® system, mortality, and sudden, unexpected, unexplained death. Epilepsia 39:206-212, 1998.

89. Leestma JE: Forensic considerations in sudden unexpected death in epilepsy. Epilepsia 38(suppl. 11): S63-S-66, 1997.

90. Leestma JE: Forensic neuropathological aspects of the aging brain. In: Pathology of the Aging Brain, S Duckett and J de la Torre (Editors), Oxford University Press, New York, 2001.

91. Yamamoto H, Swoger J, Greene S, Saito T, Hurh J, Sweeley, Leestma J, et al.: $\beta$1,6-N-Acetylglucosamine-bearing N-glycans in human gliomas: implications for a role in regulating invasivity. Cancer Research 60:134-142, 2000.

92. Leestma JE, Vicente Torres J: Unappreciated agenesis of the cerebellum in an adult: case report of a 38 year old man. Amer. J. Forensic Med Pathol. 21:155-161, 2000.

93. Kroes FA, Jastrow A, McLone MG, Yamamoto H, Colley P, Kersey DS, Yong VW, Mkrdichian E, Cerullo L, Leestma J, Moskal JR: The identification of novel therapeutic targets for the treatment of malignant brain tumors. Cancer Ltrs 156:191-198, 2000.

94. Annegers JF, Coan SP, Hauser WA, Leestma J: Epilepsy, vagal nerve stimulation by the NCP® system, all-cause mortality, and sudden, unexpected, unexplained death. Epilepsia 41:549-553, 2000.

95. Leestma JE: Occult/asymptomatic cranial injury in infancy: its significance for medical practice and forensic medicine. Lancet Neurology Network 4(2) 1, January 2001 [www.lancetneuronet.com].

96: Leestma JE: Neuropathological and Forensic Aspects of of Brain Death and the Respirator Brain: In: Clinical Guide to Brain Death . EFM Wijdicks (Ed), Lippincott Williams & Wilkins, Philadelphia, 2001.

97. Miller M, Leestma J, Barnes P, Carlstrom T, Gardner H, Plunkett J, Stephenson J, Thibault K, Uscinski R, Niedermier J, Galaznik J: A sojourn into the abyss: hypothesis, theory, and established truth in infant head injury. Pediatrics 113:432-433, 2004.

98. Leestma, JE: Case analysis of brain injured, admittedly shaken infants: 54 cases, 1969-2001. Amer J Foren Med Pathol 26:199-212, 2005.

99. Leestma JE: "Shaken baby" syndrome: confessions/admissions of alleged perpetrators as a

validation for the concept? JAmer Phys & Surg, 2 (1): 14-16, 2006.

100. Emborg ME, Moirano J, Schaferrnak K, Moirano M, Evans M, Konecni T, Roitberg B, Pawar A, Mangubat E, Ma Y, Eidelberg D, Holden J, Kordower J, Leestma J: Basal ganglia lesions after MPTP administration in rhesus monkeys. Neurobiology of Disease 23:281-289, 2006.

101. Leestma JE: *Book Review*: Forensic Neuropathology and Neurology. Oehmichen M, Auer RN, König HG. Springer,-Verlag, Berlin, 2006. New Engl J Med: (July 2006).

102. Schafernak K., Yang XJ, Hsueh W, Leestma J, Stagl J, Goldman, S: Pediatric renal cell carcinoma as a second malignancy: reports of two cases and a review of the literature. The Canadian J Urol 14:3739-3744, 2007.

103. Leestma, J., E.: Forensic Neuropathology, 2nd. Edition. Taylor & Francis, Boca Raton, FL, 2009.

104. Lathers, CM, Schraeder, PL, Bungo, MW, Leestma, JE (Eds.): Sudden death in epilepsy. Forensic and clinical issues. Taylor & Francis, Boca Raton, FL, 2010.

105. Leestma, JE: Forensic considerations and SUDEP, In: Sudden death in epilepsy. Forensic and clinical issues., Eds: Lathers, CM, Schraeder, PL, Bungo, MW, Leestma, JE. Taylor & Francis, Boca Raton, FL, 2010.