DEFENDANT'S EXHIBIT