DEFENDANT'S EXHIBIT 5

