

DEFENDANT'S EXHIBIT

**Listing of Forensic Cases: Jan E. Leestma, MD**

| YEAR | CASE IDENTIFICATION | NUMBER | STATE | RETAINING COUNSEL | SIDE |
|---|---|---|---|---|---|
| 1992 | Crown v. Healey | ? | Ontario | Bayne Sellar Boxall | Defense |
| 1992 | US v. Chase | 91-177 | SC | US Attorney, SC District | Prosec |
| 1992 | Toth v. Kelly, et al. | 89CV-72 | CO | Cooper & Kelly | Defense |
| 1992 | Rubenstein v. Britt, et al. | 89L07531 | IL | Paul Nemoy | Plaintiff |
| 1992 | Hubbartt v. City of Mattoon | 90-2122 | IL | Ronald Tulin | Plaintiff |
| 1992 | IL v. Buzinski | 91 CF69 | IL | Kane County States Atty | Prosec. |
| 1992 | McKee v. Sparrow Hosp, et al. | ? | MI | L Ray Bishop & Assoc | Plaintiff |
| 1992 | Livingston v. Segura | CV91-274 | NM | Atwood Malone Mann Turner | Defense |
| 1992 | Biggs v. Hunt's Maint Svc | C-111171 | IN | Terry Hiestand | Plaintiff |
| 1992 | State v. Turner | ? | IL | Kane County States Atty | Prosec. |
| 1992 | Kapustianek v. Flannery et al. | ? | IL | ISMIE & ?Lord Bissell Brook | Defense |
| 1992 | US v. York | ? | IL | United States Attorney, Chicago | Prosec. |
| 1993 | Reynard v. NEC America, et al. | 92-001749CI018 | FL | John Lloyd | Plaintiff |
| 1993 | Showalter v. West Sub. Hospital | 88L14914 | IL | French, Kezelis, Kominiarek | Defense |
| 1993 | Katz v. BPS Guard Svcs | ? | NJ | Zucker, Facher & Zucker | Defense |
| 1993 | Baffa v. Strzyz | 88L12568 | IL | Barnow & Hefty | Plaintiff |
| 1993 | Barrett v. Fenton, Tischler, et al. | 88L12017 | IL | Wildman Harrold Allen & Dixon | Defense |
| 1993 | State v. Forrestor | ? | CO | CO State Public Defender | Defense |
| 1993 | State v. Brooks and Bowles | ? | MD | St. Mary's County Prosecutor | Prosec |
| 1993 | Ziemann v. State Wisc, & Kriss | 93-CV0458 | WI | Whyte Hirschboeck Dudek | Plaintiff |
| 1994 | Barbarotta v. Sharma, et al. | 85L12501 | IL | Patrick Bradley | Plaintiff |
| 1994 | Baker v. Mt. Sinai, et al. | 87L25910 | IL | Jack Samuel Ring & Assoc. | Plaintiff |
| 1994 | Calhoun v. Cleveland Hts, et al. | 1:94:CV1813 | OH | Andrew Margolius | Plaintiff |
| 1994 | Kroeger v. Sifri, et al. | A8902687 | OH | Lawrence, Linder, McGrath | Plaintiff |
| 1994 | Strange v. LaRabida Hospital | 91L5825 | IL | Lord, Bissell, Brook | Defense |
| 1994 | Strappazon v. Little Co Mary | 87L23347 | IL | Sussman, Selig, Ross | Plaintiff |
| 1994 | Black v. Watts | 89L01334 | IL | Clausen Miller Gorman Caffrey, etc | Defense |
| 1994 | Hill v. Ingalls Memorial | 90L18196 | IL | Demos & Burke | Plaintiff |
| 1994 | Wolodko v. Thomas | 93L7619 | IL | Peter Coladarci | Plaintiff |
| 1994 | " " | " | | " | " |
| 1994 | Butti v. Metrohealth | 237214 | OH | Michael F. Becker | Plaintiff |

| Year | Case | Number | State | Firm | Side |
|---|---|---|---|---|---|
| 1994 | DeLong v. Blodgett Hospital | ? | MI | Gruel Mills Nims & Pylman | Defense |
| 1995 | Hicks v. Barnes, et al. | C-93-263 | OK | Best Sharp Holden Sheridan etc. | Defense |
| 1995 | Lampe v. Macy, et al. | | KA | Randall E. Fisher | Plaintiff |
| 1995 | Herrera v. Weiss Hospital, et al. | 91L09454 | IL | Epstein, Zaideman & Esrig | Plaintiff |
| 1995 | Angyal v. Wolski, et al. | 192CC3098 | KA | Bartimus, Kavanaugh & Frickleton | Plaintiff |
| 1995 | Krier v. Gardner, et al. | 94C2267 | KA | Hutton & Hutton | Plaintiff |
| 1995 | Baker v. Torres | 93L09267 | IL | Jack Samuel Ring & Assoc. | Plaintiff |
| 1995 | Outagamie County v. Mabrey | | WI | Vincent Biskupic, Country Atty | Prosec. |
| 1995 | Leech v. CJ Industries, et al. | 90L17118 | IL | McKenna, Storer, Rowe, White etc | Defense |
| 1995 | Boder v. Stairmaster/Cunard | CV940639ER | CA | Daar & Newman | Defense |
| 1995 | Quentere v. City Chicago | ? | IL | Corporation Counsel, Chicago | Defense |
| 1995 | Tucky v. Broward Cnty Sch Brd | ? | FL | Searcy, Denney, Scarola, et al. | Plaintiff |
| 1995 | Minnesota v. Roers | K9-95-169 | MN | Gray & Malacko | Defense |
| 1995 | Grady v. Turner | LKA 91 0478 | IL | Phelan Pope Cahill Devine | Plaintiff |
| 1995 | Crown v. Carey | ? | Ontario | Martin Hillyer Bryant | Defense |
| 1996 | Dunaway v. Rassel | CV93071164 | OH | Richard Lawrence & Assoc. | Plaintiff |
| 1996 | State of IL v. Hayunga | 94CF364 | IL | Butera & Butera | Defense |
| 1996 | Winston v. Mercuri, et al. | 91L10122 | IL | Lord, Bissell & Brook | Defense |
| 1996 | Campbell v. Peel, et al. | 93-04440 | FL | Stephens, Lynn, Klein, McNicholas | Defense |
| 1996 | Durbin v. Carle Clinic, et al. | 94L530 | IL | Craig & Craig | Defense |
| 1996 | Buckman v. Columbus Hosp | | IL | Material Witness | Neither |
| 1996 | Rothenberg v. Norenberg, et al. | 95-06303 CA 09 | FL | Leonard Zack Assoc. | Plaintiff |
| 1996 | Durbin v. Carle Clinic, et al. | 94L530 | IL | Craig & Craig | Defense |
| 1996 | State of Wisconsin v. Beard | ? | WI | Thomas Bauer & Assoc. | Defense |
| 1996 | Barbarotta v. Sharma, et al. | ? | IL | Patrick Bradley | Plaintiff |
| 1996 | Gatlin v. City of Chicago | 95C-2023 | IL | Corporation Counsel, Chicago | Defense |
| 1996 | Ellefsen v. Strzyz, et al. | 94 L 11849 | IL | Epstein, Zaideman & Essrig | Plaintiff |
| 1996 | State of Wisconsin v. Beard | ? | WI | Thomas Bauer & Assoc. | Defense |
| 1996 | State of Iowa v. Morales | Crim: 96328 | IA | Duffy, Spellman Ryan et al. | Defense |
| 1997 | State of Wisconsin v. Spern | 96-CF-61 | WI | Osinga & McClure | Defense |
| 1997 | Aulestia v. Economy Baler Co. | HUD-L-1670-94 | NJ | Perfilio & Marquet | Plaintiff |
| 1997 | Bolin v. Margolis | 92-L-7490 | IL | Epstein, Zaideman & Esrig | Plaintiff |
| 1997 | Poffenberger v. Franz | 96-3852 | OH | Jacobson, Maynard,Tuschman, etal | Defense |
| 1997 | Massachusetts v. Woodward | Middlesex County | MA | Silverglate & Good, et al. | Defense |

| Year | Case | Number | State | Attorney | Role |
|------|------|--------|-------|----------|------|
| 1997 | Poffenberger v. Franz | 96-3852 | OH | Jacobson, Maynard, Tuschman, etal | Defense |
| 1997 | Kane v. Motorola | | IL | Barnow & Hefty | Plaintiff |
| 1997 | Gill v. CAMC, Lucente, et al. | 96-C-1692 | WVA | Payne, Loeb & Ray | Plaintiff |
| 1998 | Mearday (City of Chicago) | ? | IL | Paul D. Geiger | Defense |
| 1998 | Downs v. Hinsdale Hospital | 95-L-415 | IL | Kralovec, Jambois & Schwartz | Plaintiff |
| 1998 | Iowa v. Alstott | ? | IA | Rheinhart & Associates | Defense |
| 1998 | Bolyn v. Northwestern Memorial | 94L-1464 | IL | Price,Tunney, Loughnane, Reiter | Defense |
| 1998 | People v. Johnson | ? | CA | San Diego County Dist. Atty | Prosecut. |
| 1998 | People v. Scoon | ? | NY | Michael Dowd, Atty. | Defense |
| 1998 | Kressy v. West Suburban Hosp. | 93-L 6100 | IL | Power, Rogers & Smith | Plaintiff |
| 1998 | Hebert v. Pangle | 92L-225 | IL | Michael Cogan | Fact Wit. |
| 1998 | Regaldao v.City of Chicago | ? | IL | Corporation Counsel: Barber | Defense |
| 1998 | Vickers v. Adult Learning Svcs. | 97-11-NO | MI | Martin & Baillargeon | Defense |
| 1998 | Texas v. Brock | ? | TX | Peter Doyle, Atty. | Defense |
| 1998 | Weddle v. Ohio Valley Med Ctr | ? | WVa | Magaziner, Hooper, McGlade, Fitz | Plaintiff |
| 1998 | Weddle v. Reed | ? | Wva | Magaziner, Hooper, McGlade, Fitz | Plaintiff |
| 1998 | Gardner v. St. Lukes Hosp. | ? | FL | Gentry, Phillips & Hodak | Plaintiff |
| 1998 | Pennsylvania v. Wright | 4732 CA 1997 | PA | Wolfson & Assocaites | Defense |
| 1998 | Tolbert v. Regent Care Center | 97-PC-2500 | TX | Shields & Rusk | Plaintiff |
| 1998 | Investig. DeathFaith Allston | ? | IL | Philip Nathe | Defense |
| 1998 | Wimes v. St. Bernard Hosp. | ? | IL | Sussman, Selig, Ross | Plaintiff |
| 1998 | NJ v. Carey | | NJ | Schenck, Price, Smith & King | Defense |
| 1998 | State of Alaska v. Kaio | 3DI-A97-589CR | AK | Public Defender, Alaska | Defense |
| 1998 | Contreras v.Brinkman et al. | 95-LKA 879 | IL | Hofeld & Schaffner | Plaintiff |
| 1998 | Eappen v. Woodward, et al. | ? | MA | Sloane & Walsh | Defense |
| 1998 | Bock v. Palos Community, et al. | 94-L 3497D | IL | K.C. Miller | Plaintiff |
| 1999 | Tynes v. YWCA | 95-9949 CA27 | FL | Mark Wolin | Defense |
| 1999 | Long v. James | CIV 98-066-S | OK | Best, Sharp, Holden, et al. | Defense |
| 1999 | State of Alaska v. Kaio | 3DI-A97-589CR | AK | Public Defender, Alaska | Defense |
| 1999 | People v. Johnson | ? | CA | San Diego County Dist. Atty | Prosecut. |
| 1999 | Ortinau v.Singh et al. | ? | IL | Clancy & Stevens | Plaintiff |
| 1999 | Rymer v Milwaukee County | 98 CV 584 USDC | WI | Phillips & Sweeney | Plaintiff |
| 1999 | Cordera v MercyHospital | 97-133387 CA | FL | Wolpe & Liebowitz | Defense |
| 1999 | State v. Jacobazzi | ? | IL | Butera & Butera | Defense |
| 1999 | People v. Geister | ? | CA | Public Defender, Riverside County | Defense |

| Year | Case | Number | State | Firm/Attorney | Role |
|---|---|---|---|---|---|
| 1999 | Lalime v. Pediatric Assoc. | ? | CT | Koskoff, Koskoff & Bieder | Plaintiff |
| 1999 | State v. Heiman | ? | IL | Paul Geiger | Defense |
| 1999 | State v. Allstott | ? | IA | Public Defender (Williams) | Defense |
| 1999 | State v. Pudelski | ? | OH | Potash & Associates | Defense |
| 1999 | State v. Wier | 97-23172CF10A | FL | Public Defender | Defense |
| 1999 | Midwest Trust v. Hiefferman, et al. | 96 L 09001 | IL | Cassiday, Schade & Gloor | Fact Wit |
| 1999 | State v. Sobish | ? | WI | Dennis Massoglia | Defense |
| 1999 | Regalado v. City of Chicago | ? | IL | Corporation Counsel, Chicago | Defense |
| 1999 | State v. Cauley | ? | CO | Haddon, Morgan & Foreman | Defense |
| 1999 | State v. Terry | 99 CR-1208N | GA | Schneider & LaMalva | Defense |
| 1999 | Rodriguez v. Hendler, et al. | 94 L 14295 | IL | Donohue, Brown, Mathewson, Sm yth | Defense |
| 1999 | State v. Braddy | ? | GA | Michael Moore | Defense |
| | | | | | |
| 2000 | State v. Mazur | ? | IL | Michael Close | Defense |
| 2000 | State v. Hoang | ? | GA | Novy, Jaymes & Vaughan | Defense |
| 2000 | State v. Passarelli | ? | PA | Al Flora | Defense |
| 2000 | Phelps v. Treadway, et al. | ? | MI | Braun Kendrick Finkbeiner | Defense |
| 2000 | Kuykindall v. Traisman, et al. | 93 L 13812 | IL | Stamos & Turco | Defense |
| 2000 | Sullivan v. City of Wichita, KA, et al. | | KA | Tracy Edingfield | Plaintiff |
| 2000 | Kuykindall v. Traisman, et al. | 93 L 13812 | IL | Stamos & Turco | Defense |
| 2000 | Sharifian v. Ratkovits, et al. | 1178-96-CnC | VT | Hall, Hess, Stewart, et al. | Plaintiff |
| 2000 | Sharifian v. Ratkovits, et al. | 1178-96-CnC | VT | Hall, Hess, Stewart, et al. | Plaintiff |
| 2000 | Sullivan v. City of Wichita, KA, et al. | | KA | Tracy Edingfield | Plaintiff |
| 2000 | Vickers v. Adult Learning Svcs. | 97-11-NO | MI | Martin & Baillargeon | Defense |
| 2000 | State v. Wadle | ? | CO | Dennis Hartley | Defense |
| 2000 | US Army v. Buber | ? | AK | JAG: Ft. Wainwright, AK | Defense |
| 2000 | Carpenter v. U Hosp Cleveland, et al. | #324095 | OH | Spangenberg, Shibley & Liber | Plaintiff |
| 2000 | State v. Sanders | ? | IL | Harry Sonnemaker | Defense |
| 2000 | State v. Bryant | ? | GA | John Timmons | Defense |
| 2000 | State v. Lam Nguyen | ? | CO | John T. Hyland | Defense |
| 2000 | State v. Ciambrone | ? | FL | James Slater/Pub Defender | Defense |
| 2000 | Kittles v. Choukas, et al. | ? | IL | James T. Ball | Plaintiff |
| 2000 | State v. Gotti | ? | KA | Warner Eisenbise/Elaine Sharp | Defense |
| | | | | | |
| 2001 | State v. Huerena | ? | WA | Thomas Phelan, Esq. | Defense |
| 2001 | State v. Embry | ? | KA | Lee Mc Master, Esq. | Defense |
| 2001 | State v. Westfall-Rooney | ? | FL | Andrew Metcalf | Defense |

| Year | Case | Case No. | State | Attorney | Side |
|------|------|----------|-------|----------|------|
| 2001 | State v. Skyles | ? | MO | Beger & Bushie | Defense |
| 2001 | State v. Burchell | ? | TN | Edward S. Ryan | Defense |
| 2001 | State v. Hidenrite | ? | KY | Kevin Laumas | Defense |
| 2001 | State v. Gamboa | ? | NY | Andrew C. Quinn | Defense |
| 2001 | State v. Wadle | ? | CO | Dennis Hartley | Defense |
| 2001 | State v. Thompson/Greenberg | ? | IL | Richard Butera | Defense |
| 2001 | State v. Beauchamp | ? | IN | Hoffman & Admire | Defense |
| 2001 | State v. Gray | ? | OR | Karen Zorn, Public Defender | Defense |
| 2001 | Williams V. Kaiser Foundation Health | ? | MD | Montedonico, Hamilton & Altman | Defense |
| 2001 | State v. Sherwood | ? | IN | Andrew Baldwin | Defense |
| 2001 | State v Sherwood | ? | IN | Andrew Baldwin | Defense |
| 2001 | State v Beauchamp | ? | IN | Hoffman & Admire | Defense |
| 2001 | State v Orr | ? | CO | Michael Mc Carthy | Defense |
| 2001 | State v Werts | ? | IA | John Wellman, Public Defender | Defense |
| 2001 | Crown v. Oforo-Anim | ? | U.K. | Knox-Ukiwa Solicitors | Defense |
| 2001 | State v Werts | ? | IA | John Wellman, Public Defender | Defense |
| 2001 | Sylva v. Anthony | ? | MA | Leonard Simon & Assoc. | Plaintiff |
| 2001 | State v. Levesque | ? | CA | Alt. State Public Defender, San Diego | Defense |
| | | | | | |
| 2002 | Christman v. Genesis Treatment Ctr. | ? | TX | Bruce E. Anderson | Defense |
| 2002 | State v. Andrade | ? | OR | David Rich | Defense |
| 2002 | State v. Calvert | ? | TN | David Baker, Pub Defender | Defense |
| 2002 | State v. Hedger | ? | IL | Patrick Cox | Defense |
| 2002 | Jardine v. City of Tempe AZ | ? | AZ | Cavanaugh Law Firm | Defense |
| 2002 | State v. Lemon | | AK | Public Defender | Defense |
| 2002 | State v. Leon | ? | CA | Public Defender | Defense |
| 2002 | State v. Garcia | ? | ID | Labrador Law Firm | Defense |
| 2002 | Juvenile Petition: Caradine | 01-JA 00006 | IL | Cook County Public Defender | Defense |
| 2002 | Edwards v. Sabat | ? | GA | Kevin Ward | Defense |
| 2002 | Commonwealth v. King | ? | KY | Grover Carrington | Defense |
| 2002 | Lalinde v. Miami Children's Hospital | ? | FL | Searcy Denney Scarola Barnhart & Shipley | Plaintiff |
| 2002 | State v. King | ? | ID | Public Defender | Defense |
| 2002 | State v. Lamont Johnson | ? | CA | Public Defender | Defense |
| 2002 | State v. Sissoko | ? | MD | J. Wyndal Gordon | Defense |
| 2002 | Edwards v. Sabat | ? | GA | Kevin Ward | Defense |
| 2002 | Childre v. State Farm Mutual, et al. | 01-CV-001521 | WI | Richard T. Mueller | Defense |
| 2002 | State v. Gibson | ? | IL | Jeffry Mandell | Defense |

| Year | Case | State | Counsel | Role |
|---|---|---|---|---|
| 2002 | Crews v Spectrum Health, et al. | MI | Smith, Haughey, Rice & Roegge | Defense |
| 2002 | State v Kershner | ID | Public Defender | Defense |
| 2003 | State v Belahbib | CA | Latimer and Kenkel | Defense |
| 2003 | Stave v. Haase | NE | Kirk Naylor | Defense |
| 2003 | Iriondo v Hartford Hospital, et al. | CT | Koskoff, Koskoff & Bieder | Plaintiff |
| 2003 | Milash v. Elmhurst Hospital, et al. | IL | Kralovec, Jambois & Schwartz | Plaintiff |
| 2003 | State of Iowa v Saul | IA | Public Defender, Williams Sioux City | Defense |
| 2003 | State of MI v Hawks | MI | Claire Brown | Defense |
| 2003 | State of MI v Hawks | MI | Bernard P. Cohen | Defense |
| 2003 | State of WI v Vyvyan | WI | Wynne Laufenberg | Defense |
| 2003 | State of Iowa v Saul | IA | Michael Williams, Pub Defender | Defense |
| 2003 | State of TX v. Charlene Plenellas | TX | James Kreimeyer | Defense |
| 2003 | Scott v. McKechnie | IL | Charles Hegel | Defense |
| 2003 | Scott v. McKechnie | IL | Charles Hegel | Defense |
| 2003 | Brandon v. NW Community Hosp. | IL | James Pancratz | Plaintiff |
| 2003 | State of Oregon v. Davis | OR | Thomas Bostwick | Plaintiff |
| 2003 | State of IL v. Kurtz | IL | DuPage Public Defender: McCullough | Defense |
| 2003 | State of NC v. Peterson | NC | David Rudolf | Defense |
| 2004 | State of TN v Greer | TN | Mark Scruggs | Defense |
| 2004 | State of Ohio v. Vest | OH | Jon Paul Rion | Defense |
| 2004 | State of Georgia v. Qasim | GA | Public Defender: Sarina Woods | Defense |
| 2004 | State of IL v.Swart | IL | Brian Telander | Defense |
| 2004 | State v. Laxton | WVA | Mark Atkinson | Defense |
| 2004 | Apking v. Suburban Hts Med Ctr | IL | Dennis Schoen | Plantiff |
| 2004 | State v. Marinda | CA | John K. May | Defense |
| 2004 | State v. Scribner | MN | Douglas Olson | Defense |
| 2004 | State v. Yurko | FL | Mary Beth Fitzgibbons | Defense |
| 2004 | State v. Hidenrite | KY | Joseph Flaherty | Defense |
| 2004 | State v. Finch | NE | Bruce Teichman | Defense |
| 2004 | State v. Bulmer | MI | Robert Elsey | Defense |
| 2004 | State v.Finch | NE | Bruce Teichman | Defense |
| 2004 | State of NE v Stevens | NE | Scott Sladek, Pub Defender | Defense |
| 2004 | Silvestro v. RI Hospital, et al. | RI | Dan Sharp | Defense |
| 2004 | State v. Jacobazzi | IL | Anthony Sassen | Plantiff |
| 2004 | Broers v. Chadalavada, et al. | IL | Thomas Rausch | Defense |

| Year | Case | | State | Attorney | Side |
|---|---|---|---|---|---|
| 2004 | State v Mobley | ? | GA | Jerrell Ramsey | Defense |
| 2004 | Gingrich v. Jack Gray Transport | ? | IL | David Atlas | Defense |
| | | | | | |
| 2005 | State v Sherman Dorsey | ? | FL | Brevard Co. Pub. Defender | Defense |
| 2005 | Stave v. Schneider | ? | CO | Kenneth Eichner | Defense |
| 2005 | Nichols vs. Janowak | ? | IL | Hinshaw & Culbertson | Defense |
| 2005 | Commonwealth PA v Stajko | ? | PA | Public Defender Philadelphia | Defense |
| 2005 | State v Nail | ? | KY | Public Defender | Defense |
| 2005 | State v Sherman Dorsey | ? | FL | Brevard Co. Pub. Defender | Defense |
| 2005 | State of Utah v Tiscareno | ? | UT | James Bradshaw | Defense |
| 2005 | Epps v Drs. Enterline/McGraw | ? | NC | Twiggs, Beskind, Strickland | Plaintiff |
| 2005 | Commonwealth PA v Lauder | ? | PA | Patrick Tommassey | Defense |
| 2005 | DCFS v Wall | ? | IL | Stephen Komie | Defense |
| 2005 | State of WV v Morrison | ? | WV | Joseph Troisi | Defense |
| 2005 | Duncan vs CSX | ? | KY | Stuart & Branigin | Defense |
| 2005 | State NE v Stevens | ? | NE | Scott Sladek, Pub. Defender | Defense |
| 2005 | Danhof v Gibson | ? | MI | Garan, Lucow, Miller | Defense |
| 2005 | State of FL v Rios | ? | FL | Public Defender | Defense |
| 2005 | State of NY v Martin | ? | NY | Lewis Alperin | Defense |
| 2005 | York v. Norfolk Southern RR | ? | IN | Stuart & Branigin | Defense |
| 2005 | State v Ward | ? | WI | J Jackomino | Defense |
| | | | | | |
| 2006 | State of WV v Morrison | ? | WV | Joseph Troisi | Defense |
| 2006 | Commonwealth v Perrucio | ? | MA | John Schoenhorn | Defense |
| 2006 | State v. Mertz | ? | IL | Charles Giesen | Defense |
| 2006 | State v. Rios | ? | FL | Public Defender | Defense |
| 2006 | D.C v. Cassell | ? | Wash DC | Public Defender | Defense |
| 2006 | State v. Lauzon | ? | MI | Patrick Talab | Defense |
| 2006 | State v. Depaillat | ? | GA | BJ Bernstein | Defense |
| 2006 | State v. Evans | ? | IN | Cohen & Thiros | Defense |
| 2006 | DCFS IL v Wall | ? | IL | Stephen Comie & Assoc | Defense |
| 2006 | Chavez v City of Los Angeles | ? | CA | LA City Attorney | Defense |
| 2006 | State of OR v Davis | ? | OR | Jay Edwards | Defense |
| 2006 | McGowan v. State of KY | ? | KY | Cynthia Maynard | Defense |
| 2006 | State of Ohio v Wacks | ? | OH | Jon Paul Rion | Defense |
| | | | | | |
| 2007 | Sharp v. Scheck, et al. | ? | MA | Dan Sharp, et al. | Plaintiff |

| Year | Case | Number | State | Attorney | Side |
|------|------|--------|-------|----------|------|
| 2007 | Smith v. Sturgis Hospital, et al. | ? | MI | Smith, Haughey, Rice, Roegge | Defense |
| 2007 | DCS Michigan v Townes | ? | MI | John Siver | Defense |
| 2007 | State v. Montalbano | ? | IL | Sreenan & Cain | Defense |
| 2007 | CA v. Phil Spector | ? | CA | Linda Kenney | Defense |
| 2007 | Wilkerson v. Kennywood Am. Pk. | ? | PA | Mannion & Gray | Defense |
| 2007 | PA v. Assaro | ? | PA | McGonagle | Defense |
| 2008 | Chavez v. City of Los Angeles | ? | CA | LA City Attorney | Defense |
| 2008 | State of WA v Pingle | ? | WA | James K. Morgan | Defense |
| 2008 | State of CA v Martinez-Salcedo | ? | CA | Mary Beth Acton | Defense |
| 2008 | State v Cervantes | ? | IL | Maureen Murphy | Defense |
| 2008 | Marsh v Chadwick et al | ? | CA | Dennis Atchley | Plaintiff |
| 2008 | State v Rieken | | IL | Sliwinski Atty | Defense |
| 2008 | State v Branham | ? | OH | Joseph E. Scott, Atty | Defense |
| 2008 | Gutierrez v Cedars Sinai Hospital | | CA | Harrison Summer, Atty | Plaintiff |
| 2008 | State v Cervantes | ? | IL | Maureen Murphy | Defense |
| 2009 | State v. Rieken | ? | IL | Sliwinski Atty | Defense |
| 2009 | State v. Burt-Gibbons | ? | OK | Zelbst & Holmes | Defense |
| 2009 | State v. Bringsosen | ? | WI | Frederick Zievers | Defense |
| 2009 | Lopez v State of TX | ? | TX | Heather Kirkwood | Defense |
| 2009 | State v. Adrian Thomas | 08-1074 | NY | J. Frost, Public Defender, Rens. Cty. | Defense |
| 2009 | Dupnock v Geisinger Clinic, et al. | ? | PA | Kornblau & Kornblau | Plaintiff |
| 2010 | State v. Mickey | ? | CA | Mark Simowitz | Defense |
| 2010 | Stave v. Fakoya | ? | NV | Norman Reed, Pub Def Clark Cty | Defense |
| 2010 | State v. Cuneo | ? | CO | Dennis Hartley | Defense |
| 2010 | Henderson v Crown | ? | UK | M. Topolski (London) | Appellant |
| 2010 | State v LeChez Graham | ? | IL | Kelly Bennett | Defense |
| 2010 | State v Hill | ? | IA | Michael Williams, Pub Defender | Defense |

| CASE TYPE | ACTIVITY | MISCELLANEOUS |
|---|---|---|
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Delayed dth, assault |
| Med Malp | Deposition | Bad" baby..CPalsy |
| Med Malp | Deposition | Surgicel FB rxn, br tumor |
| Wrongful Dth | Deposition | Death in police custody |
| Homicide | Trial | Alleged child abuse |
| Med Malp | Deposition | Misdiagnosis brain tumor |
| Wrongful Dth | Deposition | Auto accident/stroke |
| Work Comp | Deposition | Workplace accid/stroke |
| Homicide | Trial | Alleged child abuse |
| Med Malp | Deposition | Radiation Impl/ Br tumor |
| Arson/Fraud | Trial | Arson/Murder/Insurance |
| | | |
| Product Liab | Deposition | Cellular phone-brain tumor |
| Med Malp | Deposition | Alleged fall in hospital |
| Wrongful Dth | Deposition | Death at Meadowlands |
| Med Malp | Deposition | Misdiagnosis brain tumor |
| Med Malp | Deposition | Alleged mistreat br tumor |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged beating death |
| Wrongful Dth | Trial | Failure to dc/rx hydroceph |
| | | |
| Med Malp | Deposition | Post partum death |
| Med Malp | Deposition | Failure to treat brain hemorrh. |
| Wrongful Dth | Deposition | Death in police custody |
| Med Malp | Deposition | Failure to dx meningitis |
| Med Malp | Deposition | Cer. palsy accid death |
| Med Malp | Deposition | Intra-arterial dilantin |
| Med Malp | Deposition | Severe athero/stroke |
| Med Malp | Deposition | Pulmonary embolism |
| Wrongful Dth | Deposition | Hit and Run Automobile Fatality |
| " | Trial | " |
| Wrongful Dth | Trial | Failure to Dx and Rx |

| Type | Proceeding | Description |
|---|---|---|
| Med Malp | Deposition | "Bad" baby |
| Med Malp | Trial | Failure dx/rx head injury |
| Med Malp | Deposition | Brain tumor misdiagnosis |
| Med Malp | Deposition | Perinatal brain injury |
| Med Malp | Deposition | Failure to DX brain tumor |
| Med Malp | Deposition | Misdiagnosis brain tumor |
| Med Malp | Deposition | Failure to dx/tr cblr hemorr |
| Homicide | Trial | Alleged child abuse |
| Wrongful Dth | Deposition | Elevator accident |
| Wrongful Dth | Trial | Alleged fall in spa |
| Wrongful Dth | Deposition | Death in police custody |
| Wrongful Dth | Trial | Suffoc. in school bus |
| Homicide | Trial | Alleged child abuse |
| Wrongful Dth | Deposition | Child abuse homicide |
| Homicide | Trial | Alleged child abuse |
| Med Malp | Deposition | Misdiag/Rx brain tumor |
| Homicide | Trial | Alleged child abuse |
| Med Malp | Deposition | Post op intracran. hemorr. |
| Med Malp | Deposition | Ecclampsia death |
| Med Malp | Deposition | Seizure death |
| Med Malp | Deposition | Fatal viral encephalitis |
| Med Malp | Deposition | Misdiag/Rx brain tumor |
| Med Malp | Trial | Seizure death |
| Homicide | Deposition | Alleged child abuse |
| Med Malp | Deposition | Maternal death. eclampsia |
| Injury | Deposition | Alleged police beating |
| Med Malp | Deposition | Post-op bleeding |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Wrongf Death | Deposition | Industrial Accident |
| Malpractice | Deposition | Delay diagnosis, Br tumor |
| Malpractice | Deposition | Failure to Dx AVM |
| Homcide | Trial | Alleged child abuse |

Case 2:02-cr-00216    Document 641-8    Filed 01/12/11 in TXSD    Page 11 of 16

| | | |
|---|---|---|
| Malpractice | Trial | Failure to Dx AVM |
| Prod. Liability | Deposition | Cellular phone/Brain Tumor |
| Malpractice | Deposition | Brain death: organ removal |
| | | |
| Police Brutal. | Hearing | Alleged excessive force |
| Med Malpract. | Deposition | Wrongful death, resp. failure |
| Homicide | Video Dep. | Alleged child abuse |
| Med Malpract. | Deposition | Post-op epidural hematoma |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Med. Malpract. | Deposition | Failure to Dx/Treat Fungus Inf. |
| Med. Malpract. | Deposition | Spinal injury/disk disease |
| Neglegence | Deposition | Police neglegence |
| Medical Negl. | Deposition | Epilepsy death |
| Homicide | Trial | Alleged child abuse |
| Med. Malpract. | Deposition | Wrongful death: subdural hem. |
| Med. Malpract. | Trial | Wrongful death: subdural hem. |
| Med Malpract. | Deposition | Hypoglycemia/brain damage |
| Homicide | Trial | Alleged child abuse |
| Medical Negl. | Video Dep. | Nursing Hm Fall, brain hemor. |
| Child Custody | Hearing | Alleged child abuse/neglect |
| Med, Malpract. | Deposition | Failure to Dx/Rx Subdural hem. |
| Attemp. Murder | Trial | Alleged child abuse |
| Homicide | Deposition | Bar fight fatality |
| Med Malpract | Deposition | Inappropriate vasc surgery |
| Wrong Death | Deposition | Child abuse/Civil Action |
| Med Malpract. | Deposition | Failure to DX/RX: Herpes enceph. |
| | | |
| Neglegence | Deposition | Alleged injury day care center |
| Wrong Death | Deposition | Alleged Police Brutality/Neglect |
| Homicide | Hearing | Bar fight fatality |
| Homicide | Trial | Alleged child abuse |
| Med Malpract. | Deposition | Failure Dx/Rx Aspergillus Infect. |
| Neglegence | Deposition | Neglegence/?SIDS/etc. |
| Neglegence | Deposition | Alleged fall in hosp., sp cord inj. |
| Homicide | Trial | Alleged child abuse |
| Homicide | Prel-Hearing | Alleged child abuse |

| Type | Proceeding | Description |
|---|---|---|
| Med Malpract. | Deposition | Failure Dx/Rx Herpes neonatorum |
| Homicide | Trial | Altercation/death |
| Homicide | Deposition | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Altercation/death |
| Med Malpract. | Deposition | Post OP cardiac death |
| Homicide | Trial | Alleged child abuse |
| Wrong Death | Trial | Alleged Police Brutality/Neglect |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Med Malpract. | Deposition | Failure Dx/Rx Neurolept/Malig Syndr. |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Med Malpract. | Deposition | Failure to Dx/Rx: unexp death |
| Med Malpract. | Deposition | Failure to Dx/Rx pneumonia |
| Wrongful Death | Deposition | Death during restraint |
| Med Malpract. | Trial | Failure to Dx/Rx pneumonia |
| Med Malpract. | Deposition | Failure to Dx/Treat Subdural hematoma |
| Med Malpract. | Trial | Failure to Dx/Treat Subdural hematoma |
| Wrongful Death | Trial | Death during restraint |
| Medical Negl. | Trial | Epilepsy death |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Med Malpract. | Deposition | Misdiag. Brain Tumor (MS) |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Deposition | Alleged child abuse |
| Med Malpract. | Deposition | Failure to Dx/Rx deep facial abscess |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Deposition | Alleged child abuse |

| | | |
|---|---|---|
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Negl Homicide | Trial | Alleged child abuse |
| Child Custody | Hearing | Alleged child abuse |
| Homicide | Deposition | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Med Malprac. | Deposition | Failure to dx/treat aneurysm |
| Homicide | Deposition | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Deposition | Alleged child abuse |
| Child Custody | Hearing | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Med Malprac. | Trial | Misdiag. Brain Tumor (MS) |
| Homicide | Trial | Alleged child abuse |
| | | |
| Med Malprac. | Video | Epilepsy Death |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Wrongful DeathDeposition | | Death post seizure/restraint |
| Homicide | Trial | Alleged assult, SDH |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Child Custody | Trial | Alleged child abuse |
| Pers Injury | Deposition | Alleged maltreatment of child |
| Homicide | Trial | Alleged child abuse |
| Med Malprac. | Deposition | Failure to Dx and treat shunt malfunction |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged child abuse |
| Wrongful DeathDeposition | Trial | Alleged child abuse |
| Pers Injury | Deposition | Vehicular accident, delayed death |
| Child Abuse | Trial | Alleged bodily harm to infant by father |

| Type | Proceeding | Description |
|---|---|---|
| Med Malprac. | Deposition | Portacath misplacement, Pulm Embolism |
| Homicide | Trial | Alleged child abuse |
| | | |
| Homicide | Trial | Allged child abuse |
| Homicide | Deposition | Allged child abuse |
| Med Malprac. | Deposition | Failure to Dx and treat spinal cord glioma |
| Med Malprac. | Deposition | Failure to Dx and treat Chr Subdurals |
| Homicide | Deposition | Alleged beating vs. GI bleed/Cirrhosis |
| Custody | Hearing | Alleged abuse of child by foster parent |
| Homicide | Trial | Alleged abuse of child |
| Custody | Hearing | Alleged abuse of foster child |
| Homicide | Trial | Alleged beating vs. GI bleed/Cirrhosis |
| Homicide | Trial | Alleged child abuse |
| Med Malprac. | Deposition | Operative injury to nerve in arm |
| Med Malprac. | Trial | Operative injury to nerve in arm |
| Med Malprac. | Deposition | Failure to Dx and treat sepsis/preemie |
| Homicide | Trial | Alleged child abuse |
| Child Abuse | Trial | Alleged child abuse |
| Homicide | Trial | Alleged murder of spouse |
| | | |
| Homicide | Hearing | Alleged Shaken Baby Syndrome |
| Homicide | Trial | Alleged Child Abuse |
| Homicide | Trial | Alleged Child Abuse |
| Homicide | Trial | Alleged Child Abuse |
| Child Abuse | Trial | Alleged Child Abuse |
| Med Malprac | Deposition | Alleged failure to diagnose & treat |
| Homicide | Trial | Alleged Child Abuse |
| Homicide | Trial | Alleged Child Abuse |
| Homicide | Deposition | Appeal conviction for  child abuse |
| Homicide | Trial | Alleged Child Abuse |
| Child Abuse | Deposition | Alleged Child Abuse |
| Child Abuse | Hearing | Post Conviction/new trial motion |
| Child Abuse | Trial | Alleged Child Abuse |
| Child Abuse | Deposition | Alleged Child Abuse |
| Med Malprac | Trial | Excessive anticoagulation, CNS hem. |
| Homicide | Hearing | Appeal conviction for  child abuse |
| Med Malprac | Deposition | Failure to dx stroke in CT scan |

| Type | Proceeding | Description |
|---|---|---|
| Child Abuse | Hearing | Alleged Shaken Baby Syndrome |
| Pers Injury | Deposition | Alleged brain injury/truck crash |
| Homicide | Deposition | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Med Malpract | Deposition | Operative injury to brain, ENT surg. |
| Homicide | Trial | Alleged child abuse |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Med Malpract | Deposition | Quadriplegia following root injection |
| Homicide | Trial | Alleged shaken baby syndrome |
| Child Abuse | Hearing | Custody: alleged shaken baby |
| Homicide | Trial | Alleged shaken baby syndrome |
| Accident | Deposition | Fatal railway accident |
| Homicide | Trial | Alleged shaken baby syndrome |
| Med Malpract | Deposition | Accessory nerve injury during biopsy |
| Homicide | Deposition | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Accident | Deposition | Fatal railway accident |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Hearing | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Hearing | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Homicide | Trial | Alleged shaken baby syndrome |
| Custody | Hearing | Alleged abuse |
| Neglegence | Trial | Death during restraint |
| Homicide | Trial | Alleged child abuse |
| Homicide | Hearing | Alleged child abuse-appeal |
| Homicide | Trial | Alleged Vehicular Homicide |
| Libel Suit | Deposition | Alleged libel action |

| | | |
|---|---|---|
| Med Malpract | Deposition | Alleged drug overdose, abd surgery |
| Custody | Hearing | Alleged abuse of infant |
| Homicide | Trial | Death in a fight |
| Homicide | Trial | Alleged gunshot homicide |
| Wrongful death | Trial | Death in amusement park |
| Homicide | Appeal Hearing | Alleged shaken baby syndrome |
| | | |
| Neglegence | Deposition | Death during restraint |
| Homicide | Trial | Alleged abuse of infant |
| Homicide | Trial | Alleged abuse of infant |
| Custody | Deposition | Alleged abuse of infant |
| Untruth Testim | Deposition | Untruthful testimony,Wrongful Convict. |
| Homicide | Frye Hearing | Alleged abuse of infant |
| Homicide | Trial | Alleged abuse of infant |
| Med Malpract | Deposition | Brain stem injury during surgery |
| Custody | Hearing | Alleged abuse of infant |
| | | |
| Homicide | Trial | Alleged abuse of infant |
| Homicide | Trial | Alleged abuse of infant |
| Homicide | Trial | Alleged abuse of infant |
| Homicide | Appeal hearing | Alleged abuse of infant |
| Homicide | Trial | Alleged abuse of infant |
| Med Malpract | Trial | Sudden postop death |
| | | |
| Homicide | Trial | Alleged abuse of infant |
| Homicide | Trial | Alleged abuse of infant |
| Homicide | Trial | Alleged abuse of infant |
| Homicide | Hearing | Alleged abuse of infant |
| Child Abuse | Trial | Alleged abuse of infant |
| Homicide | Deposition | Alleged abuse of infant |