**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

**CASE NO.   CR-C-02-216**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | **Judge       Janis Graham Jack** |
|  | )( |  |
|  | )( | **Courtroom Deputy   Sondra Scotch** |
|  | )( |  |
| **vs.** | )( | **Court Recorder   Velma Gano** |
|  | )( |  |
| **ALFRED BOURGEOIS** | )( | **Proceeding:       Evidentiary Hearing** |
|  | )( |  |
|  | )( | **Date:           January 13, 2011** |
|  | )( |  |
|  | )( | **Exhibit List of:     Govt** |
|  | )( |  |
| **Page  1    of   1   Pages** | )( | **Attorney: P Booth, T Roberts, E Salinas, M Dowd** |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | FBI Packing Slip | ✓ | ✓ | | January 13, 2011 | |
| 2 | FBI letter of October 27, 2003 | ✓ | ✓ | | January 13, 2011 | |
| 3 | Defense discovery receipt | ✓ | ✓ | | January 13, 2011 | |
| 4 | FBI lab report | ✓ | ✓ | | January 13, 2011 | |
| 5 | Letter dated 3-28-04 to Becket from Longoria | ✓ | ✓ | | January 13, 2011 | |
| | | | | | | |
| | | | | | | |