**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

**CASE NO.   CR-C-02-216**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | **Judge      Janis Graham Jack** |
| | )( | |
| | )( | **Courtroom Deputy    Sondra Scotch** |
| | )( | |
| **vs.** | )( | **Court Recorder   Velma Gano** |
| | )( | |
| **ALFRED BOURGEOIS** | )( | **Proceeding:       Evidentiary Hearing** |
| | )( | |
| | )( | **Date:              January 13, 2011** |
| | )( | |
| | )( | **Exhibit List of:     Defense** |
| | )( | |
| **Page  1    of   1   Pages** | )( | **Attorney: M Wiseman, V Abreu, E Larin,** |
| | | **J McHugh** |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| P-104 | Motion for Continuance in cause no. 02-cr-3585 E | ✓ | ✓ | | January 13, 2011 | |
| P-187 | Charge:  Robbery no. 03-cr-1884-E | ✓ | ✓ | | January 13, 2011 | |
| P-188 | Transcript - Motion to Revoke and Plea (10 pages) | ✓ | ✓ | | January 13, 2011 | |
| P-189 | Judicial Confession and Stipulation in no. 03-cr-1884E | ✓ | ✓ | | January 13, 2011 | |
| P-190 | Letter dated February 9, 2006 Texas Board of Pardons and Paroles | ✓ | ✓ | | January 13, 2011 | |
| | | | | | | |
| | | | | | | |