AO 435
(Rev. 03/08)

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE: 1-27-11
2-28-11

| | | |
|---|---|---|
| 1. NAME  KATHRIN HENNIG | 2. PHONE NUMBER  215-928-0520 | 3. DATE  1/18/2011 |
| 4. MAILING ADDRESS  601 WALNUT St. SUITE 545 W. | 5. CITY  PHILADELPHIA | 6. STATE  PA   7. ZIP CODE  19106 |
| 8. CASE NUMBER  2:02-CV-00216   9. JUDGE  JANIS G. JACK | DATES OF PROCEEDINGS  10. FROM  1/13/2011   11. TO  1/13/2011 | |
| 12. CASE NAME  USA v BOURGEOIS | LOCATION OF PROCEEDINGS  13. CITY  CORPUS CHRISTI   14. STATE  TEXAS | |

15. ORDER FOR

☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL (HABEAS)  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

United States Courts
Southern District of Texas
FILED
JAN 19 2011
David J. Bradley, Clerk of Court

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)  HEARING / ARGUMENT | 1/13/2011 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES  DR. ROUSE'S TEST. ARGUMENT | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL

| | |
|---|---|
| 18. SIGNATURE  W. Hennig | ☒ EMAIL ONLY REQUIRED  ☐ EMAIL AND HARD COPY REQUIRED |
| 19. DATE  1/18/2011 | ☒ EMAIL ADDRESS: MICHAEL_WISEMAN@FD.ORG, KATHRIN_HENNIG@FD.ORG |
| 20. TRANSCRIPT TO BE PREPARED BY  YELITA GRANO  Molly Carter | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 1-19-11 | VG | | |
| DEPOSIT PAID | — | | DEPOSIT PAID | —0— |
| TRANSCRIPT ORDERED | 1-20-11 | VG | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY