UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____     :
                                    :
UNITED STATES OF AMERICA,           :          No. Cr-C-02-216
                                    :          No. Cv-07-223
              Respondent,           :     Honorable Janis Graham Jack,
                                    :              U.S.D.J.
         -against-                  :
                                    :
ALFRED BOURGEOIS,                   :        Electronically Filed
                                    :
              Petitioner.           :
_____     :

## ORDER

And Now, this ____ day of February, 2011 upon consideration of Petitioner's *Motion to Reopen Evidentiary Hearing on the Question of this Court's Jurisdiction and Motion for Limited Pre-Hearing Discovery* and the Government's Response, it is hereby Ordered:

1.      Petitioner's Motion is Granted.

2.      The Government shall permit inspection of all photos seized from Mr. Bourgeois depicting the victim while in his custody, said inspection to occur within ____ days of this order;

3.      The Government will then reproduce whatever of the photos counsel believe will aid their respective experts in either formulating or reaching an opinion as to where the fatal blows were struck;

4.      The photos will be provided to the experts within ____ days of defense counsel's inspection and the experts will prepare written reports within ____ days of receipt of the photos;

5.      A further hearing will be held.  Witnesses will be heard live.  Defense counsel shall secure the appearance of John Gilmore, Esq.

6.      The continued hearing is scheduled for _____ , 2011.

_____
Janis Graham Jack
USDJ