IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent-Plaintiff | § | |
| | § | CR C-02-216 |
| vs. | § | CV C-07-223 |
| | § | |
| ALFRED BOURGEOIS, | § | |
| Petitioner-Defendant | § | |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S POST-ARGUMENT SUBMISSION

### I.

On January 13, 2011, at the close of argument on Mr. Bourgeois's Motion filed pursuant to 28 U.S.C. § 2255, the court invited the parties to file written summations of their analysis of the evidence and law as to Bourgeois's § 2255 claims. The court permitted Bourgeois 14 days to file his summation and the government 10 days to respond. On January 18, 2011, Bourgeois announced his intention to file his summation within 14 days, or February 1, 2011. On February 1, 2011, at approximately 8:40 PM, Bourgeois filed his summation. The government learned of the filing the next morning, February 2, 2011. The government seeks a four (4) day extension of time to respond to his summation.

### II.

The undersigned requests the additional four (4) day extension of time on behalf

of the government and the assigned Assistant United States Attorney.  The extension is necessary in order for the government to finalize its response.

Not counting January 13th, when the court invited Mr. Bourgeois to file a written summation, Mr. Bourgeois had a full 18 days to file his summation the evening of February 1, 2011.  Mr. Bourgeois's written summation is 34 pages long and contains a detailed analysis of the pertinent trial record, evidenced adduced for the § 2255 Motion, and relevant law.

In order to respond to Mr. Bourgeois's summation in a meaningful manner, the government needs a few more days than the ten days allotted. For these reasons, the United States respectfully requests that its briefing schedule be extended four (4) days, to and including February 16, 2011.  If the government is able to complete the subject response in less time, it will, of course, do so.

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
(713) 567-9102

## CERTIFICATE OF CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, certify that on February 3, 2011, I consulted with Mr. Michael Wiseman, Counsel for Mr. Bourgeois, regarding the instant Motion, who advised he was unopposed to the Motion.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a copy of this motion for extension will be served upon Counsel of Record by electronic notice upon filing this Motion electronically with the court.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney