IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent-Plaintiff | § | |
| | § | CR C-02-216 |
| vs. | § | CV C-07-223 |
| | § | |
| ALFRED BOURGEOIS, | § | |
|     Petitioner-Defendant | § | |

## ORDER (PROPOSED) GRANTING EXTENSION OF TIME

The Government's motion for a four (4) day extension of time to file its response to Mr. Bourgeois's written summation regarding his Petition to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 is hereby GRANTED. The United States shall file its summation response not later than February 16, 2011.

_____
Date

_____
UNITED STATES DISTRICT JUDGE