IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent-Plaintiff | § | |
| | § | CR C-02-216 |
| vs. | § | CV C-07-223 |
| | § | |
| ALFRED BOURGEOIS, | § | |
| Petitioner-Defendant | § | |

GOVERNMENT'S UNOPPOSED SECOND MOTION FOR
EXTENSION OF TIME TO RESPOND TO PETITIONER'S
POST-ARGUMENT SUBMISSION

I.

On January 13, 2011, at the close of argument on Mr. Bourgeois's Motion filed

pursuant to 28 U.S.C. § 2255, the court invited the parties to file written summations

of their analysis of the evidence and law as to Bourgeois's § 2255 claims.  The court

permitted Bourgeois 14 days to file his summation and the government 10 days to

respond.   On January 18, 2011, Bourgeois announced his intention to file his

summation within 14 days, or February 1, 2011.   On February 1, 2011, at

approximately 8:40 PM, Bourgeois filed his summation.  The government learned of

the filing the next morning, February 2, 2011.  The government sought and obtained

an unopposed four (4) day extension of time to respond to his summation.

However, circumstances beyond the government's control suggest the

government cannot meet its present deadline.   AUSA Tony Robert's, who is

addressing the jurisdictional argument, was called up for military duty all last week due to an airplane crash on Saturday, which prevented him from working on the government's written summation. This week he is attending mandatory management training in South Carolina until Thursday. Frankly, the government did not expect the jurisdictional issue to garner the depth of focus presented in Mr. Bourgeois's final summation. Twenty-four pages of Mr. Bourgeois's summation are dedicated to the jurisdictional issue. Mr. Roberts needs to review the transcripts of the final arguments on January 13, 2011 (which are presently unavailable to him), in order to finalize the government's written summation on the jurisdictional issue. Accordingly, the government seeks a two (2) day extension in which to its written summation.

II.

The undersigned requests the additional two (2) day extension of time on behalf of the government and the assigned Assistant United States Attorney. The extension is necessary in order for the government to finalize its response.

Not counting January 13th, when the court invited Mr. Bourgeois to file a written summation, Mr. Bourgeois had a full 18 days to file his summation the evening of February 1, 2011. If granted the additional two days will give the government sixteen days to file its written summation.

For these reasons, the United States respectfully requests that its briefing

schedule be extended two (2) days, to and including February 18, 2011.  If the government is able to complete the subject response in less time, it will, of course, do so.

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208
(713) 567-9102

## CERTIFICATE OF CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, certify that on February 15, 2011, I consulted with Mr. Michael Wiseman, Counsel for Mr. Bourgeois, regarding the instant Motion, who advised he was unopposed to the Motion.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Mark M. Dowd, Assistant United States Attorney, certify that a copy of this motion for extension will be served upon Counsel of Record by electronic notice upon filing this Motion electronically with the court.

/s/ Mark M. Dowd
MARK M. DOWD
Assistant United States Attorney