IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent-Plaintiff | § | |
| | § | CR C-02-216 |
| vs. | § | CV C-07-223 |
| | § | |
| ALFRED BOURGEOIS, | § | |
| Petitioner-Defendant | § | |

## ORDER (PROPOSED) GRANTING EXTENSION OF TIME

The Government's motion for an additional two (2) day extension of time to file its response to Mr. Bourgeois's written summation regarding his Petition to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. § 2255 is hereby GRANTED. The United States shall file its summation response not later than February 18, 2011.

_____        _____
Date                            UNITED STATES DISTRICT JUDGE