UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | |
| ALFRED NMI BOURGEOIS | § | |

## ORDER GRANTING EXTENSION OF TIME

The Government's motion for an additional two (2) day extension of time to file its response to Mr. Bourgeois' written summation regarding his Petition to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Under 28 U.S.C. §2255 (D.E, 652) is hereby GRANTED. The United States shall file its summation response not later than February 18, 2011.

SIGNED and ORDERED this 15th day of February, 2011.

_____
Janis Graham Jack
United States District Judge

1 / 1