UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br><br>vs.<br><br>ALFRED BOURGEOIS,<br>Petitioner. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CR. No. C-02-216<br>C.A. No. C-07-223 |

## ORDER

Petitioner's Motion to Reopen the evidentiary hearing is DENIED.

Petitioner's Motion to Vacate his Conviction and Sentence is also DENIED

with regard to ALL CLAIMS RAISED in his Motion, Petition, Legal

Memorandum, and his presentation of evidence during the hearing and by way of

deposition.

The clerk of this Court shall send a copy of this Order to the parties by any

receipted means.

Signed at Corpus Christi, Texas, this _____ day of _____ 2011.


_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE