UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION


| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |


GOVERNMENT'S MOTION TO STRIKE PETITIONER'S
REPLY TO THE GOVERNMENT'S RESPONSE TO POST-ARGUMENT
SUBMISSION AND OPPOSITION TO MOTION TO REOPEN EVIDENTIARY
HEARING


TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government," by and through

the United States Attorney for the Southern District of Texas, files this Motion to

Strike Petitioner's Reply to the Government's Response to Petitioner's Post-

Argument Submission and Opposition to Motion to Reopen Evidentiary Hearing.

On February 1, 2011, pursuant to the Court's order, Petitioner filed his *Post*

*Argument Submission* (document #649).  On  February 18,  2011, the government

filed *Government's Response to Petitioner's Post-Argument Submission and*

*Opposition to Motion to Reopen Evidentiary Hearing* (document #654). On

February 23, 2011, Petitioner filed *Petitioner's Reply to the Government's*

*Response to Petitioner's Post-Argument Submission and Opposition to Motion to*

*Reopen Evidentiary Hearing* (document #657). There is no provision nor was

there a Court Order from this Honorable Court authorizing Petitioner to file such

a reply. Therefore, the government moves to strike Petitioner's Reply which was

filed on February 23, 2011.

Respectfully submitted,

JOSÉ ANGEL MORENO
United States Attorney

TONY R. ROBERTS
Assistant United States Attorney

MARK DOWD
Assistant United States Attorney

ELSA SALINAS
Assistant United States Attorney


   *s/ Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney
Federal Bar No. 19500
Texas Bar No. 00791593
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78402
PH: (361) 888-3111
Fax: (361) 888-3200

2

## CERTIFICATE OF SERVICE

I, Patti Hubert Booth, Assistant United States Attorney, do hereby certify

that a copy of the above Motion to Strike Petitioner's  Reply  was emailed  to:

Michael Wisemen
Victor Abreu
James McHugh
Maureen Kearney Rowley
Elizabeth Larin
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106

*s/ Patti Hubert Booth*
PATTI  Hubert BOOTH
Assistant United States Attorney