UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CR. No. C-02-216 |
| | § | C.A. No. C-07-223 |
| ALFRED BOURGEOIS, | § | |
| Petitioner. | § | |

ORDER

And now on this _____ of _____, 2011, upon consideration Government's Motion to Strike Petitioner's Reply to the Government's Response to Post-Argument Submission and Opposition to Motion to Reopen Evidentiary Hearing, is hereby Granted.

Petitioner's Reply to Government's Response to Post-Argument Submission and Opposition to Reopen Evidentiary Hearing, (DE #657) is stricken.

The clerk of this Court shall send a copy of this Order to the parties by any receipted means.

Signed at Corpus Christi, Texas, this _____ day of _____ 2011.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE