UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

———————————————————

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | No. Cv-07-223 |
| Respondent, | : | Honorable Janis Graham Jack, |
| | : | U.S.D.J. |
| -against- | : | |
| | : | |
| ALFRED BOURGEOIS, | : | Electronically Filed |
| | : | |
| Petitioner. | : | |

———————————————————  :

**PETITIONER'S RESPONSE IN OPPOSITION TO
GOVERNMENT'S MOTION TO STRIKE**

Petitioner, ALFRED BOURGEOIS, through undersigned counsel, hereby responds to the Government's *Motion to Strike*, and states as follows.

1.    Petitioner filed his *Post-Argument Submission* (document #649) and a separate *Motion to Reopen Evidentiary Hearing* (document #648).  The Government filed a consolidated document responding to the *Post-Argument Submission* and opposing the *Motion to Reopen* (document #654).  Petitioner filed his consolidated *Reply* (document # 657).  The Government has moved to strike the *Reply* (document # 658).[1]  Petitioner files this *Response in Opposition* to the Government's Motion.

———————————————

[1]The Government's pleading was filed on ECF as a "Response," however it is captioned a *Motion* and it clearly is a motion.  Therefore, ECF may not allow

2.      The Government argues, without citation to any authority, that there is no provision or court order permitting the reply.  The Government is incorrect.

3.      As the party with the burden in this litigation, and in particular with respect to both the *Motion to Reopen* and the *Section 2255 Motion*, Petitioner has a right to reply.  Dondi Properties Corp. v. Commerce Sav. & Loan Ass'n, 121 F.R.D. 284, 291 (N.D. Tex. 1988) (en banc) ("While our court has decided that the determination whether to permit a reply is discretionary with each judge, the principle is well-established that the party with the burden on a particular matter will normally be permitted to open and close the briefing."); Springs Indus., Inc. v. Am. Motorists Ins. Co., 137 F.R.D. 238, 239 (N.D. Tex. 1991) ("Following this court's decision in *Dondi []*, there should be little doubt 'that the party with the burden on a particular matter will normally be permitted to open and close the briefing.' *Id.* at 291-92 This principle is sound. In our jurisprudence the party who must persuade the court of the merits of the relief it seeks is almost always given the final word. 'It should thus be rare that a party who opposes a motion will object to the movant's filing a reply.'*Id.* at 291-92"); see also Galderma Laboratories, L.P. v. Actavis Mid Atl. LLC, 2008 WL 3822622 (N.D. Tex. July 23, 2008) ("The purpose of the reply brief is to allow the

Petitioner to file this document as a *Response in Opposition* to the *Motion*,  which would be the proper way to file it.  If he cannot file it as a *Response*, he will chose the best alternative allowed by ECF.

movant to rebut the nonmovant's response, thereby persuading the Court that the movant is entitled to the requested relief. Dethrow [v. Park Health Hospital Systems], 204 F.R.D. [102,] 103; Springs Industries, Inc., 137 F.R.D. at 239-40."); Racetrac Petroleum, Inc. v. J.J.'s Fast Stop, Inc., 2003 WL 251318 (N.D. Tex. Feb. 3, 2003) ("The purpose for having a motion, response, and reply is to give the movant the final opportunity to be heard").

4.      While it is understandable that the Government would attempt to silence Petitioner on the issues that are the subject of its *Motion to Strike*, it is not disputable that Petitioner, as the moving party in this capital litigation and with regard to his *Motion to Reopen*, has a right to contest the assertions made in the Government's responsive submissions.    Therefore, his *Reply* is appropriate and ought to be considered by the Court.  The Government's *Motion to Strike* should be denied.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman, Esq.
Chief Capital Habeas Corpus Unit
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated:        March 1, 2011
              Philadelphia, PA

## Certificate of Service

I, Michael Wiseman, hereby certify that on this 1st day of March 2010, I served the foregoing upon the following persons by filing the same via ECF:

Tony R. Roberts
Patricia Hubert Booth
Elsa Salinas-Patterson
Mark Dowd

/s/    Michael Wiseman

Michael Wiseman