IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent-Plaintiff | § | |
| | § | CR C-02-216 |
| vs. | § | CV C-07-223 |
| | § | |
| ALFRED BOURGEOIS, | § | |
| Petitioner-Defendant | § | |

### GOVERNMENT'S MOTION TO CORRECT THE COURT'S MEMORANDUM AND ORDER OF MAY 19, 2011[1]

I.

On May 19, 2011, the court filed its Memorandum and Order ruling on Mr. Bourgeois's Motion filed pursuant to 28 U.S.C. § 2255. On page 193 of the Order, in the context of discussing Dr. Dailey's involvement in the case, the court made a seemingly disjointed reference to Dr. Oliver not being credible. Considering the court found Dr. Oliver's testimony creditable in the immediately previous section of the Order (pp. 182-88), it appears to the government the court mistakenly substituted Dr. Oliver's name on page 193, for that of Dr. Dailey. The government believes the court intended to find that Dr. Dailey did not appear credible on page 193. Essentially a scrivener's error, the government moves the court pursuant to R.Civ.P.

---

[1] Criminal docket entry 660.

60 (a) to correct the Order to reflect the court's true intended findings.  As an appeal of this Order has not yet been filed, the court is empowered to rule on this Motion without the involvement of the 5th Circuit.  Accordingly, if the court agrees the government is correct in its above observations, the government moves the court to correct the subject Order to reflect the court true intended findings, to substitute Dr. Dailey's name for Dr. Oliver's name on line three of page 193 of the Order.

II.

For these reasons, the United States respectfully requests the court to correct the Order by substituting Dr. Dailey's name for Dr. Oliver's name on line three of page 193 of the Order.

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney

s/ Patti Hubert Booth
PATTI  HUBERT BOOTH
Assistant United States Attorney
Federal I.D. No. 19500
State Bar I.D. No. 02650500
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
(361) 888-3111

## CERTIFICATE OF CONSULTATION

I, Patti Hubert Booth, Assistant United States Attorney, certify that on May 26, 2011, I consulted with Mr. Michael Wiseman, Counsel for Mr. Bourgeois, regarding the instant Motion, who advised he and his team will take no position on this request.

s/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Patti Hubert Booth, Assistant United States Attorney, certify that a copy of this motion for correction of the Order will be served upon Counsel of Record by electronic notice upon filing this Motion electronically with the court.

s/ Patti Hubert Booth
PATTI HUBERT BOOTH
Assistant United States Attorney