IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent-Plaintiff | § | |
| | § | CR C-02-216 |
| vs. | § | CV C-07-223 |
| | § | |
| ALFRED BOURGEOIS, | § | |
|     Petitioner-Defendant | § | |

**ORDER  GRANTING MOTION TO CORRECT ORDER**

Upon consideration of the Government's motion to correct the Order of

May 19, 2011 (R. 660), the Court finds the Motion should be and is GRANTED.

_____          _____
Date                                        UNITED STATES DISTRICT JUDGE