UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA      §
                              §
VS.                           §   CRIMINAL ACTION NO. C-02-216
                              §
ALFRED NMI BOURGEOIS          §

**ORDER**

On May 19, 2011, the Court denied Bourgeois' motion pursuant to 28 U.S.C. § 2255.

(DE 660). The Government has filed a motion to correct because on page 193 of the

Memorandum and Order, the Court inadvertently referred to Dr. Oliver instead of Dr. Dailey.

(DE 662). The Court obviously intended the sentence to read "Even in his live testimony, Dr.

Dailey did not appear credible." The Court's reference to Dr. Oliver is a reference to Dr. Dailey.

The Court, therefore, **GRANTS** the Government's motion.

SIGNED and ORDERED this 26th day of May, 2011.

_____
Janis Graham Jack
United States District Judge