UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____ :
                                  :
UNITED STATES OF AMERICA,         :      No. Cr-C-02-216
                                  :      No. Cv-07-223
            Respondent,           :   Honorable Janis Graham Jack,
                                  :           U.S.D.J.
      -against-                   :
                                  :
ALFRED BOURGEOIS,                 :      Electronically Filed
                                  :
            Petitioner.           :
_____ :

**PETITIONER'S UNOPPOSED MOTION PURSUANT TO
FED.R.CIV.P. 58(D) FOR ENTRY OF JUDGMENT**

Petitioner, Alfred Bourgeois, through counsel moves for entry of judgment, and

in support states the following.

1.     On May 19, 2011 this Court issued a *Memorandum and Order* disposing

of Petitioner's § 2255 Motion.  The Court's judgment was entered on this Court's

criminal docket (02-cr-216) (document #661),  but not on the civil docket.

2.     A section 2255 motion is a civil proceeding.  Accordingly, the Clerk of

this Court assigned a civil docket number when Petitioner filed his § 2255 Motion on

May 14, 2007.  See  Bourgeois v. United States, 07-cv-223.

3.     Because Petitioner's ability to pursue post-judgment remedies, e.g. filing

1

a notice of appeal, requires entry of judgment in the civil docket, Petitioner makes this request pursuant to Fed.R.Civ.P. 58(d) that this Court enter its judgment in the civil docket.

4.    The Government has indicated to counsel that it does not oppose this request.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman, Esq.
Chief Capital Habeas Corpus Unit
Capital Habeas Corpus Unit
Federal Community Defender for the
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19016
215-928-0520
Michael_Wiseman@fd.org

Dated:        June 1, 2011
              Philadelphia, PA

## Certificate of Service

I, Michael Wiseman, hereby certify that on this first day of June, 2011I served the foregoing on counsel for the Government through this Court's ECF filing system.

/s/ Michael Wiseman

_____
Michael Wiseman

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____

UNITED STATES OF AMERICA,         :         No. Cr-C-02-216
                                  :         No. Cv-07-223
                  Respondent,     :    Honorable Janis Graham Jack,
                                  :              U.S.D.J.
           -against-              :
                                  :
ALFRED BOURGEOIS,                 :
                                  :
             Petitioner.          :
_____   :

**ORDER**

And Now, this ___ day of June 1, 2011 upon consideration of *Petitioner's Unopposed Motion Pursuant to Fed.R.Civ.P. 58(d) for Entry of Judgment*, it is ORDERED:

The motion is granted. The Clerk of Court is directed to enter this Court's May 19, 2011 judgment (document #661) on the civil docket in Bourgeois v. United States, C-07-223.


                              _____
                              Janis Graham Jack, USDJ