UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

_____
                                                    :
UNITED STATES OF AMERICA,        :          No. Cr-C-02-216
                                                    :          No. Cv-07-223
                  Respondent/Appellee,   :
                                                    :          Honorable Janis Graham Jack,
            -against-                            :                  U.S.D.J.
                                                    :
ALFRED BOURGEOIS,                    :
                                                    :
                  Petitioner/Appellant.      :
_____  :

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE**, that Petitioner/Appellant, through undersigned

counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit

from the district court's May 19, 2011 *Memorandum and Order* (docket # 660) and

entry of *Final Judgment* against Petitioner (docket # 661), denying and dismissing

*Petitioner's Motion for Relief Pursuant to 28 U.S.C. Section 2255 or in the*

*Alternative Pursuant to 28 U.S.C. 2241* (docket # 396); and from the district court's

June 17, 2011 order (docket # 666) denying Petitioner's *Motion to Alter or Amend the*

*Judgment Pursuant to F.R.Civ.P. 59(e)* (docket # 665), and from each and every

subsidiary adverse ruling and finding forming the bases for said orders.

1

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Victor J. Abreu
Assistant Federal Defenders[1]
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
Michael_Wiseman@fd.org
Victor_Abreu@fd.org

Dated:        August 15, 2011

## CERTIFICATE OF SERVICE

I, Michael Wiseman, hereby certifies that on this 15th day of August, 2011 he served the foregoing upon the following individuals by filing the same with this Court's ECF filing system:

Tony Roberts, Esq.
Patti Hubert Booth, Esq.
Elsa Salinas-Patterson, Esq.
Mark Dowd, Esq.
Assistant United States Attorneys
Counsel for the Respondent/Appellee

/s/ Michael Wiseman

Michael Wiseman

---

[1]Counsel were appointed by the district court on October 16, 2006 (docket number 380), and lead-counsel Wiseman was admitted *pro hac vice* (docket number 382) on October 24, 2006.