READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

### TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Southern District of Texas (Corpus Christi) | 2:02-cr-00216 |

Short Case Title __USA  v.  Bourgeois_____   Court Reporter __Velma Gano__

Date Notice of Appeal Filed by Clerk of District Court __08/15/2011__   Court of Appeals # __04-40410__
_(If Available)_

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☒ This is to order a transcript of the following proceedings: *(check appropriate box)*

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐; 2255 Proceeding ☒

United States Court
Southern District of Texas
**FILED**

**SEP 06 2011**

David J. Bradley, Clerk of Court

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 03/19/2008 – Telephone Conference | 2255 | Judge Janis Graham Jack |
| 10/30/2008 – Telephone Conference | " | " |
| 09/09/2009 – Telephone Conference | " | " |

(See Attached Sheet)

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds;  ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*;  ☒ Other IFP Funds;

☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds;

☐ Other _____

Signature _____   Date Transcript Ordered __08/__ 2011__

Print Name __Victor Abreu, Esquire__   Counsel for __Alfred Bourgeois__

Address __601 Walnut St., Suite 545W, Phila, PA  19106__   Telephone __215-928-0520__

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**   COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____   _____   _____
Date   Signature of Court Reporter   Telephone

Address of Court Reporter: _____

\* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages   _____ Actual Number of Volumes

_____   _____
Date   Signature of Court Reporter

DKT-13 (5/96)

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

TRANSCRIPT ORDER                    (Continued)
for USA v.  Bourgeois                08/29/2011

| HEARING DATES | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 11/24/2009 - Ex Parte Hearing (Audio) | 2255 | Judge Janis Graham Jack |
| 12/14/2009 - Telephone Conference (Audio) | 2255 | " |
| 04/20/2010 - Hearing | (Already filed) | " |
| 05/06/2010 - Telephone Conference | (Already filed) | " |
| 06/07/2010 - Telephone Conference | (Already filed) | " |
| 06/09/2010 - Motion Hearing | (Already filed) | " |
| 09/10/2010 - Evidentiary Hearing | (Already filed) | " |
| 09/20 to 09/24/2010 - Evidentiary Hearing | (Already filed) | " |
| 12/01/2010 - Telephone Conference | (Already filed) | " |
| 12/06/2010 - Telephone Conference | 2255 | " |
| 01/13/2011 - Evidentiary Hearing/Argument | (Already filed) | " |
| 08/28/2008 - Telephone Conference | (Already filed) | " |