IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION


UNITED STATES OF AMERICA,        *    CRIMINAL ACTION
                                 *
        PLAINTIFF,               *    CR-C-02-216(1)
                                 *
VS.                              *
                                 *    CORPUS CHRISTI, TEXAS
ALFRED BOURGEOIS,                *    DECEMBER 6, 2010
                                 *    8:57 A.M.
        DEFENDANT.               *
                                 *
* * * * * * * * * * * * * * * * *


TRANSCRIPT OF TELEPHONE CONFERENCE

BEFORE THE HONORABLE JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:        MS. PATTI HUBERT BOOTH
                           MS. ELSA SALINAS
                           OFFICE OF THE U.S. ATTORNEY
                           800 NORTH SHORELINE, SUITE 500
                           CORPUS CHRISTI, TEXAS 78401

                           MR. TONY R. ROBERTS
                           OFFICE OF THE U.S. ATTORNEY
                           P. O. BOX 61129
                           HOUSTON, TEXAS 77208


(APPEARANCES CONTINUED ON PAGE 2)


COURT RECORDER:            MS. VELMA GANO


PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE:
MOLLY CARTER, P. O. BOX 270203
CORPUS CHRISTI, TEXAS 78427 (361) 945-2525

APPEARANCES:   (CONTINUED)


FOR THE DEFENDANT:          MR. VICTOR JULIO ABREU
                           OFFICE OF THE FEDERAL PUBLIC DEFENDER
                           601 WALNUT STREET
                           THE CURTIS CENTER, SUITE 545
                           PHILADELPHIA, PENNSYLVANIA 19106

(The proceedings began at 8:57 a.m.)

(Call to Order of the Court.)

THE CLERK:  Court calls Criminal Action C-02-216, United States of America versus Alfred Bourgeois.  May I have appearances, please?

MR. ABREU:  Good morning, Your Honor.  Victor Abreu on behalf of Mr. Bourgeois.

MS. BOOTH:  Patti Hubert Booth for the United States.

MS. SALINAS:  Elsa Salinas for the United States.

MR. ROBERTS:  Tony Roberts for the United States.

THE COURT:  Okay.  You found the brain slides.  Now, what do you want to do, copy them and send them to the expert?  Tell me the time table on this.

MR. ABREU:  Good morning, Your Honor, Victor Abreu.  On Friday we filed a motion for subpoenas to have the slides delivered directly to Dr. Leestma, which I think will be the quickest thing to do.  And I don't know if Your Honor got to see that.  I don't even know if the Government got to see that yet, because I think we filed it late afternoon on Friday, right after Mr. Roberts --

THE COURT:  You know, I didn't open it, because I just assumed it was another subpoena.  Sorry.

MR. ABREU:  I'm sorry, Your Honor.  That's directly related to the slides.

THE COURT:  Okay.

MR. ABREU:  They are located, as Mr. Roberts indicated in his status update, at the University of Texas Medical Center, and he has a contact with a person who is, who has control of those particular slides at the moment.  I believe her name is Ms. Blaha.  So we issued a motion for a subpoena to have Ms. Blaha send those directly to Dr. Leestma.

What we could do is call Ms. Blaha, give her our Federal Express number so she can get those as quickly as possible out to him.

MR. ROBERTS:  Your Honor --

THE COURT:  Are you all right with that, Ms. Booth?

MS. BOOTH:  I'll let Mr. Roberts address that.

THE COURT:  Mr. Roberts?

MR. ROBERTS:  I'm sorry, Your Honor, I didn't hear your question.

THE COURT:  Are you all right with that procedure?

MR. ROBERTS:  Your Honor, Tony Roberts for the record.  I, the only concern I have is that Ms. Blaha is an administrative assistant, and she's very concerned about what she's supposed to do with these.  So I don't have any problem with the subpoena being issued.  I'm just not quite sure -- I would like Mr. Abreu to contact her directly, find out who her superiors are, or I could do that --

THE COURT:  Well, is there any question about the authenticity?

MR. ROBERTS:  Not in my mind, but I mean, she is an administrative assistant, and she went and found these.  For some reason they were in the VA archives.  And so, but she, she's looked at them and she told me they relate directly to the neurological consultation report.  And so I have not personally seen them.  I'm taking her word.

THE COURT:  Well, do you want them copied first and send the copies?  Or how do you want to handle it?

MR. ROBERTS:  I think the University would feel more comfortable if they didn't have to send the originals.  But I don't know why they had them with the VA archives in the first place, so --

MR. ABREU:  Mr. Roberts, did they indicate what the time frame would be for making copies at all, or how that would go or how that would be done?

MR. ROBERTS:  I have no idea how you would make copies of the brain slides.  I --

MR. ABREU:  With the -- again, Your Honor --

THE COURT:  Well, this is what I expected you all to come, to let me know today, Mr. Roberts.

MR. ROBERTS:  Yes, Your Honor.  Victor and I have been discussing this and working out the logistics of it, and I'll, I mean, we'll do whatever we need to to get the slides released.

THE COURT:  I just need it done rather quickly.

MR. ROBERTS:  Yes, Your Honor.

THE COURT:  Because now we've got a January date, and his expert needs to look at them, be ready for deposition, and all that has to be prepared for the January hearing.

MR. ROBERTS:  Yes, Your Honor.

MR. ABREU:  Yes, Your Honor.  Mr. Roberts and I will continue to talk.  We can talk some more today and figure out the quickest way to make that happen, Your Honor.

THE COURT:  Well, I'll be glad to do another conference call on Wednesday to do a follow-up.  How's that?

MR. ABREU:  That's fine with me, Your Honor, although I'll be -- well, if it's in the morning, it's fine.  I have to go up to the prison, but I can delay that till after the conference call if we do it at the same time as we did today, Your Honor.

MS. BOOTH:  I --

THE COURT:  Yeah?

MS. BOOTH:  If it would be all right, Your Honor, I'm not going to be available Wednesday morning.  I don't think that I would be needed in a conference call about this issue, though.

THE COURT:  No, we just need somebody from each side.

MR. ROBERTS:  Yes, Your Honor.  I'm not even sure a conference call -- Tony Roberts, for the record.

THE COURT:  Why don't you call Ms. Scotch, Mr. Abreu,

if it's necessary.  How about, I'll leave it in your hands.

MR. ABREU:  It may not be necessary.  Mr. Roberts and I can work this out, Your Honor.

THE COURT:  Thank you all very much.  I just, you know, I'm looking at speed and the process for getting them copied or letting loose of the originals or whatever.  You all know the issues.  You all handle it.

Thank you all very much.  You're excused.

MR. ABREU:  Thank you, Your Honor.

(Proceedings concluded at 9:01 a.m.)

I, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

/s/ Molly Carter              September 26, 2011
Molly Carter                  Date