# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

**DAVID J. BRADLEY**　　　　　　　　**1133 N. SHORELINE BLVD., ROOM 208**
**CLERK**　　　　　　　　　　　　　　**CORPUS CHRIST, TEXAS 78401**

October 12, 2011

Federal Community Defender
Capital Habeas Corpus Unit
601 Walnut Street
Ste 545 West
Philadelphia, PA 19106

Appellate Division
U.S. Attorney's Office
Southern District of Texas
PO Box 61129
Houston, TX 77208-1129

 Re: USCA 11-70024, USDC 2:02CR216; USA V. Alfred Bourgeois

Dear Counsel:

Enclosed is a CD containing  the fourth supplemental electronic record on appeal for the above
Notice of Appeal.  Prepare your brief regarding this appeal using this copy of the paginated
record.

Respectfully,

David J. Bradley , Clerk

Angel Mireles
Deputy Clerk