# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

DAVID J. BRADLEY                                    1133 N. SHORELINE BLVD., ROOM 208
CLERK                                                        CORPUS CHRISTI, TX 78401

October 18, 2011

Attn: Monica Washington
Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

                              Re: USA v. Alfred Bourgeois
                              USCA No. : 11-70024
                              USDC No.: 2:02cr216

Dear Ms. Washington:

        Per your request, enclosed please find the **ORIGINAL EXHIBITS**   (DE# 75, 96*, 128, 137*, 138*, 147*, 198 *, 204, 205, 211, 491*, 573*, 574, 643, 644) admitted  in the above referenced case.   Please return original exhibits to our office when the appeal process is complete.

                              Respectfully,
                              David J. Bradley, Clerk


                              __Angel Mireles_____
                              Deputy Clerk


*Sealed Exhibits.  DE #491-2 only and 573-P-178 only.