# United States District Court
## Southern District of Texas
### Corpus Christi Division

DAVID J. BRADLEY
CLERK

1133 N. SHORELINE BLVD., ROOM 208
CORPUS CHRISTI, TX 78401

October 12, 2011

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED

OCT 20 2011

David J. Bradley, Clerk of Court

U. S. COURT OF APPEALS
RECEIVED
OCT 14 2011
FIFTH CIRCUIT

Re: USCA No. 11-70024  USDC No: Cr C-02-216; USA vs. Alfred Bourgeois

Dear Mr. Cayce:

Enclosed is the electronic record on appeal in the above reference matter.  This record contains 5 volumes of the original record , 1 volume each for the first, second and third supplemental record  and  16 volumes of the fourth supplemental record

- **Transcripts**
  **52 Volumes** - DE #9,87-89, 102-111, 216, 217, 223, 224, 241, 242, 244, 245, 268, 334-361  **(Original Record)**
  **28 Volumes** -DE#386-389, 448-450, 468, 496, 500, 509, 510, 560, 575, 576, 594 (2 vol.), 595, 597 (2 vol.), 598 (2 vol.),599, 631, 646, 655, 670 and 671 **(Fourth Supplemental Record )**

- **Sealed Documents**
  DE # 10, 11, 12,13 17,18,20,22,49,56,61,62,64,71,72,91,94-96,100,112,113, 119-123,136-138, 143,144,146,152,162,164,166,168,173, 195 (1 expandable containing 5 envelopes), 197,198, 225-234,238,239,246-260, 271, 279, 282,286,291 **(Original Record)**
  375,378,379 439, 440, 442, 443, 452, 453, 456, 471, 477, 478, 493, 494, 523-535, 537-550,  552, 553 **(Fourth Supplemental Record )**

- Court Only Documents 564-567, 569

- Exhibits are available upon request

Please return **original** documents when the appeal process is complete.  Copies do not need to be returned to our office.

Respectfully,
David J. Bradley, Clerk
Angel Mireles ,
Deputy Clerk

