

DAVID J. BRADLEY
CLERK FIFTH CIRCUIT

PENALTY CASE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

1133 N. SHORELINE BLVD., ROOM 208
CORPUS CHRISTI, TX 78401

October 18, 2011

Attn: Monica Washington
Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED

OCT 26 2011

David J. Bradley, Clerk of Court

Re: USA v. Alfred Bourgeois
USCA No. : 11-70024
USDC No.: 2:02cr216

Dear Ms. Washington:

Per your request, enclosed please find the **ORIGINAL EXHIBITS**  (DE# 75, 96*, 128, 137*, 138*, 147*, 198 *, 204, 205, 211, 491*, 573*, 574, 643, 644) admitted  in the above referenced case.   Please return original exhibits to our office when the appeal process is complete.

Respectfully,
David J. Bradley, Clerk

Angel Mireles
Deputy Clerk

*Sealed Exhibits.  DE #491-2 only and 573-P-178 only.