# United States Court of Appeals

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 07, 2014

Clerk, U.S. District Court
Southern District of Texas
FILED

**OCT 1 7 2014**

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

No. 11-70024    USA v. Alfred Bourgeois
USDC No. 2:07-CV-223
USDC No. 2:02-CR-216

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charlene A. Vogelaar, Deputy Clerk
504-310-7648

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 6, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Clerk, U.S. District Court
Southern District of Texas
FILED

OCT 1 7 2014

David J. Bradley, Clerk of Court

      Re:  Alfred Bourgeois
           v. United States
           No. 13-8397
           (Your No. 11-70024)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk