# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 13, 2015

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

Clerk, U.S. District Court
Southern District of Texas
FILED

**MAR 16 2015**

David J. Bradley, Clerk of Court

      No. 11-70024    USA v. Alfred Bourgeois
                     USDC No. 2:07-CV-223
                     USDC No. 2:02-CR-216

Dear Mr. Bradley,

The following is(are) returned:

Original Exhibits,      (4) Boxes     (1) Env.  (103) Vols.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705