*Warden's Office*

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*4700 Bureau Road South*

*Terre Haute, IN 47802*

Official Business

US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

PITNEY BOWES

ZIP 47802   $ 000.47⁰
02 1W
0004887589 AUG 01 2018

United States Courts
Southern District of Texas
FILED

AUG 2 8 2018

David J. Bradley, Clerk of Court

Honorable Janis Graham Jack, Senior Judge
United States District Court
Southern District of Texas
Corpus Christi Division
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401