AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

DUE DATE:

*Please Read Instructions:*

| 1. NAME Constance Ward | 2. PHONE NUMBER (215) 928-0520 | 3. DATE |
|---|---|---|

| 4. DELIVERY ADDRESS OR EMAIL constance_ward@fd.org | 5. CITY Philadelphia | 6. STATE PA | 7. ZIP CODE 19106 |
|---|---|---|---|

| 8. CASE NUMBER 02-cr-00216 | 9. JUDGE Janis Graham Jack | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM Please see list below | 11. TO Please see list below |

| 12. CASE NAME U.S. v. Alfred Bourgeois | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY | 14. STATE |

15. ORDER FOR

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☒ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☒ OTHER - 2255 |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| ☐ | VOIR DIRE | 8/30/2010-Phone Conf. | ☐ TESTIMONY (Specify Witness) | | 4/9/2007 - Telephone Conf. |
| ☐ | OPENING STATEMENT (Plaintiff) | (Digital # 5:09-5:13) | | | (Digital # 8:35-8:45) |
| ☐ | OPENING STATEMENT (Defendant) | 1/7/2011-Motion Hearing | | | 5/9/2007 - Telephone Conf. |
| ☐ | CLOSING ARGUMENT (Plaintiff) | (Digital # 9:22-9:26) | ☐ PRE-TRIAL PROCEEDING (Spcy) | | (Digital # 1:24-1:31) |
| ☐ | CLOSING ARGUMENT (Defendant) | 1/7/2011-Telephone Conf | | | 11/24/2009 -ExParte Hearing |
| ☐ | OPINION OF COURT | (Digital # 3:11-3:16) | | | (Digital # 5:08-5:24) |
| ☐ | JURY INSTRUCTIONS | 1/12/2011 -Telephone Co | ☒ OTHER (Specify) | | 3/18/2010 - Telephone Conf. |
| ☐ | SENTENCING | (Digital # 11:20-11:42) | | | (Digital # 4:31-4:50) |
| ☐ | BAIL HEARING | | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| 18. SIGNATURE /s/ Constance Ward | PROCESSED BY |
|---|---|

| 19. DATE 01/14/2020 | PHONE NUMBER |
|---|---|

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY