1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA                    2:02-cr-00216-1


VS.                                         August 30, 2010
                                            Corpus Christi, Texas
                                            5:09 p.m.
ALFRED NMI BOURGEOIS
        Defendant


                        TELEPHONE CONFERENCE

            BEFORE THE HONORABLE JANIS GRAHAM JACK

                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the United States            Patricia Hubert Booth, AUSA
                                 Elsa Salinas, AUSA
                                 Office of the U. S. Attorney
                                 800 N. Shoreline Boulevard
                                 Suite 500
                                 Corpus Christi, Texas 78401

                                 Tony R. Roberts, AUSA
                                 Mark Michael Dowd, AUSA
                                 Office of the U. S. Attorney
                                 1000 Louisiana
                                 Suite 2300
                                 Houston, Texas 77002

For the Defendant                Michael Wiseman, AFPD
                                 Office of the Federal Public
                                    Defender
                                 601 Walnut Street
                                 The Curtis Center
                                 Suite 545
                                 Philadelphia, Pennsylvania
                                    19106


Proceedings from official electronic sound recording;
transcript produced by court approved transcriber.

DIGITAL SCROLL TRANSCRIPTION                    281.382.9862

Court Clerk                     Sondra Scotch

Electronic Recording Operator   Velma Gano
                                U. S. District Clerk's
                                   Office
                                1133 N. Shoreline Blvd.
                                Suite 208
                                Corpus Christi, Texas 78401

THE COURT:  Ms. Scotch, would you call the case?

COURT CLERK:  Yes, Your Honor.

The Court calls Criminal Action C-02-216, United States of America versus Alfred Bourgeois.

May I have appearances, please?

MR. WISEMAN:  Michael Wiseman for Mr. Bourgeois.

MR. ROBERTS:  Tony Roberts for the United States.

MS. BOOTH:  Patti Hubert Booth for the United States.

MS. SALINAS:  Elsa Salinas for the United States.

MR. DOWD:  And Mark Dowd, Your Honor.

THE COURT:  Okay.  The issue was Dr. Estrada wants to take a trip, right?

MR. WISEMAN:  Yes, Your Honor.

This is Michael Wiseman.

THE COURT:  And so, the choices are subpoena him or do a video deposition.

MR. WISEMAN:  That would be an excellent alternative – a video deposition.

THE COURT:  Do you agree to that, Mr. Roberts, Ms. Booth, Ms. Salinas?

MR. ROBERTS:  Your Honor, I – Tony Roberts for the United States.  Really, I haven't thought about a video deposition.  I'm not really opposed to it; I was just kind of shocked that Dr. Estrada knowing the date –

THE COURT:  Well, we've had this date set for months,

4

and the plans that are required is not going to change.

MR. ROBERTS:  Yes, Your Honor.

THE COURT:  So, those are the choices.

Mr. Wiseman, if you want him there, you subpoena or do a deposition.

MR. WISEMAN:  Yes, I think under the circumstances a deposition would be probably the best – the best alternative. I guess my only question is would the Court want that done before the main hearing date or right after the dep- --

THE COURT:  Of course, absolutely before.

MR. WISEMAN:  Okay.

THE COURT:  Your hearing date is your hearing date.

MR. WISEMAN:  Okay.

THE COURT:  If you want the testimony, then you're going to have to depose him.

MR. WISEMAN:  Okay.  Excellent.

Well, then I'll get with my opposing counsel and figure out a good time to do that.  It might make sense to do it while we're down there for Dr. Gilbart's (phonetic) testimony, perhaps that afternoon or the morning before or – but we can work that out.

Judge, that sounds like a reasonable resolution.

THE COURT:  Okay.  Mr. Roberts, and if you don't like that resolution you can subpoena him to show up, I guess.

MR. ROBERTS:  Okay, Your Honor.  I – we've got some

plans set up for that week, so I – I'm not sure how long – I guess one of the questions would be how long that Mr. Wiseman thinks that his deposition testimony would go.

THE COURT:  How long, Mr. Wiseman?

MR. WISEMAN:  I would think an hour or ninety minutes, of direct, I mean.  Obviously, I don't know how long the cross would be.

MR. ROBERTS:  Okay.

Your Honor, I'll – I'll just do what we need to do to be prepared for that.  And I prefer to do it – I still don't know – actually, I don't know how long Mr. Gilbart (phonetic) or Dr. Gilbart's testimony is going to last either. I mean, I'm really unsure about that as well.  Can we get an idea of the length of time?

MR. WISEMAN:  Sure.  I'm thinking that would be completed on the morning of the 10th.  I mean, if you're going to have Dr. Moore there on the 10th, assuming you want him there for Dr. Estrada, it might make sense to just go from Dr. Gilbart to a video deposition of Dr. Estrada.

THE COURT:  Okay.  Are you all set for this?

MR. WISEMAN:  Yes, that sounds fine.  I appreciate that, Your Honor.

Thank you.

THE COURT:  Mr. Roberts?

MR. ROBERTS:  Uh- --

THE COURT:  Ms. Salinas?

MR. ROBERTS:  Yes, Your Honor.

THE COURT:  Ms. Booth?

MS. SALINAS:  Yes.

MS. BOOTH:  Yes, Your Honor.  We can work around that.

THE COURT:  Okay.  Thank you.

MR. WISEMAN:  Thank you, Your Honor.

(Proceedings concluded at 5:13 p.m.)

7

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION


    I, Linda Griffin, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.


/s/ Linda Griffin                          January 22, 2020
Linda Griffin                                      Date

DIGITAL SCROLL TRANSCRIPTION                        281.382.9862