1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA                    2:02-cr-00216-1

VS.                                         January 7, 2011
                                            Corpus Christi, Texas
                                            9:22:37 a.m.
ALFRED NMI BOURGEOIS
        Defendant


MOTION HEARING

BEFORE THE HONORABLE JANIS GRAHAM JACK

UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the United States          Patricia Hubert Booth, AUSA
                               Elsa Salinas, AUSA
                               Office of the U. S. Attorney
                               800 N. Shoreline Boulevard
                               Suite 500
                               Corpus Christi, Texas 78401

                               Tony R. Roberts, AUSA
                               Mark Michael Dowd, AUSA
                               Office of the U. S. Attorney
                               1000 Louisiana
                               Suite 2300
                               Houston, Texas 77002

For the Defendant              Michael Wiseman, AFPD
                               Victor Abreu, AFPD
                               Elizabeth Larin, AFPD
                               Office of the Federal Public
                                  Defender
                               601 Walnut Street
                               The Curtis Center
                               Suite 545
                               Philadelphia, Pennsylvania
                                  19106

Proceedings from official electronic sound recording;
transcript produced by court approved transcriber.

DIGITAL SCROLL TRANSCRIPTION                    281.382.9862

Court Clerk                          Sondra Scotch

Electronic Recording Operator        Velma Gano
                                     U. S. District Clerk's
                                         Office
                                     1133 N. Shoreline Blvd.
                                     Suite 208
                                     Corpus Christi, Texas 78401

COURT CLERK:  The Court calls Criminal Action C-02-216, United States of America versus Alfred Bourgeois.

May I have appearances, please?

MR. WISEMAN:  Michael Wiseman, Victor Abreu and Elizabeth Larin for Mr. Bourgeois.

MS. BOOTH:  Patti Hubert Booth for the United States.

MS. SALINAS:  Elsa Salinas for the United States.

MR. DOWD:  Mark Dowd for the United States.

MR. ROBERTS:  Tony Roberts for the United States.

THE COURT:  Okay.

What – I want to know why you can't get prepared by the time of the hearing.  I mean – you know, I've put this off already.  And how much time does your witness need, Government, to respond to this report?  Will the report be ready on the 7th?

MR. ABREU:  Good morning, Your Honor.  Victor Abreu on behalf of Mr. Bourgeois.

I'm hoping to have the report that is due to Mr. Roberts by the end of the day today.

THE COURT: Okay.

MR. ABREU:  I think the bigger problem is, Your Honor, I think that they'll have a report, hopefully, by the end of the day, and then, they've got to try to consult somebody.  I don't know if they are going to be able to do that over weekend and then –

THE COURT:  Well, surely –

MR. ABREU:  -- prepare for a deposition.  I think that was the issue Mr. Roberts and I discussed as to why we decided to file a motion.

THE COURT:  What – what deposition?

MR. ABREU:  Of Dr. Leestma, Your Honor.

THE COURT:  Well, isn't that person just going to appear at the hearing?

MR. ABREU:  No, Your Honor.  That was somebody who the Court had ordered us to – or granted us the opportunity to do by a video deposition, not by appearance at the hearing.  And we had anticipated that that would be done before the date of the hearing.  The problem had been with getting the slides to Dr. Leestma.

We filed back on – toward the end of December a status report kind of updating the Court on where we were.  The Court, obviously, had promptly issued the subpoenas.  There was a delay in getting the subpoenas to the University of Texas Health Science Center; then, there was a delay in getting the slides from the Health Science Center to Dr. Leestma in Chicago.  Those slides arrived on January 4th.

THE COURT:  No, I'm not deny- -- no, I understand that.  So, why can't we just have that person appear in person on the hearing?

MR. ABREU:  Well – and I'm not sure I fully

understand now what the Court is asking.  He's not prepared to travel to Corpus Christi.  I haven't asked him about that – on that amend –

THE COURT:  Well, he's got to appear for – he's got to appear for a deposition, so why wouldn't he appear – be able to –

MR. ABREU:  Well, I think the deposition was scheduled for – well, was going to be scheduled sometime before the date of the hearing.  I know he has another trial he's preparing for, Your Honor.

MR. WISEMAN:  Your Honor, this is Michael Wiseman.

I think that the Court has made a specific point.  I think for the convenience of all the parties that deposition would done by video conference.  Dr. Leestma is going to be in Chicago; Mr. Roberts is going to be in Houston, I presume.

THE COURT:  Well, let's do it on the day of the hearing then, do it in court by video conference.

MR. WISEMAN:  I think the other problem then with that is that this is going to be probably much lengthier testimony than the other brief witnesses we were going to do in the morning.

THE COURT:  That's no problem.  I'll give him the time.

MR. WISEMAN:  I'm sorry?

MR. ABREU: Your Honor?

THE COURT: I'll make time for that.

MR. ABREU: Your Honor, I think the other issue is that I'm not sure he's available on the 13th.

THE COURT: Well, I think you better make him available, if you want him to testify.

MR. ABREU: Your Honor, he's – I – I would love to make that happen if I can, and I'm certainly happy to try to make that happen. I just can't.

THE COURT: Well, if you – all I'm saying is if you want him to testify and he can't be deposed between now and then he needs to appear –

MR. ABREU: Well, I –

THE COURT: -- by video conference.

MR. ABREU: Well, my plan had been for him to be deposed. He was prepared to be deposed.

THE COURT: Well, then, he can be deposed on the day of the hearing.

MR. ABREU: Through no fault of his or even ours – I mean, Mr. Roberts can tell you we were on the phone and on e-mail daily with the University of Health Science Center trying to get those files to him as early as possible. I'm sure Mr. Roberts can attest to our efforts on that.

THE COURT: Okay. I've made my ruling.

Thank you very much.

MR. ABREU:  To get those files to him as early as possible.

THE COURT:  Thank you very much.

You're excused.

(Proceedings concluded at 9:26:48 p.m.)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION


   I, Linda Griffin, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.


/s/ Linda Griffin                      January 23, 2020
Linda Griffin                                   Date