1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA                    2:02-cr-00216-1


VS.                                         January 7, 2011
                                            Corpus Christi, Texas
                                            3:11:48 p.m.

ALFRED NMI BOURGEOIS
        Defendant


TELEPHONE CONFERENCE

BEFORE THE HONORABLE JANIS GRAHAM JACK

UNITED STATES DISTRICT JUDGE

APPEARANCES:

| For the United States | Patricia Hubert Booth, AUSA |
| | Elsa Salinas, AUSA |
| | Office of the U. S. Attorney |
| | 800 N. Shoreline Boulevard |
| | Suite 500 |
| | Corpus Christi, Texas 78401 |
| | |
| | Tony R. Roberts, AUSA |
| | Mark Michael Dowd, AUSA |
| | Office of the U. S. Attorney |
| | 1000 Louisiana |
| | Suite 2300 |
| | Houston, Texas 77002 |
| | |
| For the Defendant | Michael Wiseman, AFPD |
| | Victor Abreu, AFPD |
| | Elizabeth Lann, AFPD |
| | Office of the Federal Public |
| | Defender |
| | 601 Walnut Street |
| | The Curtis Center |
| | Suite 545 |
| | Philadelphia, Pennsylvania |
| | 19106 |

Proceedings from official electronic sound recording;
transcript produced by court approved transcriber.

DIGITAL SCROLL TRANSCRIPTION                         281.382.9862

Court Clerk                          Sondra Scotch

Electronic Recording Operator        Velma Gano
                                     U. S. District Clerk's
                                        Office
                                     1133 N. Shoreline Blvd.
                                     Suite 208
                                     Corpus Christi, Texas 78401

THE COURT:  Ms. Scotch, would you call the case?

COURT CLERK:  Yes, Your Honor.

The Court calls Criminal Action C-02-216, United States of America versus Alfred Bourgeois.

May I have appearances, please?

MR. WISEMAN:  Michael Wiseman for Mr. Bourgeois.

MR. ABREU:  Victor Abreu for Mr. Bourgeois.

MS. BOOTH:  Patti Hubert Booth for the United States.

MS. SALINAS:  Elsa Salinas for the United States.

MR. DOWD:  Mark Dowd for the United States.

MR. ROBERTS:  Tony Roberts for the United States.

THE COURT:  Okay.

And now, that we've gone through the alphabet, what – Mr. Wiseman, what is your preference – to go forward on Monday with the deposition?

MR. WISEMAN:  Yes.

THE COURT:  And then, have it for Thursday?

MR. WISEMAN:  Yes.

THE COURT:  And of course, I'll authorize the transcription overnight or however long it takes.

MR. WISEMAN:  Okay.  Yes, we have a videographer.  We can handle that.

Yeah, and we have noticed one o'clock Central Time; it's all arranged for the Government to be present in Houston.  We want to add we did that as soon as Your Honor

4

denied the Motion to Continue, which was –

THE COURT:  We just got to get this thing done.

MR. WISEMAN:  Yeah, we're ready to roll.

THE COURT:  And then, your expert, Government, what do you want it to be, either he or she to just be in the courtroom on Thursday?

MR. ROBEERTS:  Your Honor, Tony Roberts for the record.

We don't have an expert on this issue yet. There's a Medical Examiner – that's Dr. Ralston – at trial I'm hopeful that once I get the report I'll be able to send it to her, and she can give me whatever information she needs to help me ask whatever questions I need to at cross examination.

The concern I have, Your Honor, was that we were trying to negotiate a time on Monday so that I would have the ability to get the report late today and actually review it.

THE COURT:  Well, where is the report, Mr. Wiseman?

MR. WISEMAN:  It's on its way.  We just got off the phone with Dr. Leethsma, who's sending it by e-mail.  We'll send it just the minute we get it and before the end of the day, being five o'clock.

THE COURT:  Okay.

MR. WISEMAN:  That would be nice.

THE COURT:  Okay.

MR. ROBERTS:  So, Your Honor, Tony Roberts again.

So, my concern was that they just – that I definitely notice the deposition at one o'clock, and I thought we were going to try to work it later in the afternoon.

MR. WISEMAN:  We can do it.

MR. ROBERTS:  And I would have some time Monday –

MR. WISEMAN:  We can do Monday.

THE COURT:  Well, one o'clock if you choose by e-mail – you can get it to your expert.  Have your expert standing by and e-mail it to your expert today.

MR. WISEMAN:  Yeah, and we can do it later.  We can do it at three o'clock; we can do five o'clock, eleven o'clock.

THE COURT:  You understand, Mr. Roberts?

MR. ROBERTS:  Yes, Your Honor.

THE COURT:  And your e- -- you know, your expert is going to have to be paid for weekend work.

MR. ROBERTS:  The expert's a government employee, Your Honor, so.

THE COURT:  Well, there you have it.

And I'm sorry to be so hard about this, but we just got to get this done.  We have – we've got the subpoenas out for all these other people.

Speaking of that, Mr. Wiseman.

MR. WISEMAN:  Yes.

THE COURT:  You've not called Ms. Scotch or our

Systems people to set up the video conferencing in the federal courthouse for Bill May.

MR. WISEMAN:  Right.  We – we –

THE COURT:  That has to be set up pretty far in advance.

MR. WISEMAN:  Okay.  We will – we will do that as soon as I get off the phone.

MR. DOWD:  Your Honor, Mark Dowd for the Government.

I spoke with Bill May yesterday by phone, and he indicated to me he was expecting the video conferencing to occur in his home.

MR. WISEMAN:  Right.

MR. DOWD:  He's not able to get to the federal courthouse.

THE COURT:  Okay.  Ms. Scotch just ran in to tell me that they just – it's been dealt with.

MR. DOWD:  Oh, okay.

MR. WISEMAN:  Thank goodness.

THE COURT:  Okay.  So, that's going to happen in his home, and ya'll are going to send a videographer –

MR. WISEMAN:  Yep, yep, yep, it's all set.

THE COURT:  -- out there.

And we – and, Ms. Scotch, we can hook it into our courtroom without a problem – tested the line?  Okay, it's compatible?

7

Sometimes. Mr. Wiseman, Mr. Dowd, we get these setups where the videoconferencing we have is just not compatible with the transmission.  So, apparently, it's been tested; all is well.

MR. WISEMAN:  Oh, that's great.  I should call you more often to help in this.

THE COURT:  I should call myself, I guess.

Okay.  Then, we're set.

MR. WISEMAN:  Okay.

And, Tony, if you guys need a later time on Monday, just let us know, and we'll – we'll adjust it after you get the report.  I'll e-mail you the report –

THE COURT:  And I'll be here Monday.  If there are any glitches in the deposition, just call me.

MR. WISEMAN:  Okay.

MR. ROBERTS:  And, Your Honor, just so – this is Tony Roberts, again.

Just – I mean, I'm still – once I get the report, there's still a possibility I'll file a motion Monday morning asking me to reconsider the deposition that we want.

THE COURT:  No, it's not going to happen.

MR. ROBERTS:  Okay.

THE COURT:  You need your expert to be here on the 13th.

MR. ROBERTS:  Oh, I – Your Honor, sorry.  I didn't

mean to reschedule it; I meant to hold it at all, because it – I still have a – a strong belief that it's an unnecessary step in the process, but –

THE COURT:  Oh, well, that may be.  You know, I'm allowing pretty much everything; whether it has any value at the end of the day, it's for me to decide.

MR. ROBERTS:  Very well.

MR. WISEMAN:  Okay.  Thank you.

Well –

THE COURT:  You want to run quickly, Mr. Wiseman.

MR. WISEMAN:  Oh, no, not at all, Your Honor.  I'm not –

THE COURT:  Poor thing.  Take your time.

MR. WISEMAN:  I think I told you once before I don't like phone conferencing if I can have –

THE COURT:  No, I understand.

MR. WISEMAN:  It's just my own preference.

THE COURT:  So, we're all done?  We're okay?

MR. WISEMAN:  Yeah, I'm fine.

THE COURT:  Okay.

Thank you all very much.

MR. WISEMAN:  Thank you.

MS. BOOTH:  Thank you.

THE COURT:  Bye-bye.

MS. BOOTH:  Bye-bye.

MR. ROBERTS:  Bye-bye.

(Proceedings concluded at 3:16:52 p.m.)

DIGITAL SCROLL TRANSCRIPTION                                281.382.9862

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION


I, Linda Griffin, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.


/s/ Linda Griffin                           January 23, 2020
Linda Griffin                                      Date