IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA                    2:02-cr-00216-1


VS.                                         May 9, 2007
                                            Corpus Christi, Texas
                                            1:24 p.m.
ALFRED NMI BOURGEOIS
        Defendant




TELEPHONE CONFERENCE

BEFORE THE HONORABLE JANIS GRAHAM JACK

UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the United States            Patricia Hubert Booth, AUSA
                                 Office of the U. S. Attorney
                                 800 N. Shoreline Boulevard
                                 Suite 500
                                 Corpus Christi, Texas 78401

For the Defendant                Victor J. Abreu, AFPD
                                 Office of the Federal Public
                                    Defender
                                 601 Walnut Street
                                 The Curtis Center
                                 Suite 545
                                 Philadelphia, Pennsylvania
                                    19106

Court Clerk                      Sondra Scotch




Proceedings from official electronic sound recording;
transcript produced by court approved transcriber.

DIGITAL SCROLL TRANSCRIPTION                          281.382.9862

2

Electronic Recording Operator                Velma Gano
                                             U. S. District Clerk's
                                                Office
                                             1133 N. Shoreline Blvd.
                                             Suite 208
                                             Corpus Christi, Texas 78401

Also Present                                 Bobby Escobar, DSUM
                                             Jon Baus, DSUM
                                             U. S. Marshal Service

COURT CLERK:  The Court calls Criminal Action C-02-216, United States of America versus Alfred Bourgeois.

May I have appearances, please?

MS. BOOTH:  Patti Hubert Booth for the United States.

MR. ABREU:  Good afternoon, Your Honor.

Victor Abreu on behalf of Mr. Bourgeois.

THE COURT:  Okay.  I wanted to have this conference because the Marshal Service –

Is Mr. Lopresti here?

(Discussion held between Court and Court Clerk.)

THE COURT:  -- has all those documents together about the transporting that you wanted?

MR. ABREU:  Yes, Your Honor.

THE COURT:  But our head Deputy Marshal was called out of town with a family emergency, and so, someone else came up and showed me the stack.  I didn't look through it but just, you know, it looked like about – I don't know – a inch and a half, two inches.

MR. ABREU:  Okay.

THE COURT:  And he said that they hadn't gone through them, but he knew exactly what I meant to give you, because I wonder if you just can kind of look at everything or somebody can look at everything, because they've got some Officer identification numbers that they kind of wanted to redact.

MR. ABREU:  Yes, Your Honor.

THE COURT:  But if you – but if it doesn't make any difference, I can have them file everything under seal and then you can look at it and take what – you know, copy what you want and work with the Marshals about what should be redacted.

MR. ABREU:  Yes, Your Honor.

And we certainly had no objection to them redacting that type of information just for the –

THE COURT:  Well, I hate for them to go through all those records to redact.  Could you just look through and tell them what you want, or is that a problem?

MR. ABREU:  The only – the only problem imposed was a logistical one, because I didn't think we could get there this week.  That was the only problem it had imposed, Your Honor, for us.

THE COURT:  Well, it's a hu- -- I probably under estimated; maybe it's three inches.  I remember it being a really thick thing.

MR. ABREU:  It's a big file.  Okay.

THE COURT:  Yeah.

And I see what you really want to know is how many times he saw his attorney.

MR. ABREU:  That's correct, Your Honor.

THE COURT:  And how long he had with him.

MR. ABREU:  That's correct, Your Honor.

5

THE COURT:  And if – do you have any staff person that can come and just look through all those and make records of it?

MR. ABREU:  I don't think we could do that this week, Your Honor, but I think that we can make arrangements to do that in the very near future, and I think the way our pleading will be laid out I think we will be able to make reference back to those records if we need to, Your Honor.

` THE COURT:  Well, I can – if you all want me to, I can have them filed under seal, but then you can't even access them, so what you want to do is go through them.

MR. ABREU:  Yes, Your Honor.

THE COURT:  And whatever you want tell them what you want and let them redact, you know, if it's just a few documents.

MR. ABREU:  So I understand, just so I'm clear, we could go through them –

THE COURT:  Absolutely.

MR. ABREU:  -- and figure out what documents we want, and then if the – if the Marshal wants to redact something from that –

THE COURT:  Right.

MR. ABREU:  -- it can – they can do that.

THE COURT:  And – exactly.  I mean, I assume I know what you're trying to do, and it's always unfortunate to let

everybody know what documents you want.

MR. ABREU:  Yes, Your Honor.

THE COURT:  So, if there's – if there's some other way you want to work this, it's fine with me.

MR. ABREU:  From a logistical standpoint, Your Honor, I think that your – the Court's suggestion is – is the only one that will work for us at this point, because we certainly – I don't – we just can't get there this week.  So, I think we'll have to do it that way, Your Honor.

THE COURT:  Well, if you can do that, then I would be glad to have them all filed under seal so you can have them as part of the record.

MR. ABREU:  That would be fine, Your Honor.

THE COURT:  And maybe – or the other thing is I suppose you all could work together to come up with some kind of Protective Order about how you would use them, and then they don't have to redact anything.

MR. ABREU:  Well, I think –

THE COURT:  Does that make sense?

MR. ABREU:  If, in fact, there is something alternative that we want to use and the Marshal has some objection, I could even discuss it with Ms. Booth.  Also if they have some objection, we could maybe come up with something at that point.  But there may be nothing in there, quite frankly, that may be useful to us, and it may not make

sense to go through the process of trying to file some sort of order at this point until we know what's there.

THE COURT:  Okay.

MR. ABREU:  It's just my suggestion.

THE COURT:  But I want you – I want you to at least be able to look through everything, and –

MR. ABREU:  Yes, Your Honor.

THE COURT:  And apparently, I had forgotten that I had issued an order for them just to give you a copy of everything, and I didn't really check with them first to see if there were any – you know – things that they would like to have redacted, and I hate –

MR. ABREU:  Yes, Your Honor.  Sure.

THE COURT:  I hate to put – like I say, I hate to put them to the – to the – to the deal of going through everything and redacting it.

MR. ABREU:  Sure, Your Honor.  And I do feel more comfortable if we had a chance to go through it as well and decide what, in fact, we want or didn't need.

THE COURT:  Okay.

MR. ABREU:  Yes, Your Honor.

So, we're – if it's okay with the Court, we'll make arrangements, perhaps for the – for the next week or the week after to take a look at those?

THE COURT:  Is Mr. Lopresti here?

DEPUTY MARSHAL ESCOBAR:  Yes, Your Honor.  He's on his way up.

THE COURT:  Mr. Lopresti, who is in charge of those records right now, is on his way up.

MR. ABREU:  Okay.

THE COURT:  I forgot – I forgot to have him here, so I'll do this in front of him.

MR. ABREU:  Okay.

THE COURT:  And in front of you all, if that's okay.

MR. ABREU:  Sure, Your Honor.

Thank you.

THE COURT:  Do you all – do you have any other issues?

MR. ABREU:  Not outstanding at this point for us, Your Honor.

MS. BOOTH:  No, ma'am.

Patti Booth for the United States.

THE COURT:  And then, I – and then I also felt bad after looking at – and here comes Mr. Lopresti – after looking how thick the file was.  It looks – it's more like three inches – of making him copy all those and send them off, too.

MR. ABREU:  Sure, Your Honor.

THE COURT:  Mr. Lopresti, we're having that conversation about Mr. Bourgeois and the records.

DEPUTY MARSHAL LOPRESTI:  Okay.

THE COURT:  Would you – what I've told him to do is, I want you to keep those in your office and make them available to them over the next three weeks.

MR. ABREU:  That would be fine, Your Honor.

THE COURT:  And then, if they want you to file them under seal, we'll file them under seal.

DEPUTY MARSHAL LOPRESTI:  Okay.

THE COURT:  But the problem with filing them under seal even is they've got to copy everything and put it under seal, so maybe we could be a little bit more specific.  I just wasn't thinking of the logistics either, so.

MR. ABREU:  If there's something we want to file, Your Honor, we'll try to specifically identify –

THE COURT:  Okay.

MR. ABREU:  -- where the document is titled, the date of the document, and then we can request that of the Court.

THE COURT:  Because he's does – he's got it in his hand.  It's a pretty big file.

MR. ABREU:  Okay.

THE COURT:  Of course, I always overestimate, but what would you say, Mr. Lopresti – two or three inches?

DEPUTY MARSHAL LOPRESTI:  Yeah, about two and a half, three inches.

THE COURT:  Two and a half, three inches, he thinks.

MR. ABREU:  Okay.

THE COURT:  So that will be available to you starting today.

MR. ABREU:  Okay.  Thank you, Your Honor.

THE COURT:  And maybe the Federal Public Defender can send somebody over to go through it and get you the information you want?

MR. ABREU:  I certainly don't have no – an objection to that, but I'm somewhat concerned because I know that they had a conflict initially in this case, so I—

THE COURT:  Okay.  Never mind.  They're just sitting here nodding that they had a conflict, so –

MR. ABREU:  Yes, Your Honor.

THE COURT:  So maybe – you know, just tell me if you have any problems, and I'll do something else.

MR. ABREU:  So, we'll work out some logistics if there's a problem.  There may not be any problem at all, Your Honor, so.

THE COURT:  Okay.  Now, do you have any other issues while we're talking?

MR. ABREU:  Not at the moment, Your Honor.

THE COURT:  Ms. Booth, anything?

MS. BOOTH:  No, Your Honor.

THE COURT:  So, Ms. Booth, you also can look through that record, if you'd like.

MS. BOOTH:  Yes, ma'am.

THE COURT:  And I'm sure they're just trying to total up the opportunities that Mr. Bourgeois had to see his attorney.

MR. ABREU:  That's certainly part of what we want, Your Honor, no question.

THE COURT:  All right.  Thank you all very much.

MS. BOOTH:  Thank you, Your Honor.

MR. ABREU:  Thank you, Your Honor.  I appreciate it very much.

THE COURT:  And what deadline are you working on, Mr. Abreu?

MR. ABREU:  May – May 14th, Your Honor.

THE COURT:  Okay.

MR. ABREU:  As the one-year – that's the Statute of Limitations deadline.

THE COURT:  Okay.

MR. ABREU:  Yes, Your Honor.

THE COURT:  Well, I suppose you can file something to supplement.

MR. ABREU:  And I think – I think the writ of the law, Your Honor, if it's something that relates back to a claim that's already been raised, then we shouldn't have a problem with adding –

THE COURT:  Okay.

MR. ABREU:  -- adding information to relate back to

that.

THE COURT:  All right.

Thank you.

MR. ABREU:  Thank you, Your Honor.

THE COURT:  Thank you, Your Honor.

(Proceedings concluded at 1:31 p.m.)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION


     I, Linda Griffin, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.


/s/ Linda Griffin                          January 29, 2020
Linda Griffin                                      Date