United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

*12/15/2020*

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | Docket No. 2:02CR00216-SS-001 |
| ALFRED BOURGEOIS | § § § | |

RETURN

I have executed this judgment as follows:

ALFRED BOURGEOIS WAS EXECUTED ON 12/11/20 AT 2021 HRS.

Defendant delivered on ___12/11/20___ to ___SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION.___,

with a certified copy of this judgment.

United States Marshal

By _____
Deputy United States Marshal

EXHIBIT "A"